**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CRIMINAL NO.:   07-181 (EGS)** |
| ) | |
| v.                                                    ) | |
| ) | |
| **ZHENLI YE GON.**                          ) | |
| ) | |
| Defendant.                                     ) | |
| ) | |

## NOTICE OF ADDITIONAL COUNSEL

The Defendant informs the Court that Lisa D. Angelo is an associate of the law firm of Martin McMahon and Associates and as such will be added to this case as counsel of record.  Her email address is: langelo@martinmcmahonlaw.com.  This notice of her appearance is on behalf of Defendant Zhenli Ye Gon

RESPECTFULLY SUBMITTED on this 2ND day of August 2007,

**MARTIN McMAHON & ASSOCIATES**

/s/ Lisa D. Angelo
Lisa D. Angelo, DC BAR Number: 491206
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, DC  20036
Tel:  (202) 862-4343
Fax:  (202) 828-4130
langelo@martinmcmahonlaw.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing was served electronically on August 2, 2007 to:

Paul W. Laymon
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW
Suite 8414
Washington, DC 20005
(202) 514-1286
Email: paul.laymon@usdoj.gov


Wanda J. Dixon
U.S. ATTORNEY'S OFFICE
1400 New York Aveue, NW
Room 8414
Washington, DC 20530
(202) 307-0377
Email: wanda.dixon@usdoj.gov

                                        /s/ Lisa D. Angelo
                                        Lisa D. Angelo, DC BAR Number: 491206
                                        Martin F. McMahon & Associates
                                        1150 Connecticut Ave. N.W.
                                        Suite 900
                                        Washington, DC  20036
                                        (202) 862-4343
                                        langelo@martinmcmahonlaw.com