UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 07-181(EGS) |
| | : | |
| **ZHENLI YE GON,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S NOTICE OF EXPERT TESTIMONY AND MOTION IN LIMINE TO ADMIT SAME

The United States, by and through the undersigned attorneys, Kenneth A. Blanco, Chief and Paul Laymon and Wanda Dixon, Trial Attorneys of the Narcotic and Dangerous Drug Section, Criminal Division, United States Department of Justice, respectfully notifies the defendant and the Court of its intent to introduce expert testimony regarding the chemical analyses in this case, and moves to admit same pursuant to Federal Rule of Evidence 702 ("Rule 702").  In support of its motion, the government relies on the following points and authorities, and such other points and authorities as may be cited at a hearing on this matter:

1.    Investigation revealed that in 2005 and 2006, UNIMED,  a company owned by the defendant, Zhenli Ye Gon, imported "N-Methyl-Acetylamino"and "Hydroxy-Benzyl-N-Methyl-Acetethamine" into México.  According to documentation provided to Mexican Customs by UNIMED, N-Methyl-Acetylamino is a pharmaceutical intermediate chemical used in analgesic product manufacture.  Hydroxy-Benzyl-N-Methyl-Acetethamine was also identified as a pharmaceutical intermediate; however documents did not describe any specific use.

2.    However, according to DEA Forensic Chemists (FC), N-Methyl-Acetylamino can be considered a partial chemical name; however, the chemical does not exist as it was listed on

UNIMED's shipping manifests nor can it be identified as an intermediate product for analgesic production. DEA Forensic Chemists also stated that Hydroxy-Benzyl-N-Methyl-Acetethamine does not correspond to any known chemical.

3. On December 5, 2006, UNIMED once again attempted to import 19.797 metric tons of Hydroxy-Benzyl-N-Methyl-Acetethamine which was flagged for inspection by Mexican Customs at the Pacific seaport of Lázaro Cárdenas, México. A sampling of the substance conducted by the Mexican Customs' Central Laboratory identified it as N-Acetylpseudoephedrine, a derivative of pseudoephedrine/ephedrine.

4. In April of 2007, DEA Forensic Chemists traveled to the UNIMED manufacturing plant to analyze any chemicals or residues still present. This plant had been secured by Mexican authorities since the execution of their federal search warrant on March 15, 2007. DEA Forensic Chemists took samples of chemical residue found in equipment and locations throughout the site, including samples which tested positive for the presence of ephedrine. It is believed the plant was used for the production of pseudoephedrine/ephedrine using an N-Acetyl derivative as the starting material.

5. The government intends to introduce expert testimony to explain that the chemicals "N-Methyl-Acetylamino" and "Hydroxy-Benzyl-N-Methyl-Acetethamine" are false or incomplete chemical names. Further, the government intends to introduce expert testimony to show that N-Acetylpseudoephedrine is a derivative of pseudoephedrine/ephedrine, and to explain the process to obtain pseudoephedrine/ephedrine from N-Acetylpseudoephedrine. Further, expert testimony will also explain the process to obtain methamphetamine from pseudoephedrine or ephedrine.

6. DEA Forensic Chemists will also testify regarding the results of the DEA analysis in this case, and the procedures used by the DEA for analysis and maintaining the chain of custody of drug

exhibits, and that to the extent possible, that these procedures were followed in connection with the chemicals analyzed in this case.

WHEREFORE, the government respectfully requests that it be permitted to introduce the above-referenced testimony at trial.

        Respectfully submitted,

        KENNETH A. BLANCO,
        Chief

        _____/s/_____
        Wanda J. Dixon
        Paul Laymon
        Trial Attorneys
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Avenue, rm 8414
        Washington, DC 20005
        202-307-0377

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 07-181(EGS) |
| | : | |
| **ZHENLI YE GON,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon the government's Motion to Admit Expert Testimony pursuant to Federal Rule of Evidence 702, it is this _____ day of _____ 2007 hereby

ORDERED that the testimony indicated in the government's motion may be introduced into evidence in this case.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE