UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) CR-07-181 (EGS) | |
| ZHENLI YE GON, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |
| _____ ) | |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia and the Asset Forfeiture and Money Laundering Section, Criminal Division, U.S. Department of Justice, informs the Court that Linda Samuel, DC Bar. NO. 388970 and Robert Stapleton, NY Bar No. 4076568, telephone number 202-514-1263, are entering an appearance as co-counsel in this same matter on behalf of the United States.

Respectfully Submitted,

RICHARD WEBER, CHIEF
ASSET FORFEITURE AND
MONEY LAUNDERING SECTION

_____
LINDA M. SAMUEL, DC BAR #388970
Deputy Chief
U.S. Department of Justice
Criminal Division
Asset Forfeiture and
 Money Laundering Section
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
(202) 514-1263

_/s/_
ROBERT STAPLETON, NY BAR #4076568
U.S. Department of Justice
Criminal Division
Asset Forfeiture and
 Money Laundering Section
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
(202) 514-1263

Attorneys for Plaintiff United States