UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 07-181 (EGS) |
| ) | |
| ZHENLI YE GON ) | |
| ) | |

### RESPONSE TO MOTION TO DISMISS

**COMES NOW** the United States of America, by and through the undersigned attorney, and hereby responds to the motion to dismiss.

Defendant filed on September 20, 2007, a rambling 52 page motion to dismiss. The undersigned is presently in trial in the United States District Court for the District of Columbia in the case of *United States v. Erik Constanza Bran* (Judge John Bates). That trial started on Monday, September 17, 2007. The undersigned begins another trial, *United States v. Alvaro Agustin Mejia,* in the same court on Wednesday, October 3, 2007. That trial is expected to last approximately one week. Accordingly, the government would request until October 26, 2007 to respond to defendant's lengthy motion to dismiss.

**WHEREFORE**, the United States respectfully asks the Court to grant this motion.

        Respectfully submitted,

        ___/s/_____
        Paul W. Laymon
        Trial Attorney
        Criminal Division, Department of Justice
        1400 New York Avenue, Suite 8410
        Washington, DC 20005
        (202) 514-1286

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was emailed to Mr. Martin McMahan, counsel for defendant, on September 28, 2007.

_____
Paul W. Laymon
Trial Attorney, DOJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 07-181 (EGS) |
| ) | |
| ZHENLI YE GON ) | |
| ) | |
| ) | |

**ORDER**

Upon consideration of the Government's Response to the Motion to Dismiss, requesting until October 26, 2007 to respond to defendant's Motion to Dismiss, the Court hereby **ORDERS** that the government's motion is **GRANTED**

DATE: _____

_____

 JUDGE

UNITED STATES DISTRICT COURT