UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL NO.:** 07-181 (EGS) |
| v. | ) | |
| **ZHENLI YE GON.** | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

The Defendant informs the Court that the attached Exhibit A is to be linked to Document #25 of the docket, titled Defendant's Reply in Support of Motion to Dismiss, filed on November 5, 2007.

RESPECTFULLY SUBMITTED on this 8th day of November 2007,

**MARTIN McMAHON & ASSOCIATES**

/s/ Martin F. McMahon, Esq
Martin F. McMahon, DC BAR No.: 196642
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, DC  20036
Tel:  (202) 862-4343
Fax:  (202) 828-4130
mfm@martinmcmahonlaw.com
Counsel for Defendant Ye Gon

/s/ Ning Ye, Esq.
Ning Ye, Esq., MD BAR Number: 26804
1150 Connecticut Ave. N.W.
Suite 900
Washington, DC  20036
(202) 862-4343
ynyale@aol.com
Counsel for Defendant Ye Gon

/s/ Lisa D. Angelo
Lisa D. Angelo, DC BAR Number: 491206
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, DC  20036
(202) 862-4343
langelo@martinmcmahonlaw.com
Counsel for Defendant Ye Gon

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true copy of the foregoing was served electronically on November 8, 2007 to:

Paul W. Laymon
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW
Suite 8414
Washington, DC 20005
(202) 514-1286
Email: paul.laymon@usdoj.gov


Wanda J. Dixon
U.S. ATTORNEY'S OFFICE
1400 New York Aveue, NW
Room 8414
Washington, DC 20530
(202) 307-0377
Email: wanda.dixon@usdoj.gov

                                            /s/ Martin F. McMahon, Esq
                                            Martin F. McMahon, DC BAR No.: 196642
                                            Martin F. McMahon & Associates
                                            1150 Connecticut Ave. N.W.
                                            Suite 900
                                            Washington, DC  20036
                                            (202) 862-4343
                                            mfm@martinmcmahonlaw.com

AFFIDAVIT

TOMOIYI MARX YU, being duly sworn, deposes and says, under penalty of perjury:

I am a Citizen of Mexico currently being incarcerated at Dormitory # 5, at Santiaguito Jail, located at Almoloya de Juarez, Estado de Mexico by the law enforcement of Mexican Authorities for ungrounded, totally irrelevant criminal charges of alleged crimes against health, pending court proceedings. I am wife to Mr. ZHENLI YE GON, also a naturalized Mexican Citizen of Chinese origin. I am a loving and caring mother of two sons, both of whom were born in the United States. I had been a housewife before I was wrongfully arrested and detained by the Government of Mexico on March 15, 2007, at the wrong place and wrong time.

On August 29, 2007, at about two o'clock, I was called up by the warden of the facilities into an office of interrogation, where a group of law enforcement officers who identified themselves as prosecutors from the United States. There were approximately five people; the district attorney, two assistant lawyers, two translators and other persons. One of them, a middle aged, thin and tall male identified himself as PAUL LAYMON, a U.S. Attorney from U.S. Department of Justice. These U.S. interrogators interrogated me for two and half hours. When I told them that I was represented by my Defense counsel Mr. Rogelio de la Garza, and I pleaded to them that I need to call my lawyer and have Mr. Rogelio de la Garza to be present during the interrogation, these U.S. interrogators prohibited me to make any communication with my lawyer.

The interrogation went very oddly and uncivilized to say the least. Though I understand that at this instant this case has nothing to do with sex related offenses, these interrogators, at the very beginning of the interrogation, spent hours to present me with great number of photographs taken out of a computer of numerous different women to me, alleging that my husband had betrayed me, had adulterous relations with all these women of different races, different colors and different ages. Being a woman, a wife and a mother, I was deeply hurt and offended when I was presented with such a galaxy of "Ye Gon Mistress". They said the justice system in Mexico is corrupt and in other words they had the power to take me to the United States and set me free. They asked me which credit cads I have, I told them American Express. They insisted in how many and which ones. They asked me for one that it is very exclusive. They showed me a list of phone numbers from Zhenli's cellular, the day he was arrested, and asked me which ones I knew. They also asked me how many cellulars

**EXHIBIT NO. A**

any diplomatic relations; I told them I did not know. They had information about my person and about my sons. They asked me how I paid my expenses, if I use dollars or pesos; I told them pesos. They also asked me about my son's school and if I knew about the money. After I was awakening from my traumatizing, tearful shock, I was then induced to frame up my husband for what these interrogators had prepared for me: a formed answers leading to conclusion that I had witnessed my "alienated" husband to have done such heinous criminal activities as massive drug trafficking and massive manufacturing of precursor drugs. When I told these interrogators that these pre-framed "my testimony" was too distant from the truth, and had completely violated the truth, they immediately became irritated and viciously rude to me. This was the most "civilized part" of the interrogation, because when I tried to lay out the factual truth to them that neither I, nor my husband, to the best of my observation, of my knowledge, had involved in any illicit drug trafficking. Whenever I mentioned this ultimate truth of the fact, these U.S. interrogators became angered and viciously nasty to me. They interrupted my answers all the time whenever I tried to present what I knew of the factual truth to them, and yelled at me with all sort of unsophisticated threats. It appeared that had well prepared and pre-done version of "my" confession, implicating my husband to have engaged what they claimed as massive illicit drug trafficking. They did not come to pick me up for questioning, but to put their well prepared words into my mouth. Using inducements and crude threats, these U.S. interrogators finally presented me with the deal they had brought to me: "If you follow our track and testify as witnessing your husband's illicit drug operations, we can set you and the rest of the people you were arrested with out free immediately. Then you can reunify with your children and your parents. If you don't cooperate with us, we can have you end up in jail for the rest of your life!" This is the words these U.S. interrogators dropped for me before the interrogation was ended in tension. I told them I desperately hope to reunify with my children, with my family, but even if I had been given such a sweet incentive by these U.S. Interrogators for me to lie against my "adulterous husband", I was not born to be such type of well trained liar who lied of everything that she completely did not know.

The interrogation was so ended, and I am now still behind bars, awaiting what the U.S. prosecutor promised my destiny: ending up in jail for the rest of my life. Further affiant sayth naught.

*[signature]*
TOMOIMI MARX YU
Dated: October 9, 2007

AFFIDAVIT

Francisco Javier Zertuche Vazquez, being duly sworn, deposes and says, under penalty of perjury:

I am a citizen of Mexico currently being incarcerated at modulo # VI, file 1882, at Altiplano Maximum Security Jail, located at Rancho la Palma s/n, Santa Juana, C.P. 50900, Almoloya de Juarez, Estado de Mexico by the law enforcement of Mexican Authorities for ungrounded, totally irrelevant criminal charges of alleged crimes against health, pending court proceedings.

The afternoon of September 1st or 2nd I was taken to the court area, around 5:00 PM. After we past the last search before the court area I heard we could not have any communication between each other, therefore we had to be kept separated also from the door of court room #1. At the moment I arrived to the corridor everyone that was arrested with me was already there. Alejandro was inside court room #1 talking to some people, they all spoke English and they had a person translating to Spanish. They were two men and four women. I was able to hear what they were asking Alejandro. They asked if he knew the occupation of Mr. Ye Gon; he answered the pharmaceutical industry because he had a laboratory in Toluca State of Mexico. They asked if he had seen the suit cases before; he answered yes but empty, because they kept them where he slept. They asked him the location of the children's school, he answered Tecamachalco. They asked him several times and in different ways making an n emphasis, that he wanted to be absolutely sure if Rubio and I knew Mr. Ye Gon, and he wanted to be very clear the amount of time that Rubio and I had worked at the house. I could not hear the next questions. It was then when I told Yovani and everyone else not to say anything because our Lawyer, Rogelio de la Garza, was not present. When Alejandro came out of the room they called me in (Zertuche). They introduced themselves as District Attorneys from United States and they were here to help us and give us support. What we talked about was not going to be taken into account in any trial; the main purpose was to clarify as much as possible the case and the legal situation of Mr. Ye Gon. I told them I would gladly cooperate if my Lawyer was present. This person told me my lawyer did not know about this visit, that the person who gave them authorization for the interview was the Director of this Maximum Security Jail (Altiplano); to this I answered that the Director could not make these decisions on my behalf, he only is responsible for my custody and safekeeping. He told me I was correct, and that I had the right to abstain, but he insisted, and if I answered what the wanted to hear they would set me free. He asked the following:

1. - If I knew Mr. Ye Gon, my answer no.
2. - How many times did I take him to the factory in Toluca, I answered never
3. - How long have I been working at the house at the moment of the arrest, I responded 3 or 3 1/2 months.
4. - What type of job you held at the house, answered domestic specifically Mrs. Ye Gon and her children's driver.
5. - Where did you take them, answered to their school and other schools to train or play football.
6. – They asked how many times I saw strange people at the home or family members, answered strange people never, family members once or twice.

He suggested other things but I told him I could not answer anymore questions until my Lawyer, Rogelio de la Garza, was present, he said it was not necessary his presence. He sigh, made a face and said, too bad but it is your right.

Francisco Javier Zertuche Vazquez
Dated: October 9, 2007

FRANCISCO JAVIER ZERTUCHE VAZQUEZ.

AFFIDAVIT

Alejandro Becerra Turral, being duly sworn, deposes and says, under penalty of perjury:

I am a citizen of Mexico currently being incarcerated at modulo # VII, file 1884, at Altiplano Maximum Security Jail, located at Rancho la Palma s/n, Santa Juana, C.P. 50900, Almoloya de Juarez, Estado de Mexico by the law enforcement of Mexican Authorities for ungrounded, totally irrelevant criminal charges of alleged crimes against health, pending court proceedings.

Approximately at the beginning of September the warden told me I had to go to court room No.1. I was the first one there, I noticed foreign people. I asked what this was about. A person from the Mexican District Attorneys office without identifying himself told me they were people from the USA. He said there was no problem, that if I wanted, he could leave because he only brought them to ask me a few questions not related to our situation here in Mexico. An older lady walked up to me, she was an interpreter for a blonde man, who identified himself as a U.S. Attorney from U.S. Department of Justice, in charge of Mr. Zhenli's case in the United States. I asked the interpreter if my Lawyer, Rogelio de la Garza, had knowledge of this visit, the man said he did not know. I asked for my Lawyer's presence, but they said it saw not necessary. They said they had come to Mexico just to find out more about the situation of Mr. Zhenli. I answered I only worked for Mrs. Tomoiyi, and I got my job through an agency, and my coworkers Francisco, Arturo and Jovany have not even meet Mr. Zhenli. A color lady sat beside me and started to flirt trying to distract me. I told the man that in reference to the questions I would like to know them beforehand. I did not want to damage our situation. He responded they were simple. I told him to continue. The first question was: How long have you known Mr. Zhenli? I answer since I began working for Mrs. Ye Gon. He asked what kind of relation did I have with Mr. Zhenli? I said none. He asked if I knew of abnormal activities. I answer not to my knowledge; I only had to wait for the children to take them to school. The color person asked me, through the interpreter, if I knew about the money. To that I answer that if I had known about the money I would not be poor anymore. They laugh and I realized some knew Spanish, well most of them. I told the translator I would not answer any more questions. The color lady asked me: Alex how you knew about the money? I laugh and said, with all respect I never saw any money just the one they showed at the SIEDO when it was broadcasted for the first time on Television. He asked how much money I earned. I said 5,000 pesos every two weeks. He asked Dollars? I responded I did not know dollars. He said Alex do you have any doubts about the money they found in the house? I responded they never showed the money they found, they just asked us, while we were in the garden, if we had any empty suit cases, I answered they were in the storeroom. The man with curiosity asked me: Alex how can you prove to me that the suit cases located in the room you slept did not contain any money? I laugh and answered, please, if they had been full of money I would not be in Mexico. Also the maids had just arranged the whole storeroom because I told them Mr. Zhenli was about to come back from his trip. I notice this question, how did they know that was my room? Another tall lady got close to me and said: Alex we want to help you we do not believe your country's news; look Mr. Zhenli is not saying anything we want to clarify this problem, help us and if you do so we will give you your freedom. A young man showed me some pictures of Mr. Ye and Fu with Mr. Zhenli, he asked me if I knew them. I answered two of them I had just seen in the corridor and that the other one was the one on the news. He showed me two more pictures of young Chinese women. I said I did not know them. The older blonde man asked me if I wanted to say anything about the kind of people that visited the house. What did Mrs. Tomoiyi do? I answered; she only took care of the children, their homework and their football games. She also had dinner at the restaurant with her parents. The tall lady insisted; Alex could you have been distracted and people came in without you knowing? I answer; I regularly played in the garden with the children, and never saw strange people. They asked me about military people in the house I said Mr. Rubio is a retired officer and there was another officer but that did not last because he had family problems. The lady said; Alex I notice you are nervous is there something you want to tell us? I responded, Mrs. There are laws in my country and none of them force me to answer your questions I did so in attention to them.

*/s/ Alejandro Becerra Turral*
Alejandro Becerra Turral
Dated: October 9, 2007