UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-181 (EGS) |
| v. | : | |
| ZHENLI YE GON | : | |
| Defendant. | : | |

NOTICE OF ADDITION OF COUNSEL

The United States of America informs the Court that Trial Attorney MARY E. MOGAVERO is being added to this case as counsel of record. Her email address is mary.mogavero@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

_____/s/_____
MARY E. MOGAVERO
Trial Attorney, United States Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, NW room 11406
Washington, DC 20530
(202) 305-2795