IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                   |     |                        |
| --------------------------------- | --- | ---------------------- |
| The United States of America      | )   |                        |
|                                   | )   |                        |
|                                   | )   |                        |
|                                   | )   | File: 07-181           |
|                                   | )   | Hon. Emmit G. Sullivan |
| v.                                | )   |                        |
|                                   | )   |                        |
| Zhenli Ye Gon,                    | )   |                        |
|                                   | )   |                        |
|                        Defendant  | )   |                        |
|                                   | )   |                        |

**RENEWED MOTION FOR REVOCATION OF ORDER FOR DEFENDANT'S
DETENTION WITHOUT BAIL**

The Defendant Zhenli Ye Gon, by and through his undersigned counsel,
respectfully moves this Honorable Court for good cause shown, to revoke the order of
pretrial detention pursuant to 18 U.S.C. § 3142(f) (a detention hearing may be reopened
at any time before trial).

Despite a massive 26,000 page production of documents by the Government, five
months of investigation since the Defendant's arrest, and nearly two years of purported
investigation by the Mexican and U.S. authorities, the Government has yet to
demonstrate any evidence of (1) co-conspirators; (2) any connection with the sale,
manufacture, distribution or any other activity involving methamphetamine; or most
importantly,(3) any connection with the *importation* of *methamphetamine* into the *United
States*.  In its initial bond hearing, the Government asked this Court to take a giant leap of
logic and find that its "thin" evidence was adequate to deny bail.  See J. Kay, Mem. Det.
at 4 (Aug. 6, 2007) ("the Government proffered only thin evidence in support of its case
[and] … there was little before the Court at the hearing to establish Defendant's

involvement in a conspiracy to import illegal drugs *into the United States*.") During that hearing, the Government also made two false representations (one of which Magistrate Kay used as support for his findings): (1) Defendant had $75,000 on his person at the time of his arrest; and (2) Defendant's wife in Mexico had already been convicted of charges related to the Defendant. Now, after three months of discovery and thousands of documents later, the Government's evidence fails to show any causal link between Mr. Ye Gon and the importation of any illegal drug into the United States. Moreover, nearly five months after Mr. Ye Gon's arrest, the Government has yet to provide a coherent theory of its case - *perhaps this is why the Government has not responded to Defendant's Motion for a Bill of Particulars?* Under these circumstances, the continued detention of this Defendant is unjust and indefensible.

The Defendant respectfully repeats and reiterates subjection (j) of the Bail Reform Act, i.e., the presumption of innocence. Fairly considered, this factor – together with the other factors that are to be assessed under the Act, and the principle that a Defendant should not be prevented from assisting in his own defense – makes it clear that the Defendant should be released from custody immediately. The Government has not met, and cannot meet, its burden of demonstrating that there are no conditions or combination of conditions that will reasonably assure Mr. Ye Gon's appearance at trial (assuming *arguendo* that this case is not dismissed outright, as it should be) and the safety of the community. As more and more discovery is produced, it becomes more and more clear that there is no connection between Mr. Ye Gon and the methamphetamine charge that has been levied against him.

Accordingly, Mr. Ye Gon moves that the Detention Order entered against him be revoked and that he be released upon his personal recognizance, or upon such conditions as are acceptable to this Court, until such time as the allegations brought against him are fully adjudicated.  A Memorandum of Points and Authorities is submitted herewith in support of this Motion.

Respectfully Submitted,

/s/ Ning Ye, Esq.
Ning Ye, Esq., MD BAR Number: 26804
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
    ynyale@aol.com

*Counsel for Defendant Ye Gon*

/s/  Martin F. McMahon, Esq.
Martin McMahon, Esq., D.C. Bar # 196642
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
mfm@martinmcmahonlaw.com
*Counsel for Defendant Ye Gon*

/s/  Lisa D. Angelo, Esq.
Lisa D. Angelo, Esq., D.C. Bar # 491206
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
mfm@martinmcmahonlaw.com
*Counsel for Defendant Ye Gon*

Of Counsel:

James M. Ludwig, Esq., D.C. Bar # 427884
Martin McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
Jludwig816@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of December, 2007, I electronically filed the

foregoing Motion with the Clerk of Court using the CM/ECF system, which will send a

notification of such filing (NEF) to the following:

Paul Laymon, Esq.
U.S. Dept. of Justice
1400 New York Avenue, NW
Bond Bldg. 8th Fl
Washington, DC 20530

/s/ Lisa D. Angelo, Esq.
Martin McMahon, Esq., D.C. Bar Number:
196642
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
mfm@martinmcmahonlaw.com
*Counsel for Defendant Ye Gon*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| The United States of America | ) | |
| | ) | |
| | ) | File: 07-181 |
| | ) | Hon. Emmit G. Sullivan |
| v. | ) | |
| | ) | |
| Zhenli Ye Gon, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RENEWED
MOTION FOR REVOCATION OF ORDER FOR DEFENDANT'S DETENTION
WITHOUT BAIL**

**INTRODUCTION**

Defendant Zhenli Ye Gon should be released.  With each passing week and month since

his arrest – on July 23, 2007 – his indefinite pretrial detention becomes more and more

outrageous.  The Government appears to have no case.   Indeed, its strategy is to keep Mr. Ye

Gon confined while prosecutors look for one.   Part and parcel of that cynical strategy is to delay

producing exculpatory materials that defense counsel identified and requested months ago (the

company log book and Mr. Ye Gon's laptop computer).  Another facet of that delay strategy is to

ignore Defendant's Motion for a Bill of Particulars, which gives rise to the inference that the

Government cannot define its case against Mr. Ye Gon even now, nearly five months after his

arrest and detention – and nearly two years after the purported joint investigation by the Mexican

and U.S. authorities began.

In the meantime, Mr. Ye Gon – who has never been charged with a crime in his life – is

shackled hand and foot as he meets with his lawyers in D.C. jail to review a few pages at a time,

in piecemeal fashion, of the 26,000 pages of Mexican documents (almost all of which are in

Spanish, with some in Chinese) that the Government has produced to date.   We are told that

another 25,000 pages are on the way.   Confronted with this gargantuan document production –

more akin to a complex commercial case than a criminal prosecution – Mr. Ye Gon (who reads

both languages) deserves to be released so that, at the very least, he can effectively assist in his

own defense, and to give meaning to the presumption of innocence to which he is entitled.

The weight of the evidence overwhelmingly favors release as well.  Far from supporting

the Government's case, the documents produced thus far confirm what Mr. Ye Gon has been

saying all along: that he is a successful pharmaceutical businessman who has nothing to do with

the methamphetamine drug trade.  The pharmaceutical businesses he founded, Unimed

Pharmaceuticals and Unimed Pharm Chem in Mexico City, were going concerns with myriad

pharmaceutical products and multimillion dollar sales.   Unimed's products included, *inter alia*,

cold medicines, birth control pills, hospital intravenous equipment, antibiotics, cancer medicines,

and analgesics.   Mr. Ye Gon was in the process of building a state-of-the-art factory next to the

Marriott Hotel on the highway to the Toluca airport, with some eighteen million dollars of

European tableting machines, and tens of millions more in packaging, syringe manufacturing,

and other equipment, when the factory was raided in March 2007.

Ludicrous as it is, the Government's case boils down to the proposition that this

extensive, increasingly-profitable, closely-regulated pharmaceutical business was a "front" for

methamphetamine drug cartels.  Based on the fact that Mr. Ye Gon's company imported into

Mexico the decongestant pseudoephedrine and allegedly-related chemicals, the Government has

taken "a leap" (as this Court recognized) to try to connect Mr. Ye Gon somehow to the

manufacturing of methamphetamine, and, from there, another leap to the importation of

methamphetamine into the United States.  And the only justification for these leaps, in the

Government's own words, is a mere *possibility*: "It seems very clear that he was charged in the United States because he imported into Mexico very large quantities of substances which ***could be*** used as ***precursors*** to manufacture methamphetamine . . ." Govt. Opp. to Motion to Dismiss at 8 (Oct. 26, 2007) (emphasis added).

This is not a Mexican case about pseudoephedrine (or substances which "could be used" to make pseudoephedrine); it is an American case about methamphetamine. With the weight of the evidence tilting *entirely* against the validity of the Government's methamphetamine charge, that factor alone supports releasing Mr. Ye Gon after nearly five months of pretrial detention. Moreover, under this and other factors this Court must consider, the Government cannot meet its burden of demonstrating that there are no conditions or combinations of conditions that would ensure Mr. Ye Gon's appearance in court and the safety of the community should he be released.

Mr. Ye Gon clearly presents no danger to the community. Nor is he a flight risk. Not only was he staying here at the time of his arrest; he had *previously* directed his counsel to meet with the DEA and Justice Department to discuss the accusations and impending actions against him in Mexico. He was also in the process of applying for asylum in the U.S. because of the dangers to himself and his family in Mexico. Flight from prosecution not only would isolate him from his respective families in the U.S., China, and Mexico, but it would also cost him at least *$15 million* in assets currently frozen both in the U .S. and in Hong Kong. Moreover, but for his bank account being frozen, Mr. Ye Gon would have been successful in wiring $8 million dollars to California to purchase a $40 million property which would house the new U.S.A. based Unimed Factory. See Ex. 11. In addition, while here in America, Mr. Ye Gon was doing a pricing and marketing survey courtesy of meetings with Wal-Mart, Wyeth and Abbott

Laboratories as buyers for his wide array of pharmaceutical products. The U.S., in short, is Mr.

Ye Gon's sole refuge, and a future place of business. Under these circumstances, it is only just

and fair that this Court put an end to Mr. Ye Gon's ongoing detention, and release him under

conditions that this Court finds satisfactory.

## ARGUMENT

I.    **THE GOVERNMENT HAS NOT MET ITS BURDEN OF ESTABLISHING THAT THERE ARE NO CONDITIONS THAT WOULD ASSURE THE DEFENDANT'S APPEARANCE AND THE SAFETY OF THE COMMUNITY**

As explained by Chief Justice Vinson in Stack v. Boyle, "[f]rom the passage of the

Judiciary Act of 1789, 1 Stat. 73, 91, to the present, Fed. R. Crim. P., R. 46(a)(1), federal law has

unequivocally provided that a person arrested for a non-capital offense *shall* be admitted to bail."

342 U.S. 1, 4 (1951). "This traditional right to freedom before conviction permits the

unhampered preparation of a defense, and serves to prevent infliction of punishment prior to

conviction." Id. (citing Hudson v. Parker, 156 U.S. 277, 285 (1895)). "Unless the right to bail

before trial is preserved, the presumption of innocence, secured only after centuries of struggle,

would lose its meaning." Stack, 342 U.S. at 4.

In U.S. v. Salerno, the Supreme Court made clear that, under the Bail Reform Act, "[t]he

judicial officer is not given unbridled discretion in making the detention determination"; rather

pretrial detention is appropriate only if "the judicial officer finds that no condition or

combination of conditions will reasonably assure the appearance of the person as required and

the safety of any other person and the community." Id., 481 U.S. 739, 742 (1987) (construing18

U.S.C. § 3142(e)). In determining whether "no combination of conditions will reasonably

assure" a defendant's appearance and the community's safety, the judicial officer must consider:

(1) the nature and circumstances of the offenses charged;  (2) the weight of the evidence against

4

the person;  (3) the history and characteristics of the person, including family ties, the person's

character, ties to the community, and criminal history;  and (4) the nature and seriousness of the

danger to any person or the community that would be posed by the person's release.  See United

States v. Stewart, 2001 U.S. App. LEXIS 19806, *4-*5 (4th Cir. 2001) (applying factors required

to be considered under 18 U.S.C. § 3142(g)).

Importantly, the Bail Reform Act provides that it is the Government's burden to establish

that there are no conditions or combinations of conditions that will reasonably assure the

Defendant's appearance and the safety of the community. 18 U.S.C. § 3142(e).  More

specifically, "the United States bears the burden of showing, by a preponderance of the evidence,

that a defendant poses a flight risk and, by clear and convincing evidence, that a defendant poses

a danger to the community.  U.S. v. Hudspeth, 143 F. Supp. 2d 32, 37 (D.D.C. 2001) (Kennedy,

J.) (holding presumption raised by cocaine conspiracy charge rebutted, and that Government

failed to meet its burden as shown by application of 18 U.S.C. § 3142(g) factors, even though

defendant had been previously charged with possession of narcotic, where there was no evidence

that defendant had been convicted of any crime; defendant's "personal history and personal

characteristics weigh strongly in favor of pretrial release.").  Evaluating the above-described

factors in light of the available evidence – and taking into account the Government's failure to

produce the Unimed log book (reflecting shipment-by-shipment authorization of company's

purchase and sale of controlled substances, including pseudoephedrine) and Mr. Ye Gon's laptop

computer (reflecting company's Master Drug File and other Unimed business information) – it is

clear that the Government has not met its burden on either flight risk or supposed danger to the

community.  Mr. Ye Gon, accordingly, should be ordered released.

**A.     The "Nature and Circumstances of the Offense Charged" Do Not Support Mr. Ye Gon's Continued Detention**

There are two prongs to be considered here: the "nature" of the offense, and the "circumstances" of the charge.   Neither justifies Mr. Ye Gon's continuing confinement.

**1.   The Evidence Is More Than Sufficient to Rebut The Presumption of Detention Implicated By the Nature of the Offense Charged**

While the offense with which Mr. Ye Gon is charged gives rise to a presumption that no condition or combination of conditions may be imposed to reasonably assure his future presence in court or the safety of the community, that presumption is rebuttable.   See 18 U.S.C. §3142(e). It is rebutted when, as here, "the defendant meets a 'burden of production' by coming forward with some evidence that he will not flee or endanger the community if released." U.S. v. Dominguez, 783 F.2d 702, 707 (7th Cir. 1986).   The Defendant's burden of production in this regard "is not a heavy one to meet." Id. (holding that presumption of dangerousness triggered by cocaine-trafficking charges was rebutted by evidence inter alia that although defendants were political prisoners in Cuba, they had no criminal record in the U.S., and had family in the U.S.). As shown infra, by application of the above-referenced factors in light of the available evidence (and withheld evidence) here, it is clear not only that Mr. Ye Gon has rebutted the presumption of section 3142(e), but also that the Government has not met its burden of showing that there are no conditions under which Mr. Ye Gon could be released that would reasonably assure his appearance in court and the safety of the community.

2.    The "Circumstances" of the Vague Indictment, Detailed In
Defendant's Motion for a Bill of Particulars to Which the
Government has not Responded, Coupled with the Government's
Dilatory Discovery Tactics and Massive Document Productions,
Support Mr. Ye Gon's Release To Cease His Pretrial Punishment and
In Order to Assist In the Preparation of his Defense

The second prong of the first factor – the "circumstances of the offense charged" –

supports Mr. Ye Gon's release on two, independently-significant grounds: the presumption of

innocence (under which a pretrial detainee should not be subjected to pretrial punishment) and

his right to assist in his own defense. See Stack, 342 U.S. at 4 ("traditional right to freedom

before conviction permits the unhampered preparation of a defense, and serves to prevent

infliction of punishment prior to conviction."). The circumstances of this criminal case are

nothing short of extraordinary. As set forth in the Defendant's Motion for Bill of Particulars, the

Indictment spans seven years of purported, unspecified criminal activity involving unknown

conspirators in unknown places, all predicated on the Government's apparent assumption that

Mr. Ye Gon's highly-successful and multi-faceted pharmaceutical business, including his state-

of-the-art factory with millions of dollars of imported machinery, was nothing but a "front" for

the methamphetamine drug trade.

As noted *supra*, the Government has not seen fit even to respond to the Motion for Bill of

Particulars, leaving Mr Ye Gon and his lawyers in the dark as to what he is alleged to have done

and when he is alleged to have done it.[1]  Compounding that confusion, the Government has

---

[1]  Based upon its proffers and representations, the Government appears to have at least three
theories of allegedly criminal conduct:
1.  Defendant imported pseudoephedrine without a license or that he was licensed but
imported more than what he was licensed to import;
2.  Defendant imported pseudoephedrine derivatives for the purpose of distributing it to
manufactures ... for the purpose of conversion into pseudoephedrine...for the second
purpose of selling the pseudoephedrine to clandeatine meth labs ... for the third purpose
of having the meth labs convert the pseudoephedrine into methamphetamine ... for the

deluged the Defendant's lawyers with some 26,000 pages of unindexed documents from

Mexican authorities – mostly in Spanish, with some in Chinese – with another 25,000 pages,

according to the Government, yet to come.  Under these bizarre circumstances, it is critical that

Mr. Ye Gon be released *now* so that he can review these masses of documents with his lawyers

in an unfettered manner.  Given that Mr. Ye Gon is the individual *most* familiar with the

documents, his input and contribution are crucial to secure dismissal of these charges.

Even as the Government buries the Defendant with masses of documents, moreover, the

Government is also engaging in serious discovery delay that is making a mockery of the

presumption of innocence.  For months Mr. Ye Gon's counsel has been repeatedly requesting

production of the Unimed log book ("Libro de Control"), in which all transactions in controlled

substances (including pseudoephedrine) are logged by an official from the Mexican Health

authorities ("COFEPRIS").   The log book's existence is not in doubt[2] – unless it has been

destroyed – as it is referenced in a COFEPRIS audit of Unimed's pseudoephedrine transactions

and inventories (translation of that audit is attached hereto as Ex. 1).  Defense counsel has

repeatedly informed the Government of the location and appearance of the two-volume log book

kept in the Unimed facility in Mexico City raided by Mexican authorities.  See Ex. 2

(correspondence with prosecution).  The log book remains unproduced, however.  See Dec. 1,

2007 letter (id.) in which Government states that Mexican officials "did not remember" seeing

---

fourth purpose of having the methamphetamine imported into unknown places in the
United States; and
3. Defendant mislabeled shipments in order to import pseudoephedrine for the same
purposes.
The Government's evidence fails to support any of these scenarios.  See, e.g., Ex. 8 (Chart,
"Indictment Broken Down By Relevant Time Periods" concerning importation of
pseudoephedrine), and discussion *infra* regarding "weight of the evidence" factor.
[2]  Contrary to Mr. Layman's consistent reference to the log book as the "so-called" log book, it is
curious as to whether counsel has read his own document which is attached hereto as Ex. 1.

log book at Unimed, begging the question as to why they don't simply *look for it* amidst the
seized Unimed documents).

Similarly, nearly five months after Mr. Ye Gon was arrested by DEA agents, the
Government has yet to produce his laptop computer seized in the arrest, which contains
important files and information attesting to the scope and legitimacy of Unimed's pharmaceutical
business. Here again the Government makes indefensible excuses for egregious delay. See Ex.
2 (As of Dec. 1, 2007, Government states, "[t]hat laptop is currently being examined by DEA
technicians."). Why it takes five months to "examine" a laptop computer is anyone's guess; its
hard drive could be downloaded in a matter of minutes. The important point, of course, is that
as the Government hides behind the purported delay by other officials – the Mexican authorities
and the DEA – Mr. Ye Gon continues to sit in jail as materials undermining the Indictment go
unproduced. This ongoing pretrial punishment is an affront to the presumption of innocence, and
should be stopped now. See U.S. v. Vastola, 652 F. Supp. 1446 (D.N.J. 1987) (defendants
indicted under Controlled Substances Act who were previously denied release on bail are
released after three months, on grounds of heightened infringement of liberty interest, in light of
complexity of case and prospect of indefinite pretrial detention, due to large volume of materials
that must be reviewed by defense counsel and *some governmental responsibility for delay).*

In short, notwithstanding the presumption implicated by the charge against Mr. Ye Gon,
the "nature and circumstances of the offense" factor supports Mr. Ye Gon's release. As is shown
by the discussion of the other three factors below, the weakness of the Government's case,
together with Mr. Ye Gon's absence of criminal history, his family and financial assets in the
U.S., and his strong interest in vindication in this jurisdiction (to which he *voluntarily submitted*

months prior to his arrest), make clear that he is not a flight risk, nor any conceivable danger to the community in which he should be released.

**B.**     **The Weight of the Evidence Against the Defendant Favors His Release**

The second factor for this Court to consider is the weight of the Government's evidence against Mr. Ye Gon.  Suffice it to say that the more documents the Government produces, the weaker its case becomes – even though crucial evidence confirming the legitimacy of Mr. Ye Gon's pharmaceutical business operations continues to be withheld.   Although defense counsel have not managed to translate all of the documents in Spanish produced to date, one fact is becoming increasingly clear in these masses of materials:  *Mr. Ye Gon and his expanding pharmaceutical business had nothing to do with the manufacturing of methamphetamine, much less its importation into the United States.*   Given the weakness of the case against him, he has every interest in seeing this case through to vindication – either through dismissal, or at trial – and is thus not a flight risk.

The indictment charges the Defendant with conspiring to aid in the manufacture of methamphetamine, knowing and intending that it be imported into the United States. Unfortunately, this indictment was not predicated on *facts*, but on the speculative assumptions reflected in the affidavit of U.S. D.E.A. S.A. Chavez.  As discussed *infra*, however, Chavez's endorsement of COFEPRIS is also an unwitting endorsement of the legitimacy of Unimed's audited business activities.  Similarly, the Government's affidavit from U.S. D.E.A. S.A. Hooten (also discussed *infra*) further undermines the prosecution by identifying the kinds of documents that a drug dealer would be expected to have, and which are nowhere in evidence here.

In fact, the Government's evidence shows nothing to support the assertion that Mr. Ye Gon aided in the manufacturing and importation of pseudoephedrine into America.  Instead, the

documents produced to date concern Defendant's banking activity, his gambling activity,

invoices concerning the purchase of sophisticated tableting, packaging and manufacturing

machines from Switzerland and Germany, photographs of his house and the raided Unimed

facilities, licenses and permits for the importing of various chemical products, e-mails to and

from Mr. Ye Gon about his pharmaceutical business, and masses of reports from Mexican

authorities.  This evidence refutes, rather than supports, the Government's unlikely *assumption*

that Mr. Ye Gon's rapidly-expanding, increasingly-profitable pharmaceutical enterprise was a

"front" for the methamphetamine trade.  More specifically:

> The Chavez Affidavit (on which the Indictment itself was predicated) states in
> relevant part, "all legitimate pharmaceutical laboratories operating in Mexico must go
> through COFEPRIS [the pertinent Mexican Health agency] to obtain permits to buy
> and/or sell pseudoephedrine/ephedrine."  <u>See</u> Ex. 3.

> The one COFEPRIS audit report we have received – prepared by a Mexican Health
> official – confirms Unimed's legitimate business activity involving pseudoephedrine
> from January 2002 through February 2005, effectively invalidating 44 months of the
> Indictment (which alleges criminal activity going back to 1999).  <u>See</u> Ex. 1.

> Import Licenses (at least 67 of which we have found thus far) confirm that the
> Defendant was authorized to import various controlled substances from China into
> Mexico.  <u>See</u> Ex. 4 (summarizing licenses and import permits, with attached
> examples).

> A Mexican Customs Investigation Report (Ex. 5), charting 8 million pesos ($800,000
> USD) in Unimed sales of non-chemical products, and 109 million pesos ($10 million
> USD) in pharmaceutical purchases for resale, totally exclusive of pseudoephedrine;

since the Unimed markup was at 4-5 times the purchase price, we are actually looking

at 40-50 million dollars in non-pseudoephedrine profit).

➢ E-mails between Mr. Ye Gon and other business persons (Ex. 6 hereto), reflecting

substantial transactions in antibiotics and hormones, contrary to Government proffers

that Defendant's business in these areas was "modest."

➢ A letter discussing an $18 million contract with the Swiss company Uhlmann to

purchase tablet machines for the new Unimed factory (situated next to the Marriott

Hotel on the highway to the Toluca airport) reflects nothing but a legitimate, above-

board pharmaceutical investment. See Ex. 7. In addition, as further discovery will

show, Mr. Ye Gon invested approximately $60 million overall in machinery and

equipment for this state-of-the-art facility. (What kind of drug lord invests $60

million in sophisticated hardware to establish a "front" for the meth trade?)

➢ Defense counsel's letters to the Government regarding the Unimed log book ("Libro

de Control") and the Sony laptop seized upon the Defendant's arrest describe these

exculpatory materials that the Government has *not* produced.[3]

The two affidavits relied on the by the Government – the Chavez affidavit (for the

Indictment) and the Hooten affidavit (for the raid on Las Vegas properties) – similarly

undermine the Government's case:

---

[3] As previously argued in open court, the Defendant's log book will show license and permit numbers, with the recording (mandated by law) of all controlled-substance transactions, and can be checked against the COFEPRIS audit. With respect to the laptop, the Defendant has repeatedly advised the Government that his computer contains a drug master file that explains the purpose and properties of each of the chemicals imported by Unimed.

### 1.   The Chavez Affidavit

The Chavez Affidavit is riddled with speculation and contradictions. Most importantly for present purposes, it states (page 4 ¶ 12) that "[i]n consultation and interviews with current and former advisors to the Mexican Federal Commission for the Protection Against Sanitary Risks ("COFEPRIS"), they stated that UNIMED, as a pharmaceutical wholesaler, did not have any legal authority to import, export, manufacture, or distribute an[y] product containing pseudoephedrine or ephedrine." This assertion is, of course, contradicted by the COFEPRIS audit report itself, which reflects Unimed's authorized, licensed importation of various products, *including pseudoephedrine*, during 2002-05. (Ex. 1 (English translation)).

In the Defendant's initial motion for bond, he asked the Government to produce S.A. Chavez at the hearing so that he could be cross-examined. The Government declined to do so. The Defendant has maintained from the start that the speculative allegations in the Chavez affidavit are unfounded and unreliable, and that the affidavit should not have been the sole basis (which it was) of establishing probable cause for both the Defendant's arrest warrant and indictment. Now, nearly five months into Mr. Ye Gon's incarceration, the COFEPRIS audit report exposes the affidavit's invalidity.

### 2.   The Hooten Affidavit[4]

In the affidavit of S.A. Hooten requesting a search warrant for several Las Vegas properties, he states,

> based on personal experience amd having worked as a police officer for the past 13 years, and having attended training seminars, and having interacted on a professional basis with numerous fellow narcotics detectives, that almost all persons who sell narcotics for profit maintain records of the transactions including records of their suppliers and customers as well as "owe" sheets. These records on occasion are extremely sophisticated and elaborate, however, more often than not, these records tend to be cryptic and coded but

---

[4] Excerpts of which are attached hereto as Exhibit 10.

nevertheless readily identifiable as records maintained as part of the narcotics business. *These records would provide proof of narcotics dealing as well as identify individuals from whom the suspects obtained their narcotics and to whom the suspects sold.*

See Ex. 10, ¶ 33 (emphasis added). There are no such records or documents to be found in the 26,000 pages of documents the Government has produced, for the most obvious of reasons: Mr. Ye Gon was not a drug lord, and had nothing to do with the methamphetamine trade.

Had Magistrate Kay been afforded the benefit of considering the Government's discovery production thus far, and how that discovery undermines the Government's case, Magistrate Kay would have taken a much different view on the issue of pretrial detention, i.e., 26,000 pages of discovery later, there remains no connection between Mr. Ye Gon and the manufacturing and/or importation of methamphetamine into the United States. Thus, the weight of the evidence overwhelming supports release.

**C.    Mr. Ye Gon's History and Characteristics Support His Release**

The third factor to be considered by the Court encompasses the "history and characteristics of the person," including

(A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to alcohol and drug abuse, criminal history, and record concerning appearance at court proceedings; and

(B) whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal or completion of sentence for an offense under Federal, State or local law.

18 U.S.C. sec. 3142(g)(3). Although Mr. Ye Gon's ties to this community are limited to friends he has made in this area, that fact is clearly outweighed by his other characteristics and his actions preceding his arrest, which show that Mr. Ye Gon cannot fairly be deemed a flight risk under this third factor. He has no criminal history whatsoever. He has no history of drug or

alcohol abuse.   He has family in the United States.   All of his assets have been frozen.   In addition:

> As noted above, in April 2007 – two months before he was arrested – Mr. Ye Gon instructed undersigned counsel to contact U.S. authorities to discuss the corruption in Mexico and impending actions against his family and business interests by the Mexican authorities.[5]   After that meeting with Mr. Ye Gon and his counsel, the DEA did not monitor the Defendant's activity for the two months before his arrest.   During that period, moreover, Mr. Ye Gon remained in the U.S., notwithstanding his access to two passports (China and Mexico).

> The Defendant sought to subject himself to the U.S. judicial system because he welcomes the opportunity for vindication in America.   He feels safe in America; if he were to return to Mexico, he believes he would be killed (he has received assassination threats).   Two of the agents who raided his home in Mexico City were murdered shortly thereafter.   Mr. Ye Gon maintains that he has been framed by Mexican authorities, and thus has no chance of a fair trial in Mexico.[6]

> This case is unique and has a high profile.   The frequent exposure of the Defendant's image to the media throughout the world makes it clear that he could hardly "flee" without notice.

---

[5]   In that April 2007 meeting, Mr. Ye Gon's counsel, Martin McMahon, met with Wanda Dixon and Robert Stapleton of the Justice Department – who later became prosecutors in this case – and DEA S.A. Margaret Bedolla.

[6]   This Court should be aware that the alleged "drugs" purportedly seized at Unimed – which actually consisted of a chemical used to make a variety of Unimed products – have been destroyed by Mexican authorities, and the alleged "drug money" found at the Defendant's house has been deemed abandoned and subsequently disseminated.

➢ Mr. Ye Gon has filed an application for asylum in the United States, reflecting his intention to remain here. Not incidentally, his pretrial detention has caused him to miss hearings in the Immigration court on his asylum matter.

➢ Mr. Ye Gon will, of course, surrender his passports as a condition of release.

Significantly, in U.S. v. Karni, Chief Judge Hogan of this Court released the defendant, an Israeli national charged with exporting to Pakistan products capable of triggering nuclear weapons, notwithstanding his *complete* lack of ties to the U.S., where the defendant had no history of criminal or violent conduct. Id., 298 F. Supp. 2d 129, 132 (D.D.C. 2004). Mr. Ye Gon's circumstances are all the more compelling, in view of the evidence summarized above – making him far less of a flight risk than the defendant in Karni – and the absence of any connection to the methamphetamine trade.

### D.     Mr. Ye Gon Poses No Danger To the Community

The fourth and last of the factors to be considered is "the nature and seriousness of the danger to any person or the community that would be posed by the person's release." 18 U.S.C. sec. 3142(g)(4). This factor aligns with the "safety of the community" prong of the rebuttable presumption provision (sec. 3142(e)), which places the burden on the Government to prove, by clear and convincing evidence, that "no condition or combination of conditions will reasonably assure the safety of any other person and the community" if the Defendant were released. Under both provisions the outcome here is the same: Mr. Ye Gon is no danger to anybody. He has no criminal history or record. His pharmaceutical company in Mexico – through which he allegedly imported a chemical that "could be" turned into a *precursor* to methamphetamine – has been shut down.

Magistrate Kay focused on the danger represented by *methamphetamine* in finding that this factor weighed in favor of detention.  Defendant respectfully submits, however, that the issue is not whether methamphetamine is dangerous (which nobody would dispute), but whether Mr. Ye Gon himself would pose a danger if released.  With no evidence suggesting that he had any involvement with methamphetamine – much less its importation into the U.S. – there is no justification for deeming him too dangerous to be released.

In sum, with all four factors weighing in favor of Mr. Ye Gon's release, the Government has not met and cannot meet its burden of showing that there is no condition or combination of conditions that would reasonably assure his appearance in Court and the safety of the community.  Moreover, in light of the Government's delays in discovery, its refusal to respond to the Motion for a Bill of Particulars, and its deluging the Defendant with tens of thousands of pages of documents in Spanish and Chinese (with tens of thousands of pages yet to come), Mr. Ye Gon must be released on due process grounds, both to give meaning to the presumption of innocence and to enable him to participate in his own defense.  Accordingly, Mr. Ye Gon's extended pretrial detention should be put to an end immediately, under such conditions as this Court finds acceptable.

## CONCLUSION

For the foregoing reasons, Defendant Zhenli Gon respectfully requests that the Motion

for Revocation of Order for Defendant's Detention without Bail be granted, and that Defendant

be released from detention forthwith, under such conditions as this Court deems satisfactory.

Respectfully Submitted,

/s/ Ning Ye, Esq._____
Ning Ye, Esq., MD BAR Number: 26804
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
        ynyale@aol.com
        *Counsel for Defendant Ye Gon*

/s/  Martin F. McMahon, Esq.
Martin McMahon, Esq., D.C. Bar # 196642
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
mfm@martinmcmahonlaw.com
        *Counsel for Defendant Ye Gon*

/s/   Lisa D. Angelo, Esq.
Lisa D. Angelo, Esq., D.C. Bar # 491206
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
mfm@martinmcmahonlaw.com
        *Counsel for Defendant Ye Gon*

18

*Of counsel:*

James M. Ludwig, Esq., D.C. Bar # 427884
Martin McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, D.C.  20036
(202) 862-4343

**TABLE OF EXHIBITS**

*Exhibit 1:*     COFEPRIS Audit permitting import of pseudoephedrine through July

2005 (Bates No. NDDS016285 to NDDS016296)

*Exhibit 2:*     Correspondences between Martin F. McMahon, Esq. to Paul Laymon,

Esq. dated November 30, 2007 and December 1, 2007

re:  Request for immediate production of the Unimed "Libro de Control"

(Control Book) and Zhenli Ye Gon's Sony Vaio laptop

*Exhibit 3:*     Excerpt from Affidavit in Support of Complaint and Arrest Warrant for

Zhenli Ye Gon by DEA Special Agent Eduardo A. Chavez

*Exhibit 4:*     Summary Compiled by Martin F. McMahon Esq. of Permits and Licenses

Related to the Importation of Chemicals by Unimed from 2002-2007

*Exhibit 5:*     Customs Investigation Report dated November 30, 2006

(Bates No. NDDS000690 to NDDS000697)

*Exhibit 6:*     Emails Relating to Zhenli Ye Gon's Business Activities

*Exhibit 7:*     Letter from Voker Wissmann, Sales Manager Uhlmann to Zhenli Ye Gon

dated June 16, 2006 re:  Receipt of Order #15052006MEX by Unimed for

Fifteen Million Euros

*Exhibit 8:*     Charts Prepared by Martin F. McMahon and Associates

*Exhibit 9:*     COFEPRIS Document extending permit to import of pseudoephedrine

through August 14, 2005 (Source:  Bates No. NDDS022235)

*Exhibit 10:*    Excerpt from Application and Affidavit for Search Warrant by Las Vegas

Metropolitan Police Officer K. Hooten dated March 22, 2007

*Exhibit 11:*    Email Exchange Between Zhenli Ye Gon and HSBC Representative re:

Purchase of 40 Acres of Land in California, U.S. for Pharmaceutical Use

(Government Production, CD 4, Email 260)

NDDS016285

ACTA No. _C5-EF-05-0124-24_

## SECRETARIA DE SALUD

**COMISIÓN FEDERAL PARA LA PROTECCIÓN CONTRA RIESGO SANITARIOS**
**( C O F E P R I S )**

**COMISIÓN DE AUTORIZACIÓN SANITARIA**

SECRETARIA DE SALUD

**ACTA DE VISITA DE VERIFICACIÓN SANITARIA PARA: ALMACÉN DE DEPÓSITO Y DISTRIBUCIÓN DE MEDICAMENTOS O PRODUCTOS BIOLÓGICOS PARA USO HUMANO/ ALMACÉN DE DEPÓSITO Y DISTRIBUCIÓN DE MATERIAS PRIMAS**

TIPOS DE MEDICAMENTOS

ESTUPEFACIENTES ( )
PSICOTRÓPICOS (X)
PRECURSOR QUÍMICO (X)

EN LA CIUDAD DE _MÉXICO, DISTRITO FEDERAL_ A LAS _16:00_ HORAS DEL DÍA _23 y 24_ DEL MES DE _FEBRERO_ DE _2015_, EL SUSCRITO C. _CD. P.B. CARLOS RODRIGUEZ UR. MEZCUA_ VERIFICADOR SANITARIO ADSCRITO A ESTA COMISIÓN DE AUTORIZACIÓN SANITARIA, CON CREDENCIAL N° _CAS/EPG/03/05/002._ CON VIGENCIA AL _20-ABRIL-2005_. EXPEDIDA POR LA COMISIÓN FEDERAL PARA LA PROTECCIÓN CONTRA RIESGOS SANITARIOS, MISMA QUE SE PONE A LA VISTA DEL INTERESADO Y CON BASE EN LA ÓRDEN DE VISITA N° _C5-EF-05-0124-24_. DE FECHA _23-II-05_ ME PRESENTÉ EN EL ESTABLECIMIENTO DENOMINADO _UNIMED PHARM CHEM HEALTH S. A. de C. V._ CON DOMICILIO EN CALLE _AV. MODELOS_ No. _24_ COLONIA _GENARO_ CIUDAD _MÉXICO DISTRITO FEDERAL_ MUNICIPIO _DELEG. CUAUHTÉMOC_ CÓDIGO POSTAL _06040_ TELÉFONO _55-18-10-11_ PROPIEDAD DEL C. _UNIMED PHARM CHEM HEALTH, S.A. DE C.V._ SIENDO ATENDIDO POR EL C. _OFI. BELINDO HELVIDO MINERA_ QUIEN SE IDENTIFICA CON _IFE 9ª 1330837FG1_ A QUIEN SE LE HIZO SABER QUE CON EN SU CARÁCTER DE _RECHOLOGÍA CULPADO_.

FUNDAMENTO EN LOS ARTÍCULOS 4, 14 Y 16 CONSTITUCIONALES, 39 FRACCIONES XV, XVII Y XXI DE LA LEY ORGÁNICA DE LA ADMINISTRACIÓN PÚBLICA FEDERAL; 1 Y 2 C) FRACCIÓN X, 36 Y 37 DEL REGLAMENTO INTERIOR DE LA SECRETARÍA DE SALUD; 1, 3 FRACCIONES XXII, XXIII Y XXVIII, 13 INCISO A FRACCIÓN II, 17 BIS FRACCIONES II Y IV, 194 FRACCIÓN ÚLTIMO PÁRRAFO, 194 BIS, 197,257 FRACCIONES VII, 358, 392, 395, 396, 397, 398, 399, 400, 401 Y 401 BIS DE LA LEY GENERAL DE SALUD; 1° Y 2° FRACCIÓN III, 40, 42, 43, 44, 45, 46, 55, 99, 100, 131, 134, 140, 222, 224 Y

**DEFENDANT'S EXHIBIT**
_1_

NDDS016286

ACTA No. _____

**COMENTARIOS ADICIONALES:**

[Handwritten text — illegible]

NDDS016287

ACTA No. 05-EF-05-0.2.4-04

**COMENTARIOS ADICIONALES:**

APLICA MELGARO INVALVET SE LIBRARON Y PAGARON COPIAS DE LOS CHEQUES COMPROBANDO
ASI LOS AÑOS DE RESPONSABLE DE LAS SIGUIENTES EMPRESAS A DONDE SE REALIZARON LOS
PAGOS HASTA LA ACTUALIDAD: FALMORRISON KAYBEE S.A. DE 11-V-2003753 SU
TRESORIA DE VELANEROS Y AÑO DE RESPONSABLE N° DE EGRESO 04-1114703/05 DEL
2-VIII-01 PAYMENT CAKULADO S.A DE EV. SI EGRESA N° 09 003 02 0001 EV
FECHA DE PAYEDON(1A) 02-AGOSTO DEL 2000 Y AÑO DE RESPONSABLE ARU-317-01.
DEL 23-VII-01 DAGOU'S ESTERNAL S.A. DE EV. SE N° 09 003 02 0002 CONFECHA
DE PAYEDADO 12 DE ENERO DEL 2000 Y AÑO DE RESPONSABLE N° ARU-196-01.
DEL 27 DE AGOSTO DE 1997. SE LIBRO Y PAGARON COPIAS DE LOS
VOLUMES IFRO-006-2004 DEL 6-VI-2004 Y IFRO-055-2003 DEL 21-V-2003.
SE LOS PAGAROS IFRO-0222-2002 DEL 10-XII-02 POR 4,001.5 DE RENDIMIENTO DE
EFERMA IFRO-0221-2002 DEL 10-XI-02, POR 4,001.5 DE RENDIMIENTO DE EFERMA
EFERMA IFRO-001-2003 DEL 11-II-2003 POR 2,001.5 DE SEGUIDANTE DE
EFERMA Y IFRO-0010-2003 DEL 1 DE FEBRERO DEL 2003. POR 4,001.5 DE
CUMPLIMIENTO DE RESPONSIBLE DE LOS 4 ULTIMOS MENCIONADOS NO FUERON UTILIZADOS
POR LO QUE EN LA RELEVANTE DESPERA. FUE SOMETIDO A CONFESION PARA SU
CANCELACION OPORTUNA. SE ESPERARON LAS SITUACIONES ADICIONALES EN EL
CASO DE EQUIVOC VII 033 DEL 28 DE JUNIO DE 2003. DE HACERLO MAS
HECHOS QUE MERECEN SE DA POR TERMINADA LA PRESENTE ACTA



ACTA No. CF-CF-CF-0124-2A

**CONTROL ADMINISTRATIVO**

| Punto | | CALIFICACIÓN |
|---|---|---|
| 8. | ¿El local cuenta con rótulos que indiquen la Razón Social de Establecimiento? | 2 |
| 8.1 | Datos completos y correctos del giro que manejan | 2 |
| 8.2 | Datos completos y correctos del Responsable Sanitario | 2 |
| 8.3 | Horario de funcionamiento del establecimiento | |
| 9. | ¿Cuentan con el 2no. Suplemento vigente de la FEUM para Farmacias, Droguerías, Boticas y Almacenes de Depósito y Distribución de Medicamentos? | |
| | Ejemplar No. | |

**COMENTARIOS**

(Detallar anomalías sanitarias anotando el número del inciso que corresponda)

NDDS016288

NDDS016289

ACTA No. 05-05-09-0121-ZA

| | | |
|---|---|---|
| 13. | ¿Cuenta con facturas de adquisición? | N/A |
| 14. | ¿Cuenta son facturas de ventas? | 2 |
| 15. | ¿Cuenta con documentos que amparan la legalidad de sus clientes? | 2 |
| 16. | ¿Realiza ventas de mostrador sin facturas por más de 3 piezas? | N/A |
| 17. | ¿El balance de medicamentos fue correcto? | 2 |

COMENTARIOS
(Detallar anomalías sanitarias anotando el número del inciso que corresponda)

DE LOS PUNTOS 3, 5 ó 7 10, 11, 12, 13 Y 16 NO APLICAN YA QUE EL ESTABLECIMIENTO ES
ALMACEN DE DEPOSITO Y DISTRIBUCION DE MATERIAS PRIMAS PARA LA ELABORACION DE
MEDICAMENTOS ó FUENTES BIOLOGICAS PARA USO HUMANO Y NO COMO PRODUCTO TERMINADO.

NDDS016290

ACTA No. 05-EF-CS-0234-ZA

## MEDICAMENTOS ESTUPEFACIENTES Y PSICOTRÓPICOS

| Punto | MEDICAMENTOS ESTUPEFACIENTES Y PSICOTRÓPICOS | CALIFICACIÓN |
|---|---|---|
| 1. | ¿La recepción, registro, almacenamiento, manejo y control de medicamentos estupefacientes o psicotrópicos son registradas o supervisadas por el Responsable Sanitario? | 2 |
| 2. | De acuerdo al Art. 226 de la Ley General de Salud, indique los grupos de medicamentos que maneja: Grupo II ( )          Grupo III ( ) | N/A |
| 3 | ¿Cuenta con libros de control de medicamentos estupefacientes y psicotrópicos? | 2 |
| 3.1 | Foliados | 2 |
| 3.2 | Autorizados | 2 |
| 3.3 | Actualizados | 2 |
| 3.4 | Llenados correctamente con tinta indeleble | 2 |
| 3.5 | Firmados por el Responsable Sanitario | 0 |
| 4. | ¿Existen tachadura o enmendaduras en el texto original en los libros de medicamentos controlados? | N/A |
| 5. | ¿En los libros autorizados, el control y el balance de medicamentos es correcto? | N/A |
| 6. | ¿Cuenta con llave el área de almacenamiento de medicamentos estupefacientes y/o psicotrópicos? | N/A |
| 7. | ¿Existen medicamentos estupefacientes o psicotrópicos fuera del área de seguridad, disponibles para venta al público? | 2 |
| 8. | Los productos controlados cuentan con facturas de adquisición | 2 |
| 9. | ¿La venta de productos controlados se realiza a establecimientos que cuentan con documentos que acrediten su legalidad? | 2 |
| | **MEDICAMENTOS QUE CONTIENEN PSEUDOEFEDRINA GRUPOS IV, V Y VI** | |
| 10. | ¿Lleva registro de medicamentos que contienen pseudoefedrina? | N/A |
| 11. | Especifique los medicamentos que contienen pseudoefedrina que maneja, a partir de 60 mg | N/A |
| 12. | Ventas promedio mensuales de medicamentos que contienen pseudoefedrina a partir de 60 mg | N/A |

NDDS016291



ACTA No. 25-6F-02-C124-2A.

Lo anterior fue leído al C. O.F.I. EDUARDO MEDRANO NUÑEZ haciéndole saber el derecho que tiene a manifestar lo que a su derecho convenga en razón al artículo 401 fracción IV de la Ley General de Salud. Así mismo, podrá formular sus observaciones y ofrecer pruebas en relación a los hechos contenidos en la presente acta. o bien, por escrito, hacer uso de tal derecho dentro del término de cinco días hábiles siguientes a la fecha en que se hubiere levantado la misma, de acuerdo al artículo 68 de la Ley Federal de Procedimiento Administrativo, por lo cual manifiesta:

Esta de Acuerdo con lo Acontado con la presente Acta

NDDS016292

ACTA No. 07-07-09-0124-ZA.

Siendo las _16:30_ Hrs. del día en que se actúa y no habiendo nada más que agregar, previa lectura de la presente acta de verificación ante todos los participantes, visto el contenido de la misma y sabedores de los delitos en que incurran los falsos declarantes ante autoridad distinta de la Judicial (artículo 247 fracción I del Código Penal para el D.F.), firman al margen y al calce los que en ella intervinieron para todos los efectos legales a que haya lugar, dejando copia simple de esta acta a la persona que atendió a la visita de verificación.

MÉXICO _DISTRITO FEDERAL_, _24_ de _FEBRERO_ de _2005_.

VERIFICADOR SANITARIO

_____

NOMBRE Y FIRMA

OFS CARLOS GONZÁLEZ VALTIERRA

EL INTERESADO

_____

NOMBRE Y FIRMA

Q.F.I. BELINDA NAVARRO PERERA

TESTIGO

_____

NOMBRE Y FIRMA

C. JUSTINA MARGARITA HERNÁNDEZ MARTÍNEZ

TESTIGO

_____

NOMBRE Y FIRMA

C. JOSÉ CARO OLVERA ESTRADA

NDDS016293

ANEXO DEL ACTA No. _____  HOJA No. __1__

## BALANCE DE MATERIA PRIMA

En términos de lo establecido en la presente acta, el(os) suscrito(s) y verificador(es) sanitario(s), en presencia del interesado y testigos se procedió a la revisión del libro de estupefacientes y psicotrópicos, cuyas existencias comparada con los saldos anotados en el libro, se hacen constar abajo, de acuerdo al cuadro siguiente:

Fecha del balance anterior _6-IV-2004 Este balance se practica _____  Periodo del balance que se practica del _____ ENERO 2004
al 23 DE FEBRERO DEL 2005.

| Nombre de los estupefacientes y psicotrópicos | Permiso Importación permiso adquisición | Existencia Anterior | Cantidades adquiridas y fecha | Totales | Salidas según libro | Saldo | Existencia | Diferencia |
|---|---|---|---|---|---|---|---|---|
| SULFATO DE PSEUDOEFEDRINA | IZPO-0139-2002 29-V-2002 3,000 Kg 246 F/2002 20 VA | – 0 – | 2,000 Kg | | | | | 217-18 213-6 |
| DE MAY DE 2004 DEL 6-IV-04 SE REGISTRA EL BALANCE. | IZPO-0072-2003 11-II-03 | | 5,000 Kg | | | | | 21.5 kg |
| | IZPO-C180-2003 13-VI-03 | | 4,000 Kg | | | | | |
| | IZPO-0224-2004 6-II-2004 (11,000 kg) | | 10,825 Kg | | | | | |
| | | | 21,825 kg | | | | | |
| | | | 21.825 kg | | | | | |

NDDS016294

ANEXO DEL ACTA No. _____  HOJA No. ___2

CF-0-F-59-C-26-02

| Nombre de los estupefacientes y psicotrópicos | Existencia Anterior | Cantidades adquiridas | Totales | Salidas según libro | Existencia | Diferencias |
|---|---|---|---|---|---|---|
| | | | | .5 Kg | P.A. 95 098 | 5-VIII-02 | RZYRZE |
| | | | | 1.400Kg | P.A. 95 084 | 20-VIII-02 | CDXOMA |
| | | | | 1.400Kg | P.A. 95 085 | 28-VIII-02 | CDXOMA |
| | | | | DE ESTA PECANO SOLO SE USARON 32.4240 KGO. 595 Kg | | | |
| | | | | 1.260 Kg | P.A. 95 063 | 29-IV-03 | CDXOMA. |
| | | | | 49.850 Kg | P.A. 95 094 | 9-VII-03 | CDXOMA |
| | | | | 1.250 Kg | P.A. 95 094 | 15-VII-03 | CDXONT. |
| | | | | DE ESTA PECANO SOLO SE USARON 0.600Kg | | | |
| | | | | 6.130Kg | P.A. 95 120 | 2-3-VII-04 | LDXOMA |
| | | | | 3.894 Kg | P.A. 95 121 | 22-IX-2004 | CDXOMA |
| | | | 11.068.050 Kg | 806.150 | 806.000Kg | | 0.140 Kg |

CLORHIDRATO DE
R-NEFEDINA  -0-

NDDS016295

CG-EF-09-2.2-0-ZA

ANEXO DEL ACTA No. _____   HOJA No. 2

| Nombre de los estupefacientes y psicotrópicos | Existencia Anterior | Cantidades adquiridas | Totales | Salidas según libro | Saldo | Existencia | Diferencias |
|---|---|---|---|---|---|---|---|
| | IPQ-0135-2003 24-V-2003 | 2 000 Kg | | | | | |
| | IPQ-0005-2004 6-II-2004 | 10 000 Kg | | | | | |
| | | 12 000 Kg | 12 000 Kg | | | | |
| | | | | 1 000 Kg | Según Acta de Cocodos del 13 14 de Febrero de 2003 | | |
| | | | | 2 000 Kg | P.A. de CP del 23-I-04 | | |
| | | | | | Decreto dejando. | | |
| | | | | 2 000 Kg | | | |
| | | | | | 9 000 Kg | 9 000 Kg | |
| 1) Clorhidrato de Efedrina | -0- | -0- | -0- | -0- | -0- | -0- | -0- |

ANEXO DEL ACTA No. _____    HOJA No. ___

| Nombre de los estupefacientes y psicotrópicos | Existencia Anterior | Candidades adquiridas | Totales | Salidas según libro | Salida | Existencia | Diferencias |
|---|---|---|---|---|---|---|---|

... Juárez Distrito Federal, a 24 de Febrero de 2005

GFE. CARLOS RODRIGUEZ VALDERRAMA
Nombre y firma del Verificador Sanitario

C. JOSE EBER CLOETH CUEAS.
Nombre y firma del testigo

GFE. GERARDO MEDRANO JIMENEZ
Nombre y firma del interesado

C. ADRIAN ___ RODRIGUEZ MARTINEZ.
Nombre y firma del testigo

NDDS016296

Bates No. NDDS016285
Act No. 05-EF-09-C124-ZA

## Ministry of Health

Federal Commission for Protection against Health Risks (COFEPRIS)
Committee of Health Authorization

**Act of health inspection visit for:** **warehouse for the deposit and distribution of medications or biological products for human consumption/ warehouse for the deposit and distribution of raw/component materials.**

**Types of Medications:**

| | |
|---|---|
| Narcotics | ( ) |
| Psychotropics | (X) |
| Chemical Precursors (components) | (X) |

In the city of <u>Mexico, Federal District</u> at 16:00 hrs on the <u>23 and 24</u> day of <u>February</u> of <u>2005,</u> the party <u>QFB. Carlos Rodríguez Valperra,</u> health inspector authorized by this health inspection commission, with credential no. <u>CAS/EPQ/03105/002</u> expiring on <u>30 April, 2005,</u> processed by the federal commission for protection against health risks, the same inspector that presented himself to the interested party according to visit order No. <u>05-EF-09-0124-ZA</u> on the <u>23 of February, 2005,</u> I presented myself at the establishment named <u>Unimed Pharm Chem Mexico S.A. of C.V.</u> based at <u>Av. Morelos</u> No. <u>24, Center, Federal District,</u> in the municipality of Cuahetémoc, postal code <u>06040,</u> phone <u>55-18-18-81,</u> property of the <u>Unimed Pharm Chem Mexico S.A. of C.V.,</u> and was attended by the C. <u>QFI. Bernardo Melardo Jiménez,</u> who identifies himself by <u>IFE (illegible symbol) 131503758931.</u> in his function as <u>health inspector,</u> who is informed that based on articles 4, 14, and 16 of the constitution, sections 15, 17, and 21 of the organic federal law of public administration and 2 C, sections 10, 36, and 37 of the internal regulations of the ministry of health: 1 3 sections 22, 26, and 28, subarticle 13 to section 2, 17 to articles 2 and 4, article 194 last paragraph (continues)

---

Bates No. NDDS016286
Act. Act No. 05-EF-09-C124-ZA

**Additional comments:**

In compliance with the order (illegible) of verification # 05 EF 09 0124-ZA, dated the 23rd of February, 2005, without number of (illegible), with the intent to (illegible) the balance of pseudoephedrine from 2002 to date, and with the purpose of verifying and obtaining copies of the legal documentation (illegible), notice of function/activity, notice of the health authority, (illegible) of purchase and sale of primary components of pseudoephedrine, as well as the legal documentation of its (illegible). After identification, we proceeded to determine the balance of the component materials pseudoephedrine sulfate, pseudoephedrine hydochlorate, and ephedrine hydrochlorate from 2002 to the present date. The results of the above are detailed in the appendices of this document #1, 2, 3, & 4. The copies of the import licenses have been checked

1

and attached, as well as local purchases. With respect to this last item, the interested parties do not have some of copies of the sales permits, since copies of the previously recorded balances in Acts 000067 (February 13, 2003) and 000245 (May 6, 2004), are attached, and where it talks about the exit of these primary materials, the original sales permits were already gathered. Copies were obtained of the outgoing flow of these materials which are reflected on the sale permits. To clarify permit FPQ-0005-2004 (February 2, 2004), it is for 24,000 kg of hydrochlorate and only 10,000 kg of the material was brought in. A copy of the release permit/act #500265 (March 31, 204) is attached, as well as a copy of the permit no. IPQ-0004-2004 (June 2, 2004), which is for 11,000 kg of sulfate of pseudoephedrine, of which only 10,875 kg was brought in according to Act #500364 (August 19, 2004).

In that manner, the original permit is to be handed over to the Deputy Director for the Regulation of Drugs, Psychotropics, and Chemical Substances of COFEPRIS, only of the permit IPQ-004-2004 of February 2, 2004. The annual balance of the U.N. for 2004 was carried out. Act #12, original is attached. The physical existence of (illegible) primary/component materials was verified, as attested in the respective appendices. Also checked and attached are copies of health license no. 09-006-07-001 (expiration date November 13, 2001), and #ARM-035-01 of January 22, 2001.

Under the charge of O.F.I. Bernardo

**Bates No. NDDS016287**

Mercado Jiménez. Attached are copies of the health licenses and designations of the responsible authority/party of the following companies, where the controlled primary materials were sold.

Farmaceuticos Rayere S.A. in license #00302957
Limount Laboratorios S.A. in license #09005 02 001 (dated August 2, 2000 and notice of arrival Arm-317-01 dated March 23, 2001)
Degort Chemical S.A. de CV in license #09003 02 0007 (dated August 27, 1997).

Also attached are the permit cancellations IPQ-0006-2004 (dated February 6, 2004) and IPQ-0155-2003 (dated May 22, 2003). Permission IPQ-0322-2002 (dated February 6, 2004) and IPQ-0155-2003 (dated May 22, 2003), of Permission IPQ 0322-2002 dated December 10, 2002 for 4,000 kg of _____, IPQ-0321-2002 dated December 10, 2002 for 4,000 kg of _____ of ephedrine. IPQ-0011-2003 dated February 11, 2003 for 7,000 kg of _____ of ephedrine and IPQ-0010-2003 dated February 11, 2003 for 4,000 kg of hydrochlorate for pseudoephedrine. The last 4 mentioned were not utilized and should be submitted to COFEPRIS for their definitive cancellation. The corresponding annotations were made in the control log (illegible) 0133 of January 28, 2002. Not having anything further to add, the present Act is hereby finished.

2

Bates No. NDDSO16288

| Point | Administrative Control | Grade |
|-------|----------------------|-------|
| 8 | The location has signs indicating the purpose of the Establishment | 2 |
| 8.1 | Complete and correct data | 2 |
| 8.2 | Completed and correct data on Responsible Sanitation | 2 |
| 8.3 | Hours of Operation of the Establishment | 2 |
| 9. | Do they possess the second valid supplement to the FEUM permitting pharmacies, drugstores, shops, and warehouses to deposit and distribute medication? | N/A |

Bates No. NDDS016289

| 13. | Has Acquisition documents? | N/A |
|-----|---------------------------|-----|
| 14. | Has Sales documents? | 2 |
| 15. | Has documents proving the legality of his/her clients | 2 |
| 16. | Conducts sample sales without invoices for more than 3 items? | N/A |
| 17. | The balance of medications were correct? | 2 |

Comments:

Detail anomalies
Of points 2, 5, 6, 7, 10, 11, 12, 13, and 16 its not (illegible) because the establishment is a center for deposit and distribution of primary materials for the manufacture of medications and biological products for human consumption y not for products (illegible)

Bates No. NDDSO16290

| Psychotropic and Narcotic Drugs | Classification |
|--------------------------------|----------------|
| 1. The registration, storage, and control of the medication were supervised and registered by the Health Inspector? | 2 |
| 2. According to article 226 of the Law of General Health indicate the categories of medications handled:<br>Group 1 ( )    Group II ( )    Group III ( ) | N/A |
| 3. Has master book of medications | 2 |
| 3.1    Are filed/numbered | 2 |
| 3.2    Are authorized | 2 |
| 3.3    Are up-to-date | 2 |

3

| 3.4 | Are filled out correctly in permanent ink | 2 |
| 3.5 | Signed by the health inspector | 2 |
| 4. | Are there cross-outs or corrections to the original text in the master book? | 0 |
| 5. | In the books (logs) are the original and leftover numbers correct? | N/A |
| 6. | Are psychotropic and narcotic drugs stored under lock and key? | N/A |
| 7. | Are any of the psychotropic and narcotic drugs outside the secure area, and available for sale to the public? | N/A |
| 8. | The controlled (documented) substances are accompanied by invoices/proof of acquisition? | 2 |
| 9. | The sale of controlled substances is only conducted to establishments documented as legal. | 2 |

Medications that contain Pseudoephedrine Groups IV, V, X, XI

| 10. | Carriers register/log of products that contain pseudoephedrine? | N/A |
| 11. | Specifically identifies products handled that contain pseudoephedrine upwards of 60 mg? | N/A |
| 12. | Average monthly sales of medications containing more than 60 mg of pseudoephedrine? | N/A |

**Bates No. NDDS016291**
Act No. 05-EF-09-C124-ZA

The preceding was read to the official Bernardo Merardo Jiménez, informing him of his right to appeal, as based on article 401 section IV of the General Health Code. In this way, he would be permitted to formulate his observations and present evidence related to the actions contained in the present document, or, as written, is permitted to make use of this right within five days following this document, as established in article 68 of the Federal Law of Administrative Procedure, because of which he testifies:

To be in agreement with the occurrences of the present act.

**Bates No. NDDS016292**

Act No. 05-EF-09-C124-ZA

At 16:30 hrs and having nothing more to add, before reading of the present act of verification before all participants, in light of the contents of the act and those informed of the offenses committed by false deponents before an authority distinct from the Judicial (article 247, section I of the Penal Code of Mexican Federal District), sign those who intervened in this for all the legal effects that may come to pass, leaving a simple copy of this act to the person who attended the visit of verification.

<u>Mexico, Federal District, 24 of February of 2005.</u>

**Interested/Concerned Party**

(signature)

**Name and Signature**

OFI Bernardo Merardo Jiménez

**Health Inspector**

(signature)

**Name and Signature**

OFB Carlos Rodríguez Valterra

**Witness**

(signature)

**Name and Signature**

C. Mirian Margarita Hernández Martínez

**Witness**

(signature)

**Name and Signature**

C. José (illegible) Olvera Güero

---

**Bates No. NDDS016293**
Appendix to Act No. 05-EF-09-C124-ZA

<u>Balance sheet of Raw Materials:</u>

As established in the present act, the involved health inspector(s), in the presence of the interested party and witnesses, revised the log of psychotropics and narcotics, whose existence compared with the balances recorded in the log, are on the record in accordance with following table.

Date of the previous balance: <u>6 May, 2004. (illegible)</u> Period of the balance assessed from <u>January 2002</u> to <u>23 February of 2005.</u>

| Name of narcotics & psychotropics | Import & Acquisition Permit | Prior Existence | Quantities Acquired & Date |
|---|---|---|---|
| Sulfar DE | | - 0- | |

5

| | | |
|---|---|---|
| Psuedoephedrine | IPQ-0135-2002<br>29 May, 2002<br>(5,000 kg)<br>(illegible) | 2,000 kg |
| (illegible) | IPQ-002-2003<br>11 February, 2003 | 5,000 kg |
| | IPQ-0180-2003<br>16 June, 2003 | 4,000 kg |
| | IPQ-0004-2004<br>6 May, 2004<br>(11,000 kg) | |

10,875 kg

21, 875 kg

---

**Bates No. NDDS016294**
Appendix to Act No. 05-EF-09-C124-ZA

| Logged departures | Balance | Existence/Stock | Difference |
|---|---|---|---|
| 5 kg | P.A. (symbol) 078 | 5 August, 2002 | Rayele |
| 1,400 kg | P.A. (symbol) 078 | 20 August, 2002 | Liomont |
| 1,400 kg | P.A. (symbol) 078 | 28 August, 2002 | Liomont |
| from this permit, only the rest was sold (illegible) 595 kg | | | |
| 4,950 kg | P.A. (symbol) 063 | 29 April 2003 | Liomont |
| 49, 850 kg | P.A. (symbol) 094 | 9 July 2003 | Liomont |
| 4,750 kg | P.A. (symbol) 094 | 15 July, 2003 | Liomont |
| from this permit, only 4,000 kg was sold | | | |
| 6,175 kg | P.A. (symbol) 120 | 23 July, 2004 | Liomont |
| 3,894 kg | P.A. (symbol) 181 | 22 September, 2004 | Liomont |
| 21,068.850 kg | | | |
| | 806.150 | 806.010 kg | 0.140 kg |

| Name of narcotics & psychotropics | Prior Existence |
|---|---|
| hydrochlorate of pseudoephedrine | – 0 – |

---

**Bates No. NDDS016295**
Appendix to Act No. 05-EF-09-C124-ZA

| Name | Prior Existence | Quantities Acquired | Totals | Logged Departures | Balance | Existence | Difference |
|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IPQ-0135-2002<br>29 May 2002 | 2,000 kg | | | | | | | |
| IPQ-0005-2004<br>6 February, 2004 | <u>10,000 kg</u><br>12,000 kg | | | | | | | |
| | | 12,000 kg | | | | | | |
| | | | 1,000 kg | (according to Act No. 000067 of 13-14 Feb. 2003) | | | | |
| | | | <u>2,000 kg</u> | | P.A. (symbol) 007  23 of January, 2004<br>Deveort's Chemicals | | | |
| | | | 3,000 kg | | | | | |
| | | | | 9,000 kg | | | | |
| | | | | | 9,000 kg | | | |
| hydrochlorate<br>of ephedrine | - 0 - | - 0 - | - 0 - | - 0 - | - 0 - | - 0 - | - 0 - | - 0 — |

Bates No. NDDS016296

Appendix to Act No. 05-EF-09-C124-ZA

| Name | Prior Existence | Quantities Acquired | Totals | Logged Departures | Balance | Existence | Difference |
|---|---|---|---|---|---|---|---|

(slash mark)

<u>Mexico</u>          <u>Federal District</u>          <u>24th of February of 2005</u>

(signature)

OFI. Gerardo Merardo Jiménez                    QFB: Carlos Rodríguez Valterra

**Name and signature of interested party**          **Name and signature of Health Inspector**

(signature)                                        (signature)

C. Mirian? (illegible) Hernández Martínez          C. José Oded Olvera Güero

**Name and signature of witness**                  **Name and signature of witness**

7

# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

www.martinmcmahonlaw.com

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

LISA D. ANGELO
Associate
Admitted in District of Columbia and
California

CHRISTINE M. HILGEMAN
Associate
Admitted in Virginia

JASON A. DZUBOW
Of Counsel
Admitted in District of Columbia and
Maryland

CHRISTOPHER D. BROWN
Of Counsel
Admitted in District of Columbia and
Maryland

ROBERT MANCE
Of Counsel
Admitted in District of Columbia and
Maryland

November 30, 2007

**BY FAX**

Paul Laymon, Esq.
U.S. Department of Justice
1400 New York Avenue, N.W.
Suite 8124
Washington D.C. 20005

Re: <u>U.S. v. Ye Gon</u>, 1:07-cr-181

Dear Paul:

As you know, we have sent you letters dated November 2, November 12 and November 13 regarding discovery of particular, important information. In light of that correspondence, and in view of your comments on the record at the latest hearing before Judge Sullivan and your representations to me in court this morning, I am writing one last time to renew our request that the Government produce ***immediately*** two critical sources of information – the Unimed "Libro de Control" (Control Book) and Mr. Ye Gon's Sony Vaio laptop. As explained below, there can be no legitimate excuse for the continuing delay in production of these materials, both of which are extremely important to Mr. Ye Gon's defense.

First, the Control Book. Although you informed Judge Sullivan that the Government's search for the Libro de Control was like searching for "a needle in a haystack," I have to say, with all due respect, that that is the furthest thing from the truth. There are two volumes of the Libro de Control; they are black, bound books with brown spines; they are uniform, standard-issue books ***issued by COFEPRIS*** (the governing Mexican Health Agency) to Unimed, with entries made by COFEPRIS' representative (by law) regarding Unimed's transactions in controlled substances. We understand they are approximately 12 inches by 18 inches in size. One volume was in the safe at the Unimed Pharm Chem warehouse in Mexico City, and the other volume was locked in Mr. Ye Gon's desk in his office at that warehouse. These books, in other words, are hardly "needles in a haystack." The Mexican authorities obviously know ***exactly*** what these

DEFENDANT'S
EXHIBIT
2

volumes look like, who removed them from the safe and Mr. Ye Gon's locked desk, and where they are kept now. This refutes your representation to me today that the person(s) who searched Mr. Ye Gon's office did not find a log book. Although it seems patently incredible that Unimed's safe and/or Mr. Ye Gon's locked desk were not already invaded and their contents seized, we demand that the safe and desk be opened and the log books produced.

Moreover, in view of the much-touted cooperation between the Mexican and American authorities in this case, a complete, legible copy of the pages of these two volumes (each page of which bears a governmental stamp) is merely a phone call away. Please make that phone call to Mexico, and have the scanned pages of these two volumes e-mailed to you, so you can produce them to us without further delay (without prejudice to our right to review the actual books themselves at a later time).

Second, Mr. Ye Gon's Sony Vaio laptop. Today in court you represented to me that you were aware that when the DEA arrested our client on July 23, 2007, the agents took possession of Mr. Ye Gon's dark brown briefcase, which he had with him at the time of his arrest. Further, you represented that the DEA retains possession of the briefcase and its contents, including the Sony laptop. In short, as this laptop is plainly here in the Washington area, and it has been in the Government's possession for over four months, there can be no legitimate excuse for the Government's purported inability to produce the briefcase and its contents (including the laptop) to us. As with the Libro de Control, the laptop contains a wealth of information confirming the legitimacy and scope of Mr. Ye Gon's pharmaceutical business, and it is therefore crucial to Mr. Ye Gon's defense.

We need these sources of information in order to prepare for the upcoming December 20 hearing. Please do not force us to file a motion to compel to obtain these readily available materials. I look forward to hearing from you very soon.

Sincerely,

Martin F. McMahon, Esq.

1150 Connecticut Ave. N.W. Suite 900
Washington, DC  20036
202-862-4343
202-828-4130

**Martin F. McMahon
& Associates**

# Fax

**To:**  Paul Laymon, Esq.                **From:**  Lauren D'Agostino, Legal Assistant.

**Fax:**  (202) 305-9825                  **Pages:**  3  (incl. cover page)

**Phone:**                                **Date:**  November 30, 2007

**Re:**  US v. Ye Gon, 07-181             **cc:**

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:**

Dear Mr. Laymon,

Please find attached Mr. McMahon's letter dated November 30, 2007.

Very Truly Yours,

Lauren D'Agostino, Legal Assistant

Legal Notice: This facsimile, and any attachment hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution, or copying of this faxl, and any attachments hereto, is strictly prohibited.  If you have received this fax in error, please immediately notify me by telephone and permanently delete any printout of the message, the original, and any copy of the fax.

```
*****************************************************************************
*                         TRANSACTION REPORT                        P. 01  *
*                         _____                              *
*                                               NOV-30-2007 FRI 03:49 PM   *
*      FOR:                                                                 *
*                                                                          *
*  DATE  START    RECEIVER        TX TIME   PAGES TYPE     NOTE      M#  DP *
*  NOV-30 03:49 PM 12023059825--871   31"     3  SEND     OK        171    *
*                                                                          *
*                                 TOTAL :      31S  PAGES:   3             *
*****************************************************************************
```

1150 Connecticut Ave. N.W. Suite 900
Washington, DC 20036
202-862-4343
202-828-4130

**Martin F. McMahon
& Associates**

# Fax

| **To:** | Paul Laymon, Esq. | **From:** | Lauren D'Agostino, Legal Assistant. |
|---|---|---|---|
| **Fax:** | (202) 305-9825 | **Pages:** | 3  (incl. cover page) |
| **Phone:** | | **Date:** | November 30, 2007 |
| **Re:** | US v. Ye Gon, 07-181 | **cc:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:**

Dear Mr. Laymon,

Please find attached Mr. McMahon's letter dated November 30, 2007.



**U.S. Department of Justice**

Criminal Division
Narcotic and Dangerous Drug Section
1400 New York Avenue N.W.

_Washington, D.C. 20530_

December 1, 2007

Martin F. McMahon
Martin F. McMahon and Associates
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036

   Re: <u>United States v. Ye Gon,</u> 1:07-cr-181

Dear Martin:

   I write in response to your letter of November 30, 2007, in which you ask for the immediate production of what you describe as a UNIMED log book, also referred to by you as the "Libro de Control". You have made previous requests for this item and I have previously responded to those requests. In addition, you have asked for immediate production of a Sony Vaio laptop computer in the possession of your client at the time of his arrest.

   As to the so called log book, the United States has been unable, so far, to locate such an item in the material seized from the UNIMED offices in Mexico City. Since my last written response to you about this item, I phoned the DEA agent in Mexico City and asked her to again check with the Mexican prosecutors in the case. The agent phoned later that day and had the two prosecutors with her. Through her I asked about the item you describe, and they responded that they did not remember seeing such an item at UNIMED or in the evidence seized. Since you had advised me that one volume of the item could have been in a safe and another volume of the item could have been locked up in the defendant's desk, I asked them to go back to UNIMED and check the safe and desk again. I was later told by the agent that after going back to UNIMED and looking again, no such item or items were found.

   I may be traveling to Mexico before the hearing on December 20. If I do, I will inquire about and look for the item you describe. It is possible that a so called log book, assuming that it ever existed, was not present at UNIMED on the day of the search. The defendant has apparently told at least one media outlet that he fled Mexico in September 2006, and except for sneaking back into Mexico briefly in October 2006, was not in Mexico from September 2006 to March 15, 2007 when UNIMED was raided by law enforcement authorities. That would appear to be true, as we know the defendant was in Las Vegas and Los Angeles for much of the time between



**U.S. Department of Justice**

Criminal Division
Narcotic and Dangerous Drug Section
1400 New York Avenue N.W.

_____
*Washington, D.C. 20530*

September 2006 and March 15, 2007.  If true that he was not in Mexico or at UNIMED throughout that time, and again assuming that a log book was in fact being kept, the defendant would have no personal knowledge as to where it was located at the time of the raid.

It is also possible that the contents of the log book, again assuming that it existed, are contained in the more than 25,000 pages of documents we each have.  It could also be contained in the thousands of pages of documents still awaiting copying in Mexico.  As you indicated to me on November 30, you (like me) have not been able to go through all 25,000 plus pages.  As I told you before, we had a team of translators reviewing the 25,000 plus pages.  When there work is done and they have debriefed us on their findings, I will be in a better position to know if a copy of the item you describe could be in those pages.

As to the laptop, I can confirm that at least one laptop was seized from the custody or control of the defendant.  I do not now know if it was a Sony Vaio.  That laptop is currently being examined by DEA technicians.  I will check on Monday on the status of that review and will let you know when that review may be completed.  I do not know what, if anything, is contained in the laptop, but you will certainly have access to its contents.

Sincerely,

Paul W. Laymon

### AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT
### FOR ZHENLI YE GON

I, Eduardo A. Chávez, Special Agent, Drug Enforcement Administration, United States
Department of Justice, being duly sworn, do depose and state:

1.     I have been employed as a Special Agent (SA) with the Drug Enforcement
Administration (DEA) since July 2000 and am presently assigned to the Drug Enforcement
Administration, México City Country Office in México City, México.  I am a law enforcement
officer of the United States within the meaning of Title 18, United States Code §2510(7), who is
empowered to conduct investigations of, and make arrests for, narcotic offenses enumerated in
Title 18, United States Code §2516.  I have successfully completed a sixteen (16) week DEA
Basic Agent Training Academy at the DEA Academy in Quantico, Virginia.  This training
included instruction in the investigation of federal drug and money laundering crimes, including,
but not limited to Title 21, United States Code §§841, 846, and 959, and Title 18, United States
Code §§2, 1956 and 1957.  I have discussed with numerous law enforcement officers,
defendants, and informants, the methods and practices used by chemical and narcotic
distributors.  I have acted in an undercover capacity conducting multiple chemical and
methamphetamine transactions and have been the affiant on numerous federal and state search
warrants, complaints, and wiretap affidavits and have testified in court in the area of narcotics on
several occasions.

2.     The facts set forth in this Affidavit are known to me as a result of my investigation and
interview with agents and law enforcement officers.  These are not all the facts known to me
throughout the course of this investigation, but rather only those which are essential to establish
probable cause for charging a complaint against Zhenli YE GON for the federal violations listed
here.

### CHEMICALS AND DRUGS INVOLVED

3.     Pseudoephedrine/ephedrine are legitimate pharmaceutical chemicals which are
commonly used in cold and allergy medicines.  In the United States, pseudoephedrine/ephedrine,
its salts, isomers, and salts of isomers are considered List I chemicals as defined by 21 USC
§802(34) and 21 CFR §1310.02(a)(3)(11) .  List I chemicals are those which are deemed
important to the clandestine manufacture of controlled substances, including methamphetamine.


DEFENDANT'S
EXHIBIT
3

Customs at the Pacific seaport of Lázaro Cárdenas, México. A sampling of the substance conducted by the Mexican Customs' Central Laboratory identified it as N-Acetylpseudoephedrine, a derivative of pseudoephedrine/ephedrine. This substance is controlled by Mexican federal health law as well as Mexican federal precursor law making it illegal for UNIMED to import.

10.     On April 26, 2007, DEA FC and I traveled to the UNIMED manufacturing plant to analyze any chemicals or residues still present. This plant had been secured by Mexican authorities since the execution of their federal search warrant on March 15, 2007, to be discussed in detail herein. DEA FCs took samples of chemical residue found in equipment and locations throughout the site, including samples which tested positive for the presence of ephedrine. It is believed the plant was used for the production of pseudoephedrine/ephedrine using an N-Acetyl derivative as the starting material.

11.     I know based on my conversations with Mexican federal prosecutors and health officials that after 2005, UNIMED pharmaceutical did not have any authority to import, manufacture, distribute, or possess any pseudoephedrine or ephedrine related material. Based on the expert conclusions drawn by the DEA FCs and the importation records of the N-Methyl-Acetylamino and the Hydroxy-Benzyl-N-Methylacetethamine, I believe based on the mislabeling of shipments and positive results for the presence of ephedrine, that YE GON willfully intended to import a restricted chemical into México, violating Mexican law, for the express purpose of manufacturing pseudoephedrine/ephedrine, a listed chemical, as defined by Title 21 United States Code Section 802(34).

12.     In consultation and interviews with current and former advisors to the Mexican Federal Commission for the Protection Against Sanitary Risks (hereafter referred to by its Spanish acronym, "COFEPRIS"), they stated that UNIMED, as a pharmaceutical wholesaler, did not have any legal authority to import, export, manufacture, or distribute and product containing pseudoephedrine or ephedrine. COFEPRIS also indicated that all legitimate pharmaceutical laboratories operating in México must go through COFEPRIS to obtain permits to buy and/or sell pseudoephedrine/ephedrine. This Commission is charged with oversight and regulatory control over all pseudoephedrine/ephedrine, imports, exports, and distribution within Mexican territory.

13.     Based on the aforementioned information, it is clear that YE GON and UNIMED



### Box 718

| YEAR | # PAGES PRODUCED BY GVT | # OF DUPLICATES PROD BY GVT | # OF DIFF DOCS PROD BY GVT |
|------|------|------|------|
| 2002 | 3 | 1 | 2 |
| 2003 | | | |
| 2004 | 57 | 35 | 22 |
| 2005 | | | |
| 2006 | 4 | 0 | 4 |
| TOTAL | 141 | 74 | 67 |

DEFENDANT'S
EXHIBIT
4
PENGAD-Bayonne, N.J.

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed 2002 | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| cutoff | 12/6/2002 | Permiso de Importacion | clophidrato de pseodoefdrina | 4000 kg | IPQ-0321-2002 | 209 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Alberto Carlo Fratimunari |
| NDDS016312 | 12/6/2002 | Permiso de Importacion | clophidrato de pseodoefdrina | 4000 kg | IPQ-0321-2002 | 222*** id otherwise | id | id |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| NDDS016313 | 12/6/2002 | Permiso de Importacion | clophidrato de pseodoefdrina | 4000 kg | IPQ-0322-2002 | 223 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Alberto Carlo Fratimunari |

## Box 718
### 2003

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| NDDS016314 | 2/4/2003 | Permiso de Importacion | clophidrato de pseodoefdrina | 4000 kg | IPQ-0010-2003 | 224 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Alberto Carlo Fratimunari |
| NDDS016315 | 5/20/2003 | Permiso de Importacion | pseodoepefdrina sulfato | 4000 kg | IPQ-0180-2003 | 225 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Alberto Carlo Fratimunari |
| NDDS021459 | 5/12/2003 | Letter | no specific chemicals list | N/A | N/A | 48 | Secretaria de agricultura | Mara E. Gonzalez Ortiz |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | 2003 | | | | | |
| NDDS021557 | 8/6/2003 | Permiso de Importacion | enrofloxacina base | 2000 kg | I-08385-2003 | 176 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Saleta Garcia Herrere |
| NDDS022101 | 8/6/2003 | Permiso de Importacion | enrofloxacina base | 2000 kg | I-08385-2003 | 176*** id | id | id |
| NDDS021443 | 8/6/2003 | Permiso de Importacion | enrofloxacina base | 2000 kg | I-08385-2003 | none*** id otherwise | id | id |
| NDDS021438 | 8/6/2003 | Permiso de Importacion | enrofloxacina base | 2000 kg | I-08385-2003 | none*** id | id | id |
| NDDS021983 | 8/6/2003 | Permiso de Importacion | enrofloxacina base | 2000 kg | I-08385-2003 | 60*** id otherwise | id | id |
| NDDS021988 | 8/6/2003 | Permiso de Importacion | enrofloxacina base | 2000 kg | I-08385-2003 | 63*** id otherwise | id | id |
| NDDS021445 | 1/12/2004 | Letter re: Permiso de Importacion | not listed | not listed | I-08385-2003 | cut off | Secretaria de Salud (Secretary of Health) | Dr. Guillermo A. Solomon Santibanez |
| NDDS021562 | 1/12/2004 | Letter re: Permiso de Importacion | not listed | not listed | I-08385-2003 | cut off | id | id |
| NDDS021488 | 8/6/2003 | Permiso de Importacion | oxitetraciclina testosterona dihidroestretomicina ampliclena amoxicilina | 20000 kg 50 kg 8000 kg 5000 kg 4000 kg | I-08375-2003 | 107 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Saleta Garcia Herrere |
| NDDS022032 | 8/6/2003 | Permiso de Importacion | id | id | I-08375-2003 | 107*** id | id | id |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | 2003 | | | | | |
| NDDS022100 | 9/10/2003 | Permiso de Importacion | Pencilina G Procaina Esteril | 10,000 kg | I-09639-2003 | 175 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Saleta Garcia Herrere |
| NDDS021556 | 9/10/2003 | Permiso de Importacion | Pencilina G Procaina Esteril | 10,000 kg | I-09639-2003 | 175**** id | id | id |
| NDDS022103 | 3/15/2004 | Letter re: Permiso de Importacion | not listed | not listed | I-09639-2003 | 177 | Secretaria de Salud (Secretary of Health) | Dr. Guillermo A. Solomon Santibanez |
| NDDS021559 | 3/15/2004 | Letter re: Permiso de Importacion | not listed | not listed | I-09639-2003 | 177*** id | id | id |

## Box 718
### 2003

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| NDDS021419 | 9/10/2003 | Permiso de Importacion | cloranfenicol trenbolona dexmetasona gentamicina estanozolol | 20,000 kg 300 kg 500 kg 1500 kg 500 kg | I-09501-2003 | none | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Saleta Garcia Herrere |
| NDDS021964 | 9/10/2003 | Permiso de Importacion | id | id | I-09501-2003 | 41*** id otherwise | id | id |
| NDDS021981 | 10/16/2003 | Permiso de Importacion | ciprofloxacina amikacina penicilina g. benzatina nortestosterona oximetolona | 5,000 kg 2,000 kg 7,000 kg 2,000 kg 500 kg | I-11001-2003 | 58 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Saleta Garcia Herrere |
| NDDS021984 | 10/16/2003 | Permiso de Importacion | id | id | I-11001-2003 | 61*** id otherwise | id | id |
| NDDS021439 | 10/16/2003 | Permiso de Importacion | id | id | I-11001-2003 | none*** id otherwise | id | id |
| NDDS021436 | 10/16/2003 | Permiso de Importacion | id | id | I-11001-2003 | none*** id | id | id |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | 2003 | | | | | |
| NDDS021985 | 11/18/2003 12/02/2003 12/09/2003 01/07/2004 02/10/2004 02/13/2004 | document title cut off (appears to be a list of inports) | penicilina g. benzatina nortestosterona ciprofloxacina amikacina oximetolona ciprofloxin base | 7,000 kg 2,000 kg 5,000 kg 500 kg 500 kg 1,500 kg | 31153000067 31023000863 illegible 31024000015 31024000015 none | none | document is cut off | signatures illegible |
| NDDS021440 | id | id | id | id | id | none*** id (cleaner copy) | id | id |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten en No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| NDDS021982 | 12/11/2003 | Permiso de Importacion | oxandrolona dipirona sodica o magnesica levamisol naproxen albendazol | 200 kg 20,000 kg 10,000 kg 25,000 kg 15,000 kg | I-13697-2003 2003 | 59 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Guillermo A. Solomon Santibanez |
| NDDS022018 | id | id | id | id | id | 93***id otherwise | id | id |
| NDDS021986 | id | id | id | id | id | 62***id otherwise | id | id |
| NDDS021420 | id | id | id | id | id | 42***id otherwise | id | id |
| NDDS021965 | id | id | id | id | id | 42***id | id | id |
| NDDS022074 | id | id | id | id | id | 149***id otherwise | id | id |
| NDDS021530 | id | id | id | id | id | 149***id | id | id |
| NDDS022089 | id | id | id | id | id | 114***id otherwise | id | id |
| NDDS021545 | id | id | id | id | id | 114***id | id | id |
| NDDS021437 | id | id | id | id | id | none***id otherwise | id | id |
| NDDS021441 | id | id | id | id | id | none***id | id | id |
| NDDS021474 | id | id | id | id | id | none***id (cleanest copy) | id | id |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | 2003 | | | | | |
| NDDS021987 | 1/20/2004 2/13/2004 | document title cut off (appears to be a list of inports) | Cut off and crossed out with a line through the page | 5,000 kg 9,000 kg | not listed | none | document is cut off | signatures illegible |
| NDDS021442 | id | id | id | id | id | id | id | id |
| NDDS021966 | 12/9/2003 | Permiso de Importacion | diclofenaco sodico amoxicilina trihidriatda ampicilina trihidratada paracetamol compression directa naproleno | 10,000 kg 10,000 kg 15,000 kg 20,000 kg 15,000 kg | I-13547-2003 | 43 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Guillermo A. Solomon Santibanez |
| NDDS021421 | id | id | id | id | id | 43***identical to the above document except part of the number is cut off | id | id |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | 2004 | | | | | |
| NDDS016795 | 1/7/2004 | Permiso de Importacion | pseudoefedrina sulfato | 11,000 kg | IPQ-0004-2004 | 442 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Maria Guadalupe Saleta Garcia Herrere |
| NDDS016316 | id | id | id | id | id | 226*** identical except there is a stamp on this document | id | id |
| NDDS016318 | 1/7/2004 | Permiso de Importacion | too faded to read | 24,000 kg | IPQ-0005-2004 | 228 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Maria Guadalupe Saleta Garcia Herrere |
| NDDS016317 | 1/8/2004 | Permiso de Importacion | too faded to read | 30,000 kg | IPQ-0006-2004 | 227 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Maria Guadalupe Saleta Garcia Herrere |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| NDDS021544 | 2/18/2004 | Permiso de Importacion | naproxen | 25,000 kg | I-09851-2004 | 113 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Guillermo A. Solomon Sanitibanez |
| NDDS022088 | id | id | id | id | id | id | id | id |
| NDDS021487 | id | id | id | id | id | 106***id otherwise | id | id |
| NDDS022031 | id | id | id | id | id | id | id | id |
| NDDS021546 | id | id | id | id | id | 165***id otherwise | id | id |
| NDDS022090 | id | id | id | id | id | id | id | id |
| NDDS021531 | id | id | id | id | id | 150***id otherwise | id | id |
| NDDS022075 | id | id | id | id | id | id | id | id |
| NDDS021509 | id | id | id | id | id | 128***id otherwise | id | id |
| NDDS022053 | id | id | id | id | id | id | id | id |
| NDDS021692 | id | id | id | id | id | 311***id otherwise | id | id |
| NDDS022236 | id | id | id | id | id | id | id | id |
| NDDS021693 | 8/12/2004 | Letter re: Permiso de Importacion | not listed | not listed | id | 312 | Secretaria de Salud | id |
| NDDS022237 | 8/12/2004 | id | not listed | not listed | id | 312***id | id | id |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | | **2004** | | | | |
| NDDS021465 | 2/25/2004 | Certificado de Importacion | tylosin tartrate dihydroestreptcmycin | unclear | 03053/2004 | 84 | Secretaria de Agricultura | Enrique Salazar Herrera |
| NDDS021498 | 3/4/2004 | Permiso de Importacion | oxitetraciclina testosterona dihidroestreptomicina naproxen amoxicilina | 10,000 kg 10,000 kg 8,000 kg 20,000 kg 10,000 kg | I-05692-2004 | 117 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Guillermo A. Solomon Sanitbanez |
| NDDS022042 | id | id | id | id | id | id | id | id |
| NDDS021518 | id | id | id | id | id | 137*** id otherwise | id | id |
| NDDS022062 | id | id | id | id | id | id | id | id |
| NDDS021558 | id | id | id | id | id | 177*** id otherwise | id | id |
| NDDS022102 | id | id | id | id | id | id | id | id |
| NDDS022147 | 3/23/2004 | Certificado de Importacion | Trocianato de eritromicina posfomicina calcida | 1,000 kg 1,000 kg | 11450/2004 | 222 | Secretaria de Agricultura | Vidai Guerrano Gomez |

## Box 718
### 2004

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritt en No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| NDDS022087 | 6/10/2004 | Permiso de Importacion | naproxen<br>ceptiofur<br>linromitina<br>oxitetraciclina<br>enrofloxacina base | 40,000 kg<br>2,000 kg<br>7,000 kg<br>20,000 kg<br>2,000 kg | I-01049-2004 | 122 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Guillermo A. Solomon Santibanez |
| NDDS021543 | id | id | id | id | id | id | id | id |
| NDDS021604 | id | id | id | id | id | 223***id otherwise | id | id |
| NDDS022148 | id | id | id | id | id | id | id | id |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten in No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | 2004 | | | | | |
| NDDS021618 | 6/16/2004 | Permiso de Importacion | ampicilina trihidratada penicilina y potasica esteril penicilina g sodica esteril ampicilina sodica esteril levamisol | 10,000 kg 100 kg 500 kg 500 kg 8,000 kg | I-12961-2004 | 237 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Guillermo A. Solomon Santibanez |
| NDDS022162 | id | id | id | id | id | 237*** id | id | id |
| NDDS021560 | id | id | id | id | id | 179*** id otherwise | id | id |
| NDDS022104 | id | id | id | id | id | id | id | id |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | same shipment with different Control Number | | | | | |
| NDDS021561 | 6/16/2004 | Permiso de Importacion | ampicilina trihidratada penicilina y potasica esteril penicilina g sodica esteril ampicilina sodica esteril levamisol | 10,000 kg 100 kg 500 kg 500 kg 8,000 kg | I-12913-2004 | 130 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Guillermo A. Solomon Santibanez |
| NDDS022105 | id | id | id | id | id | id | id | id |

## Box 718

### 2004

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| NDDS021619 | 7/20/2004 | Permiso de Importacion | amoxicilina trihidratada paracetamol compresion directa naproxen ibuprofeno compresion directa espironolactona | 10,000 kg 20,000 kg 15,000 kg 3,000 kg 500 kg | I-01892-2004 | 238 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Guillermo A. Solomon Santibanez |
| NDDS022163 | id | id | id | id | id | id | id | id |
| NDDS021727 | 7/12/2003 | Letter | no specific chemicals list | N/A | N/A | 34 | Secretaria de agricultura | Mara E. Gonzalez Ortiz |
| NDDS021690 | 6/16/2004 | Permiso de Importacion | albendazol dicloxacilena diphona sodica o magnesica naproxen oxandeolina | 15,000 kg 20,000 kg 20,000 kg 25,000 kg 200 kg | I-01440-2004 | 309 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Guillermo A. Solomon Santibanez |
| NDDS022234 | 6/16/2004 | Permiso de Importacion | id | id | id | id | id | id |
| NDDS021738 | 6/16/2004 | Permiso de Importacion | id | id | id | 387**** id otherwise | id | id |
| NDDS022282 | 6/16/2004 | Permiso de Importacion | id | id | id | id | id | id |
| NDDS022235 | 1/20/2005 | Letter re: Permiso de Importacion | not listed | not listed | id | 310 | Secretaria de Salud | Maribel Bernal Saldivar |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | 2004 | | | | | |
| NDDS021605 | 8/11/2004 | Permiso de Importacion | diclofenaco sodico difenidol retoconazol metenolona amiracina | 10,000 kg 5,000 kg 5,000 kg 500 kg 2,000 kg | I-01441-2004 | 224 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Silvia Hernandez Rivera |
| NDDS022149 | id | id | id | id | id | id | id | id |
| | | | | | | | | |
| | | | | | | | | |
| NDDS021461 | 9/3/2004 | Hoja de Requisitos Zoosanitarios (Sheet of Animal Health Requirements) | matria prima antimicrobiana (substance that prevents the growth of microbes on feedstock) | n/a | n/a | none | Secretaria de Agricultura | none |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| NDDS021726 | 9/8/2004 | Permiso de Importacion | undecienxto de holdenona sentamicina esteril | 500 kg 1,500 kg | I-14369-2004 | 345 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Dr. Guillermo A. Solomon Sanitbanez |
| NDDS022270 | id | id | id | id | id | id | id | id |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | | 2004 | | | | |
| NDDS016303 | 9/10/2004 | Letter re: Permiso para adquirir | pseudoefedrina sulfato | 3894 kg | Entry Number: 04320400303 | 345 | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Lic. Greta Spota Dierickx |
| cut off | id | id | id | id | id | id | id | id |
| NDDS016319 | 9/23/2004 | ??? Appears to be internal Unimed document | id | id | n/a | 229 | Unimed | n/a |
| NDDS021694 | 9/27/2004 | Permiso de Importacion | gentamicina esteril ciprofloxacina penicilina g benzatinica ampicilina trihidratada ampicilina g sodica esteril | 1,500 kg 5,000 kg 7,000 kg 10,000 kg 1,000 kg | I-14809-2004 | cut off | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Silvia Hernandez Rivera |
| NDDS022238 | id | id | id | id | id | 313*** id otherwise | id | id |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | | 2004 | | | | |
| NDDS021695 | 9/22/2004 | Permiso de Importacion | penicilina g procalnica | 10,000 kg | I-14895-2004 | cut off | Comision Federal Para la Proteccion Contra Riesgos Sanitarios | Silvia Hernandez Rivera |
| NDDS022239 | id | id | id | id | id | 314*** id otherwise | id | id |
| NDDS022182 | 11/11/2004 | Certificado de Importacion | faded out | faded out | faded out | 257 | Secretaria de Agricultura | illegible |

## Box 718

### 2005

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| NDDS021689 | 2/9/2005 | Certificado de Importacion | Clorhidra de Enrofloxacina | 500 kg | 353050000548 | 308 | Secretaria de Agricultura | Vidal Guerrano Gomez |
| NDDS022233 | 2/9/2005 | id | id | id | id | id | id | id |
| NDDS022240 | 3/8/2005 | Hoja de Requisitos Zoosanitarios (Sheet of Animal Health Requirements) | matria prima antimicrobiana (substance that prevents the growth of microbes on feedstock) | n/a | 1-1-6-HKG-HKG | none | Secretaria de Agricultura | notarized by raul Gordillo Lozano |
| NDDS020494 | 4/15/2005 | Permiso de Importacion | Testosterona Nortestosterona Metenolona Progesterona Ceftiofur | 500 kg 500 kg 500 kg 500 kg 1,000 kg | I-42769-2005 | scribble in upper right corner | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |
| NDDS023246 | 4/18/2005 | Permiso de Importacion | Dihidroestreptomicina Enrofloxacina Naproxen Penicilina Cloranfenicol | 5,000 kg 20,000 kg 25,000 kg 10,000 kg 3,000 kg | I-81167-2005 | cut off | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |
| NDDS023449 | id | id | id (difficult to read) | id | id | 329*** id otherwise | id | id |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | | 2005 | | | | |
| NDDS023247 | 5/11/2005 | Certificado de Importacion | Dihidroestreptomicina sulfato | 4,788 kg | 34655001062 | 151 | Secretaria de Agricultura | Vidal Guerrano Gomez |
| NDDS022626 | 5/19/2005 | Permiso de Importacion | Metronidazol<br>Dipirona<br>Ketoconazol<br>Peniclina G Benzatinica<br>Cloranfenicol | 30,000 kg<br>20,000 kg<br>10,000 kg<br>5,000 kg<br>5,000 kg | I-43172-2005 | 154 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |
| NDDS022874 | id | id | id | id | id | 405*** id otherwise | id | id |
| NDDS023265 | id | id | id | id | id | cut off*** id otherwise | id | id |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| NDDS020454 | 6/23/2005 | Permiso de Importacion | Gentamicina Esteril<br>Penicilina V Potasica Esteril<br>Penicilina G Sodica Esteril<br>Ampicilina Sodica Esteril<br>Amikacina | 10,000 kg<br>100 kg<br>500 kg<br>500 kg<br>8,000 kg | I-62718-2005 | 7 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | 2005 | | | | | |
| NDDS020455 | 6/23/2005 | Permiso de Importacion | Gentamicina Esteril Ciprofloxacina Penicilina G Benzatinica Ampicilina Trihidratada Amikacina | 1,500 kg 5,000 kg 7,000 kg 10,000 kg 1,000 kg | I-62719-2005 | 8 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |
| | | | | | | | | |
| | | | | | | | | |
| NDDS023201 | 6/28/2005 | Hoja de Requisitos Zoosanitarios (Sheet of Animal Health Requirements) | matria prima antimicrobiana (substance that prevents the growth of microbes on feedstock) | n/a | 1-1-219-HKG-HKG | none | Secretaria de Agricultura | notarized by raul Gordillo Lozano |
| | | | | | | | | |
| | | | | | | | | |
| NDDS016807 | 7/26/2005 | Permiso de Importacion | Pseudoefedrina Sulfato | 3,000 kg | IPQ-0212-2005 | 452 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Greta Spota Dieriox |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| NDDS022875 | 8/8/2005 | Permiso de Importacion | Ciprofloxacino HCL Tetraciclina | 8,000 kg 2,000 kg | I-63824-2005 | 406 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | 2005 | | | | | |
| NDDS020496 | 8/8/2005 | Permiso de Importacion | Penicilina G Benzatinica Metilandrostanolona Oximetolona Oxandrolona Trenbolona Acetato | 1,120 kg 1,000 kg 2,000 kg 2,000 kg 1,000 kg | I-63285-2005 | 47 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |
| NDDS023541 | 9/8/2005 | Permiso de Importacion | Amoxicilina Trihidratada Diclokacina Lincomicina Neomicina Tetraciclina | 10,000 kg 20,000 kg 7,000 kg 3,000 kg 10,000 kg | I-45430-2005 | 107 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Silvia Hernandez Rivera |
| NDDS023542 | id | id | id | id | id | 108*** id otherwise | id | id |
| NDDS022758 | id | id | id | id | id | 786*** id otherwise | id | id |
| NDDS022624 | 9/8/2005 | Permiso de Importacion | Ofloxacin | 2,000 kg | I-45432-2005 | 152 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | **2005** | | | | | |
| NDDS020492 | 9/8/2005 | Permiso de Importacion | Captopril Difenidol Undecilenato Dexametasona Hidrocortisona | 1,120 kg 1,000 kg 2,000 kg 2,000 kg 1,000 kg | I-45433-2005 *** has same number but different contents (see NDDS 022625 bellow) | 45 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |
| | | | | | | | | |
| | | | | | | | | |
| NDDS022625 | 9/8/2005 | Permiso de Importacion | Diclofenaco | 10,000 kg | I-45433-2005 *** has same number but different contents (see NDDS020492 above) | 153 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |
| | | | | | | | | |
| | | | | | | | | |
| NDDS020493 | 9/20/2005 | document title cut off (appears to be a list of inports) | Dexametasona Dexametasona | 10,000 kg 10,000 kg | 3102-5001731 3102-5001731 | none | N/A | N/A |
| | | | | | | | | |
| | | | | | | | | |
| NDDS023543 | 11/7/2005 | Permiso de Importacion | Testosterona Nortestosterona Ceftiofur Penicilina G Procainga | 500 kg 500 kg 1,000 kg 10,000 kg | I-46693-2005 | 409 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | 2005 | | | | | |
| NDDS020511 | 11/15/2005 | Permiso de Importacion | Penicilina G Sodica Esteril Ampicilina Esteril Amikagina Penicilina G Benzatinica Gentamicina Esteril | 10,000 kg 10,000 kg 1,000 kg 10,000 kg 10,000 kg | I-46949-2005 | 60 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Maribel Bernal Saldivar |
| NDDS023540 | id | id | id | id | id | 105*** id otherwise (cleanest copy) | id | id |
| NDDS023365 | id | id | id | id | id | none*** id otherwise | id | id |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| | | | 2005 | | | | | |
| NDDS022759 | 11/15/2005 | Permiso de Importacion | Naproxen<br>Dipirona<br>Metenolona<br>Progesterona<br>Eritromicina | 10,000 kg<br>20,000 kg<br>1,000 kg<br>1,000 kg<br>10,000 kg | I-46947-2005 | 237 | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Silvia Hernandez Rivera |
| NDDS023538 | id | id | id | id | id | cut off*** id otherwise (cleanest copy) | id | id |
| NDDS023364 | id | id | id | id | id | none*** id otherwise | id | id |
| NDDS023366 | 12/6/2005 | Permiso de Importacion | Metronidazol<br>Ketoconazol<br>Dihidroestereptomicina<br>Estreptomicinia<br>Cloraneenicol | 30,000 kg<br>20,000 kg<br>10,000 kg<br>10,000 kg<br>10,000 kg | I-64934-2005 | none | Comision Federal Para La Proteccion Contra Riesgos Sanitarios | Silvia Hernandez Rivera |
| NDDS023539 | id | id | id | id | id | cut off*** id otherwise | id | id |
| NDDS022760 | id | id | id | id | id | cut off*** id otherwise | id | id |

## Box 718

### 2005

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| NDDS020495 | 5/24/2005 | document title cut off (appears to be a list of inports) | Testosterona | 480,000 kg | 31025000847 | none | document is cut off | signatures illegible |
| | 5/24/2005 | | Testosterona | 470,000 kg | 31025000847 | | | |
| | 5/24/2005 | | Ceftiofur Clohidrate | 975,000 kg | 31025000847 | | | |
| | 5/24/2005 | | Metenolana | 499,000 kg | 31025000847 | | | |
| | 5/24/2005 | | Progesterona | 490,000 kg | 31025000847 | | | |
| | 2/20/2005 | | Metenolana | 490,000 kg | 31025001147 | | | |
| | 2/20/2005 | | Testosterona | 460,000 kg | 31025001147 | | | |
| | 2/20/2005 | | Nortestosterona | 490,000 kg | 31025001147 | | | |
| | 9/23/2005 | | Testosterona | 440,000 kg | 31025001730 | | | |
| | 9/23/2005 | | Testosterona | 390,000 kg | 31025001730 | | | |
| | 9/23/2005 | | Testosterona | 360,000 kg | 31025001730 | | | |
| | 9/29/2005 | | Nortestosterona | 355,000 kg | 31025001731 | | | |
| | 9/29/2005 | | Testosterona | 350,000 kg | 31025001731 | | | |
| NDDS020497 | 09/03/2005 | document title cut off (appears to be a list of inports) | Illegible | 99,000 kg | 31025001730 | none | document is cut off | signatures illegible |
| | 09/29/2005 | | Meticandrostanolonamethan- | 499,000 kg | 31025001731 | | | |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity 2006 | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| NDDS020512 | 04/26/2006 04/26/2006 10/24/2006 | document title cut off (appears to be a list of inports) | penicilina g. sodica ampicilina gentanicino | 10,000 kg 10,000 kg 10,000 kg | 0616346660000842 0616346560000913 0643310260002335 | none | document is cut off | signatures illegible |
| NDDS016863 | 10/13/2006 | Responsiva Quimica | tiamfenicol | 500 kg | 29.41.40.02 | 488 | Unimed (appears to be internal document) | Bernardo Mercado Jimenez (Chemist) |
| NDDS020515 | 10/24/2006 | Letter | sulfato de gentamicina | N/A | 3264/2006 | 63 | Proceduria General de la Republica (Attorney General's Office) | Leonardo Sanchez Hernandez |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity 2006 | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| NDDS020514 | 10/25/2006 | Letter | suflato de gentamicina | N/A | 4975/2006 | | Proceduria General de la Republica (Attorney General's Office) 62 | Jorge Joaquin Diaz Lopez |

## Box 718

| Bates No. | Date | Type of Document | Chemical(s) Listed | Quantity 2007 | Control Nos. | Handwritten No. | Issuing Agency | Signed by |
|---|---|---|---|---|---|---|---|---|
| NDDS023248 | 3/23/2007 | Certificate | N/A | N/A | N/A | 121 and 000155 typed | N/A | Notarized by Raul Gordillo Lozano |




### COMISIÓN FEDERAL PARA LA PROTECCIÓN
### CONTRA RIESGOS SANITARIOS

#### COMISIÓN DE AUTORIZACIÓN SANITARIA

ESTADOS UNIDOS
MEXICANOS

# PERMISO DE IMPORTACIÓN
## NO. I-43172-2005

FECHA DE SALIDA

0 2 JUN. 2005

En atención a su solicitud de fecha 19 de    MAYO    de   2005   con No. de entrada
05J30020343172y con fundamento en el Artículo 39 fracciones XIII y XV de la Ley Orgánica
de la Administración Pública Federal, en los Artículos 194 y 283 de la Ley General de Salud,
Artículo 14 del Reglamento de la Comisión Federal para la Protección contra
Riesgos Sanitarios y sin interferir con las disposiciones de otras Dependencias Oficiales,
se autoriza la Importación Definitiva con vigencia de 180 días naturales.

Importador:

UNIMED PHARM CHEM MEXICO, S.A. DE C.V.
AV. MORELOS NO. 24-A
MEXICO ,D.F.              06040

Fabricante:    UNIMED (HONGKONG) LTD. EMERALD IMPORT & EXPORT CORP. 905 SEAVIEW COMMERCIAL BUILDING,
               HONGKONG

Facturador:    UNIMED (HONGKONG) LTD. EMERALD IMPORT & EXPORT CORP. 905 SEAVIEW COMMERCIAL BUILDING,
               HONGKONG

Proveedor:     UNIMED (HONGKONG) LTD. EMERALD IMPORT & EXPORT CORP. 905 SEAVIEW COMMERCIAL BUILDING,
               HONGKONG

lana:

 IBTA

Materia Prima a Importar:

| Nombre | Cantidad | Unidad |
|---|---|---|
| METRONIDAZOL | 30000 | KILOGRAMO |
| DIPIRONA Y/O SUS SALES | 20000 | KILOGRAMO |
| KETOCONAZOL | 10000 | KILOGRAMO |
| PENICILINA G BENZATINICA | 5000 | KILOGRAMO |
| CLORANFENICOL | 5000 | KILOGRAMO |

Para la elaboración de:

| Nombre | Form.Farm. | Presentación | Reg.San. |
|---|---|---|---|
|  |  |  |  |

Restricciones:

Observaciones: PARA VENTA

DIRECTORA EJECUTIVA DE AUTORIZACIONES
DE COMERCIO INTERNACIONAL  PUBLICIDAD

Q.A. MARIBEL BERNAL SALDIVAR

4o. EXP.

NDDS022626



**COMISIÓN FEDERAL PARA LA PROTECCIÓN
CONTRA RIESGOS SANITARIOS**

COMISIÓN DE AUTORIZACIÓN SANITARIA

ESTADOS UNIDOS
MEXICANOS

**PERMISO DE IMPORTACIÓN**

No. **IPQ-0212-2005**

FECHA DE SALIDA

24 AGO 2005

México, D.F., a

En atención a su solicitud de fecha 26 de Julio de 2005, con No. entrada 0533002290162 y con fundamento en los Artículos 194 y 289 de la Ley General de Salud y el Artículo 14 del Reglamento de la Comisión Federal para la Protección contra Riesgos Sanitarios y sin interferir con las disposiciones de otras Dependencias Oficiales se les concede el Permiso para importar lo que se indica. PREVIO ASEGURAMIENTO Y/O MUESTREO

**IMPORTADOR:**
LABORATORIOS   LIOMONT S.A DE C.V                      Colonia: CUAJIMALPA
ADOLFO LOPEZ   MATEOS N° 68
C.P.:05000            Deleg./Munic.:CUAJIMALPA                Estado:DISTRITO FEDERAL

**EXPORTADOR:**
  Fabricante:  CHIFENG ARKER PHARMACEUTICAL TECHNOLOGY CO., LTD, NORTH QINGHE ROAD HONGSHAN DISTRICT, CHIFENG,
                INNER MONGOLIA, CHINA 024001

  Fact./Dist.:  CHIFENG ARKER PHARMACEUTICAL TECHNOLOGY CO., LTD, , NORTH QINGHE ROAD HONGSHAN DISTRICT, CHIFENG,
                INNER MONGOLIA, CHINA 024001

**ADUANA DE ENTRADA:**
AEROPUERTO INTERNACIONAL "BENITO JUÁREZ" DE LA CIUDAD DE MÉXICO.

**MATERIA PRIMA A IMPORTAR:**

| NOMBRE | CANTIDAD | UNIDAD |
|---|---|---|
| PSEUDOEFEDRINA SULFATO | 3000 | KG |

**PARA LA ELABORACIÓN DE:**
SENSIBIT D (F.F. GRAGEAS DE LIBERACIÓN PROLONGADA) CAJA CON 10 GRAGEAS DE LIBERACIÓN PROLONGADA DE 120 MG DE
PSEUDOEFEDRINA SULFATO, REGISTRO 083M98 SSA.
SENSIBIT D (JARABE), CAJA DE CARTÓN CON FRASCO DE 60 ML DE (1.2 GR / 100 ML) DE PSEUDOEFEDRINA SULFATO, REGISTRO 435M97
SSA.
SENSIBIT D PEDIATRICO (F.F. SOLUCIÓN) FRASCO DE 60 ML (600 MG / 100 ML) DE PSEUDOEFEDRINA SULFATO, REGISTRO 560M2004 SSA.

Esta autorización es válida por 180 días; se expide con las restricciones que señalan las disposiciones relativas a la Ley General de Salud y ampara un solo embarque.
Con este permiso se remiten dos copias del mismo, haciendo de su conocimiento que tienen la obligación de dar parte a esta Secretaría cuando llegue la mercancía, indicando el número de permiso, la fecha, número de guía, compañía transportadora, así como la certificación a petición de partes por el Cónsul Mexicano del país exportador. (SALVO EN CASO DE DEVOLUCIONES)
DE NO SER UTILIZADO ESTE PERMISO DEBE REGRESARSE PARA SU CANCELACIÓN INMEDIATA

ATENTAMENTE
LA SUBDIRECTORA EJECUTIVA DE REGULACIÓN DE
ESTUPEFACIENTES, PSICOTRÓPICOS Y SUSTANCIAS QUÍMICAS

SECRETARIA
DE SALUD
COFEPRIS
COMISIÓN DE AUTORIZACIÓN
SANITARIA

**LIC. GRETA SPOTA DIERICX**
En ejercicio de la facultad delegada por el artículo 8° del Acuerdo por el que se delegan las facultades que se señalan en los órganos administrativos que en el mismo se indican, publicado con fecha 11 de agosto de 2004 en el Diario Oficial de la Federación

C.c.p Lic. José Guzmán Montalvo, Director General de Aduanas, Av Hidalgo No. 77, Módulo 1,
Planta Baja, Col. Guerrero. C.P. 06300, México, D.F.
Comisión de Autorización Sanitaria.- Monterrey 33, Col. Roma, Cuauhtémoc, 06700, México, D.F
No. Exp. 14S.14.4

NDDS016807



Servicio de Administración Tributaria
Administración General de Aduanas
Administración Central de Investigación Aduanera
326-SAT-III-

 26

63493

"2006, Año del Bicentenario del natalicio del Benemérito de
las Américas, Don Benito Juárez García"

México, D.F. a 30 de noviembre de 2006

Lic. Jorge Joaquín Díaz López
Fiscal Adscrito a la Unidad Especializada en
Investigación de Delitos Contra la Salud
SIEDO
Av. Reforma No. 75, 2º Piso, Col. Guerrero
CP. 06030, Del. Cuauhtémoc, Méx., D.F.

P r e s e n t e

Con fundamento en el artículo 10 fracciones XV y XXI del Reglamento Interior del Servicio de
Administración Tributaria y en atención a su similar 5231/2006 de fecha 8 de noviembre de
2006, con el que solicita copia certificada de documentación inherente de la mercancía afecta a
los pedimentos 051630525002544 y 061634656000041 de fechas 5 de diciembre de 2005 y 3
de enero de 2006, que amparan la importación de un producto denominado N-Methil-
Acetilamino (metilacrilamina) tramitado por Unimed Pharm Chem de México, S.A. de C.V. y que
posterior a los dictámenes de laboratorio se conoció que en realidad se trata de Acetil-
pseudoefedrina, le comunico lo siguiente:

Anexo al presente encontrará dictámenes de laboratorio, pedimentos y sus anexos, así como
acta circunstanciada que emite el consulado de México en Hong Kong, informando que no
encontró registro del proveedor Emerald Import & Export Corp. en bases institucionales del
gobierno de Hong Kong. Además, se incluye perfil de operaciones de comercio exterior del
contribuyente Unimed Pharm Chem de México, S.A. de C.V.

Sin otro asunto, reciba un cordial saludo

A t e n t a m e n t e
El Administrador Central

Joaquín Arenal Romero

C.c.p.  Lic. José Guzmán Montalvo. Administrador General de Aduanas. Av. Hidalgo No. 77, Módulo IV, Tercer Piso. Col.
Guerrero, Delegación Cuauhtémoc, CP. 06300, México, D.F. Para su superior conocimiento.

El presente oficio contiene información de carácter reservada en términos de los artículos 13 fracción V y 14 fracciones I y II de la Ley
Federal de Transparencia y Acceso a la Información Pública Gubernamental, publicada en el Diario Oficial de la Federación el 11 de junio
de 2002 y 26 de su Reglamento, en relación con el artículo 69 del Código Fiscal de la Federación.

JAR/GAR/96



DEFENDANT'S
EXHIBIT
5

NDDS000690



**Administración General de Aduanas**
Administración Central de Investigación Aduanera

 ADUANA MEXICO

`27`

*México, D.F., a 30 de noviembre de 2006*

> *El contribuyente Unimed Pharm Chem México S.A.
> de C.V., realizó operaciones de importación de
> Acetato de N-Acetilseudoefedrina, clasificable en la
> fracción 29399999, sujeta a autorización sanitaria
> previa por COFEPRIS y controlada por la PGR,
> declarando incorrectamente N-Methylacetilamino y
> clasificándola en las fracciones arancelarias
> 29211199 y 29241999.*

**Unimed Pharm Chem México, S.A. de C.V.** (RFC. **UPC970324GP0**) actividad preponderante *productos químicos farmacéuticos, de tocador y productos veterinarios.* Inició operaciones el 24 de marzo de 1997 y se encuentra activo desde el 26 de julio de 2000. Declaró domicilio fiscal –localizado- en calle Morelos No. 24 A, colonia Centro, Área 4, CP. 06040, delegación Cuauhtémoc, Distrito Federal. Teléfono 5518 1881. No reporta sucursales.

El representante legal es Zhenli Ye[1] (RFC. YEZH630131Q96) quien reporta como actividad preponderante *otros servicios financieros no bancarios.*

Se encuentra activo en el Padrón de Importadores y no cuenta con Padrón Sectorial ni Programas de Fomento.

El Reporte de Dictaminación de Riesgo del contribuyente del Sistema de Consulta de Recaudación lo clasifica de riesgo bajo.

De enero de 2002 a octubre de 2006, el contribuyente realizó 291 operaciones de importación por valor de $123 millones 778 mil 777 pesos; por las Aduanas de AICM; Nuevo Laredo, Tamps.; Manzanillo, Colima; Veracruz, Ver.; Toluca; Pantaco y Lázaro Cárdenas, Mich.

Contó con los servicios de los Agentes Aduanales Nelson Prida Barrio (patente 3052), Sonia Prieto Flores (3102), Fanny Gordillo Rustrian (3465), Benito Guerrero Herrera (3530), José Humberto López Rodríguez (3288), Oscar Mercado Ocampo Morales (3763) Enrique Guillemin Martín del Campo (3832) Carlos Javier Márquez Pérez (3716), Adriana Guadalupe Gutiérrez Verduzco (3662), Eduardo Martínez Beltrán (3159), José de Jesús Ortiz Rosas (3224), Gilberto René Conde Fierro (3311) Y Guillermo Gil González (3426).

---

[1] Inició operaciones como contribuyente el 27 de julio de 2005, fecha desde la que se mantiene activo. Registra el mismo domicilio fiscal que Unimed Pharm.

*AGA/ACIA-IR*

*Página 1 de 7*

NDDS000691



**SAT**    **Administración General de Aduanas**        ADUANA MEXICO
Administración Central de Investigación Aduanera

28

Las mercancías importadas se declararon con diversos orígenes: Canadá, China, Inglaterra, Alemania, Israel, Hong Kong y Estados Unidos.

Las operaciones de importación las realizó en mayor medida con fracciones relacionadas con el capítulo 29 (productos químicos orgánicos) y con el 84 (reactores nucleares, calderas, aparatos mecánicos); sobresaliendo la fracción arancelaria 29372929 (testosterona o sus éteres)

Tipo de mercancía con la que realizó el mayor número de operaciones
Unimed Pharm Chem, México S.A. de C.V. entre los años 2002 y 2006

| capítulos | Fracciones | Trámites | Descripción |
|---|---|---|---|
| 29 | 89 | 511 | Productos químicos orgánicos |
| 84 | 24 | 52 | Reactores nucleares, calderas, maquinas, aparatos y artefactos mecánicos; partes de estas maquinas o aparatos |
| 94 | 3 | 18 | Muebles; mobiliario medicoquirúrgico; artículos de cama y similares; aparatos de alumbrado no expresados ni comprendidos en otra parte; anuncios, letreros y placas indicadoras luminosos y artículos similares; construcciones prefabricadas |
| 73 | 9 | 15 | Manufacturas de fundición, hierro o acero |
| 85 | 8 | 12 | Máquinas, aparatos y material eléctrico y sus partes; aparatos de grabación o de reproducción de sonido, aparatos de grabación o de reproducción de imagen y sonido en televisión y las partes y accesorios de estos aparatos |

Fracciones arancelarias con las que Unimed Pharm Chem, México S.A.
de C.V., presentó el mayor número de operaciones entre 2002 y 2006[2]

| Fracción | Descripción | Operaciones |
|---|---|---|
| 29372929 | Testosterona o sus ésteres | 50 |
| 29372911 | Decanoato de nandrolona (nortestosterona ) | 26 |
| 29189004 | Acido D-2 | 21 |
| 29349914 | Furaltadona | 17 |
| 29411003 | Penicilina g procaínica | 17 |
| 29412001 | Dihidroestreptomicina sulfato estéril/estreptomicina sulfato estéril DHS | 17 |
| 29372925 | Oximetolona | 16 |
| 29419015 | Amikacina o sus sales | 14 |
| 29242913 | N-Acetil-p-aminofenol | 13 |
| 29419016 | Sulfato de gentamicina | 13 |

[2] Los productos relacionados con las fracciones 29211199, 29241999 y 29242914 incorrectamente declarados sólo registran una operación por parte del contribuyente en ese mismo periodo de tiempo.

*AGA/ACIA-IR*    *Página 2 de 7*

NDDS000692



**SAT** **Administración General de Aduanas** **ADUANA MEXICO**
Administración Central de Investigación Aduanera

29

OPERACIONES RELEVANTES

- **Diciembre 12, 2005**

- Unimed Pharm Chem presentó pedimento de importación 05 16 3052 5002544 en la Aduana de Manzanillo, con el que amparaba 20 toneladas de **N-Methyl-acetilamino (Metilacrilamida)**, declarados en la fracción arancelaria 2921.11.99 (monoamianas acíclicas). La operación fue tramitada por el Agente Aduanal Nelson Prida Barrio (patente 3052).

  Al corresponderle reconocimiento aduanero se tomó muestra del químico presentado, el resultado del análisis de laboratorio (326-SAT-IX-C-19135) indicó que la mercancía presentada se trataba de **N-Acetil pseudoefedrina**[3], sal derivada de la pseudoefedrina sujeta a autorización sanitaria previa de la COFEPRIS[4] y clasificable en la fracción arancelaria 2939.99.99.

- **Enero 06, 2006**

- El mismo contribuyente presenta pedimento de importación 06 16 3465 6000041 por la Aduana de Manzanillo, con el que amparaba 29.4 toneladas de **N-Methyl-acetilamino (Metilacrilamida)** declarados en la fracción arancelaria 2924.19.99 (Los demás compuestos con función carboxiamida). La Agente Aduanal Fanny Gordillo Rustrian (patente 3465) se encargó de tramitar la operación.

  Al realizarse análisis de muestras (326-SAT-IX-B-19133) se encuentra que la mercancía presentada corresponde a **N-Acetil pseudoefedrina**, sujeto a autorización sanitaria previa de la COFEPRIS y clasificable en la fracción arancelaria 2939.99.99.

- **Julio 6, 2006**

- Una vez más Unimed Pharm Chem México tramita pedimento de importación de un producto químico, en esta ocasión por 20.67 toneladas de **Hidroxi-bencil-N-Metilacetona** (fracción 2924.29.14) por la Aduana de Lázaro Cárdenas. La

---

[3] Cuando el producto se disuelve en agua, se adiciona ácido clorhídrico y se calienta a sequedad se obtiene Clorhidrato de Pseudoefedrina puro, precursor químico utilizado en la fabricación de anfetaminas.
[4] La información de las importaciones fue entregada a la Subprocuraduría de Investigación Especializada en Delincuencia Organizada (SIEDO) a través del oficio 326-SAT-II-27254 con fecha del 09 de mayo de 2006.

NDDS000693



**Administración General de Aduanas**
Administración Central de Investigación Aduanera



ADUANA MEXICO

operación fue tramitada por el Agente Aduanal José Humberto López Rodríguez (patente 3288) con el pedimento 6000551.

- El dictamen del Laboratorio Central (oficio 326-SAT-IX-B-1-45231) indicó que se trataba de **N-Acetil Pseudoefedrina**, cuyo nombre químico es N-ACETIL-D-2-METILAMINO-1-FENIL-PROPAN-1-OL, registrada en la fracción arancelaria 2939.99.99.

En los 3 casos el proveedor fue Emerald Import & Export Corp., con domicilio declarado en las facturas 05AK0070 y 05AK0088: 51 Dong Nei Cheng Road, Wanchi, Hong Kong[5].

- **Noviembre 29, 2006**

- El día 17 del presente arribó al Puerto de Lázaro Cárdenas un contenedor proveniente de China con más de 19.7 toneladas de producto químico descrito como **Hidroxi-Bencil-N-Metil-Acetanilina** enmarcado en la fracción arancelaria 29242914. La operación es tramitada a favor de la empresa Unimed Pharmaceutical S.A. de C.V.[6] por parte del agente Aduanal José Humberto López Rodríguez (patente 3288).

- El pedimento 6000930 (en proceso de desaduanamiento) registra como proveedor de la mercancía a Emerald Import & Export Corp.

---

[5] De acuerdo con información proporcionada por el consulado de México en China, no existen antecedentes del proveedor en el registro de Negocios del Departamento de ingresos del Gobierno de la Región Administrativa Especial de Hong Kong, República Popular de China.
[6] RFC. UPH051014TH6 y **Domicilio fiscal -localizado- en** calle Miguel Alemán No. 175, San Pedro Totoltepec, CP. 50226, Toluca, México.

NDDS000694



**Administración General de Aduanas**
Administración Central de Investigación Aduanera

ADUANA MEXICO

·· ·31

CLIENTES Y PROVEEDORES

Se tiene conocimiento que entre el año 2001 y el 2004, Unimed Pharm Chem México, proporcionó mercancía con valor de $8 millones 743 mil 189 pesos a 26 clientes nacionales. Sobresale que solamente 2 de ellos declararon actividad preponderante relacionada con la producción o manipulación de químicos.

| Detalle de Clientes informados por el contribuyente 2001-2004 | | | | |
|---|---|---|---|---|
| Cliente | RFC | Año | Importe | Actividad preponderante |
| MULTISISTEMAS B V C SA DE CV | MBV8812145L0 | 2004 | $2,927,072 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| EXPOIMPO RB SA DE CV | ERB9503136F5 | 2004 | $1,415,179 | EQUIPO Y MATS PARA EL COMERCIO Y SERVICIOS |
| BECKMAN COULTER DE MÉXICO SA DE CV | BCM9811192Q8 | 2004 | $1,343,830 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| INDUSTRIAS QUETZAL SA DE CV | IQU8402147S9 | 2004 | $1,102,600 | FABRICACIÓN DE PARTES Y PIEZAS PARA MUEBLES |
| DISTRIBUCIÓN INTERCERAMIC SA DE CV | DIN971119GG6 | 2004 | $483,261 | MUEBLES Y ACCESORIOS PARA EL HOGAR Y OFICINA |
| INSTALACIÓN DE VAL AIRE ACONDICIONADO SA DE CV | IVA970630TM3 | 2003-2004 | $257,576 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| OTTOMOTORES SA DE CV | OTT500720LZ7 | 2004 | $244,262 | FABRICACIÓN ENSAMBLE Y REPCN MOTORES ELÉCTRICOS |
| A PONZANELLI SA DE CV | APO5207178H0 | 2004 | $155,354 | EXPLOTACIÓN MÁRMOL Y OTRAS PIEDRAS PARA CONSTN |
| AUTOMOTRIZ HERMER SA DE CV | AHE920420J81 | 2004 | $96,808 | AUTOMÓVILES Y CAMIONES NUEVOS |
| FARK CORP SA DE CV | FCO9406079L9 | 2001 | $92,401 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| BASHAM RINGE Y CORREA SC | BRC811230EC0 | 2004 | $86,957 | SERVICIOS DE BUFETES JURÍDICOS |
| PLASTIC PLUMBERS DE MÉXICO SA DE CV | PPM990108MJ1 | 2004 | $85,836 | EQUIPO Y MATS PARA EL COMERCIO Y SERVICIOS |
| BÁSICOS FEED GRADE SA DE CV | BFG930901Q81 | 2001 | $84,000 | OTROS SERVICIOS PERSONALES NO CLASIFICADOS |
| PUERTAS FINAS DE MADERA MONTE ALBAN SA DE CV | PFM8306107D2 | 2004 | $79,820 | FABRICACIÓN Y REPARACIÓN DE MUEBLES NO METÁLICOS |
| WAGNER & COMPANY SA DE CV | W&X9002197P6 | 2004 | $70,648 | SERVICIOS DE COMNES Y REPRESCNS MERCANTILES |
| COMUNICACIONES NEXTEL DE MÉXICO SA DE CV | CNM980114PI2 | 2004 | $70,312 | OTROS SERVICIOS DE TELECOMUNICACIONES |
| NUEVA WAL MART DE MÉXICO S DE RL DE CV | NWM9709244W4 | 2004 | $61,754 | COMERCIO AL POR MENOR EN ALMACENES Y TIENDAS DE DEPARTAMENTOS ESPECIALIZADOS |
| LAMBDA CIENTÍFICA SA DE CV | LCI860708LV9 | 2004 | $55,062 | 623089 - OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| QUÍMICA ALKANO SA DE CV | QAL880928MM7 | 2001 | $29,592 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| PACHECO VILLALDAMA NORMA ISELA | PAVN670417518 | 2001 | $865 | SERVICIOS DE ASESORÍA ADMON ORGANIZ EMPRESAS |
| | | | $8,743,189 | |

*AGA/ACIA-IR*

*Página 5 de 7*



**Administración General de Aduanas**     ADUANA MEXICO
Administración Central de Investigación Aduanera          ‿  32

Con lo que respecta a los proveedores nacionales Unimed Pharm Chem declaró que entre el año 2001 y el 2004 se relacionó con 36 de ellos, a los que les adquirió mercancía con valor de $109 millones 970 mil 121 pesos. Cabe mencionar que la mayoría de sus proveedores registran actividad preponderante relacionada con productos químicos y farmacéuticos.

| Detalle de proveedores informados por el contribuyente 2001-2004 | | | | |
|---|---|---|---|---|
| Proveedor | RFC | Período | Importe | Actividad preponderante |
| LABORATORIOS LIOMONT SA DE CV | LLI811201IX6 | 2002-2003-2004 | $38,165,631 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| PRODUCIENDO CALIDAD SA DE CV | PCA011205I23 | 2004 | $23,110,530 | PDTOS FARMACÉUTICOS Y DE PERFUMERÍA |
| LABS TORNEL SA | LTO760303LV3 | 2002-2003-2004 | $12,378,341 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| LABORATORIOS AGRO VET SA DE CV | LAV740806QT3 | 2001-2003-2004 | $8,465,670 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| COMPAÑÍAS EL FUERTE SA DE CV | CFU960611EA6 | 2003 | $5,316,856 | EQUIPO Y MATS PARA EL COMERCIO Y SERVICIOS |
| PROVEEDORA VETERINARIA DE TEHUACAN SA DE CV | PVT920408HI9 | 2004 | $4,752,923 | PDTOS VETERINARIOS INCLUYE MEDICAMENTOS |
| FORT DODGE ANIMAL HEALTH S DE RL DE CV | FDA9703143M0 | 2001-2002-2004 | $3,569,487 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| DEGORT S CHEMICAL SA DE CV | DCE731226JL7 | 2004 | $2,053,674 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| FARMACÉUTICOS RAYERE SA | FRA650121NQ3 | 2004 | $1,799,025 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| REVETMEX SA DE CV | REV851106DT1 | 2001-2004 | $1,581,897 | PDTOS VETERINARIOS INCLUYE MEDICAMENTOS |
| QUIMICA FARVET SA DE CV | QFA841204BZ6 | 2003-2004 | $1,145,759 | MEZCLA INSECTICIDAS Y PLAGUICIDAS |
| LEOPHARMA SA DE CV | LEO9707028W5 | 2004 | $986,961 | OTRAS MATERIAS PRIMAS O MATS USO INDL |
| PARFARM SA | PAR651025FEA | 2004 | $764,033 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| QSB SA DE CV | QSB000215692 | 2004 | $744,112 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| DISTRIBUIDORA DE PRODUCTOS QUIMICOS Y DERIVADOS ARTERIVER SA DE CV | DPQ031127342 | 2004 | $466,764 | PDTOS QUIMS FARMS TOCADOR Y PDTOS VETS |
| LOPEZ MISIONERO MARIA LUISA | LOML730109S29 | 2001 | $450,162 | OTROS SERVICIOS PERSONALES NO CLASIFICADOS |
| LABORATORIOS ARANDA SA DE CV | LAR6011293T4 | 2004 | $430,418 | FABRICACIÓN DE PRODUCTOS QUIMS BÁSICO-ORGÁNICOS |
| FARK CORP SA DE CV | FCO9406079L9 | 2001 | $421,318 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| ASTROQUIM SA DE CV | AST850530NI3 | 2003-2004 | $403,247 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| FIORI SA DE CV | FIO670615MM7 | 2003-2004 | $318,876 | FABRICACIÓN DE PRODUCTOS QUIMS BÁSICO-ORGÁNICOS |
| LABORATORIOS CIFER SA DE CV | LCI750610EU5 | 2003-2004 | $295,499 | FABRICACIÓN DE PRODUCTOS QUIMS BÁSICO-ORGÁNICOS |
| INSTIT AGROBIOQUIMICO SA DE CV | IAG7805235S2 | 2003-2004 | $268,696 | FABRICACIÓN OTROS PRODUCTOS QUÍMICOS BÁSICOS |
| PADOQUIMIA SA DE CV | PAD8103117N3 | 2004 | $255,758 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| BIOMEP SA DE CV | BIO920817NW1 | 2003 | $245,620 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| MILLIKAN SA DE CV | MIL980128SI5 | 2003-2004 | $219,113 | ELABORACIÓN Y CONSERVACIÓN GUISOS O ALIMS PREPARADOS |

*AGA/ACIA-IR*                              *Página 6 de 7*

                                                           ‿2

NDDS000696

 **SAT**   **Administración General de Aduanas**    **ADUANA MEXICO**
Administración Central de Investigación Aduanera

33

| FARKEM SA DE CV | FAR930322IM8 | 2001 | $217,077 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| TECNOLÓGICA FARMACÉUTICA DE MÉXICO SA DE CV | TFM000329ID5 | 2004 | $214,203 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| AVANFARM SA DE CV | AVA860724PXA | 2004 | $195,979 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| KALLIUM FARMACÉUTICA SA DE CV | KFA000128GQ8 | 2004 | $118,835 | PDTOS QUIMS FARMS TOCADOR Y PDTOS VETS |
| LABORATORIOS NORVET SA DE CV | LNO990625JT1 | 2004 | $110,088 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| LABORATORIOS BROVEL SA DE CV | LBR841218BL6 | 2004 | $105,100 | FABRICACIÓN OTROS PRODUCTOS QUÍMICOS BÁSICOS |
| LOEFFLER SA DE CV | LOE000208V42 | 2004 | $97,941 | SERVICIOS DE COMNES·Y REPRESCNS MERCANTILES |
| CHEMINOVA DE MÉXICO SA DE CV | CME911030NM1 | 2001 | $89,213 | PDTOS FARMACÉUTICOS Y DE PERFUMERÍA |
| ZIRIN LABORATORIOS DE MÉXICO SA DE CV | ZLM651115RB4 | 2004 | $85,474 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| SABRA PHARMA SA DE CV | SPH9211048J1 | 2001-2004 | $74,389 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| MICROBIOLOGÍA APLICADA SA DE CV | MAP9803206F6 | 2004 | $51,452 | PDTOS NO CLASIFICADOS EN APARTADOS ANT |
| | | | **$109,970,121** | |

## OBSERVACIONES

- A partir del 10 de octubre de 2006, se monitorea desde oficinas centrales cualquier operación presentada a despacho aduanero con fines de solicitud para reconocimiento aduanero a las Aduanas del País.

- Con relación al pedimento 3052 5002544 160 con fecha de pago de impuestos 12 de diciembre de 2005 y validado a las 15:23:57 hrs., cabe señalar que el trámite fue resultado de una rectificación que se hizo al pedimento 3052 5002440 160 que se trató de realizar a las 11:36:07, con la particularidad de que el primer trámite registra a José Luis Pérez Riva como el Agente Aduanal, utilizando la clave 3052, misma que utiliza Nelson Prida Barrio. Se desconoce la razón de la rectificación del pedimento.

- La mercancía embarcada el día 17 de noviembre, se encuentra depositada en el Recinto Fiscalizado LC Terminal Portuaria de Contenedores, S.A. de C.V. Ubicada en Prol. Lázaro Cárdenas No. 1, Centro, Recinto Portuario de la Aduana de Lázaro Cárdenas

*AGA/ACIA-IR*

*Página 7 de 7*

NDDS000697

**Bates no. NDDS000690**

(seal)              Tax Administration Service
Ministry of         General Customs Administration
the Treasury &       Central Administration of Customs Investigation
Public Credit       326-SAT-III-
                           63493
              "2006 - Bicentennial of the birth of Patron of the Americas - Benito Juárez García"

México, Federal District, 30 November, 2006

Lic. Jorge Joaquín Díaz López
Public Prosecutor assigned to the
Special Unit for Investigation of
Health Offenses (SIEDO)
Av. Reforma, No. 75, 2nd Floor, Colonia Guerrero
Postal Code: 06030, Del. Cuauhtémoc
Federal District, Mexico

Present

As established by article 10, sections XV and XII of the Interior Regulations of the Tax Administration Service, and regarding your communication 5231/2006 dated November 8, 2006, which requests a certified copy of the documentation pertaining to the merchandise described in requests 0151630525002544 and 061634656000041, dated December 5, 2005 and January 3, 2006 respectively, both of which support the importation of a product called N-Methyl-Acetylamino (methylacrilamide) by Unimed Pharm Chem de México, SA de CV, which after laboratory analysis, was reported to actually be Acetylpseudoephedrine, I communicate to you the following:

Attached to the present communication, you will find laboratory reports, permit requests and their appendices, as well as the detailed report emitted by the Mexican Consulate in Hong Kong, informing that no record was found of the supplier Emerald Import & Export Corp. in the institutional bases of the government of Hong Kong. In addition, the operations profile of foreign commerce of the taxpayer Unimed Pharm Chem de México, SA de CV is attached.

Without other matter, receive my cordial greetings,

Sincerely,
The Central Administrator

(signature)

Joaquín Arenal Romero

cc. Lic. José Guzmán Montalvo. General Customs Administrator. Av. Hidalgo No. 77, Module IV, 3rd Floor, Col. Guerrero, Delegation Cuauhtémoc, postal code: 06300, México, Federal District – For your superior knowledge.

1

Bates no. NDDS00691

**General Customs Administration**
Central Administration for Customs Investigation

*México, Federal District, 30November, 2006*

*The contributor, Unimed Pharm Chem México S.A. de C.V. conducted import operations of Acetate of N-Acetylpseudoephedrine, classified in section 29399999, subject to prior health inspection by COFEPRIS and controlled by the Attorney General's Office of the Republic, incorrectly declared N-Methylacetylamino and classifying under tariff Brackets 29211199 and 29241999.*

**Unimed Pharm Chem México, S.A. de C.V.** (RFC. **UPC970324GP0**) – primary activity is *chemical pharmaceutical products, toiletries and veterinary products*. It began operations on the 24th of March, 1997 and has been active since the 26th of July, 2000. It declared its legal address to be at Calle Morelos No. 24 A, colonia Centro, Area 4, postal code 06040, delegation Cuauhtémoc, Federal District. Telephone 5518 1881. It does not report any other branches.

It's legal representative is Zhenli Ye[1] (RFC. YEZH630131Q96) who reports his dominant activity to be *other non-banking financial services*.

It is active in the Census of Importers and has neither a Sector Census nor a Public Works Program.

The taxpayer was classified as low risk in the Expert Risk-Assessment Report from the System for Collection Consultation.

From January 2002 to October 2006, the taxpayer conducted 291 import operations with a value of $123,778,777 pesos, by way of the Customs Agency in the International Airport in Mexico City, and the agencies in Nuevo Laredo, Tamaulipas; Manzanillo, Colima;, Veracruz, State of Veracruz; Toluca; Pantaco and Lázaro Cárdenas, Michoacán.

They had at their disposal the services of Customs Agents Nelson Prida Barrido (patent 3052), Sonia Prieto Flores (3102), Fanny Gordillo Rustrian (3465), Benito Guerrero Herrera (3530), José Humberto López Rodríguez (3288), Oscar Mercado Ocampo Morales (3763), Enrique Guillemin Martin del Campo (3832), Carlos Javier Márquez Pérez (3716), Adriana Guadalupe Gutiérrez Verduzco (3662), Eduardo Martínez Beltrán (3159), José de Jesús Rosas (3224), Gilberto René Conde Fierro (3311), and Guillermo Gil González (3426).

---

[1] He commenced operations as a taxpayer on July 25, 2005, since which date he has maintained activity. He has the same legal (tax) address as Unimed Pharm.

Bates no. NDDS000692

**General Customs Administration**
Central Administration for Customs Investigation


The imported merchandise was declared to have originated from diverse countries: Canada, China, England, Germany, Israel, Hong Kong, and the United States.

A majority of the import operations were conducted sections related to chapters 20 (organic chemical products) and 84 (nuclear reactors, boilers, and mechanical apparatus); the tariff section 29372929 (testosterone or its esters) stands out, however.

Type of merchandise involved in the greatest number of operations
of Unimed Pharm Chem, México S.A. de C.V. between 2002 and 2006.

| Chapters | Section/Designation | Processes | Description |
|---|---|---|---|
| 29 | 89 | 511 | Organic chemical products |
| 84 | 24 | 52 | Nuclear reactors, boilers, machines mechanical apparatuses/devices, mechanical parts |
| 94 | 3 | 18 | Furniture, surgical fixtures, bed items, light fixtures excluded from other sections, neon signs/placards and similar articles, prefabricated items |
| 73 | 9 | 18 | Welding, iron, or asphalt products |
| 85 | 8 | 12 | Electrical apparatuses and machinery and component parts, recording or sound-production devices, recording or image/sound reproduction devices for televisions and accompanying products. |

Tariff Sections/Designations under which Unimed Pharm Chem, México S.A.
de C.V. conducted the greatest number of operations between 2002 and 2006.[2]

| Section | Description | Operations |
|---|---|---|
| 29372929 | Testosterone or its esters | 50 |
| 29372911 | Decante of nandrolone (nortestosterone) | 26 |
| 29189004 | D-2 Acid | 21 |
| 29349914 | Furaltadone | 17 |
| 29411003 | Procainic penicillin G | 17 |

---

[2] The incorrectly declared products related to sections 29211199, 29241999 and 29242914 only register one operation on behalf of the taxpayer during this same time period.

3

| | | |
|---|---|---|
| 29412001 | Sterile dihydrostreptomycin sulfate/ | |
| | Sterile DHS dihydrostreptomycin | 17 |
| 29372925 | Oxymetholone[3] | 16 |
| 29419015 | Amikacin or its salts[4] | 14 |
| 29242913 | N-Acetyl-p-aminophenol | 13 |
| 29419016 | Gentamicin sulfate[5] | 13 |

**Bates no. NDDS000692**

## General Customs Administration
Central Administration for Customs Investigation

**Relevant Operations**

- **December 12, 2005**

- Unimed Pharm Chem presented import request 05 16 3052 5002544 to the Customs Agency at Manzanillo, to accompany 20 tons of **N-Methyl-acetylamino (Methylacrilamide)**, declared under tariff section/designation 2921.11.99 (acyclical monoamines). The request was processed by the Customs Agent Nelson Prida Barrio (patent 3052).

  In granting customs recognition, the presented chemical was sampled and tested. The results of laboratory analysis (326-SAT-IX-C-19135) indicated that the presented merchandise was **N-Acetyl pseudoephedrine**[6], a salt derived from pseudoephedrine subject to prior health authorization by COFEPRIS[7] and classified under tariff section/designation 2939.99.99.

- **January 6, 2006**

- The same taxpayer presented import request 06 16 3465 6000041 to the Customs Agency at Manzanillo, to accompany 29.4 tons of **N-Methyl-aceylamino (Methylacrilamide)** declared under tariff section/designation 2924.19.99 (the other components with carboxyamido functions.) The Customs Agent Fanny Gordillo Rustrian (patent 3465) was responsible for processing the request.

---

[3] *synthetic anabolic steroid (translator explanation)*

[4] *antibiotic (translator explanation)*

[5] *antibiotic (translator explanation)*

[6] When the product is dissolved in water, hydrochloric acid is added, and it's heated to evaporation, pure hydrochlorate of pseudoephedrine is obtained, a chemical precursor to the manufacture of amphetamines.

[7] The import information was handed in to the Deputy Office of the Attorney General's Special Unit for Investigation of Organized Crime (SIEDO) by means of official communication #326-SAT-II-27254 dated May 9, 2006.

Upon analysis of the samples (326-SAT-IX-B-19133) it was found that the presented merchandise corresponds to **N-Acetyl pseudoephedrine**, subject to prior health authorization from COFEPRIS and classified under tariff section/designation 2939.99.99.

- **July 6, 2006**

- Once again, Unimed Pharm Chem Mexico solicited an import permit for a chemical product, this time for 20.67 tons of **Hydroxy-Benzyl-N-Methylacetone** (section 2924.29.14) from the Customs Agency of Lázaro Cárdenas. The

---

**Bates no. NDDS000694**

**General Customs Administration**
Central Administration for Customs Investigation

operation was processed by the Customs Agent José Humberto López Rodriguez (patent no. 3288) through request no. 6000551.

- The report of the Central Laboratory (official communication no. 326-SAT-IX-B-1-45231) indicated that the substance in question was **N-Acetyl Pseudoephedrine**, whose chemical name is N-Acetyl-D-2-Methylamino-1-Phenyl-Propan-1-ol, registered under tariff section/designation 2939.99.9..

In the 3 cases the supplier was Emerald Import & Export Corp., with headquarters, as declared on invoices no. 05AK0070 and 05AK0088: 51 Dong Nei Cheng Road, Wanchi, Hong Kong.[8]

- November 29, 2006

- On the 17th of the present month and year, a container originating in China with more than 19.7 tons of a chemical substance described as **Hydroxy-Benzyl-N-Methyl-Acetanilide**, designated under tariff section 29242914 arrived at the port of Lázaro Cárdenas. The operation was processed on behalf the company Unimed Pharmaceutical S.A. de C.V.,[9] by the customs agent José Humberto López Rodríguez (patent no. 3288).

- The request no. 6000930 (in process of customs clearance) states the merchandise supplier to be Emerald Import & Export Corp.

---

**Bates no. NDDS000695**

---

[8] In accordance with the information by the Mexican Consulate in China, there are no records of this supplier in the Business Registry of the Department of Revenue (Treasury) of the Government of the Special Administrative Region of Hong Kong, People's Republic of China.
[9] RFC. UPH051014TH6 and **Tax/Legal Address – located at –** Calle Miguel Alemán, No. 175, San Pedro Totoltepec, CP. 50226, Toluca, México.

**General Customs Administration**
Central Administration for Customs Investigation

**Clients and Suppliers:**

It is known that between the years 2001 and 2004, Unimed Pharm Chem Mexico supplied merchandise valued at $8 million, 743 thousand, 189 pesos to 26 national clients. It is notable that only 2 of them declared activities predominantly related to the production or manipulation of chemicals.

**Detail of clients informed by the contributor 2001-2004**

| Client | RFC | Year | Total | Predominant Activity |
|---|---|---|---|---|
| Multisistemas B V C SA de CV | MBV8812145L0 | 2004 | $2,927,072 | other articles and products not previously classified |
| Expoimpo RB SA de CV | ERB9503136F5 | 2004 | $1,415,179 | equipment & materials for commerce & services |
| Beckman Coulter de Mexico SA de CV | BCM9811192Q8 | 2004 | $1,343,830 | other articles and products not previously classified |
| Quetzal Industries SA de CV | IQU8402147S9 | 2004 | $1,102,600 | manufacture of parts for furniture |
| Distribución Interceramic SA de CV | DIN971119GG6 | 2004 | $483,261 | furniture and accessories for home and office |
| Instalation of Val Air Conditioning SA de CV | IVA970630TM3 | 2003-2004 | $257,576 | other articles and products not previously classified |
| Ottomotores SA de CV | OTT500720LZ7 | 2004 | $244,262 | manufacture, assembly, & repair of electrical motors |
| A Ponzanelli SA de CV | APO5207178H0 | 2004 | $155,354 | quarrying of marble and other stones for construction |
| Automotriz Hermer SA de CV | AHE920420J81 | 2004 | $96,808 | new cars and trucks |
| Fark Corp SA de CV | FCO9406079L9 | 2001 | $92,401 | other articles and products not previously classified |
| Basham Ringe Y Correa SC | BRC811230EC0 | 2004 | $86,957 | judicial services for attorneys' offices |
| Plastic Plumbers de Mexico SA de CV | PPM990108MJ1 | 2004 | $85,836 | equipment & materials for commerce & services |
| Básicos Feed Grade SA de CV | BFG930901Q81 | 2001 | $84,000 | other non-classified personal services |

6

| | | | | |
|---|---|---|---|---|
| Puertas Finas de Madera Monte Alban SA de CV | PFM8306107D2 | 2004 | $79,820 | manufacture & repair of non-metal furniture |
| Wagner & Company SA de CV | W&X9002197P6 | 2004 | $70,648 | mercantile services |
| Comunicaciones Nextel de México SA de CV | CNM980114PI2 | 2004 | $70,312 | other telecommunications services |
| Nueva Wal Mart de México S de RL de CV | NWM9709244W4 | 2004 | $61,754 | retail commerce in specialized warehouses & department strores |
| Lambda Cientifica SA de CV | LCI860708LV9 | 2004 | $55,062 | 623089- other articles & products not previously classified |
| Química Alkano SA de CV | QAL880928MM7 | 2001 | $29,592 | industrial chemical products |
| Pacheco Villaldama Norma Isela | PAVN670417518 | 2001 | $865 | consulting services to (from?) Admon Organiz Corporation |
| | | | **$8,743,189** | |

**Bates no. NDDS000696**

Respecting national providers, Unimed Pharm Chem declared that between 2001 and 2004, they had a relationship with 36, from which they acquired merchandised valued at $109 million 970 thousand 121 pesos. It's worth noting that the majority of their providers register activity primarily related to chemical and pharmaceutical products.

| | | | | |
|---|---|---|---|---|
| Laboratorios Liomont SA de CV | LLI8112011IX6 | 2002-2003-2004 | $38,165,631 | manufacture of pharmaceutical products |
| Produciendo Calidad SA de CV | PCA011205123 | 2004 | $23,110,530 | pharmaceutical & perfume products |
| Labs Tornel SA | LTO760303LV3 | 2002-2003-2004 | $12,378,341 | manufacture of pharmaceutical products |
| Laboratorios Agro Vet SA de CV | LAV740806QT3 | 2001-2003-2004 | $8,465,670 | manufacture of pharmaceutical products |
| Compañias el Fuerte SA de CV | CFU960611EA6 | 2003 | $5,316,856 | equipment & materials for commerce & services |
| Proveedora Veterinaria de Tehuacan SA de CV | PVT920408HI9 | 2004 | $4,752,923 | veterinary products, includes medications |
| Fort Dodge Animal | FDA9703143M0 | 2001-2002-2004 | $3,569,487 | manufacture of |

| | | | | |
|---|---|---|---|---|
| Health S de RL de CV | | | | pharmaceutical products |
| Degort S Chemical SA de CV | DCE731226JL7 | 2004 | $2,053,674 | manufacture of pharmaceutical products |
| Farmacéuticos Rayere SA | FRA650121NQ3 | 2004 | $1,799,025 | manufacture of pharmaceutical products |
| Revetmex SA de CV | REV851106DT1 | 2001-2004 | $1,581,897 | veterinary products, includes medications |
| Química Farvet SA de CV | QFA841204BZ6 | 2003-2004 | $1,145,759 | mix insecticides & pesticides |
| Leopharma SA de CV | LEO9707028W5 | 2004 | $986,961 | raw and other materials for industrial use |
| Parfarm SA | PAR651035FEA | 2004 | $764,033 | manufacture of pharmaceutical products |
| QSB SA de CV | QSB000215692 | 2004 | $744,112 | industrial chemical products |
| Distribuidora de Productos Químicos Y Derivados Arteriver SA de CV | DPQ031127342 | 2004 | $466,764 | pharmaceutical chemical products & veterinary products |
| Lopez Misioner Maria Luisa | LOML730109S29 | 2001 | $450,162 | other non-classified personal services |
| Laboratorios Aranda SA de CV | LAR6011293T4 | 2004 | $430,418 | manufacture of basic/organic chemical products |
| Fark Corp SA de CV | FCO9406079L9 | 2001 | $421,318 | other articles & products not previously classified |
| Astroquim SA de CV | AST850530NI3 | 2003-2004 | $403,247 | industrial chemical products |
| Fiori SA de CV | FIO670615MM7 | 2003-2004 | $318,876 | manufacture of basic/organic chemical products |
| Laboratorios Cifer SA de CV | LCI750610EU5 | 2004 | $295,499 | manufacture of basic/organic chemical products |
| Instit Agrobioquimico SA de CV | IAG7805235S2 | 2003-2004 | $268,696 | manufacture of basic/organic chemical products |
| Padoquimia SA de CV | PAD8103117N3 | 2004 | $255,758 | industrial chemical products |

| | | | | |
|---|---|---|---|---|
| Biomep SA de CV | BIO920817NW1 | 2003 | $245,620 | other articles & products not previously classified |
| Millikan SA de CV | MIL980128SI5 | 2003-2004 | $219,113 | manufacture & preservation of stews or prepared foods |

**Bates no. NDDS000697**

| | | | | |
|---|---|---|---|---|
| Farkem SA de CV | FAR930322IM8 | 2001 | $217,077 | other articles & products not previously classified |
| Pharmaceutical Technology of Mexico SA de CV | TFM000329ID5 | 2004 | $214,203 | manufacture of pharmaceutical products |
| Avanfarm SA de CV | AVA860724PXA | 2004 | $195,979 | industrial chemical products |
| Kallium Pharmaceutical SA de CV | KFA000128GQ8 | 2004 | $118,835 | pharmaceutical chemical products, toiletries, and veterinary products |
| Norvet Laboratories SA de CV | LNO990625JTI | 2004 | $110,088 | industrial chemical products |
| Brovel Laboratories SA de CV | LBR841218BL6 | 2004 | $105,100 | manufacture of other basic chemical products |
| Loeffler SA de CV | LOE000208V42 | 2004 | $97,941 | commercial association services |
| Cheminova de Mexico SA de CV | CME911030NM1 | 2001 | $89,213 | pharmaceutical & perfume products |
| Zirin Laboratories de Mexico SA de CV | CME651115RB4 | 2004 | $85,474 | manufacture of pharmaceutical products |
| Sabra Pharma SA de CV | SPH9211048J1 | 2001-2004 | $74,389 | other articles & products not previously classified |
| Applied Microbiology SA de CV | MAP9803206F6 | 2004 | $51,452 | other products not previously classified |
| | | | **$109,970,121** | |

**Observations:**

- Since October 10, 2006, all requests for customs recognition presented to the dispatch agency are monitored from central offices.

9

- With respect to request no. 3052 5002544 160, with date of tax payment being December 12, 2005, validated at 15:23:57, it's worth indicating that the process was the result of a correction made to request no. 3052 5002440 160 that was attempted to be made at 11:36:07, with the detail that the first process states the customs agent to be José Luis Pérez Riva, using password 3052, the same used by Nelson Prida Barrio. The reason for the correction to the request is unknown.

- The merchandise embarked on November 17, is currently deposited in a customs bonded warehouse belonging to the Lázaro Cárdenas Container Port Terminal, SA de CV, located at Prol. Lázaro Cárdenas No. 1, Centro, Port Premises of the Customs Agency of Lázaro Cárdenas.

| | |
|---|---|
| **From:** | "Wissmann Volker" <Wissmann.V@uhlmann.de> |
| **To:** | <lifeland@hotmail.com> |
| **Cc:** | <Herbert.Frisch@frischsa.com.mx> |
| **Sent:** | Monday, September 25, 2006 8:25 AM |
| **Subject:** | WG: Confirmation of payment |

Hi Charley,

I hope you had a good trip to the US and a nice weekend.

I am happy to confirm the receipt of two payments.

Last week on 22.09.2006 we received $625k and today $600k U$. Just to make sure that everything went well during the transaction let me ask you: Are these amounts correct, because in your last mail you mentioned two payments $950k and $980k. Please confirm.

Regarding the last 20%, which you will pay in portions to 10% before shipment and 10% after SAT in your plant in Toluca, I expect that these payments are done in EUR again. Correct?

Have a nice time in the US.

Best Regards

V. Wissmann

---

**Von:** Unimed Pharm Mexico [mailto:unimedpharm@prodigy.net.mx]
**Gesendet:** Donnerstag, 21. September 2006 17:33
**An:** Wissmann Volker
**Betreff:** RE: Confirmation of payment

Hi, Volker,

Yesterday, we did same amount to you $950k +$980k, our national bank controller has a rule to some companies, they limited certain amount for wire transfer special in this year, and we will try our best effect to transfer the maximum amount to you in advance. (80% of total P.O. amount, is not problem from us)

The balance 20%, we will pay in this way, 10% before shipment, 10% S.A.T. in our factory Toluca, Mexico.

This afternoon, I will fly to Chicago again, you can reach me by lifeland@hotmail.com

Thank you!

Charley

---

**De:** Wissmann Volker [mailto:Wissmann.V@uhlmann.de]
**Enviado el:** Thursday, September 21, 2006 7:08 AM
**Para:** Unimed Pharm Mexico
**Asunto:** AW: Confirmation of payment

Hi Charley,

Thank you for your mail. I am pleased to confirm you two further payments apart from the one I confirmed

DEFENDANT'S EXHIBIT 6

11/12/2007

yesterday, 950.000.- U$ and 980.000.- U$, which means that you wired this week 2.91 Mio. U$. Thank you very much.

Regarding your mail please let me explain my interpretation of the same:

You will pay per week 3,5 Mio U$ until we have the 80% of 15 Mio. €, saying 12 Mio. € . Considering all the payments, which already came in, the payment plan will be as followed:

| Week | Amount in U$ | Exchange rate | Amount in € | Total in € |
|---|---|---|---|---|
| Previous payments | | | 5.800.514 € | |
| week 38 | 2.910.000 USD | 1,25 | 2.328.000 € | 8.128.514 € |
| week 39 | 3.500.000 USD | 1,25 | 2.800.000 € | 10.928.514 € |
| week 40 | 1.339.357 USD | 1,25 | 1.071.486 € | 12.000.000 € |

How I understood your mail the remaining 1.5 Mio €, saying 1.875 Mio. U$ you will pay weekly "but not in the bank controlled amount". What does this mean? Which portions per week you will be able to send?

Charley, sorry that I pester you to death with my questions, but our whole financial department is behind me in order to get the information when you will send your down payments. You know, controllers always want to know each and every detail. The reason is, that they have to agree with our bank on an exchange rate guarantee, which depends on the date. Therefore I would highly appreciate if you could confirm to me whether my interpretation of your last mail is correct and you could give me answers to my questions.

Thank you very much

Volker

---

**Von:** Unimed Pharm Mexico [mailto:unimedpharm@prodigy.net.mx]
**Gesendet:** Mittwoch, 20. September 2006 19:36
**An:** Wissmann Volker
**Betreff:** RE: Confirmation of payment

Hi, Volker

We will pay you around 3.5 Mio dollar per week, in according with our Bank controller advance, we can pay you up to 80% of total amount, the rest 10% will pay you weekly but not in the bank controlled amount. Please understand our Mexico Bank arrangement rule.

Kind Regards

Charley

---

**De:** Wissmann Volker [mailto:Wissmann.V@uhlmann.de]
**Enviado el:** Wednesday, September 20, 2006 7:44 AM
**Para:** unimedpharm@prodigy.net.mx
**CC:** Herbert.Frisch@frischsa.com.mx
**Asunto:** Confirmation of payment


Ni Hao Zhenli,

I am just coming back to the office after a few days out.

11/12/2007

I was happy to see from the email correspondence that we found a solution for your proposal regarding the 90% down payment of the total order value, which I would like to summarize as follows:

Uhlmann will get payments in the amount of 3 Mio. U$ per week starting from week 38 until the 90% of the order value will be reached. The exchange rate is fixed on 1.25 against the dollar, provided that the payments will come in in accordance with above schedule. You are certainly aware that such a transaction carries some risk due to the fluctuating exchange rates, and we are not able to cover this risk. Hence we are sure you understand that any cost on our account initiated due to payments not in time would cause losses on our side which we would have to charge to your account. I assume that you agree with the above because you already announced two payments, in case of any objection, please let me know. I am also pleased to confirm the receipt of the first payment in the amount of 980.000.- U$. As soon as the payment of 950.000.- U$. comes in I will inform you.

How was your trip in the US, could you gain new experience with the hardcase Ortho McNeil for your female hormone? Please let me know.

Beginning of next week I will have the first proposal for the strips which you gave me. We are confident to have found a solution for this kind of packaging. Are you still interested?

Best Regards

**Uhlmann Pac-Systeme GmbH & Co. KG**

**i.V. Volker Wissmann**
Sales Manager

Uhlmannstr. 14 -18
88471 Laupheim

Phone: +49 (0) 7392 / 702-8345
Fax:     +49 (0) 7392 / 702-1345

wissmann.v@uhlmann.de
www.uhlmann.de

---------------------------------------------------------------------------------
The information contained in this e-mail is intended solely for the
addressee. Access to this e-mail by anyone else is unauthorized.
If you are not the intended recipient, any form of disclosure,
reproduction, distribution or any action taken or refrained from
in reliance on it, is prohibited and may be unlawful. We also like
to inform you that communication via e-mail over the internet is
insecure because third parties may have the possibility to access
and manipulate e-mails.
---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

11/12/2007

The information contained in this e-mail is intended solely for the
addressee. Access to this e-mail by anyone else is unauthorized.
If you are not the intended recipient, any form of disclosure,
reproduction, distribution or any action taken or refrained from
in reliance on it, is prohibited and may be unlawful. We also like
to inform you that communication via e-mail over the internet is
insecure because third parties may have the possibility to access
and manipulate e-mails.
--------------------------------------------------------------------------------------------




--------------------------------------------------------------------------------------------
The information contained in this e-mail is intended solely for the
addressee. Access to this e-mail by anyone else is unauthorized.
If you are not the intended recipient, any form of disclosure,
reproduction, distribution or any action taken or refrained from
in reliance on it, is prohibited and may be unlawful. We also like
to inform you that communication via e-mail over the internet is
insecure because third parties may have the possibility to access
and manipulate e-mails.
--------------------------------------------------------------------------------------------

11/12/2007

**From:**    "shellyxu" <shellyxu26@163.com>
**To:**    "Charley Ye" <charley363@hotmail.com>
**Sent:**    Wednesday, September 06, 2006 8:52 AM
**Attach:**    offer0608.xls
**Subject:**    Re: information

updated.


----- Original Message -----

From: "Charley Ye" <charley363@hotmail.com>

To: <shellyxu26@163.com>

Cc: <huanghong22cn@yahoo.com.cn>

Sent: Wednesday, September 06, 2006 1:09 PM

Subject: RE: information


> Hi, Shelly
>
> Here comes new inquiry,
> 1/. DHS    3,000KG
> 2/. Amoxicilline powder   2,000kg
> 3/. Cloranfenicol levo     3,000kg or 4,000kg
> 4/. Dipyrone Sodium (Analgin DAB10)  4,000kg or 5,00kg
> 5/. Vitamin B1 Hcl    2,000kg
> 6/. Vitamin B1 mono 2,000kg
> 7/. TMP  3,000kg
> 8/. Ampicilline Sodium Sterial 1,000kg
> 9/. Fosfomycine Sodium  500kg
> 10/. Gentamycine Sulfate sterile    700kg
> 11/. Enrofloxacine Hcl  1,000kg
> 12/. Naproxen Sodium DC90
> 13/. Erytromycine Thiociante 500kg
> 14/. Peniciline V potasium    500kg
> 15/. Thiampenicol 500kg
>
> All those items are similer like last time, please check!

>
> Regards
>
> Charley
>

| Ship | description | qty | unit | standard | packing | pkgs | u/p | ttl | gr.kg | meas M$^3$ |
|------|-------------|-----|------|----------|---------|------|-----|-----|-------|-----------|
| | Piroxican micro (1000MESH ) | 2000 | kg | USP25 | 25kgs/drum | 80 | $26.60 | $53,200.00 | 2240 | 7.68 |
| | Chloramphenicol Levo  human | 1000 | kg | USP28 | 25kgs/drum | 40 | $30.10 | $30,100.00 | 1120 | 2.60 |
| | Chloramphenicol Levo  animal | 5000 | kg | plant | 25kgs/drum | 200 | $11.00 | $55,000.00 | 5500 | 13.14 |
| | Fosfomycin sodium oral(non-sterile ) | 500 | kg | EP4 | 12.5kg/tinx2tin/ctn | 20 | $76.38 | $38,190.00 | 550 | 2.30 |
| end Sept | Dihydrostrepomycine Sulfate Sterile (DHS) | 3000 | bou | EP5/USP27 | 5bou/tin x 2tin/ctn | 300 | $32.60 | $97,799.83 | 3200 | 7.00 |
| | Ampicilline sodium Sterile | 1000 | kg | BP2000 | 20kgs/drum | 50 | $39.90 | $39,898.00 | 1150 | 4.99 |
| | Dipyrone Sodium (Analgin DAB10) | 5000 | kg | DAB10 | 25kgs/drum | 200 | $5.63 | $28,128.61 | 4480 | 12.80 |
| | Trimethoprim | 3000 | kg | BP98 | 25kgs/drum | 120 | $13.44 | $40,322.79 | 3360 | 8.32 |
| | | | | | | | | $382,639.23 | | 58.83 |
| | Gentamycin Sulfate Sterile | 700 | bou | BP2000 | 4bou/tinx2tin/ctn | 46.667 | $80.00 | $56,000.00 | | 9.17 |
| end Oct | Amoxiciline Trihidrate POWDER | 2000 | kg | BP2005 | 20kgs/drum | 100 | $24.50 | $48,992.00 | 2300 | 9.17 |
| | Tiamine Hcl Vitamin B1 hcl | 2000 | kg | USP26 | 25kgs/drum | 100 | $20.50 | $41,000.00 | 0 | 0.00 |
| | Vitamin B1 mono | 2000 | kg | USP26 | 25kgs/drum | 100 | $18.50 | $37,000.00 | | |
| wait | Enrofloxacine Hcl | 1000 | kg | | | | | | | |
| | Naproxen Sodium DC90 | 500 | kg | | | | | | | |
| tomorrow | Erytromycine Thiociante | 500 | kg | | | | | | | |
| | Peniciline V potasium | 500 | kg | | | | | | | |

| shpt | gr. | net | L | W | H |
|---|---|---|---|---|---|
| end Sept. | 28 | 25 | 40 | 40 | 60 |
| end Sept. | 28 | 25 | 38 | 38 | 45 |
| end Sept. | 27.5 | 25 | 37 | 37 | 48 |
| end Sept. | 27.5 | 25 | 65 | 34.7 | 51 |
| end Sept. | 16 | 13.6 | 25 | 35 | 40 |
| Sept. | 23 | 20 | 43 | 43 | 54 |
| end Sept. | 28 | 25 | 40 | 40 | 50 |
| end Sept. | 28 | 25 | 38 | 38 | 48 |
| end Oct | | 15 | | | |
| end Oct | 23 | 20 | 42 | 42 | 52 |
| end Oct | | | | | |
| end Oct | | | | | |

**From:** "劼珉 胡" <huanghong24cn@yahoo.com.cn>
**To:** "UNIMED" <charley363@hotmail.com>
**Sent:** Monday, September 05, 2005 9:33 PM
**Attach:** UNIMED DP05E016-H.doc
**Subject:** Sales Contract

Dear Mr.Zhen Liye:

Please find the attached Sales Contract(revised) and kindly check.

B,regards

WEI NA

DO YOU YAHOO!?
雅虎免费G邮箱 - No.1的防毒防垃圾超大邮箱

# DRAGONFARM CO ., LTD.

ADD: 1-23H GUODU DEVELOPMENT CENTRE 182, CHAOHUI ROAD, HANGZHOU, 310014
ZHEJIANG CHINA

售 货 确 认 书                           编号 ( No. ) : DP05E016-H

SALES CONTRACT(REVISED)         日期( date ) AUG 31, 2005

兹确认售予你方下列货品,其成交条款如下:        购货人: UNIMED PHARMCHEM

**Dear Sirs**                                              MEXICO S.A.DE C.V.

We hereby confirm having sold to you the
following goods on the terms and conditions
as specified below:

| (1) 货物名称及规格,包装及装运唛头<br>Name of Commodity and Specification.<br>Packing and Shippping Mark | (2)数量 Quantity | (3)单价 U rit price | (4)总值 Total Amount |
|---|---|---|---|
| | **CIF SEA MEXICO CITY** | | |
| **LEVOMISOLE HCL** | **4000KGS** | **USD16.9/KGS** | **USD67,600.00** |
| **FOSFOMYCIN CALCIUM** | **2000KGS** | **USD68.-/KGS** | **USD136,000.00** |
| **IBUPROFEN DC90** | **2500KGS** | **USD10.5/KGS** | **USD26,250.00** |
| **DICLOFENAC SODIUM** | **2500KGS** | **USD8.6/KGS** | **USD21,500.00** |
| **FURALTADONE HCL** | **3000KGS** | **USD11.6/KGS** | **USD34,800.00** |
| **CHLORAMPHENICOL LEVO** | **1500KGS** | **USD31.-/KGS** | **USD46,500.00** |
| **METROCABAMOL** | **1300KGS** | **USD17.5/KGS** | **USD22,750.00** |
| **OFLOXACIN** | **350KGS** | **USD70.-/KGS** | **USD24,500.00** |
| **ASPRIN DC90** | **500KGS** | **USD4.5/KGS** | **USD2,250.00** |

**TOTAL VALUE: 382,150.00**

PACKING: EXPORT STANDARD
PAYMENT: T/T AT SIGHT AFTER SHIPMENT
SHIPMENT: BEFORE SEP 15,2005
NOTE: THE SHIPPER ON THE B/L WILL BE: UNIMED(HONGKONG) COMPANY LTD.
AS PER THE REQUEST OF THE BUYER.

OUR BANK DETAILS:
BENEFICIARY: DRGAONFARM CO.,LTD
A/C NO.: OSA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
BENEFICIARY'S BANK: GUANGDONG DEVELOPMENT BANK,
OFFSHORE BANKING   DEPT.
(SWIFT CODE: GDBKCN220F1)
CORRESPONDENT OF BENEFICIARY'S BANK:
WACHOVIA BANK N.A.,NEW YORK
(SWIFT CODE: PNBPUS3NNYC)
( CHIPS ABA NO.0509) (FED ABA NO.026005092)

*BUYER*                                    *SELLER*

UNIMED PHARMACHEM              DRAGONFARM CO., LTD
MEXICO S.A.DE C.V.

*Huang Hong*

**From:**    "宏 黄" <huanghong22cn@yahoo.com.cn>
**To:**      "Charley Ye" <charley363@hotmail.com>
**Sent:**    Monday, April 04, 2005 3:17 AM
**Subject:** RE: New prices

Dear Zhenli,

Can offer 100kg Ribaflavin-5-Phosphate sodium (VB2 Phosphate sodium) at USD74.0/kg by air. Prompt shipment.

Other issues, I have sent the following reply already with the documents by fax to your office.

1) New confirm container
Please be informed the finally prices for the new container, to be shipped on April 17. We need to confirm now and arrange the delivery, as most of the goods is in shortage and have to wait 10-15 days.

3000kg Levamisole Hcl at USD16.20/kg
4000kg Naproxen at USD27.6/kg
4000kg Naproxen sodium at USD27.6/kg
1000kg Albendazole at USD12.8/kg
3000kg VB1 Hcl USP25 at USD18.8/kg

There are 2000kg space, I suggest Penicillin G Benzathine or Penicillin G Procaine or DHS or Ketoconazole. please confirm.

2) The pending payment

200Bou Gentamycin Sulphate---Invoice No.FE05ME013, please see attached Invoice and B/L.

10kg Mesna
100kg Amikacin Sulphate

2kg Trebolone Acetate
Please see attached Invoice and B/L, we have send you
the fax on 2005 Jan.27. We send hereafter again the
fax and inform you the bank information. (Because they
are delayed payments and our bank A/C had been changed
during those months)

3) Original documents of Saccharin sodium
I will send it by courier together with the book "He
changed the China---JiangZheMing", you will receive
surely in this week.

Please ask you A/C dept. to pay the invoice as per the
bank information on the invoice to avoid confusion
here in our A/C. Thanks and sorry for inconvenience if
any.

B.Regards
Huang Hong
April 4, 2005

--- Charley Ye <charley363@hotmail.com> wrote:
> Yes, Huang Hong,
>
> I already send the $358,100.00 to you, please check
> with your bank in
> Hongkong on tuesday,
>
> for the balance quantity, can you put 3,000kg of
> Vitamin B1 Hcl, and two
> others products.
>
> How about levamisol Hcl, the price is very high, can
> you do something

> better?
>
> I am urgent waiting your original shipping
> documents, please send by DHL.
>
> Regards
>
> zhenli
>
>

---

Do You Yahoo!?
150万曲MP3疯狂搜，带您闯入音乐殿堂
http://music.yisou.com/
美女明星应有尽有，搜遍美图、艳图和酷图
http://image.yisou.com
1G就是1000兆，雅虎电邮自助扩容！
http://cn.rd.yahoo.com/mail_cn/tag/1g/*http://cn.mail.yahoo.com/event/mail_1g/

**From:** "宏 黄" <huanghong22cn@yahoo.com.cn>
**To:** <charley363@hotmail.com>
**Sent:** Thursday, January 20, 2005 6:06 AM
**Subject:** New prices

Dear Zhenli,

Please be informed our new prices for the following:

Hydrocortisone base (& acetate) at USD493/kg
Predinisone USP27 at USD419/kg
Predinisolone BP93 at USD535/kg

Tibolone at USD10800/kg
Trenbolone Acetate at USD5440/kg
Mifepristone at USD3130/kg

Megestrol Acetate at USD480/kg

Oxymetholone at USD1070/kg
Stanozolol Micro at USD1100/kg
Testosterone Enanthate at USD580/kg
Testosterone Cypionate at USD640/kg
Testosterone Decanoate at USD670/kg
Testosterone Undecanoate at USD750/kg
Nandrolone Decanoate at USD1090/kg

Our factory is very strong in this filed and any other
inquires will be apprecaited.

B.Regards
Huang Hong
Jan.19.,2005

Do You Yahoo!?

**From:** "許平 (Shelly Xu)" <shelly@emerald-shanghai.com>
**To:** <charley363@hotmail.com>
**Cc:** <charleyye@yahoo.com>
**Sent:** Friday, November 17, 2006 7:20 AM
**Subject:** new arrangement

Dear Mr. Ye,

1/ the item for shipping date Nov. 21st as below, shipping docs will sent to you once avaialbe.

| | | | | |
|---|---|---|---|---|
| Penicilline G Procaine Sterile | EP5 | 20bou/drum | 4260 | bou |
| Enrofloxacine Hcl | plant | 25kgs/drum | 1000 | kg |
| Enrofloxacine Base | CPV2000 | 25kgs/drum | 1000 | kg |
| Metronidazole | BP2002 | 25kgs/drum | 10000 | kg |
| Chloramphenicol Levo animal | plant | 25kgs/drum | 1900 | kg |
| Chloramphenicol Levo human | USP28 | 25kgs/drum | 2000 | kg |

**2/ as 4000bou Penciline unshipped in above container, I've organized another container urgently waiting for your confirmation. Add some more to full.**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Penicilline G Procaine Sterile | EP5 | 20/drum | 4000 | bou | $17.30 | $69,200.00 | 200 | |
| Dihydrostrepomycine Sulfate Sterile (DHS) | EP5,USP27 | 5bou/tin x 2tin/ctn | 2200 | bou | $34.40 | $75,680.00 | 220 | |
| Trimethoprim (TMP) | BP98 | 25kgs/drum | 3000 | kgs | $13.30 | $39,900.00 | 120 | |
| Erytromycine Thiociante | plant | 25kgs/drum | 500 | kgs | $33.40 | $16,700.00 | 20 | |
| Ampicilline Sodica Sterile | BP2005 | 6kg/tin, 2tin/ctn | 1008 | kgs | $41.05 | $41,378.40 | 84 | |
| Fosfomycin sodium ( non-sterile ) | EP4 | 12.5kg/tin , 2tin/ctn | 1000 | kgs | $76.30 | $76,300.00 | 40 | |
| Streptomycine Sulfate Sterile | CPV2005 | 5bou/tin, 2tin/ctn | 1000 | kgs | $27.40 | $27,400.00 | 100 | |

784    1

Have a nice weekend!

Xuping

11/12/2007

| | |
|---|---|
| **From:** | "shellyxu" <shellyxu26@163.com> |
| **To:** | "Charley363" <charley363@hotmail.com> |
| **Cc:** | <charleyye@yahoo.com> |
| **Sent:** | Thursday, November 30, 2006 12:48 AM |
| **Attach:** | Inv06004.doc; PL06004.doc; 06004.pdf |
| **Subject:** | shipping notice sea Inv06004 B/L dated Nov.23 |

Dear Mr. Ye,

pls check enclosed sea shipping docs for Inv06004 B/L dated Nov.23rd. Original one will sent to you by express together with COA next week.

Best Regards
Xu Ping

Page Two

SHIPPER
EMERALD IMPORT & EXPORT CORP..
(UNIMED HONG KONG COMPANY LTD)
UNIT D 10/F,OVERSEAS BUILDING,
139 HENNESSY ROAD WANGCHAI,
HONGKONG

VOYAGE NUMBER
PP285E/PP285E

BILL OF LADING NUMBER
CNCS002340

# ORIGINAL
# BILL OF LADING

CONSIGNEE
UNIMED PHARMCHEM MEXICO S.A.DE.C.
V.AV.MORELOS NO.24,COL CENTRO,
MEXICO,D.F.C.P.06040

EXPORT REFERENCES

NOTIFY PARTY
UNIMED PHARMCHEM MEXICO S.A.DE.C.
V.AV.MORELOS NO.24,COL CENTRO,
MEXICO,D.F.C.P.06040

CARRIER:CMA CGM Société Anonyme à Directoire et Conseil de Surveillance
au
Capital de 175 000 000 Euros
Head Office: 4, quai d'Arenc - 13002 Marseille - France
Tel: (33) 4 88 91 90 00 -  Fax (33) 4 86 91 90 95  -Telex: 401 667 F
B 562 024 422 R.C.S. Marseille

| PRE-CARRIAGE BY | PLACE OF RECEIPT | FREIGHT TO BE PAID AT | NUMBER OF ORIGINAL BILLS OF LADING |
|---|---|---|---|
| | | SHANGHAI | THREE (3) |

| OCEAN VESSEL | PORT OF LOADING | PORT OF DISCHARGE | FINAL PLACE OF DELIVERY |
|---|---|---|---|
| CMA CGM MIMOSA | SHANGHAI | MANZANILLO | MEXICO CITY,MEXICO |

| MARKS AND NOS / CONTAINER AND SEALS | NO AND KIND OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS AS STATED BY SHIPPER SHIPPER'S LOAD, STOW AND COUNT | GROSS WEIGHT KGS | KGS | MEASUREMENT CBM |
|---|---|---|---|---|---|
| ECNU04356194 Seal 1:3710702 N/M | 1 x 40ST  849 DRUMS | MEDICAL RAW MATERIAL  1 X 40ST 849 DRUMS SAY EIGHT HUNDRED FORTY-NINE DRUMS  DISCHARGE PORT AGENT: CMA CGM MEXICO S.A DE C.V INSURGENTES #800 - PISO 12 COL: DEL VALLE DEL BENITO JUAREZ MEXICO CITY MEXICO | 22500.000 | 3500 | 63.052 |

Shipped on Board CMA CGM MIMOSA 23-NOV-2006 CMA CGM CHINA
SHIPPING CO. LTD As agents for the Carrier

| Weight in Kgs Total: 1 CONTAINERS | | Sheet 1  of 1 | 22500.000 | 3500 | 63.052 |
|---|---|---|---|---|---|

ABOVE PARTICULARS DECLARED BY SHIPPER, CARRIER NOT RESPONSIBLE.

ADDITIONAL CLAUSE(S)
1.  SAID TO CONTAIN / 2  SHIPPERS STOW, LOAD AND COUNT / 5    /F.CL
65  CONTAINERS DEMURRAGES AND DETENTION CHARGES PAYABLE BY
THE MERCHANT AS PER LINE'S TARIFF AVAILABLE IN ANY OF CMA
CGM AGENCY.
77  T H C AT DESTINATION PAYABLE BY CONSIGNEES AS PER LINE/PORT
TARIFF
194 FOR THE PURPOSE OF THE PRESENT CARRIAGE, CLAUSE 1(k2) SHALL
EXCLUDE THE APPLICATION OF THE YORK/ANTWERP RULES, 2004.
202 DEMURRAGE AND DETENTION PAYABLE BY THE MERCHANT AS PER
CMA CGM TARIFF AVAILABLE ON THE WEB SITE WWW.CMA-CGM.COM,
OR IN ANY OF CMA CGM AGENCY

RECEIVED by the carrier from the shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units
indicated above stated by the shipper to comprise the cargo specified above for transportation subject to all the terms hereof (including the terms on page one) from the place of receipt or
the port of loading, whichever is applicable, to the port of discharge or the place of delivery, whichever is applicable. Delivery of the Goods will only be made on payment of all Freight and
charges. On presentation of this document (duly endorsed) to the Carrier, by or on behalf of the holder, the rights and liabilities arising with the terms hereof shall (without
prejudice to any rule of common law or statutes rendering them binding upon the shipper, holder and carrier) become binding in all respects between the Carrier and Holder as though the
contract contained herein or evidenced hereby had been made between them.
All claims and disputes arising under or in connection with this bill of lading shall be determined by the COURTS OF MARSEILLE at the exclusion of the courts of any other
country.
In witness whereof three (3) original Bills of Lading, unless otherwise stated above, have been issued, one of which being accomplished, the others to be void.
(OTHER TERMS AND CONDITIONS OF THE CONTRACT ON PAGE ONE)

| PLACE AND DATE OF ISSUE   SHANGHAI | 23 NOV 2006 | SIGNED FOR THE CARRIER/CMA CGM S.A. BY |
|---|---|---|
| SIGNED FOR THE SHIPPER | | as agents for the carrier CMA CGM S.A. |
| *APPLICABLE ONLY WHEN THIS DOCUMENT IS USED AS A COMBINED | | AS AGENT FOR THE CARRIER CMA CGM S.A. |



**EMERALD IMPORT &. EXPORT CORPORATION**

Unit D, 10/F, China Overseas Building, 139 Hennessy Road, Wanchai, Hongkong

# PACKING   LIST

S/C №:

To: UNIMED PHARMCHEM MEXICO S.A.DE.C.V.

№: 06005

MEXICO, D.F. C.P.06040

Date: 2006-11-21

| item | PKGS. | Batch No.: | Description | QTY. | G.W. KG | N.W. KG |
|------|-------|-----------|-------------|------|---------|---------|
| 1 | 213 | T061001-T061012 | Penicilline G Procaine Sterile (20bou/drum) | 4260bou | 4692 | 4302.6 |
| 2 | 400 | 06102601-06102608 06102701 06102702 | Metronidazole (25kgs/drum) | 10000kgs | 11200 | 10000 |
| 3 | 40 | 061002 061003 0607050 060711 | Enrofloxacine Hcl (25kgs/drum) | 1000kgs | 1120 | 1000 |
| 4 | 40 | 061002 061003 060903 | Enrofloxacine Base (25kgs/drum) | 1000kgs | 1120 | 1000 |
| 5 | 80 | 061123 061124 061125 061126 | Chloramphenicol Levo (25kgs/drum) | 2000kgs | 2240 | 2000 |
| 6 | 76 | 20061103 | Chloramphenicol Levo 50% for animal (25kgs/drum) | 1900kgs | 2128 | 1900 |
| total: | 849 | | 63.052 m3 | | 22500 | 20202.6 |



## EMERALD IMPORT &. EXPORT CORPORATION

Unit D, 10/F, China Overseas Building, 139 Hennessy Road, Wanchai, Hongkong

# INVOICE

To: UNIMED PHARMCHEM MEXICO S.A.DE.C.V.

MEXICO, D.F. C.P.06040

S/C №:

№: 06005

Date: 2006-11-21

| Item | Description | QTY | Unit Pirce | Amount |
|------|-------------|-----|-----------|--------|
| 1 | Chloramphenico Levo (Plant Standard) | 1900kgs | $11.00 | $20,900.00 |
| 2 | Penicilline G Procaine Sterile（EP5） | 4260bou | $17.30 | $73,698.00 |
| 3 | Metronidazole (USP27) | 10000kgs | $7.00 | $70,000.00 |
| 4 | Enrofloxacin Base (CPV2000) | 1000kgs | $22.85 | $22,850.00 |
| 5 | Enrofloxacine Hcl (Plant Standard) | 1000kgs | $22.10 | $22,100.00 |
| 6 | Chloramphenico Levo (USP26) | 2000kgs | $30.00 | $60,000.00 |

```
Pay to: Emerald Import & Export Corp..
Bank:   The Bank Of East Asia, Ltd.     (NO.10,
DES VOEUX ROAD CENTRAL, HONGKONG)
SWIFT:  BEASHKHH
A/C NO.: 015-514-25-09816-3
```

**TTL AMT: US$269,548.00**

| | |
|---|---|
| **From:** | "Wissmann Volker" <Wissmann.V@uhlmann.de> |
| **To:** | "charles ye" <lifeland@hotmail.com>; "William M. Bennett" <wbennett@vectech.com>; <rdorsey@vectech.com>; "Ultra International" <ultra.international@yahoo.com> |
| **Cc:** | "Drost Siegfried" <drost.s@uhlmann.de>; "Bleher Oliver" <bleher.o@uhlmann.de>; "Florczak F. Werner" <florczak.w@uhlmann.de>; "Mayer Alexander" <mayer.a@uhlmann.de> |
| **Sent:** | Thursday, February 08, 2007 9:45 AM |
| **Attach:** | Meeting_20070207.doc |
| **Subject:** | Summary of your meeting yesterday |

Good Morning Everybody,

Please find attached a small summary of our meeting yesterday.

Best Regards

Volker

<<Meeting_20070207.doc>>

---------------------------------------------------------------------------------------

The information contained in this e-mail is intended solely for the
addressee. Access to this e-mail by anyone else is unauthorized.
If you are not the intended recipient, any form of disclosure,
reproduction, distribution or any action taken or refrained from
in reliance on it, is prohibited and may be unlawful. We also like
to inform you that communication via e-mail over the internet is
insecure because third parties may have the possibility to access
and manipulate e-mails.

---------------------------------------------------------------------------------------

Uhlmann Pac-Systeme GmbH & Co. KG                    Chairwoman Supervisory Board:
Court of Registration Biberach HRA 435.                Hedwig Uhlmann
General Partner:                                      Managing Directors:
Uhlmann Pac-Systeme                                  Johann Alt
Verwaltungsgesellschaft mbH,                          Hans-Werner Bongers
Court of Registration Biberach HRB 137.               Siegfried Drost



# Besprechungsbericht

| | |
|---|---|
| **Betreff:** | **Project in Mexico** |
| **Kunde:** | **Unimed** |
| Projektnummern: | |
| Maschinennummern: | |
| | |
| Datum: | 07.02.2007 |
| Ort: | Las Vegas |

**Teilnehmer:**

| | |
|---|---|
| Firma .: | Zhenli Ye, Unimed |
| | Alicia Zhou, Unimed |
| | Bob Dorsey, VecTech |
| | Bill Bennet, Vectech |
| Firma Uhlmann: | Oliver Bleher |
| | Volker Wissmann |
| Firma Vertretung: | |
| | |
| Verteiler: | GVF, VKF, AL3, A13L, Participants |
| Zur Kenntnis: | |
| | |
| Nächster Termin: | |

| | Issues | Responsible | Termin |
|---|---|---|---|
| 1. | **Female Hormone Line:**<br>Uhlmann will provide a proposal for the following two blisters (one punch size):<br>Blister with 21 tablets / blister one color<br>Blister with 28 tablets / Blister two colors.<br><br>Uhlmann will make a proposal for the optimum tablet size – film coated tablets.<br>Uhlmann will also provide a proposal for carton and leaflet dimension.<br><br>The line for hard case will not be followed up further. | | |
| 2. | **Male Hormone Line:**<br>First product: Propicia, MSD Product.<br>Second product: Testeron, Weyth Product<br><br>Uhlmann tries to get the product via their representative in Mexico and prepare blister and carton drawings and send it to Mr. Zhenli Ye for approval. After approval Uhlmann starts the production of these tooling. | | |



| | Issues | Responsible | Termin |
|---|---|---|---|
| 3. | Antibiotic Line:<br>Mr. Zhenli will send a detailed list with products. Uhlmann will continue the production of the lines but will not start the manufacturing of the tooling. | | |
| 4. | Syringe Line for Hormones:<br>The supplier is either B & S or Inova. The syringe size will be 1 ml or 1.5 ml. The UPS 5 from Uhlmann is prepared to pack either:<br>Syringe with assembled needle and plunger separate or<br>Syringe with assembled plunger and separate needle.<br>The blisters will be sealed. Uhlmann will provide suggestion for lid foil (transparent).<br>Uhlmann continues the manufacturing of the line without feeding system and tooling until details of syringes and supplier are defined. | | |
| 5. | Uhlmann to provide to Mr. Zhenli a list comparing the original order with the equipment, which is in production. The list will show additional equipment as well as all changes and necessary change order(s) to be placed.. | | |

Ersteller:
V. Wissmann

Dateiname:C:\Documents and Settings\Owner\Local Settings\Temporary Internet
Files\Content.IE5\LO1FQAQU\Meeting_20070207.doc

Seite 2 von 2

| From: | "shellyxu" <shellyxu26@163.com> |
|---|---|
| To: | "Charley ye" <charleyye@yahoo.com> |
| Cc: | "Charley363" <charley363@hotmail.com> |
| Sent: | Monday, October 30, 2006 5:41 AM |
| Attach: | bill unimed.xls |
| Subject: | Re: offer |

Dear Mr. Ye,

2nd payment received with thanks, and bill list as enclosed for your ref.

How about Gentamycin, have you picked up?

Pls review my sea shpt offer and give me a feedback soon. Tks.


Best Regards
Xu Ping


----- Original Message -----
**From:** shellyxu
**To:** Charley ye
**Cc:** Charley363
**Sent:** Wednesday, October 25, 2006 8:47 PM
**Subject:** offer

Dear

1/ payment received with many thanks.

2/ offfer as enclosed, pls check and make your decision.

Best Regards
Xu Ping

----- Original Message -----
**From:** Charley ye
**To:** shellyxu26@hotmail.com
**Cc:** huanghong22cn@yahoo.com.cn
**Sent:** Tuesday, October 24, 2006 8:54 AM
**Subject:** Re:

Shelly,

Please quote your best price for the following raw material
1/. Amoxiciline powder       3,000kg
2/. Amoxicilline Compacted   3,000kg
3/. Chlorafenicol Levo       4,000kg
4/. Vitamin B1 Hcl           2,000kg
5/. Vitamin B1 Mono          2,000kg
6/. TMP (Trimethoprim)       3,000kg
7/. Ampicilline Sodica Sterile 1,000kg
8/.Enrofloxacine Hcl         1,000kg

11/12/2007

9/. Erytromycine Thiocianate   500kg
10/. Fosformycine Sodium     1000kg
11/. Peniciline V potasium       500kg
12/. Vitamin B6              1,000kg
13/. Furazolidone           4,000kg
14/. Streptomycine Sulfate Sterile 1000kg

Regards

Charley

*shellyxu <shellyxu26@hotmail.com>* wrote:

Dear Mr. Ye,

original sea shpt docs sent to you today by TNT: GD 504608435 WW, pls check receive. Thanks.

Have a nice weekend.

Xu Ping

All-new Yahoo! Mail - Fire up a more powerful email and get things done faster.

11/12/2007

| inv no. | AWB | s/c no. | description | standard | packing | QTY | unit | u/p usd | ttl usd | ship date | payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06001 | MRUBSGHMEX060363 | SC06001 | Trimethoprim | BP98 | 25/drum | 2000 | kg | $13.40 | $26,806.90 | 28/Mar | 140,000.00 |
| 06001 | MRUBSGHMEX060363 | SC06001 | Chloramphenic | plant | 25/drum | 1000 | kg | $11.00 | $11,000.00 | 28/Mar | |
| 06001 | MRUBSGHMEX060363 | SC06001 | Dipyrone Sodi | DAB10 | drum | 4000 | kg | $5.64 | $22,560.00 | 28/Mar | |
| 06001 | MRUBSGHMEX060363 | SC06001 | Chloramphenic | USP28 | 25/drum | 3000 | bou | $30.76 | $92,279.31 | 28/Mar | |
| 06001 | MRUBSGHMEX060363 | SC06001 | Piroxicam micr | USP25 | 25/drum | 1000 | bou | $26.82 | $26,820.00 | 28/Mar | |
| 06001 | MRUBSGHMEX060363 | SC06001 | Penicilline G P | BP2002 | 5bou/tinx2tin/c | 2720 | bou | $17.10 | $46,512.00 | 28/Mar | |
| 06001 | MRUBSGHMEX060363 | SC06001 | Amoxicilline Tr | USP27 | 20/drum | 1000 | kg | $22.74 | $22,740.00 | 28/Mar | |
| 06001 | MRUBSGHMEX060363 | SC06001 | Ampicilline Tril | USP27 | 20/drum | 1500 | kg | $22.74 | $34,110.00 | 28/Mar | 270,000.00 |
| 06001 | MRUBSGHMEX060363 | SC06001 | Penicilline G P | EP5 | 20/drum | 1280 | bou | $17.10 | $21,888.00 | 28/Mar | (105,283.93) |
| 06002 | BL-CNSHA-00020419O-3 | SC06002 | Chloramphenic | plant | 25kgs/drum | 5000 | kg | $11.00 | $55,000.00 | 4/Oct | |
| 06002 | BL-CNSHA-00020419O-3 | SC06002 | Fosfomycin so | EP4 | 2.5kg/tinx2tin/c | 500 | kg | $76.38 | $38,190.00 | 4/Oct | |
| 06002 | BL-CNSHA-00020419O-3 | SC06002 | Dipyrone Sodi | DAB10 | 25kgs/drum | 6000 | kg | $5.58 | $33,480.00 | 4/Oct | |
| 06002 | BL-CNSHA-00020419O-3 | SC06002 | Erytromycine 1 | plant | 25kgs/drum | 500 | kg | $31.62 | $15,807.67 | 4/Oct | |
| 06002 | BL-CNSHA-00020419O-3 | SC06002 | Ampicilline soc | USP29 | 3kg/tin x 2tin/ct | 1008 | kg | $39.90 | $40,217.18 | 4/Oct | |
| 06002 | BL-CNSHA-00020419O-3 | SC06002 | Enrofloxacine | plant | 25kgs/drum | 850 | kg | $22.16 | $18,836.00 | 4/Oct | |
| 06002 | BL-CNSHA-00020419O-3 | SC06002 | Enrofloxacine | CPV2000 | 25kgs/drum | 850 | kg | $22.90 | $19,465.00 | 4/Oct | |
| 06002 | BL-CNSHA-00020419O-3 | SC06002 | Piroxicam micr | USP25 | 25kgs/drum | 2000 | kg | $26.60 | $53,200.00 | 4/Oct | |
| 06002 | BL-CNSHA-00020419O-3 | SC06002 | Chloramphenic | USP28 | 25kgs/drum | 1000 | kg | $30.10 | $30,100.00 | 4/Oct | |
| 06003 | 012-67916726 | SC06002 | Gentamycin Su | BP2000 | 4bou/tinx2tin/c | 704 | bou | $90.00 | $63,360.00 | 15/Oct | 367,656.00 |
| 06004 | | SC06003 | Enrofloxacine | plant | 25kgs/drum | 150 | kg | $22.16 | $3,324.00 | 17/Oct | |
| 06004 | | SC06003 | Enrofloxacine | CPV2000 | 25kgs/drum | 100 | kg | $22.90 | $2,290.00 | 17/Oct | |
| 06004 | | SC06003 | Penicilline G P | EP5 | 20/drum | 3000 | bou | $17.30 | $51,900.00 | 17/Oct | |
| 06004 | | SC06003 | Penicilline G P | EP5 | 20/drum | 1000 | bou | $17.30 | $17,300.00 | 17/Oct | |
| 06004 | | SC06003 | Penicilline G P | EP5 | 20/drum | 4000 | bou | $17.30 | $69,200.00 | 17/Oct | 300,000.00 |
| 06004 | | SC06003 | Metronidazole | BP2002 | 25kgs/drum | 10000 | kg | $7.00 | $70,000.00 | 17/Oct | 300,000.00 |

TTL balanc ($385,986.00)

| received date | remark |
|---|---|
| 21/Mar | |
| 24/May | |
| 29/May | to Ye hongjun |
| 19/Sep | |
| 25/Oct | |
| 27/Oct | |

**From:**    "Charley" <unimedpharm@prodigy.net.mx>
**To:**    <charley363@hotmail.com>
**Sent:**    Wednesday, April 27, 2005 8:16 AM
**Subject:**    RE: Order s/c05004


-----Original Message-----
**From:** shellyxu [mailto:shellyxu26@163.com]
**Sent:** Wednesday, April 27, 2005 7:30 AM
**To:** Charley
**Cc:** Charley ye
**Subject:** Re: Order s/c05004

Dear Mr. Ye,

Thank you for your new order.

1/ pls check sc05004 for 150kg of Spironolactone, usd270/kg. **ETD this Sunday.**

2/ Hormones as below can't ship with above, and waiting for your more quantity to reach gross wt.100kg.
Deliver in middle May.
    Testosterone Isocaproate 10 Kg            usd650/kg    **no stock,  start ready now.**
    Testosterone phenylpropionate 10 Kg      usd570/kg    stock
    Progesterone 10Kg                        usd165/kg    stock


**May 1st to May 7th will be one week holiday.**

Best Regards.
Xu Ping

----- Original Message -----
From: Charley ye
To: Ping Xu
Sent: Wednesday, April 27, 2005 12:14 AM
Subject: RE: Order

Dear Miss Xuping,

Please arrange the shipment for those items including Spironolactone 150kg, but I accept the price by $270.00/kg Mr. Huang Hong offer me by $263.00/kg

I just get report from my client, they claim your Gentamycin Sulfate with yellow powder, it is not the same white as before.

Regards

Zhenli

*Charley <unimedpharm@prodigy.net.mx>* wrote:

-----Original Message-----
**From:** shellyxu [mailto:shellyxu26@163.com]
**Sent:** Tuesday, April 26, 2005 3:02 AM
**To:** Charley
**Cc:** charleyye@yahoo.com
**Subject:** Re: Order

Dear Angelica,

1/ Have you received the sample of Phloroglucinol, pls confirm me once you get it.

2/ I am waiting for your information for below products.

HORMONES BY MARTINAIR
Testosterone Isocaproate 10 Kg          usd650/kg     **no stock, ETD Mid May Shall I get ready now or not??**
Testosterone phenylpropionate 10 Kg     usd570/kg     stock
Progesterone 10Kg                       usd165/kg     stock

NORMAL BY Lufthansa
Spironolactone 150kg, usp26, 25kg/drum, USD275.00/kg  stock

Best Regards
Shelly

----- Original Message -----
**From:** shellyxu
**To:** shellyxu
**Sent:** Monday, April 25, 2005 10:22 AM
**Subject:** Re: Order

Dear Angelica,

I am urgently waiting for your reply for the new order, as May 1st to May 7th will be holiday for Chinese National Labor Day. Thanks.

Best Regards.
Shelly

----- Original Message -----
**From:** shellyxu
**To:** Charley
**Cc:** charleyye@yahoo.com
**Sent:** Friday, April 22, 2005 4:33 PM
**Subject:** Re: Order

Dear Angelica,

1/pls check the best price as below: CIF by air
  Testosterone Isocaproate 10 Kg          usd650/kg     **no stock, ETD Mid May**
  Testosterone phenylpropionate 10 Kg     usd570/kg     stock
  Progesterone 10Kg                       usd165/kg     stock

  As hormones need special export procedure, and **min.gross.wt.is 100kg, I hope you add more to ship together.**

2/sample of Phloroglucinol delivered shanghai yesterday by "Zhongsu China, express", no tracking number, pls check receive early next week. If not receive, I

prefer to sent some sample inside the carton of hormones.

Have a nice weekend.

Best Regards
Shelly

----- Original Message -----
**From:** Charley
**To:** shellyxu26@163.com
**Sent:** Thursday, April 21, 2005 9:01 PM
**Subject:** Order

Dear Shelly:
Can you send me please:

Testosterone Isocaproate 10 Kg
Testosterone phenylpropionate 10 Kg
And Progesterone 10Kg

Thanks so much
Angelica

_____

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

11/12/2007

**From:** "shellyxu" <shellyxu26@163.com>
**To:** "Charley363" <charley363@hotmail.com>; <charleyye@yahoo.com>
**Sent:** Friday, July 29, 2005 5:31 AM
**Subject:** offer

Dear Charley,

CIF Mexico by air

1/ Thiamphenicol BP2000, 25kg/drum usd45.50/kg
2/ Chloramphenicol 1000kg, BP2000, 25kg/drum usd35/kg
3/ Amantadine, BP2000, 25kg/drum usd34.50/kg

Nice Weekend.
Xuping

**From:**    "shellyxu" <shellyxu26@163.com>
**To:**      "Charley363" <charley363@hotmail.com>; <charleyye@yahoo.com>
**Sent:**    Thursday, August 11, 2005 4:04 AM
**Subject:** Re: order

Dear Mr. Ye,

Have you been home now?

1ctn of your docs sent by TNT tracking tracking no. GD781900173WW. Pls check receive.
I am waiting for your reply for below request.

Best Regards
Xuping

> ----- Original Message -----
> **From:** shellyxu
> **To:** Charley363 ; charleyye@yahoo.com
> **Sent:** Monday, August 08, 2005 5:17 PM
> **Subject:** order
>
> Dear Mr. Ye,
>
> 1/ 300kg of Thiamphenicol no stock, ETD end Aug. I will deliver to you once ready.
>
> 2/ IF Chloramphenicol 200kg by air confirmed, it will ship together with item 1. Waiting for your reply.
>
> 3/ 100kg of Ivermectin EP2002 usd232/kg
>
> Best Regards
> Xuping
>
>> ----- Original Message -----
>> **From:** shellyxu
>> **To:** Charley363 ; charleyye@yahoo.com
>> **Sent:** Friday, July 29, 2005 6:31 PM
>> **Subject:** offer
>>
>> Dear Charley,
>>
>> CIF Mexico by air
>>
>> 1/ Thiamphenicol BP2000, 25kg/drum usd45.50/kg
>> 2/ Chloramphenicol 1000kg, BP2000, 25kg/drum usd35/kg
>> 3/ Amantadine, BP2000, 25kg/drum usd34.50/kg
>>
>> Nice Weekend.
>> Xuping

| | |
|---|---|
| **From:** | "shellyxu" <shellyxu26@163.com> |
| **To:** | <charleyye@yahoo.com> |
| **Cc:** | "Charley363" <charley363@hotmail.com> |
| **Sent:** | Friday, November 11, 2005 2:54 AM |
| **Subject:** | Re: loading of pallet |

Dear Mr. Ye,


1/Your payment of USD240,719.95 received today with many many thanks.
2/ shipping docs of 1x40HQ of pallets will sent to you confirm early next week.
3/ I am waiting for your information of sea shipment & others.
4/ What books do you need, let me know once available .


Thanks again and have a nice weekend!


Xuping



----- Original Message -----
From: shellyxu
To: charleyye@yahoo.com
Cc: Unimed
Sent: Thursday, November 10, 2005 10:44 PM
Subject: loading of pallet


Dear Mr. Ye,


1/ 350pcs double face + 50pcs sigle face loaded in 40HQ today as schedule, ETD Nov.14th/05. Shipping docs will mail you confirm early next week.
    Enclosed picture for your ref.


2/ Have you already down payment of USD240,719.95? It's urgent for me.


3/ how about sea shipment of 5,000 kg of Chloramphenicol  & 2,000bou of DHS & others, still waiting.  The stocks can't waiting for long time.


Waiting for your information.


Best Regards
Xuping

11/12/2007

■■◆■ Uhlmann

Uhlmann Pac-Systeme GmbH & Co. KG, P.O. Box 1561, D-88465 Laupheim

Banco de México
Departmento de Administración

A QUIEN CORRESPONDA

Nachricht von / Message from
**Volker Wissmann**
VK13

Phone +49(0)7392/702-8345

Fax     +49 (0) 7392/702-1345
Email: wissmann.v@uhlmann.de

VK13-vl

16.06.2006

Hemos recibido el pedido No. 15052006MEX de parte de Unimed Pharmaceutical, S. A. de C. V.
por un total de € 15,000,000.00 (Quince millones de EUROS). De acuerdo a las condiciones de pago,
el cliente deberá pagar un 80% de anticipo antes de Noviembre del 2006 y el resto después de la que
las máquinas hayan llegado a México y se concluyan satisfactoriamente las pruebas de aceptación.
Los pagos en dólares americanos (USD) serán convertidos a euros (EUR) al tipo de cambio vigente
el día de su recepción.

Uhlmann es una compañía con más de 50 años de existencia, mundialmente reconocida por su
calidad en máquinas de empaque farmacéutico

**Uhlmann Pac-Systeme GmbH & Co. KG**

Volker Wissmann
Sales Manager

DEFENDANT'S
EXHIBIT
7

Uhlmannstrasse 14–18
88471 Laupheim
Germany
Phone +49 (0)7392 702-0
Fax    +49 (0)7392 18972
www.uhlmann.de

Uhlmann Pac-Systeme GmbH & Co. KG
Court of Registration Biberach HRA 435.
General Partner:
Uhlmann Pac-Systeme
Verwaltungsgesellschaft mbH,
Court of Registration Biberach HRB 137.

Chairwoman Supervisory Board:
Hedwig Uhlmann
Managing Directors:
Johann Alt
Hans-Werner Bongers
Siegfried Drost

Deutsche Bank Ulm
(Bank Code 630 700 88) Account 203 80 24 00
BW Bank Biberach
(Bank Code 600 501 01) Account 447 56 86
Kreissparkasse Biberach
(Bank Code 654 500 70) Account 56 05 57
USt-IdNr. DE 144893484

Translation of Uhlmann letter dated 6/16/2006:

We have received the order #15052006MEX by Unimed Pharmaceutical, S.A. de C.V. for the total of € 15,000,000.00 (Fifteen million euros). According to the conditions of payment, the client will pay 80% in advance. The rest will be paid upon the satisfactory arrival of the machinery. The payment of dollars will be converted to Euros on the day payment is received.

Uhlmann is a company with more than 50 years experience and is known worldwide for the quality of its machinery.

Volker Wissman
Sales Manager

**From:**    "Herbert Frisch" <Herbert.Frisch@frischsa.com.mx>
**To:**    "Zhenli Ye" <lifeland@hotmail.com>
**Sent:**    Tuesday, October 31, 2006 2:16 PM
**Attach:**    Handelregister.pdf; Carta para el banco.pdf
**Subject:**    Letter for the bank and visit on Sunday

Dear Zhenli,

I hope this letter finds you well.

I left in your office the letter for the bank and the register of Uhlmann (copies attached). I hope these are alright for the bank purposes.

While you are in Chicago, Mr. Oliver Bleher will be at the PackExpo on Monday and Tuesday. Wednesday and Thursday Mr. Siegfried Drost and Mr. Hans-Werner Bongers will be at the Uhlmann booth.

I would also like to ask you a favor, as I told you, Mr. Siegfried Drost and Mr. Hans-Werner Bongers will be visiting Mexico on Sunday. One of the purposes of their trip would be to show Mr. Bongers, the Technical Director of Uhlmann your new factory in Toluca.

As I presume you will continue your travel in the U.S., could you inform me of someone we can contact to visit the plant in Toluca this Sunday 5th of November?.

Thanks in advance for your answer,

With Best Regards,

Herbert

Frisch, S. A.

Murillo 53
Col. Sta. Ma. Nonoalco
03700 México, D. F.
Tel. ++ [52] (55) 5598 6879
Fax ++ [52] (55) 5598 7369
email Herbert.Frisch@frischsa.com.mx

# INDICTMENT BROKEN DOWN BY RELEVANT TIME PERIODS

## Pseudoephedrine Importation Timeframes

| TIMEFRAME: | IMPORTATION ACTIVITY: | DOCUMENTS PRODUCED: | SOURCE: |
|---|---|---|---|
| 1999 - 2001 | No importation | No documents produced | N/A |
| Jan 2002 - Aug 2005 | Importation with permits/licenses | Permits and Licenses, COFEPRIS Audit | Exhibit 4, Exhibit 9 |
| Sep 2005 - Sep 2006 | No importation. Sale of Unimed inventory 9-10 tons with approval from COFEPRIS (documented in Unimed log book and Mexican Health Department records) | Government still has not turned over the log book | Exhibit 2 |



DEFENDANT'S
EXHIBIT

8

PENGAD·Bayonne, N.J.

# UNIMED CAPITALIZATION

Source: Mexican Public Registry of the Property of the Federal District

| TIMEFRAME | CAPITALIZATION |
| --- | --- |
| 1997 Initial Unimed Capitalization | 1.6 million pesos ($160,000) |
| March 2000 Unimed Capitalization | 28 million pesos ($2.8 million) |
| 2005 Unimed Capitalization | 100 million pesos ($10 million) |
| October 2005 New Factory Capitalization | 600 million pesos ($60 million) |



SECRETARIA
DE SALUD

DEPENDENCIA: COMISION FEDERAL PARA LA
PROTECCION CONTRA RIESGOS SANITARIOS.

COMISION DE AUTORIZACION SANITARIA

DIRECCION EJECUTIVA DE AUTORIZACIONES DE
COMERCIO INTERNACIONAL Y PUBLICIDAD

N° DE ENTRADA-SALIDA  05330020850131

N° DE EXPEDIENTE: 449.1/6290

MONTERREY N° 33, COL. ROMA, C.P. 06700, MEXICO, D.F.

ASUNTO: PRORROGA A PERMISO DE
IMPORTACION N°I-01440-2004



Mexico, D.F., a  20 de enero del 2005.

C. ADMINISTRADOR DE ADUANAS
P R E S E N T E :

Con fundamento en el artículo 160 del Reglamento de Insumos para la Salud y en contestación a la
solicitud de PRORROGA  recibida con N° de entrada 05330020850131 de fecha 18-01-05, para el
permiso de importación  N° I-01440-2004 (dos originales con el mismo número del permiso)
fecha de salida 20-08-04, otorgado a la empresa: UNIMED PHARM CHEM MEXICO, S.A. DE C.V.
se le informa que se AUTORIZA  prórroga de 180 días naturales a partir del día 15 de febrero del
2005.

Sin otro particular al respecto, reciba un cordial saludo.

A T E N T A M E N T E
LA DIRECTORA EJECUTIVA DE AUTORIZACIONES
DE COMERCIO INTERNACIONAL Y PUBLICIDAD

Q. A. MARIBEL BERNAL SALDIVAR

DEFENDANT'S
EXHIBIT
9

**Ministry of Health**

**Dependence: Federal Commission for the Protection Against Health Risks**

**Commission of Health Inspection**

**Executive Management for Authorization of International Trade and Publicity**

**No. of Entry/Exit  05330020850131**
**No. of Proceeding  449.1/6290**

**Monterrey No. 33, Col Roma, C.P. 06700 Mexico, Federal District**

**Issue: extension for importation permit No. 1-01440-2004**

Mexico, Federal District, 20 January, 2005

**C. Customs Administrator**
**Presents:**

Based on article 160 of the Regulations for Inputs for Health and in reply to the request for an extension received with entry no. 05330020850 131 on the 18th of January, 2005 for the import permit No. [-01440-2004 (two originals with the same permit number) date of departure 20 August, 2004, granted to the company: Unimed Pharm Chem Mexico, S.A. of C.V., who is informed that an extension of 180 days has been authorized, starting from the 15th of February, 2005.

Without any other matter in this respect, receive our cordial greetings.

Sincerely,
The executive director of authorizations
for international trade and publicity

(signature)

Q.A. Maribel Bernal Saldivar

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

STATE OF NEVADA     )
                    ) ss:
COUNTY OF CLARK     )


Officer K. Hooten, P# 4675, being first duly sworn, deposes and states that he is

the affiant herein, and that he is a Police Officer with the Las Vegas Metropolitan

Police Department (LVMPD), having been employed by the Department for 13 years.

Affiant is currently assigned to LVMPD narcotics section, having been so assigned for

a period of nine years. Affiant is also a federally deputized Task Force Officer with

the DEA Group 1 Federal Narcotics Task Force, having been so assigned for a period

of four years.

That there is probable cause to believe that certain property hereinafter described
will be found at the following described premises, to-wit: (1) **3298 Dove Run
Creek Drive, Las Vegas, Nevada 89135**, further described as a single story
residence, brown in color stucco, with a grey tile roof and off-white colored trim.
The front door of the residence faces west. The residence has a black security door
covering the front door. The numbers 3298 are affixed to the bottom of the
mailbox, which is located in front of the residence and to the south of the driveway,
(2) **400 Proud Eagle Lane, Las Vegas, Nevada 89114**, further described as a two
story residence, off-white in color stucco, with a grey tile roof and beige colored
trim. The front door of the residence faces west. The numbers 400 are affixed to a
lighted box, which is located on the front house to right of the front door. (3) **2290
Casa Bella Court, Las Vegas, Nevada 89117**, further described as a single story
residence, off-white in color stucco, with a reddish-brown tile roof and tan colored
trim. The front door of the residence faces west and is a double door with glass
inserts. The residence has a three-car garage with one double garage door and one

1


DEFENDANT'S
EXHIBIT
10

The property hereinbefore described constitutes evidence which tends to demonstrate that the criminal offenses of Trafficking of Controlled Substance have been and continue to be committed in violation of Chapter 453 of the NRS and Money Laundering in violation of Chapter 207 of the NRS.

The statements contained in this affidavit are based upon my personal participation in this investigation and information received from other law enforcement sources, subpoenas, physical surveillance, electronic surveillance, telephone toll records, pen register and trap and trace devices, confidential sources, records checks and my knowledge, training and experience, as well as that of other Special Agents and local law enforcement officers also familiar with narcotics and money laundering investigations

In support of your affiant's assertion to constitute the existence of probable cause, the following facts are offered: That Officer K. Hooten, P# 4675, working with DEA Special Agents Daniel Holcomb and David Behar and agents from DEA Mexico City office learned the following information;

1.     In March 2006, the DEA's Mexico City Country Office (MCCO) initiated a joint investigation with Mexico's Agencia Federal de Investigacion (AFI) that targeted Zhenli YE Gon, aka: Zhenli YEGON; aka: Zhenli YE.  This investigation targeted the illegal importation of pseudoephedrine from China and other countries into Mexico by YE Gon, using his business, UNIMED

4

stated that WONG is YE Gon's current girlfriend, and he believed that there is a strong likelihood that YE Gon may be staying with her in Las Vegas in order to avoid apprehension. The CD also stated that when YE Gon was not in Las Vegas driving the 2004 Lamborghini Murcielago described in paragraph 15, *supra*, he parked the vehicle at WONG's residence at 2290 Casa Bella Court, Las Vegas, Nevada.

33.    It is your affiant's opinion, based on personal experience and having worked as a police officer for the past 13 years, and having attended training seminars, and having interacted on a professional basis with numerous fellow narcotics detectives, that almost all persons who sell narcotics for profit maintain records of the transactions including records of their suppliers and customers as well as "owe" sheets. These records on occasion are extremely sophisticated and elaborate, however more often than not, these records tend to be cryptic and coded but nevertheless readily identifiable as records maintained as part of the narcotics business. These records would provide proof of narcotics dealing as well as identify individuals from whom the suspects obtained their narcotics and to whom the suspects sold.

34.    Because narcotics are extremely valuable, sellers will carefully weigh the substance before packaging it for resale. The re-packaging is sometimes done in

23

Email Exchange Between Mr. Gon and HSBC
Representative Regarding Purchase of 40 Acres of Land
in California, United States for Pharmaceutical Use


Source: Government Production, CD 4, Email 260



DEFENDANT'S
EXHIBIT

11

PENGAD-Bayonne, N.J.

From:     <Laura.LARA@hsbc.com.mx>
To:       "Charley Ye" <charley363@hotmail.com>
Cc:       <lifeland@hotmail.com>
Sent:     Wednesday, January 10, 2007 6:04 PM
Subject:  Re: Introduction

Hola

Me poyas a checar este correo

Gracias


Laura Lara Camargo
Lider de Unidad
Suc-1008
Tel.5512-1389


"Charley Ye" <charley363@hotmail.com>

10/01/2007 04:30 p.m.

To  Laura.LARA@hsbc.com.mx

cc  lifeland@hotmail.com

Subject  Introduction


```
Dear Laura:

We are going to buy land in Los Angeles, California for pharmaceutical use.
The land area is about 40 US acres,  total cost 4o million US dollars.   The
owner of the land is Lennar Homes.

Lennar Homes will contact you to verify my company Unimed Group.
they will ask the following question to you, please help me to give them a
good reply.
1/. How many years our company has account with you.
answer: more than 10 years
2/. Can we have ability to buy the land?
answer: yes, for sure.
3/. What is our company credit situation, good or bad?
answer: very good.
4/. What size of our company in Mexico?
answer: they have many company in Mexico. one of the biggest in factory in
Toluca, Edo de Mexico.
5/. How many employees in the Unimed group.
answer: Total together with factory is more 600 peoples. even more.
6/. If Lennar Homes ask you any question, you answer yes or no?
answer: answer yes, no problem.

In a word, please let Lennar Homes know Unimed or Zhenli Ye has the
financial capability to buy this land.

Sincerely,

Zhenli Ye
```

Express yourself instantly with MSN Messenger! Download today it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/

12/7/2007