UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :Cr. No. 07-181 (EGS) |
| | : |
| V. | : |
| | : |
| ZHENLI YE GON | : |

GOVERNMENT'S MOTION FOR ADDITIONAL TIME
TO PROVIDE COMPUTER DISCOVERY

      Comes now the United States of America, by and through the undersigned attorneys, and makes the following request for additional time within which to provide computer discovery:

1. On December 20, 2007, the Court held a status hearing in the above-captioned case. At the hearing, the parties discussed a laptop computer that had been seized from the defendant. The defense specifically requested access to the information contained on the laptop computer. Consequently, the Court ordered that the government make the contents of the computer available to the defense team by January 3, 2008. The Court further noted that if the government had difficulty complying with the order by the date given, the Court would consider the government's application for additional time.

2. The government, through computer technicians, has gained access to the contents of the computer. Further, the government has determined that the material it contains can be made available to the defense team in two different formats. Specifically, the data can be provided to the defense at no cost by copying the information onto approximately 47 DVDs. Alternatively, the entire hard drive of the laptop can be imaged and a copy provided to the defense team. This method requires that the defense provide a suitable hard drive to the government in order to make the appropriate copy, and would require the defense to bear the cost of providing the appropriate hard drive. The cost is expected to be approximately $100.

3. The different formats each have their benefits and or detriments, depending on the kind of data processing scheme employed by the defense. Since government counsel are unaware of the data processing scheme used by the defense, government counsel cannot make a unilateral determination of which format to employ. Consequently, government counsel has attempted to contact the defense team to determine which format they would prefer, however, as of the filing of this motion, government counsel has not been successful.

4. Regardless of the format chosen by the defense, government counsel would need approximately one additional week in order to prepare the data and provide it to the defense team.

5. Government counsel attempted to contact the defense team by email in order to ascertain their position on this motion, but was unable to do so by the time of the filing of the motion.

For these reasons and any other reasons as may appear to the Court, the government requests that the Court extend the deadline for the provision of the contents of the laptop computer until January 11, 2008.

                                            Respectfully submitted

                                            KENNETH BLANCO, Chief
Narcotic and Dangerous Drug Section

                                            _____/s/_____
Wanda J. Dixon
Paul Laymon
Mary Mogavero
Robert Stapleton
Trial Attorneys
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Suite 8000
Washington, D.C.  20005
(202) 307-0377

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :Cr. No. 07-181 (EGS) |
| | : |
| V. | : |
| | : |
| ZHENLI YE GON | : |

PROPOSED ORDER OF DETENTION

Upon consideration of the government's motion for additional time to provide computer discovery, and the entire record herein, it is, this _____ day of January, 2008,

ORDERED, that the government's motion is GRANTED. The government has until January 11, 2008 to provide the computer discovery to the defense team.

DATE: _____         _____
                                     EMMET G. SULLIVAN, JUDGE
                                     UNITED STATES DISTRICT COURT