IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America ) | |
| ) | |
| Plaintiff ) | File: 07-181 |
| ) | Hon. Emmit G. Sullivan |
| v. ) | |
| ) | |
| Zhenli Ye Gon ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR ADDITIONAL TIME TO PROVIDE COMPUTER DISCOVERY**

COMES NOW, Defendant Zhenli Ye Gon, by and through undersigned counsels, and responds to the government's request for additional time to provide computer discovery.

On December 20, 2007, this court ordered the government to provide the defendant an opportunity to "inspect" his laptop computer within two weeks or by January 3, 2007. On January 2, 2008, government counsel advised defendant's counsel of its intent to file a motion to extend time to produce the defendant's laptop computer. Later that same day, the government filed said motion. In both its email to defendant's counsel and motion filed with the court, the government outlined one of two ways it could make the "contents of the computer" available to the defendant by January 11, 2008. Specifically, the government proposed copying the computer's contents onto 48 DVDs or copying the contents onto a hard drive that the defendant would have to purchase and provide to the government.

On January 3, 2008, defendant's counsel informed government counsel that the 48 DVD option, allegedly containing all the data from the defendant's laptop computer, was preferred. Although the defendant does not oppose the government's motion, the defendant submits this

response for the purpose of preserving his right to "inspect" his laptop with a computer forensic specialist notwithstanding the government's production of 48 DVDs.

Given that the government has had the defendant's computer in its possession for the past six months, the need for a forensic computer specialist to thoroughly analyze the laptop is paramount. The need for a forensic diagnostic examination becomes even more necessary since the contents of the computer has been examined at least twice by government investigators, i.e., in December 2007 it was "examined by DEA technicians" and now, according to the government's motion, it is being examined by "computer technicians." Layman ltr. (12/1/07); Govt. Mot. at 1 (1/2/08);  see U.S. v. Hunter, 13 F. Supp. 2d 574, 583 (D. Vt. 1998) (in a drug related money laundering case where the seizure of computers was at issue, the court noted that "computer records are extremely susceptible to tampering, hiding, or destruction, *whether deliberate or inadvertent*") (emphasis added).

Neither of the options proposed in the government's motion provide the defendant with an opportunity to actually "inspect" his laptop in accord with Fed. R. Crim. P. 16(a)(1)(E). As such, the defendant respectfully requests that this court, despite the government's production of the aforementioned 48 DVDs, maintain its order that the computer and its contents be made available for inspection by the defendant and his forensic expert. The defendant needs this relief since his computer expert must examine the 48 DVDs before he is in a position to inspect the actual computer itself.

WHEREFORE, the defendant does not oppose the government's motion to extend time; however, the defendant seeks to preserve his right to "inspect" the computer with his forensic computer expert and respectfully requests this court to maintain its order that the government must make the computer available for inspection by the defendant and his forensic expert notwithstanding the production of the 48 DVDs.

Respectfully Submitted,

/s/ Ning Ye, Esq._____
Ning Ye, Esq., MD BAR Number: 26804
1150 Connecticut Ave., Suite 900
Washington, DC 20036
(301) 217-0600
ynyale@aol.com
*Counsel for Defendant Ye Gon*

/s/_Martin F. McMahon, Esq._
Martin McMahon, Esq., D.C. Bar Number: 196642
Lisa D. Angelo, Esq., D.C. Bar Number: 491206
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
mfm@martinmcmahonlaw.com
*Counsel for Defendant Ye Gon*

**CERTIFICATE OF SERVICE**

On this 8th day of January 2008, I electronically filed the foregoing Opposition with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Paul Laymon, Esq.
U.S. Dept. of Justice
1400 New York Avenue, NW
Bond Bldg. 8th Fl
Washington, DC 20530

/s/ Lisa D. Angelo, Esq.
Lisa D. Angelo, Esq., D.C. Bar Number: 491206
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
langelo@martinmcmahonlaw.com
*Counsel for Defendant Ye Gon*