UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :Cr. No. 07-181 (EGS) |
| V. | : |
| ZHENLI YE GON | : |

GOVERNMENT'S OPPOSITION TO DEFENSE MOTION
FOR PARTIAL RELEASE CONDITIONS

Comes now the United States of America, by and through Kenneth A. Blanco, Chief of the Narcotic and Dangerous Drug Section of the Criminal Division of the Department of Justice, and the undersigned attorneys, and respectfully notes its opposition to the defendant's request for partial release conditions.

The government defers to the Court as to whether the defendant should be transferred from D.C. Jail to the Central Treatment Facility (CTF).  However, the government vehemently opposes defendant's motion for partial release.  The government is concerned that the defendant's motion can be read to suggest that the government agreed to the request for partial release in a meeting with defense counsel on January 8, 2008.  Government counsel had a conversation with defense counsel while delivering discovery on January 8, 2008.  While government counsel recalls discussing the issue of whether the defendant could be partially released, surely the defense did not mean to imply that the government consented to defendant's motion for partial release as a result of that discussion, especially given the fact that the government has opposed any condition of release every time the issue has been broached - whether in open court, written pleadings, or in meetings with defense counsel.  Nevertheless, the government feels compelled to respond to correct any mistaken impressions that may have resulted from the defendant's styling its motion as unopposed.

For these reasons, all of the reasons that have been previously set forth in open court and on written pleadings, and any other reasons as may appear to the Court, the government requests that the defendant's motion for partial release conditions be denied.

Respectfully submitted

KENNETH BLANCO, Chief
Narcotic and Dangerous Drug Section

_____/s/_____
Wanda J. Dixon
Paul Laymon
Mary Mogavero
Robert Stapleton
Trial Attorneys
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Suite 8000
Washington, D.C.  20005
(202) 307-0377

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :Cr. No. 07-181 (EGS) |
| | : |
| V. | : |
| | : |
| ZHENLI YE GON | : |

<u>ORDER</u>

Upon consideration of the defendant's motion for partial conditions of release, the government's response, and the entire record herein, it is, this _____ day of January, 2008,

ORDERED, that the defendant's motion is DENIED and that defendant remain held without bond pending trial. While held, the defendant shall be afforded reasonable opportunity for private consultation with counsel. 18 U.S.C. § 3142(i)(3).


DATE: _____         _____
                                   EMMET G. SULLIVAN, JUDGE
                                   UNITED STATES DISTRICT COURT