**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 07-181(EGS)** |
| | : | |
| **ZHENLI YE GON,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF COMPLIANCE WITH COURT-ORDERED**
**DISCOVERY REVIEW CONFERENCE**

The United States, by and through the undersigned attorneys, respectfully notifies the Court that on January 30, 2008, the undersigned government counsel, Christine Hilgeman and Martin McMahon on behalf of defendant Ye Gon, and Maria Amato, General Counsel for the Department of Corrections all conferred via telephone conference call regarding procedures for defendant's discovery review at the jail. Ms. Amato agreed to permit defendant to receive discovery documents in two-box increments. The boxes would contain government supplied, bates-stamped documents, and defendant would be permitted to have the boxes of documents in his possession and available for his review. Upon completion of the review of the first set of two boxes, the defendant would be permitted to receive and review two additional boxes containing the same type of documents, and this arrangement would continue until review of all boxes is completed. The parties agreed that this arrangement would be satisfactory at this time, and Ms. Amato agreed to consider any other procedures or requests for discovery review as the need arises.

WHEREFORE, the government respectfully informs the Court of the parties' compliance with its order dated January 25, 2008.

>Respectfully submitted,
>
>KENNETH A. BLANCO,
>Chief
>
>_____/s/_____
>Wanda J. Dixon
>Paul Laymon
>Mary Mogavero
>Robert Stapleton
>Trial Attorneys
>Criminal Division
>U.S. Department of Justice
>1400 New York Avenue, rm 8414
>Washington, DC 20005
>202-307-0377