IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| The United States of America | ) | |
| | ) | File: 07-181 |
| | ) | Hon. Emmit G. Sullivan |
| v. | ) | |
| Zhenli Ye Gon, | ) | |
| Defendant | ) | |

## MOTION TO EXTEND TIME TO FILE MOTIONS AND RESPONSES

Plaintiff respectfully requests that this Court extend the time for Defendant to file the motion and opposition currently due today, March 6, 2008 until Monday, March 10, 2008 for the following reasons: (1) Mr. McMahon has been unexpectedly required to travel out of the country, (2) Mr. Ludwig was ill the past week and underwent major oral surgery, and (3) Ms. Angelo has left the firm.  Defense counsel sought Government counsel's consent to the extension and were informed that Government counsel agree to the extension if the briefing schedule is amended to allow Government counsel to file responses on March 17, 2008.  While the reasons for seeking this extension were unexpected and unavoidable, Defense counsel apologizes for any inconvenience this extension may cause the Court.

RESPECTFULLY SUBMITTED on this 6th day of March 2008,

**MARTIN McMAHON & ASSOCIATES**

/s/ Martin F. McMahon, Esq.
Martin F. McMahon, DC BAR #: 196642

        Martin F. McMahon & Associates
        1150 Connecticut Ave. N.W.
        Suite 900
        Washington, DC  20036
        (202) 862-4343
        mfm@martinmcmahonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of March, 2008, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Paul W. Laymon
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW
Suite 8414
Washington, DC 20005
(202) 514-1286
Email: paul.laymon@usdoj.gov


Wanda J. Dixon
U.S. ATTORNEY'S OFFICE
1400 New York Avenue, NW
Room 8414
Washington, DC 20530
(202) 307-0377
Email: wanda.dixon@usdoj.gov

        /s/_ Martin F. McMahon, Esq.
        Martin F. McMahon, Esq.
        Martin McMahon & Associates
        1150 Connecticut Ave., N.W.
        Suite 900
        Washington, D.C. 20036
        (202) 862-4387
        mfm@martinmcmahonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America    ) | |
| ) | |
| ) | File: 07-181 |
| ) | Hon. Emmit G. Sullivan |
| v.    ) | |
| ) | |
| Zhenli Ye Gon,    ) | |
| ) | |
| Defendant    ) | |
| ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Motion To Extend Time To File Motions and Responses, it is this _____ day of _____, 2006 hereby **ORDERED** that the Defendant's Motion is **GRANTED**.

_____
Hon. Emmit G. Sullivan
United States District Judge