# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| The United States of America | ) | |
| | ) | |
| | ) | File: 07-181 |
| | ) | Hon. Emmit G. Sullivan |
| v. | ) | |
| | ) | |
| Zhenli Ye Gon, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please be kindly notified that the undersigned co-defense counsel has moved his law office from:

4242 Union Street, Rm. 3C
Flushing, NY 11355;
Telephone: 718-308-6626
Fax: 718-321-7722
Email.: ynyale@aol.com

into the following new address:

36-26 Union Street, 3rd Floor
Flushing, NY 11354.
Telephone: 718-308-6626
Fax: 718-321-7722
Email.: ynyale@aol.com

All conventional correspondence should be forwarded into his new Law Office Address.

Respectfully submitted by:


Ning Ye, Esq.
Co-Counsel for the Defendant
36-26 Union Street, 3rd Floor
Flushing, NY 11354.
Telephone: 718-308-6626
Fax: 718-321-7722
Email.: ynyale@aol.com

CERTIFICATE OF SERVICE

On this 11th day of March, 2008, I electronically filed this Notice of Change o Adres with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following addressee:

Paul Laymon, Esq.

Wanda Dixon, Esq.

U.S. Dept. of Justice

1400 New York Avenue, NW, 8th floor

Washington, DC 20530

Ning Ye, Esq.   (MD26804)
Co-Counsel for the Defendant
36-26 Union Street, 3rd Floor
Flushing, NY 11354
Telephone: 718-308-6626
Fax: 718-321-7722
Email.: ynyale@aol.com