IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| The United States of America | ) | |
| | ) | |
| Plaintiff | ) | File: 07-181 |
| | ) | The Hon. Sullivan |
| against – | ) | |
| | ) | |
| Zhenli Ye Gon | ) | |
| Defendant | ) | |

**MOTION FOR ENTRY AS DEFENSE COUNSEL, *PRO HAC VICE*, IN HEARINGS WHEN HIS RENEWAL APPLICATION IS YET TO BE GRANTED BY THE COMMITTEE**

Comes now, Ning Ye, Esq., Defense co-counsel for the record on behalf of Defendant Zhenli Ye Gon, in the above-referenced case, respectfully prays to this Honorable Court that he be allowed to continue representing the defendant in upcoming hearings, under tentative pro hac vice arrangement, if this Court feels it necessary and appropriate, pursuant to Local Rule 82.2(d), during the period while his application for renewal based upon reciprocity of this Honorable Court and the U.S. District Court for the Western District of New York, of which, this movant is a member in good standing. This Motion is filed under the Sponsorship of John D. Hemenway, Esq., a member of good standing to this Honorable Court.

Respectfully submitted by:

/s/Ning Ye, Esq., BAR Number
for this Court: MD 26804
36-26A Union Street, 3rd Floor
Fushing, NY 11354
Tel.: 718-321-9899/718-308-6626
Email: ynyale@aol.com
*Counsels for Defendant Ye Gon*

I hereby act as the sponsoring counsel for Ning Ye, Esq. to enter as pro hac vice.

**/s/John D. Hemenway, Esq. DC Bar:**

1

DECLARATION

My name is Ning Ye.  My principal office is situated at 36-26 A Union Street, 3rd Floor, Flushing, NY 11354. My office phone number is 718-321-9899/718-308-6626.  My fax number is 718-321-7722. My email address is: ynyale@aol.com.

I am the member good standing to the following bars:

All courts of New York State;
U.S. District Court for *Western,* Southern, and Eastern Districts of New York;
U.S. District Court for the District of Columbia;*
U.S. District Court for the District of Maryland (until 2011);
U.S. Court of Appeals for 1st, 2nd, 4th and 5th Circuits.

I have not been disciplined by any bar.

I was not admitted pro hac vice by this Honorable Court because I had been member of this bar since April, 2004, and I have already been a litigating defense counsel in an on-going case 07-181, with this Honorable Court's permit.  I inattentively forgot paying my renewal fee of $25 during the year of 2007, and I was told by the Clerk that I was in "provisional member status" before I made the efforts to renew my bar.  With a reminder given tome by the Honorable Emmet G. Sullivan, in a hearing specifically held against me in connection to the on-going case 07-181, I filed an application for renewal of my bar membership, together with all necessary supporting evidence of eligibility on March 10, 2008.  My application, evidence of eligibility and $25.00 fee for renewal was instructed to send to a Committee for review.  Consequently, the application is momentarily pending the Committee for Review, as I was told by Ms. Horn, the Admission Clerk.

I am not yet a member to the local Bar of the District Columbia, and have not practiced law here in the DC.   Under limited occasions, I am working as a team member with lawyers in DC.  My law offices are situated in the State of New York.  I am now eligible to get waived into DC Bar and preparing my application paperwork now.

Before my application for renewal is finally decided, I am praying for admission by pro hac vice, under the sponsorship of John D. Hemenway, Esq. a member to this Court and Member to local bar of DC.   I am familiar with local procedures, professional ethics and rules of civility.

Respectfully submitted,

/s/Ning Ye, Esq.
Defense Counsel for the Records

*I was informed by the Clerk that it was expired in 2007 on March 7, 2008.  Proper application with fee was filed with the Clerk.

CERTIFICATE OF SERVICE

On this 17th day of March, 2008, I electronically filed this Supplementary Briefing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following addressee:

Paul Laymon, Esq.

U.S. Dept. of Justice

1400 New York Avenue, NW, 8th floor

Washington, DC 20530

/s/Ning Ye, Esq.