IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America | ) |
| | ) |
| Plaintiff | ) File: 07-181 |
| | ) The Hon. Sullivan |
| against – | ) Oral Argument Prayed |
| | ) |
| Zhenli Ye Gon | ) |
| | ) |
| Defendant | ) |

### DEFENSE COUNSEL NING YE'S OPPOSITION TO GOVERNMENT'S MOST RECENT MOVE TO FIGHT AGAINST THE COUNSEL FOR THE DEFENDANT

Ning Ye, the defense counsel for the defendant in underlying case (07-181) respectfully opposes the government's last minute sudden attack targeting the Defense counsel, instead of the Defendant. This Movant does appreciate the Government's courage and boldness to "prosecute" this Defense Counsel, a high profile human rights campaigner and career litigator, in addition to prosecute the Defendant, both on nothingness.

The government has demonstrated its most recent novel tactics: to fight against the key defense counsel in this ultra-sensitive case of public concern, while the Government's year-long fishing trip in making up a criminal prosecution turns out empty-handed. One may be totally confused with this most recent "defensive-offensive tactic" employed by the Government in the wake of the most recent trial against this Defense Counsel, instead of the Defendant, the focal point of the prosecution have been suddenly changed from the Defendant, who has claimed innocent, with weighty evidence in exculpatory nature.

Government has now admitted that it is the ultimate root cause which initiated the trial against this Defense counsel for allegedly bringing two pieces chocolate candies to the visiting area of the DC Correctional Center, while Article 7 of the DC Jail's visitation Rule has expressively permits using passive term: "Food and Beverage must be consumed in the visitation area".

1

Government has now admitted that it is the ultimate root cause which has caused the extremely delay and retardation of the normally simple reviewing process for his renewal of his legitimate bar to this Honorable Court.

The Government's allegation that this counsel is not a member to this court is imprecise, to say the least. This counsel was properly admitted into this Court in April 2004. His bar membership was not acquired at flea market. He would like to show his proof of membership to this Honorable Court. Based upon the reciprocity treaty between this Court and the U.S. District Court for the Western District of New York, this counsel is not supposed to be improperly discriminated, unless his race or ethnicity is a factor in the eyes of the Government, or, unless this Honorable Court changes its existing rule just to fix this current case.

This counsel has play an irreplaceable, and leading role in this underlying case. This Honorable Court has long admitted his appearance since July 2007. This Court is respectfully prayed not to help the government's sudden reverse of the course from prosecuting the defendant into prosecuting the defense counsel. In such an ultra-sensitive case of public concern, the government's recent move may have produced serious side-effects for the underlying case.

This counsel is taking proper measures to have his bar membership into this court renewed, as the government "politely" proposed. Unfortunately, the renewal process has become unusually prolonged, given to Government's admission that it has "contacted" the Committee.

It is the public knowledge that this counsel's full-time *Law* Office addresses have been in New York for quite half a decade. The fact that he did not control the E-filing for the most of the time due to the fact that he is not good at E-transaction. His office address may have been mistakenly spelled as the Washington DC Address, the law office address of Mr. Martin McMahon's as innocent technical, clerical mistakes.

Washington DC is the national capital of this Constitutional Democracy. It is not a Confederate Township. Interpretation of an "office", for a lawfully admitted lawyer's

decent work for public goods should not be sound in the tone as what the Government's counsels narrowly interpreted.

Finally, this counsel has been the co-counsel in Wangs v. Politbureau of Chinese Communist Party and People's Daily. This Counsel was also a sole counsel in Cindy Ore v. Congressman Don Sherwood, most recently. Both cases are filed with this Honorable Court. There has been never appearing any problems with these cases which have appeared much cleaner.

Finally, Government's motion to bar the counsel from further appearing into the case due to government's concern of "pro hac vice" appearance has become moot, because he has filed with this Honorable Court with pro hac vice appearance.

Government has demonstrated that it has sought to avoid address the factual, evidentiary and legal issues raised in the Reply filed by this Counsel, by taking such unconventional, and extraordinary steps. If Government feels such factual, evidentiary and legal issues are too hard to answer, it may have a lot other more moderate options to take, rather than risking its image to choose to fight against Defense Counsel, rather than the Defendant.


This Counsel's original land of birth is the People's Republic of China under communist totalitarian rule, where a fully dedicated defense counsel in criminal case might be viewed by the CCP government as "on the same boat with the criminals", from time to time followed with prosecution against the Defense counsels. This counsel believe that the decency of prosecution in this world's leading democracy may not be sinking to the similar level. Additionally, this counsel is in the meantime has been a professional, career messenger, dissimilating message of value of justice, democracy to 1.2 billion Chinese people. To send such a chilling message to him may not be in the best interests of justice.

3

Wherefore, based upon the foregoing, this Movant respectfully prays that this Honorable Court deny the Government's Motion targeting this Defense Counsel.

Respectfully submitted by:

/s/Ning Ye, Esq. (MD26804)
Counsel for the Defendant
36-26 A Union Street, 3rd Floor
Flushing, NY 11354
718-308-6626
Email: ynyale@aol.com

CERTIFICATE OF SERVICE

On this 17th day of March, 2008, I electronically filed my Urgent Opposition Briefing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following addressee:

Paul Laymon, Esq.

U.S. Dept. of Justice

1400 New York Avenue, NW, 8th floor

Washington, DC 20530

/s/Ning Ye, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America | ) |
| | ) |
| Plaintiff | ) File: 07-181 |
| | ) The Hon. Sullivan |
| against – | ) Oral Argument Prayed |
| | ) |
| Zhenli Ye Gon | ) |
| | ) |
| Defendant | ) |

**DEFENSE COUNSEL NING YE'S OPPOSITION TO GOVERNMENT'S MOST RECENT MOVE TO FIGHT AGAINST THE COUNSEL FOR THE DEFENDANT**