IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America | ) |
| | ) |
| Plaintiff | ) File: 07-181 |
| | ) The Hon. Sullivan |
| against – | ) Oral Argument Prayed |
| | ) |
| Zhenli Ye Gon | ) |
| | ) |
| Defendant | ) |

DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO GOVERNMENT'S MOST RECENT OPPISITION (DOCUMENT NUMBER 55)

Defendant Zhenli Ye Gon, by and through undersigned counsel, pro hac vice, respectfully responds to the Government's Opposition for Reconsideration, as follows:

1. As Government has properly addressed, that in order to raise the Motion to Reconsider, the movant should, among others, prove "there is new evidence", citing United States v. Libby, 429 F. Supp, 2nd 46, 47 (DC 2006). Government's such demonstration of its position sounds like it come to the agreement with what Defendant has expressed and demonstrated to this Honorable Court: A long list of overwhelming exculpatory evidence to show how "thin", if any, is government's prosecution, and how far has the prosecutors adrift away from the factual truth, taking the poorly prepared indictment and information into account.  However, Government has chosen to leave all these critical issues concerning evidence, truth, and law completely un-addressed.  Rather, it takes the easiest way to divert the gravity of the case by silencing, and kicking out the Defense counsel.
2. Government is still talking about "labeling" or "mislabeling", while leaving the preliminary issues as to "who did the labeling", who was outside the chain of custody, unanswered.
3. Government may have nitpicked certain points of technical disagreement between its own interpretation of facts and the Defendant's, however, the new evidence concerning such inescapable issues as to "whens", "wheres", "whats", "whos" "hows", in literal comparison to "Indictment" and "Information" have eloquently and loudly indicates the Indictment and Information are fundamentally incorrect and misleading. The Government has attempted to avoid such a factual truth.
4. The Government has completely left the dismissible error of law caused by its repeated recklessness simply unanswered.

Wherefore, in the light of the above, the government's Opposition has not overcome its own fatal errors having been raised by the Defendant's Reply.


/s/Ning Ye, Esq. (MD26804)
Counsel for the Defendant, pro hac vice
36-26 A Union Street, 3rd Floor
Flushing, NY 11354
718-308-6626
Email: ynyale@aol.com

CERTIFICATE OF SERVICE

On this 17th day of March, 2008, I electronically filed my Urgent Opposition Briefing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following addressee:

Paul Laymon, Esq.

U.S. Dept. of Justice

1400 New York Avenue, NW, 8th floor

Washington, DC 20530

/s/Ning Ye, Esq.