UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :Cr. No. 07-181 (EGS) |
| | : |
| V. | : |
| | : |
| ZHENLI YE GON | : |

GOVERNMENT'S NOTICE OF FILING EXHIBIT 3 TO MOTION TO STRIKE

Comes now the government, by and through the undersigned attorneys, and files Exhibit 3 to its Motion to Strike Pleadings. Exhibit 3 is a letter from Ms. Jacqueline Smith, Director of the District of Columbia Court of Appeals Committee on Admissions regarding Ning Ye.

Respectfully submitted

KENNETH BLANCO, Chief
Narcotic and Dangerous Drug Section


_____/s/_____
Wanda J. Dixon
Paul Laymon
Mary Mogavero
Robert Stapleton
Trial Attorneys
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Suite 8000
Washington, D.C. 20005
(202) 307-0377



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

March 17, 2008

Wanda J. Dixon, Esq.
U.S. Dept. Of Justice
Narcotic and Dangerous Drug Section
Criminal Division
1400 New York Ave NW Ste 8000
Washington DC 20530

RE: Ning Ye

Dear Ms. Dixon:

In response to your inquiry of March 10, 2008, there is no indication that a Mr. Ning Ye is a member of the District of Columbia Bar, licensed by the D.C. Court of Appeals. A search of the D.C. Bar's membership database reveals only a female, non-member, by that same name.

A search of the Committee on Admissions' records reflects that Mr. Ning Ye does not have a pending admission application, nor has ever applied for admission to the D.C. Bar. If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Jacqueline M. Smith
Director

GOVERNMENT
EXHIBIT
3

TOTAL P.02