IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America | )<br>)<br>)<br>)   File: 07-181<br>)   Hon. Emmit G. Sullivan<br>)<br>v.   )<br>)<br>Zhenli Ye Gon,   )<br>)<br>        Defendant   )<br>)<br>_____)  |

## **MOTION FOR LEAVE TO WITHDRAW AS DEFENSE COUNSEL**

The defendant informs the Court through undersigned counsel that he has terminated the law firm of Martin McMahon and Associates. Pursuant to Local Rule 44.5(d), the McMahon law firm, including Martin F. McMahon and Lisa D. Angelo (the only attorneys at the firm who have entered their appearances) respectfully request leave to withdraw as counsel of record for the defendant.

                        RESPECTFULLY SUBMITTED

Dated: March 28, 2008            **MARTIN McMAHON & ASSOCIATES**

                        /s/ Martin F. McMahon, Esq.
                        Martin F. McMahon, Esq.
                        Lisa D. Angelo, Esq.
                        Martin McMahon & Associates
                        1150 Connecticut Ave., N.W.
                        Suite 900
                        Washington, D.C. 20036
                        (202) 862-4387
                        mfm@martinmcmahonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of March, 2008, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Paul W. Laymon
Wanda J. Dixon
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW
Suite 8414
Washington, DC 20005
(202) 514-1286
Email: paul.laymon@usdoj.gov
Email: wanda.dixon@usdoj.gov

I also hereby certify that, on this 28th day of March, 2008, I mailed a copy of the foregoing motion by first class mail to the Defendant as follows:

Mr. Zhenli Ye Gon #315-571
D.C. Jail
1901 D Street, S.E.,
Washington, DC 20003

/s/ Martin F. McMahon, Esq.
Martin F. McMahon, Esq.
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4387
mfm@martinmcmahonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America ) | |
| ) | File: 07-181 |
| ) | Hon. Emmit G. Sullivan |
| v. ) | |
| Zhenli Ye Gon, ) | |
| Defendant ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. The entire record herein.

2. Local Rule 44.5(d).

RESPECTFULLY SUBMITTED

Dated: March 28, 2008

**MARTIN McMAHON & ASSOCIATES**

/s/ Martin F. McMahon, Esq.
Martin F. McMahon, Esq.
Lisa D. Angelo, Esq.
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4387
mfm@martinmcmahonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>Zhenli Ye Gon, )<br>)<br>Defendant )<br>) | File: 07-181<br>Hon. Emmit G. Sullivan |

## **ORDER**

Upon Defense counsel's motion to withdraw, it is this _____ day of _____ 2008 hereby:

ORDERED pursuant to Local Rule 44.5(d) that Martin F. McMahon, Esq. and Lisa D. Angelo, Esq. be withdrawn as counsel for Defendant Ye Gon (#315-571, 1901 D Street, S.E., Washington, DC 20003) in the above-captioned proceeding.

_____
The Hon. Emmet G. Sullivan,
United States District Court Judge