IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America ) | |
| ) | |
| Plaintiff ) | File: 07-181 |
| ) | The Hon. Sullivan |
| against – ) | |
| ) | |
| Zhenli Ye Gon ) | |
| Defendant ) | |

**APPELLANT'S RENEWED MOTION FOR FOR THE CLERK OF THE U.S. DISTRICT COURT TO FORWARD TRIAL RECORDS TO THE CLERK OF THE CLERK OF THE US COURT OF APPEALS FOR WASHINGTON DC CIRCUIT**

Appellant, by and through this undersigned counsel for the records, respectfully prays to the Clerk of the District Court, immediately forward the record in relation to this instant, interlocutory appeal to the Appellate Clerk pursuant to Rule 11, Federal Rules of Appellate Procedures, hence enabling the Appellate Clerk to have the Appeal properly docketed under Rule 12, Federal Rules of Appellate Procedures.

This Appellant, by and through the undersigned counsel for the record, filed his timely Notice of Appeal, with the Clerk of the U.S. District Court for the District of Columbia on March 24, 2008*, addressing the following two interlocutory issues:

1. Seeking for, through appellate review of the trial court's final rejection of this Appellant's Motion for Reconsideration of his pretrial detention order filed with the trial court with the latter's permissive ruling, argued and denied on March 18, 2008;

2. Seeking for Appellate Review on the trial court's repeated, dismissible errors in serious violation of the Appellant's Constitutional and statutory rights to Speedy Trial under 18USC 3161(h)(8), 18USC 3161(h)(9); 18USC 3292, given to the Appellant's open-ended pre-trial incarceration by what Appellant claimed a frivolous prosecution, shown by growing number of rebuttal evidence in exculpatory nature.

The underlying appeal was raised by the Appellant as of his right pursuant to Rule 4, Federal Rules of Appellate Procedures. Under the circumstances that the Appellant has been denied of any bails, and being placed in an extremely prolonged pretrial incarceration, while the Appellant's Rule 9 Motion for Release pending Appeal, together with several other docketing papers, have been docketed and pending with the Appellate Clerk in an incomplete docket, any further, unreasonable, open-ended, delay, inaction and blockage, targeting the appellant's counsel in person, has negatively affected the Defendant's rights to appeal, derailed the orderly administration of the Appellate docketing, etc.

Wherefore, Appellant respectfully prays to the District Court that its Clerk immediately forward the record in relation to this instant, interlocutory appeal to the Appellate Clerk pursuant to Rule 11, Federal Rules of Appellate Procedures, hence enabling the Appellate Clerk to have the Appeal properly docketed under Rule 12, Federal Rules of Appellate Procedures.

Respectfully submitted by:

/s/Ning Ye, Esq.,
USDCDC BAR Number: MD 26804 (in good standing)
Member to U.S. Court of Appeals for DC Circuit
36-26A Union Street, 3rd Floor
Flushing, NY 11354
(718) 308-6626
ynyale@aol.com
*Counsels for Defendant Ye Gon*

CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of April, 2008, he caused to be served by electronic broadcasting through ECF, upon all the addressees below a copy of the within captioned Motion:

Paul Laymon, Esq.
U.S. Dept. of Justice
1400 New York Avenue, NW, 8th Floor
Washington, DC 20530


___/s/_____
       Ning Ye, Esq.