IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America ) | |
| ) | |
| Plaintiff ) | File: 07-181 |
| ) | The Hon. Sullivan |
| against – ) | |
| ) | |
| Zhenli Ye Gon ) | |
| Defendant ) | |

**MOTION FOR CONTINUANCE**

This undersigned counsel has received a Notice from this Honorable Court which had notified him to appear an urgent status conference ordered *sua sponte* by the Honorable Emmet G. Sullivan, the Judge for the U.S. District Court, on April 2, 2008. The Hearing was immediately re-scheduled for April 9, 2008. This undersigned counsel respectfully prays for continuance of that hearing for the following reasons:

1. This counsel has a head-on collision in conflict of schedule. On the very same date, this counsel has a pre-committed mission to urgently coordinate and co-sponsor a Press Conference and seminar with Mr. Wei Jingsheng on Capitol Hill, Room HC-5, namely, 2008 Beijing Olympics and Human Rights. (See Exhibit #1), Therefore, he is unable to attend the hearing;

2. This counsel has not fully recovered from his injury and is receiving continuing therapy;

3. As of this date, his status as being a defense counsel for the defendant with this Honorable Court has not yet been clarified. His Application for renewal of his USDCDC bar is still in "provisional" status.

4. An indefinite continuance of this status conference may not be prejudicial to any party's interests because the Defendant has made it clear about his decision to terminate the retainer agreement with Martin McMahon, Esq., and his firm, and instructing me to take custody of all

his case files transferable from the firm of Martin McMahon, Esq. (See Exhibit #2).

Wherefore, this undersigned counsel respectfully prays that the status conference be continued for an indefinite period of time, or be rescheduled at such time as this Honorable Court finds it appropriate.

Respectfully submitted by:

Ning Ye, Esq., USDCDC BAR Number: MD 26804

/s/ Ning Ye, Esq.
Ning Ye, Esq., DC BAR Number: MD 26804 (in "provisional status)
36-26A Union Street, 3rd Floor
Flushing, NY 11354
(718) 308-6626
ynyale@aol.com
*Counsels for Defendant Ye Gon*

CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of April, 2008, he caused to be served by U.S. Mail, all postage prepaid for the first class service upon the addressee below a copy of the within captioned Motion:

Paul Laymon, Esq.
U.S. Dept. of Justice
1400 New York Avenue, NW, 8th Floor
Washington, DC 20530

_____
Ning Ye, Esq.

Exhibit #1:
Wei Jingsheng Foundation News and Article Release Issue Number: A353-W186
魏京生基金会新闻与文章发布号：A353-W186

Release Date: April 4, 2008
发布日：2008年4月4日

Topic: Wei Jingsheng and the Wei Jingsheng Foundation will sponsor an "Olympics and Human Rights in China" Press Conference and Forum in the US Capitol
标题：魏京生基金会及其它组织将在美国国会大厦里举办有关"人权与奥运"新闻发布会暨研讨会

Original Language Version: English (Chinese version at the end)
此号以英文为准（英文在前，中文在后）

Note: Please use "Simplified Chinese (GB2312)" encoding to view the Chinese parts of this release.   If this mail does not display properly in your email program, please visit:
http://www.weijingsheng.org/report/report2008/report2008-04/CapitolUSpressconference080404alertA353-W186.htm   which contains identical information.

-----------------------------------------------------------------------

MEDIA ALERT

Wei Jingsheng and the Wei Jingsheng Foundation will sponsor an "Olympics and Human Rights in China" press conference and forum in the US Capitol

When:       April 9, 2008; 3:00-5:00pm
Where:      US Capitol Building, Room HC-5
Contact:    the Wei Jingsheng Foundation, 1-202-543-1538
Internet:   hcp@weijingsheng.org, www.weijingsheng.org

April 9 is the day that the Olympic torch comes to the USA, while the Chinese government is suppressing the Tibetans and Chinese on the other side of world.  On this day, the Wei Jingsheng Foundation and other organizations and people will hold a press conference and forum in the main building of the US Capitol to discuss current human rights situation in China and promote the "Global Human Rights Torch Relay".

The event features:
1.      Chinese human rights and democracy leaders;

2.   US Congressional members and staff;
3.   Leaders of the Tibetan Communities;
4.   Former Chinese political prisoners;
5.   Representatives of religious persecution and cultural genocide;
6.   Representatives of the Asia Democracy Alliance;
7.   Representatives from the international human rights organizations.

The event is co-sponsored by:
Overseas Chinese Democracy Coalition
Beijing Spring
China Constitutionalism Association
Independent Federation of Chinese Students and Scholars, USA
Free China Movement Foundation
Tibetan Association of the Capitol Area
Shushi Gangdruk
Coalition to Investigate the Persecution of Falun Gong in China
Inner Mongolia People's Party

-----------------------------------------------------------------

This is a message from WeiJingSheng.org

The Overseas Chinese Democracy Coalition is dedicated to the promotion of human rights and democratization in China.  We appreciate your assistance and help in any means.  We pledge solidarity to all who struggle for human rights and democratic governance on this planet.

You are welcome to use or distribute this release.  However, please credit with this foundation and its website at: www.weijingsheng.org

Although we are unable to afford to pay royalty fees at this time, we are seeking your contribution as well.  You may send your articles, comments and opinions to: HCP@weijingsheng.org.  Please remember, only in text files, not in attachments.

You may contact Ciping Huang at: HCP@Weijingsheng.org or
Wei Jingsheng Foundation office at: 1-202-543-1538 Fax: 1-202-543-1539

You are receiving this message because you had previous shown your interest in learning more about Mr. Wei Jingsheng and the Chinese Democratic Movement.  To be removed from the list, simply reply this message and use "unsubscribe" as the Subject.  Please allow us a few days to process your request.

Exhibit #2

## AUTHORIZATION TO COLLECT CASE FILES

I ZHENLI YE GON, DO HEREBY AUTHORIZE NING YE, ESQ. TO COLLECT ALL CASE FILES BELONGING TO ME IN UNITED STATES OF AMERICA vs. ZHENLI YE GON, U.S. DISTRICT COURT, CRIMINAL CASE NO. 07-181 (E.G.S.) IN POSSESSION OF MARTIN McMAHON, ESQ. OR ONE OF HIS ASSOCIATES WHICH ARE LIKELY TO BE LOCATED AT 1150 CONNECTICUT AVE. N.W. SUITE 900 WASHINGTON, DC 20036.

_[signature]_                    March 26, 2008

ZHENLI YE GON                    MARCH 26, 2008

THIS REQUEST AS AFOREMENTIONED INCLUDES ANY AND ALL PERSONAL PROPERTY OF ANY KIND, TO INCLUDE BUT NOT LIMITED TO PASSPORTS, DOCUMENTS, ETC.

_[signature]_                    March 26, 2008

ZHENLI YE GON                    MARCH 26, 2008