IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America ) | |
| ) | |
| Plaintiff ) | File: 07-181 |
| ) | The Hon. Sullivan |
| against – ) | |
| ) | |
| Zhenli Ye Gon ) | |
| Defendant ) | |

**MOTION FOR CONTINUANCE**

FILED
APR 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This undersigned counsel has received a Notice from this Honorable Court which had notified him to appear an urgent status conference ordered *sua sponte* by the Honorable Emmet G. Sullivan, the Judge for the U.S. District Court, on April 2, 2008. The Hearing was immediately re-scheduled for April 9, 2008. This undersigned counsel respectfully prays for continuance of that hearing for the following reasons:

1. This counsel has a head-on collision in conflict of schedule. On the very same date, this counsel has a pre-committed mission to urgently coordinate and co-sponsor a Press Conference and seminar with Mr. Wei Jingsheng on Capitol Hill, Room HC-5, namely, 2008 Beijing Olympics and Human Rights. (See Exhibit #1), Therefore, he is unable to attend the hearing;

2. This counsel has not fully recovered from his injury and is receiving continuing therapy;

3. As of this date, his status as being a defense counsel for the defendant with this Honorable Court has not yet been clarified. His Application for renewal of his USDCDC bar is still in "provisional" status.

4. An indefinite continuance of this status conference may not be prejudicial to any party's interests because the Defendant has made it clear about his decision to terminate the retainer agreement with Martin McMahon, Esq., and his firm, and instructing me to take custody of all

RECEIVED
APR 07 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

his case files transferable from the firm of Martin McMahon, Esq. (See Exhibit #2).

Wherefore, this undersigned counsel respectfully prays that the status conference be continued for an indefinite period of time, or be rescheduled at such time as this Honorable Court finds it appropriate.

Respectfully submitted by:

Ning Ye, Esq., USDCDC BAR Number: MD 26804

/s/ Ning Ye, Esq.
Ning Ye, Esq., DC BAR Number: MD 26804 (in "provisional status)
36-26A Union Street, 3rd Floor
Flushing, NY 11354
(718) 308-6626
ynyale@aol.com
*Counsels for Defendant Ye Gon*

CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of April, 2008, he caused to be served by U.S. Mail, all postage prepaid for the first class service upon the addressee below a copy of the within captioned Motion:

Paul Laymon, Esq.
U.S. Dept. of Justice
1400 New York Avenue, NW, 8th Floor
Washington, DC 20530

_____
Ning Ye, Esq.