IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America | ) |
| | ) |
| Plaintiff | ) File: 07-181 |
| | ) The Hon. Sullivan |
| against – | ) |
| | ) |
| Zhenli Ye Gon | ) |
| | ) |
| Defendant | ) |

**FILED**
**APR 16 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### APPELLANT'S MOTION FOR PRODUCING TRANSCRIPT OF MARCH 18, 2008 HEARING AND REQUEST FOR FORWARDIG RECORDS TO THE CLERK OF US COURT OF APPEALS FOR WASHINGTON DC CIRCUIT

Appellant, by and through this undersigned counsel for the records, respectfully prays to the Clerk of the District Court, requesting for Transcript of the Hearing dated March 18, 2008. This Request is respectfully filed pursuant to Rule 10(b), Rule 11(a), 11(b), Federal Rules of Appellate Procedures. The Appellant understands that he is under the obligation to pay for the cost of the transcript and prepared to do so. Appellant further prays that the District Clerk immediately forward the record in relation to this underlying appeal to the Appellate Clerk pursuant to Rule 11, enabling the Appellate Clerk to have the Appeal properly docketed under Rule 12, Federal Rules of Appellate Procedures.

Respectfully submitted by:

*[signature]*

Ning Ye, Esq.,
DC BAR Number: MD 26804 (in "provisional status)
Member to U.S. Court of Appeals for DC Circuit
36-26A Union Street, 3rd Floor
Flushing, NY 11354
(718) 308-6626
ynyale@aol.com
*Counsels for Defendant Ye Gon*

CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of April, 2008, he caused to be served by U.S. Mail, all postage prepaid for the first class service upon the addressee below a copy of the within captioned Motion:

Paul Laymon, Esq.
U.S. Dept. of Justice
1400 New York Avenue, NW, 8th Floor
Washington, DC 20530

_____
Ning Ye, Esq.