# Law Offices of Ning Ye, Esq.
36-26A Union Street, Suite 3rd Floor, Flushing, NY 14006
TEL: (718)-308-6626 (Cell) • (718) 321-9899; FAX: (718) 321-7722 • kE-MAIL: ynyale@aol.com

March 21, 2008

Office of Clerks
U.S. District Court for the DC
333 Constitution Avenue, NW
Washington, DC

Re. 07-181   USA V. GON

**FILED**
APR 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*[handwritten notation: Letter to file is gartia. S/Null 4/16/08]*

Dear Clerks:

Respectfully forwarded to you is a manually filed Precipae, together with a PDF database in an attached floppy-disk. This lead counsel for the Defendant finds his E-Filing password was prematurely revoked. However, further filing addressing this counsel's personal matters was found to be on-going. Before any new case file is established for the docketing and new pswd is issued, efforts to correct docketing errors, particularly concerning matters targeting this counsel, has to be filed by alternative way under the original case file number, i.e., 07-181. This counsel has repeatedly contacted his co-counsels to help file his Precipae, but not properly responded. Please kindly help docket this filing for the purpose of records. Should you have further questions and instructions, please feel free to contact me.

Sincerely yours,

Ning Ye, Esq.
Counsel for the Defendant for the Records

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America | ) |
| | ) |
| Plaintiff | ) File: 07-181 |
| | ) The Hon. Sullivan |
| against – | ) |
| | ) |
| Zhenli Ye Gon | ) |
| | ) |
| Defendant | ) |
| | ) |

**PRECIPAE—NOTICE OF CORRECTIONS, *NUNC PRO TUNC*, OF BONA FIDE TYPOS POSSIBLY IN ALL PRIOR FILINGS OF MOTION/BRIEFINGS**

Ning Ye, Esq., defense counsel for the records, in the above captioned case, respectfully submits this Precipae, to correct the following bona fide typo/or technical, unintentional clerical errors, without affecting the substantive part of these documents, concerning, including, but may not be limited to, the following numbered filings with this Honorable Court, during the period between July 2007 through March 17, 2008:

7, 8, 11, 12, 16, 17, 20, 24, 25, 26, 27, 28, 30, 36, 37, 38, 40, 45, 50:

A.　　Error: "Ning Ye, Esq. DC Bar Number: MD26804"

　　　　Corrected: "Ning Ye, Esq., USDC Bar No.MD26804*"

B.　　If any one of the foregoing filing made by the E-mailing clerk mistyped Mr. Ning Ye's "Law Office" Address as:

Error:

"1150 Connecticut Avenue, NW, Suite 900
Washington, DC 20036"

Corrected:

"36-26A Union Street, 3rd Floor
Flushing, NY 11354 **"

---

*The full wording of the bar card is as follows, word by word, "United States District Court for the District of Columbia; Ning Ye; Bar No. MD 26804. Admission Date: June 7, 2004". Unlike any willful misrepresentation made concerning the substance of the case to mislead the Court or Jury (Grand Jury), Item number A error is apparently a minor typo error of a shortened abbreviation which could be instantly

FILED
APR 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Wherefore, Mr. Ning Ye respectfully prays that this Precipae be properly docketed for the purpose of the Court Records and be notified to all parties concerned.

Respectfully submitted:

/s/Ning Ye, Esq.
36-26A Union Street
3rd Floor
Flushing, NY 11354

---

clarified and corrected upon any person's good-intentioned reminder or straightforward challenge. Reviewing the entire records since his first court appearance, Mr. Ning Ye had never made any purposeful efforts attempting to impress anybody, including the Honorable Judge, that he is a member to the local (State?) Bar of DC. As to his opponents errors in much more serious nature, including numerous misstatement of factual truth, and claimed misconducts in inducing incriminating implications against Defendant from Mexican inmates, this counsel has taken his fullest degree of restraint with decency, by avoiding filing reports to this Honorable Court, even though such had been prepared, or to GAO, or to Congressional Oversight Committee, or local Bar Councils, or other channels. In the same light, the whole saga arising from "chocolate gate", as my colleagues have joked, a legally permissible action under DC visitation Rule #7, now being pursued from back, without allowing the accused to defend or to see the charging documents, should be properly ended for the sake of judicial decency. In addition to a face-to-face court proceedings, which has now turned to be one-party chess, there might not be proper or ethical to see another added battlefield on the litigants' invisible back.

**As to typo number B, the error of might have been caused or contributed to by the fact that the principal defense counsel's law office is there. The copy and paste of the address of address was made simple.

Finally, it is not uncommon that counsels through out the nation forgot paying membership due from time to time, being totally unaware of the fact that his/her bar has become expired. Under normal circumstances, the remedial measures may only take a few minutes. In this instant case, this counsel has filed his renewal application with fees with the Clerk and awaiting the outcome.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of March, 2008, has caused to be served by e-filing, the U.S. Attorneys.:

Paul Laymon, Esq.
U.S. Dept. of Justice
1400 New York Avenue, NW
Bond Bldg. 8th Fl
Washington, DC 20530

Wanda Dixon, Esq.
U.S. Dept. of Justice
1400 New York Avenue, NW
Bond Bldg. 8th Fl
Washington, DC 20530

Juliius Rothstein, Esq.
U.S. Dept. of Justice
1400 New York Avenue, NW
Bond Bldg. 8th Fl
Washington, DC 20530

Robert Stapleton, Esq.
U.S. Dept. of Justice
1400 New York Avenue, NW
Bond Bldg. 8th Fl
Washington, DC 20530

/s/Ning Ye, Esq.