# LAW OFFICES OF NING YE, ESQ.
**36-26a Union Street, Suite #3rd Floor, Flushing, NY 11354**
**TEL:** (718) 321-9899; (718) 308-6626 • **FAX:** (718) 321-7722 • **E-MAIL:** ynyale@aol.com

April 7, 2008

The Office of Clerks
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

FILED

APR 16 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re.:   U.S.A. v. Ye Gon (07-181)

Dear Clerks,

Respectfully forwarded to you is a PDF-format for the case filed manually as of today. Following your instruction, I hereby enclose a floppy disk containing both filing's database in PDF format for your review.   Should you have any further questions, inquiries and advice, please kindly let me know at your earliest convenience.   Your prompt attention to this matter is greatly appreciated.

Sincerely yours,

Ning Ye, Esq.
Counsel for the records