CO-290
Rev. 3/88

Notice of Appeal Criminal

RECEIVED
U.S. COURT OF APPEALS

## United States District Court for the District of Columbia

2008 MAR 24  PM 8: 44

UNITED STATES OF AMERICA )
)
vs. )
)
Zhenli Ye Gon )

FILING FEE ? PAID

Criminal No. 07-181

# FILED

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Name and address of appellant:

Zhenli Ye Gon

Name and address of appellant's attorney:

Ning Ye, Esq.
36-26A Union Street, 3rd Floor
Flushing, NY 11354

FILING FEE    2008 MAR 24  PM 8: 44    RECEIVED U.S. COURT OF APPEALS

Offense:   Conspiring with co-conspirators to aid and abet in the
manufacture or distribution of 500 grams or more of a mixture...
Concise statement of judgment or order, giving date, and any sentence:
Unreasonably denied Appellant's motion for reconsidering the court
order as to pretrial detention; Motion for reconsider was filed upon
the trial court's expressive permission; Denial was entered 03/18/2008;
The trial court also unlawfully granted the prosecutors' 3rd motion
for tolling STA clock for repeated violation of STA, and 6th Amendment.
Name and institution where now confined, if not on bail:

DC Department of Corrections
1901 D Street, SE, S.1, Cell 6, Washington, DC 20003
I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

03/24/2008                          Zhenli Ye Gon

DATE                                APPELLANT

                                    Ning Ye, Esq.
                                    ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [    ]
CJA, NO FEE [    ]
PAID USDC FEE [    ]
PAID USCA FEE [    ]
Does counsel wish to appear on appeal?                    YES [x]    NO [ ]
Has counsel ordered transcripts?                          YES [x]    NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [x]

Case 1:07-cr-00181-EGS     Document 69-2     Filed 04/16/2008     Page 1 of 1
District of Columbia live database - History/Documents Query

Page 1 of 1

**Full docket text:**
Minute Entry for proceedings held before Judge Emmet G. Sullivan:Bond Motion Hearing as to
ZHENLI YE GON held on 3/18/2008 motion heard and denied; and Government Motion to Extend the
Speedy Trial date heard and granted. Status Conference set for 6/12/2008 09:30 AM in Courtroom 24A
before Judge Emmet G. Sullivan. OTBP; Bond Status of Defendant: JAIL/DEFENDANT
COMMITED/COMMITMENT ISSUED; Court Reporter: JACKIE SULLIVAN Defense Attorney:
MARTIN MCMAHON/NING YE/LISA ANGELO; US Attorney: WANDA DIXON/ROBERT
STAPLETON/PAUL LAYMON; (clv, ) Modified on 3/18/2008 (clv, ). Modified on 3/18/2008 (clv, ).

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/24/2008 10:04:40 | | |
| **PACER Login:** | | **Client Code:** |
| **Description:** | History/Documents | **Search Criteria:** | 1:07-cr-00181-EGS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**FILED**

APR 16 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# LAW OFFICES OF NING YE, ESQ.

*36-26A Union Street, #3rd Floor, Flushing, NY 11354*
**TEL:** (718) 321-9899; 718-308-6626 *(Cell)* • **FAX:** (718) 321-7722 • **E-MAIL:** ynyale@aol.com

March 24, 2008

2008 MAR 24 PM 8: 44

FILING DEPOSITORY

Office of Clerks
The Hon. U.S. Court of Appeals
For the Washington DC Circuit
333 Constitution Ave., NW
Washington, DC 20001

Re.: U.S.A. v. Zhenli Ye Gon (07-181)

Dear Clerk,

Respectfully submitted is a Notice of Appeals concerning this interlocutory appeals filed with the Honorable U.S. court of Appeals for DC Circuit.

Enclosed are the following:

1.    Notice of Appeal, with a $450.00 check for filling fee attached;
2.    Application for Admission filed with Rohan J. Samaraweera, Esq., a member of this Honorable Court;
3.    Entry of my Appearance;
4.    Application for Admission, with a blank check attached; Please kindly help enter the appropriate dollar amount for me. The Form was co-signed by my sponsoring counsel;
5.    Interlocutory orders to which this Appeal is made;
6.    Proof of the counsel's good standing.

This counsel hereby certify that the same filing was served upon Paul Laymon, Esq., et al, if USDOJ, by 1st Class Mail, postage prepaid on this same date of March 24, 2008.

Should you have any further instructions and advice, please feel free to contact me.

Sincerely yours,

Ning Ye, Esq
Defense counsel for the Records

**FILED**

cc. All

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1