Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 07-181 |
| | ) |
| Zhenli Ye Gon | ) |

## NOTICE OF APPEAL

Name and address of appellant:

Zhenli Ye Gon

Name and address of appellant's attorney:

Ning Ye, Esq.
36-26A Union Street, 3rd Floor
Flushing, NY 11354

Offense: Conspiring with co-conspirators to aid and abet in the manufacture or distribution of 500 grams or more of a mixture.

Concise statement of judgment or order, giving date, and any sentence:

Unreasonably denied Appellant's motion for reconsidering the court order as to pretrial detention; Motion for reconsider was filed upon the trial court's expressive permission; Denial was entered 03/12/2008; The trial court also unlawfully granted the prosecutors' 3rd motion for tolling STA clock for repeated violation of STA, and 6th Amendment.

Name and institution where now confined, if not on bail:

DC Department of Corrections
1901 D Street, SE, S.1, Cell 6, Washington, DC 20003

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 03/24/2008 | Zhenli Ye Gon |
| DATE | APPELLANT |
| | Ning Ye, Esq. |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | X | |
| Has counsel ordered transcripts? | X | |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | X |

[Stamps: RECEIVED APR - 9 2008, NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT; FILED APR 16 2008, NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT; Judge: Emmet G. Sullivan]

**Full docket text:**
Minute Entry for proceedings held before Judge Emmet G. Sullivan:Bond Motion Hearing as to ZHENLI YE GON held on 3/18/2008 motion heard and denied; and Government Motion to Extend the Speedy Trial date heard and granted. Status Conference set for 6/12/2008 09:30 AM in Courtroom 24A before Judge Emmet G. Sullivan. OTBP; Bond Status of Defendant: JAIL/DEFENDANT COMMITED/COMMITMENT ISSUED; Court Reporter: JACKIE SULLIVAN Defense Attorney: MARTIN MCMAHON/NING YE/LISA ANGELO; US Attorney: WANDA DIXON/ROBERT STAPLETON/PAUL LAYMON; (clv, ) Modified on 3/18/2008 (clv, ). Modified on 3/18/2008 (clv, ).

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/24/2008 10:04:40 | | | |
| **PACER Login:** |  | **Client Code:** |  |
| **Description:** | History/Documents | **Search Criteria:** | 1:07-cr-00181-EGS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**FILED**

APR 16 2008

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT