UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
v. ) Criminal No. 07-181 (EGS)
)
ZHENLI YE GON, )
)
Defendant. )

## ORDER

On March 24, 2008, a Notice of Appeal was filed with this Court in the above-captioned case. Leave to file the Notice of Appeal is granted, *nunc pro tunc*, to March 24, 2008.

4/17/08
Date

EMMET G. SULLIVAN
United States District Judge