UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :Cr. No. 07-181 (EGS) |
| | : |
| V. | : |
| | : |
| ZHENLI YE GON | : |

GOVERNMENT'S MOTION FOR ADDITIONAL TIME
TO PROVIDE DISCOVERY

Comes now the United States of America, by and through the undersigned attorneys, and makes the following request for additional time within which to provide discovery:

1. At a status hearing held in this case on April 9, 2008, the Court ordered the government to turn over certain evidentiary documents in this case (hereinafter second batch of Mexican documents consisting of 13 boxes). The Court ordered that the documents be turned over by April 23, 2008, in both electronic and paper format.

2. Due to the amount and the nature of the documents, and the fact that they are largely in Spanish, the government has been unable to complete its preparation of the documents in time to meet April 23, 2008 deadline. The government has had discussions with defense counsel Christine Hilgeman and Martin McMahn regarding this issue. As a result of these discussions, the defense has agreed to a partial production schedule, wherein the government will produce the first set of six boxes of documents by Friday, April 25, 2008, and the second set of seven boxes of documents by Friday, May 2, 2008.

For these reasons and any other reasons as may appear to the Court, the government requests that the Court extend the deadline for the provision of the afore-mentioned discovery documents to April 25, 2008 and May 2, 2008, in accordance with the schedule proposed by the parties as indicated above.

            Respectfully submitted

            KENNETH BLANCO, Chief
            Narcotic and Dangerous Drug Section

            _____/s/_____
            Wanda J. Dixon
            Paul Laymon
            Mary Mogavero
            Robert Stapleton
            Trial Attorneys
            Criminal Division
            U.S. Department of Justice
            1400 New York Avenue, N.W.
            Suite 8000
            Washington, D.C.  20005
            (202) 307-0377

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :Cr. No. 07-181 (EGS)
                                 :
    V.                           :
                                 :
ZHENLI YE GON                    :

PROPOSED ORDER REGARDING DISCOVERY EXTENTION

Upon consideration of the government's motion for additional time to provide discovery documents as directed at the status hearing on April 9, 2008, and the entire record herein, it is,

this _____ day of April, 2008,

ORDERED, that the government's motion is GRANTED. The government can provide discovery on April 25, 2008 and May 2, 2008 as proposed by the parties.


DATE: _____       _____
                                  EMMET G. SULLIVAN, JUDGE
                                  UNITED STATES DISTRICT COURT