UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

V.

        CR NO. 07-181 (EGS)

ZHENLI YE GON,

        Defendant.

## NOTICE OF ATTORNEY APPEARANCE

Please take notice that Mr. David S. Zapp, Esq. hereby enters his appearance as counsel for defendant ZHENLI YE GON, the defendant in the above-entitled matter.

Respectfully Submitted,

David S. Zapp
David S. Zapp, Esq.
7 East 94th Street
New York, New York 10128
T: (212) 410-3351
F: (917) 492-1879

## Certificate of Service

I Hereby certify that a true copy of the foregoing was served electronically on April 30, 2008 to:

Paul W. Laymon
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW
Suite 8414
Washington, DC 20005

Wanda J. Dixon
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Narcotic & Dangerous Drug Section
1400 New York Aveue, NW
Suite 8000
Washington, DC 20005

Sam Javna
David S. Zapp, Esq.
7 East 94th Street
New York, NY 10128
(212) 410-3351