UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                Plaintiff,

      V.

                                      CR NO. 07-181 (EGS)

ZHENLI YE GON,

                Defendant.

## REQUEST TO CHANGE TIME OF STATUS CONFERENCE

Due to the fact that counsel is traveling from New York City, I respectfully request that

the status conference scheduled for May 7, 2008 at 9:30 AM be moved to a time in the

afternoon that is convenient for the court. I have spoken to AUSA Paul Laymon and he

has indicated that the government has no objection.

Respectfully submitted,

David S. Zapp
David S. Zapp, Esq.
7 East 94th Street
New York, New York 10128
T: (212) 410-3351
F: (917) 492-1879

## Certificate of Service

I Hereby certify that a true copy of the foregoing was served electronically on May 1, 2008 to:

Paul W. Laymon
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW
Suite 8414
Washington, DC 20005

Wanda J. Dixon
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Narcotic & Dangerous Drug Section
1400 New York Aveue, NW
Suite 8000
Washington, DC 20005

Sam Javna
David S. Zapp, Esq.
7 East 94th Street
New York, NY 10128
(212) 410-3351