UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO.:   07-181 (EGS) |
| ) | |
| v. ) | |
| ) | |
| ZHENLI YE GON. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF ADDITIONAL COUNSEL

Please take notice that James M. Ludwig is an attorney employed by the law firm of Martin McMahon and Associates and as such enters his appearance on behalf of Defendant Zhenli Ye Gon.

RESPECTFULLY SUBMITTED on this 6th day of May 2008,

**MARTIN McMAHON & ASSOCIATES**

/s/ James M. Ludwig
James M. Ludwig, DC BAR #: 427884
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, DC  20036
Tel:  (202) 862-4343
Fax:  (202) 828-4130
jludwig@martinmcmahonlaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing was served electronically on May 6, 2008 to:

Paul W. Laymon
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW
Suite 8414
Washington, DC 20005
(202) 514-1286
Email: paul.laymon@usdoj.gov


Wanda J. Dixon
U.S. ATTORNEY'S OFFICE
1400 New York Aveue, NW
Room 8414
Washington, DC 20530
(202) 307-0377
Email: wanda.dixon@usdoj.gov

      /s/Christine Hilgeman
Christine Hilgeman, Esq.
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, DC  20036
Tel:  (202) 862-4343
Fax:  (202) 828-4130
chilgeman@martinmcmahonlaw.com