UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 07-181 (EGS) |
| | ) | |
| ZHENLI YE GON, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION AND MEMORANDUM TO VACATE SEIZURE WARRANTS AND TO MODIFY RESTRAINING ORDERS AND REQUEST FOR AN EVIDENTIARY HEARING**

**COMES NOW** the United States of America, by and through the undersigned attorney, and hereby requests an extension of time to respond to Defendant's motion until July 2, 2008. Defendant filed his motion on June 16, 2008, and the government's response is due on June 27, 2008.

Due to a heavy caseload and other assignments, the Trial Attorney to whom this case is assigned is unable to prepare a timely response to defendant's motion.

The undersigned conferred with David Zapp, counsel for Defendant Zhenli Ye Gon, on June 26, 2008. Mr. Zapp said that he does not have an objection to the government's request for an extension. Defendant should not be prejudiced by this extension.

1

**WHEREFORE**, the United States respectfully asks the Court to grant this motion for an extension to file a response until July 2, 2008.

        Respectfully Submitted,

        _____/s/_____
        ROBERT STAPLETON, NY BAR #4076568
        U.S. Department of Justice
        Criminal Division
        Asset Forfeiture and
        Money Laundering Section
        1400 New York Avenue, N.W., Suite 10100
        Washington, D.C. 20530
        (202) 514-1263
        Attorney for Plaintiff United States

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2008, I caused to be served a copy of this motion by the ECF System on:

David S. Zapp, Esq.
Counsel for Zhenli Ye Gon
7 East 94th St., Suite 1
New York, NY 10128
(212) 410-3351

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 07-181 (EGS) |
| | ) | |
| ZHENLI YE GON, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Government's "Unopposed Motion For Extension of Time to Respond to Defendant's Motion to Vacate Seizure Warrants and To Modify Restraining Orders and Request for an Evidentiary Hearing," requesting until July 2, 2008 to file its response, the Court hereby ORDERS that the government's motion is **GRANTED**.


DATE: _____            _____
                                 EMMET G. SULLIVAN, JUDGE
                                 UNITED STATES DISTRICT COURT