UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**UNITED STATES OF AMERICA**

   **V.**

                   **CR NO. 07-181(EGS)**

**ZHENLI YE GON**
_____

### DEFENDANT ZHENLI YE GON'S MOTION FOR AN ORDER TRANSFERRING HIM TO THE GENERAL POPULATION AT THE CORRECTIONAL TREATMENT FACILITY

  Defendant, Zhenli Ye Gon, through undersigned counsel respectfully requests that he be transferred to the general population of the Correctional Treatment Facility ("CTF") annex of the D.C. Jail, there being no objection by the Government. The Government does not know of any security concern that would make it inconsistent with his transfer to the general population, specifically to the CTF.

  Defendant is in lock down 23 hours a day, his ankles, waist and wrists are shackled whenever he is moved for legal visits, leaving the shackles on during legal visits. He is supposed to get one hour a day to exercise, but often he does not get that time. Often he is not allowed to shower at all. He does not have access to the law library, and is denied most privileges afforded other inmates at the jail.

  His constitutional right to counsel has been impinged upon at this high security level. Whenever defendant he is moved anywhere, he must be escorted by senior officers. Often, these officers are not readily available. At Counsel's last legal visit, Counsel waited two hours before the defendant was brought down from defendant's location in the jail.

WHEREFORE, for the reasons given above, defendant respectfully requests that this Court order the Department of Corrections to transfer Mr. Zhenli Ye Gon to the general population of the CTF.

Respectfully Submitted,

/s/ David S. Zapp, Esq.
Attorney for Zhenli Ye Gon
7 East 94th Street, Suite 1
New York, New York 10128
(212) 410-3351

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27 day of June, 2008, I caused to be served a copy of this motion by the ECF System on:

| | |
|---|---|
| Clerk: United States District Court | AUSA Paul Laymon |
| District of Columbia | US Department of Justice |
| 333 Constitution Avenue, NW | 1400 New York Ave. NW |
| Washington DC, 20001 | Washington DC, 20535 |

_____
　/s/　Johanna S. Zapp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**UNITED STATES OF AMERICA**

       **V.**

**ZHENLI YE GON**

**CR NO. 07-181(EGS)**

_____

## **ORDER**

The Court has considered defendant's request to be transferred to the general population of the Correctional Treatment Facility ("CTF") during the pendency of this case, and it appears to the satisfaction of the Court that such relief should be grated.

Accordingly, it is this _____ day of _____, 2008,

Ordered that ZHENLI YE GON (DCDC# 315571) be transferred to the general population of the Correctional Treatment facility ("CTF")

SO ORDERED.

_____        _____

United States District Judge Emmet G. Sullivan        Dated:

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27 day of June, 2008, I caused to be served a copy of this motion by the ECF System on:

| | |
|---|---|
| Clerk: United States District Court | AUSA Paul Laymon |
| District of Columbia | US Department of Justice |
| 333 Constitution Avenue, NW | 1400 New York Ave. NW |
| Washington DC, 20001 | Washington DC, 20535 |

_____
/s/   Johanna S. Zapp