UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ZHENLI YE GON

CR NO. 07-181 (EGS)

**DEFENDANT'S AMENDED MOTION AND MEMORANDUM TO VACATE SEIZURE WARRANT(S) AND TO MODIFY RESTRAINING ORDER(S) AND REQUEST FOR AN EVIDENTIARY HEARING**

By the instant motion, defendant ZhenLi Ye Gon seeks a hearing as to the validity of the United States' seizure and restraint of his assets located in Hong Kong, Germany and the United States totaling over $11 million dollars in legitimate business earnings. Without access to these funds, defendant cannot retain counsel of his choice, which he is entitled to do under the Sixth Amendment.

In defendant's previously submitted memorandum and motion, there is ample case law to support the position why there must be a hearing with regard to the seized funds.

WHEREFORE, for the foregoing reasons, defendant respectfully requests that this Court hold a hearing immediately, at which time he may challenge the seizure and pre-trial restraints in place in this case, and upon holding such a hearing, that the Court enter an order vacating the seizure and modifying the post indictment restraining order so that he may be permitted to retain his counsel of choice. Defendant asks that this hearing take place before the next scheduled court

1

date which is calendared for August 20, 2008 at 2:00 P.M.

Respectfully submitted,

David S. Zapp, Esq.
DC Bar # NY0067
7 East 94th Street, Suite 1
New York, NY 10128
Tel. 212-410-3351
Fax. 917-492-1879

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30 day of June, 2008, I caused to be served a copy of this motion by the ECF System on:

Clerk: United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington DC, 20001

AUSA Paul Laymon
US Department of Justice
1400 New York Ave. NW
Washington DC, 20535

Johanna S. Zapp, esq.