UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**UNITED STATES OF AMERICA**

       **V.**

**ZHENLI YE GON**

**CR NO. 07-181(EGS)**

_____

### DEFENDANT ZHENLI YE GON'S AMENDED MOTION FOR AN ORDER TRANSFERRING HIM TO THE GENERAL POPULATION AT THE CORRECTIONAL TREATMENT FACILITY

Defendant, Zhenli Ye Gon, through undersigned counsel respectfully requests that he be transferred to the general population of the Correctional Treatment Facility ("CTF") annex of the D.C. Jail, there being no objection by the Government. The Government does not know of any security concern that would make it inconsistent with his transfer to the general population, specifically to the CTF.

Counsel filed the original motion on June 27, 2008. Today, counsel received a letter from the defendant stating that several other inmates have made threats against his life. They are calling him a "snitch", and they are making statements about him being a "Chinese bitch". Apparently, on July 4, one of the inmates threw feces on the defendant.

WHEREFORE, for the reasons given above and in defendant's previously filed motion, defendant respectfully requests that this Court order the Department of Corrections to transfer Mr. Zhenli Ye Gon to the general population of the CTF and remove him from the current location that he is in.

Respectfully Submitted,

/s/ David S. Zapp, Esq.

Attorney for Zhenli Ye Gon
7 East 94th Street, Suite 1
New York, New York 10128
(212) 410-3351

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10 day of July, 2008, I caused to be served a copy of this motion by the ECF System on:

| | |
|---|---|
| Clerk: United States District Court<br>District of Columbia<br>333 Constitution Avenue, NW<br>Washington DC, 20001 | AUSA Paul Laymon<br>US Department of Justice<br>1400 New York Ave. NW<br>Washington DC, 20535 |

_____
/s/   Johanna S. Zapp