IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America )<br>)<br>)<br>)   File: 07-181<br>)   Hon. Emmit G. Sullivan<br>v. )<br>)<br>Zhenli Ye Gon, )<br>)<br>    Defendant )<br>) | |

## NOTICE OF APPEARANCE

The Defendant Zhenli Ye Gon informs the Court that Martin F. McMahon, Esq.,

of the law firm of Martin F. McMahon and Associates, will enter his appearance in this

case as defense counsel of record. His email address is: mfm@martinmcmahonlaw.com.

RESPECTFULLY SUBMITTED on this 31ST day of July 2008,

**MARTIN McMAHON & ASSOCIATES**

/s/ Martin F. McMahon
Martin F. McMahon, Esq.,
DC BAR Number: 196442
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, DC  20036
Tel:  (202) 862-4343
Fax:  (202) 828-4130
mfm@martinmcmahonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 31ST day of July, 2008, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Paul W. Laymon, Esq.
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW
Suite 8414
Washington, DC 20005
(202) 514-1286
Email: paul.laymon@usdoj.gov


Wanda J. Dixon, Esq.
U.S. ATTORNEY'S OFFICE
1400 New York Avenue, NW
Room 8414
Washington, DC 20530
(202) 307-0377
Email: wanda.dixon@usdoj.gov

                                      /s/ Martin F. McMahon
                                      Martin F. McMahon, Esq.,
                                      DC BAR Number: 196442
                                      Martin F. McMahon & Associates
                                      1150 Connecticut Ave. N.W.
                                      Suite 900
                                      Washington, DC 20036
                                      Tel: (202) 862-4343
                                      Fax: (202) 828-4130
                                      mfm@martinmcmahonlaw.com