UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ZHENLI YE GON

MOTION TO INSPECT
AND EXAMINE

CR NO. 07-181 (EGS)

## MOTION TO INSPECT AND EXAMINE

Pursuant to Rule16(a)(1)(E), defendants requests to inspect and to examine the subject drugs for which the defendant is being charged with importing into the United States.

It should be noted that defense counsel has made this request to inspect the evidence to Government before making this motion. Attached as Exhibit A is the letter dated May 29, 2008, in which defense counsel makes this request.

WHEREFORE, defendant asks that this Court grant defendant's motion to inspect and examine the subject drugs pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E).

Respectfully Submitted,

/s/ David S. Zapp, Esq.
Attorney for Zhenli Ye Gon
7 East 94th Street, Ste.1
New York, NY 10128
(212) 410-3351

# EXHIBIT A

Case 1:07-cr-00181-EGS    Document 95    Filed 08/04/2008    Page 2 of 4

# DAVID ZAPP

7 EAST 94™ STREET • SUITE 1 • NEW YORK, NEW YORK 10128
718-855-3895 • 212-410-3351 • 201-592-1862 • FAX 718-855-8924

ATTORNEY

NEW YORK, NEW JERSEY BARS

May 29, 2008

**VIA FACSIMILE**

Paul W. Laymon, ESQ.
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW
Suite 8414
Washington, DC 20005

Re: <u>United States v. Zhenli Ye Gon</u>
    05 CR 00181

Dear Mr. Laymon,

With regard to the above referenced case, I would like to know if there is a Mexican extradition request for my client Mr. Zhenli Ye Gon, and if so, can you please send me a copy of it.

Additionally, may I please have the copies of the requests from the United States State Department to the various other countries requesting discovery regarding Mr. Gon's case. This way, I will be able to determine whether we need that evidence as part of our Rule 16 requests.

Additionally I would like the opportunity to examine and test the subject drugs which were seized in Mexico forming the basis for the Government's basis that the subject drugs are in fact a precursor to methamphetamine. Pursuant to Rule 16(a)(1)(E), I am entitled to examine the evidence.

Thank you for your attention to this matter.

Faithfully yours,

David S. Zapp

cc: Zhenli Ye Gon

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August, 2008, I caused to be served a copy of this motion by the ECF System on:

Clerk: United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington DC, 20001

AUSA Paul Laymon
US Department of Justice
1400 New York Ave. NW
Washington DC, 20535

/s/ Johanna S. Zapp