IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| Zhenli Ye Gon | ) |
| | ) |
| Defendant | ) |
| | ) |

File: 07-181
Hon. Emmet G. Sullivan

**DEFENDANT'S MOTION FOR RELEASE OF FUNDS**

Mr. Zhenli Ye Gon, by and through undersigned counsel, respectfully moves this Honorable Court to compel the Government to release funds that have no connection with the alleged criminal conduct at issue herein, i.e. the importation of a controlled substance without a license. The proposed purpose of the released monies is for the preparation and presentation of Mr. Ye Gon's defense. The amount of funds to be released includes 8,743,189.00 Mexican Pesos (approximately U.S. $859,717.77) in sales from non-pharmaceutical business products and U.S. $2.1 million in pharmaceutical profits which the Government admits were legitimately derived.

As the document attached hereto as Exhibit A reveals, Mr. Ye Gon imported goods such as furniture and accessories, manufacture, assembly and repair of electric motors, new cars and trucks, marble and other construction products, judicial services for attorney's offices, repair of non-metal furniture, retail commerce and telecommunications services totaling MXN 8,743,189 (eight million seven hundred forty-three thousand one

hundred eighty-nine Mexican Pesos) equivalent to U.S. $ 859,717.77.[1]  Since this is a

Mexican government document, this constitutes in effect an admission that Unimed

Pharmchem imported an array of products that have nothing to do with the alleged

criminal conduct herein – the importation of controlled substances without a license.

Additional funds could be also released because this document also contains

references to transactions involving perfume products, equipment and materials for

commerce, veterinary products, insecticide and pesticides, personal services, manufacture

and preservation of stews or prepared foods.[2]  Excluding all sales of pharmaceutical

products, this second category totals totaling MXN 18,689,241 (eighteen million six

hundred eighty-nine thousand two hundred forty-one Mexican Pesos) equivalent to U.S.

$ 1,837,713.07.[3]

These funds would be in addition to the $2.1 million that the Government has

conceded in its pleadings is derived from legitimate pharmaceutical sales.  In its

opposition to Defendant's renewed motion for bond, the Government stated as follows:

"UNIMED'S monthly gross income of approximately $90,000 USD is simply not

sufficient to support the defendant's gambling habit (including losses of 125 million USD

from January 2004 to March 2007), nor would this amount of monthly income explain

the amount of cash found in his home during the search warrant in March 2007."  Even

though this statement implicitly admits the legitimacy of these profits totaling $2.1

million, the Government nonetheless persists in its refusal to release these untainted

---

[1]  See Exhibit A page NDDS000695.
[2]  This second category is listed within Exhibit A pages NDDS000696-NDDS000697.
[3]  See Exhibit B.  This compilation excludes all sales where the predominant activity
referenced involves the sale of pharmaceutical products.

funds for Mr. Ye Gon's defense, and its restriction of these funds raises serious questions regarding Mr. Ye Gon's Sixth Amendment rights.

Finally, Defendant Ye Gon has substantial need for these funds in order to prepare and present his defense, and thus funds should be released, at a minimum, which are sufficient to pay for expert witnesses and attorneys. Presently the defense does not have funds to hire a single expert. Without release of these funds, the defense is prevented from hiring qualified experts, capable of rebutting the government's case. Indeed, as Prosecutor Laymon informed defense counsel, the Government expects to have as many as ten experts at trial and given the complexity of the issues involved in this case, the defendant will be unable to present a defense without funds to hire qualified experts to research his case and to testify at trial.

## CONCLUSION

For the foregoing reasons, this Court should grant Defendant Ye Gon's Motion to Release Funds.

Dated August 12, 2008

Respectfully Submitted,

/s/ Martin F. McMahon, Esq.
Martin McMahon, Esq., D.C. Bar #: 196642
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
mfm@martinmcmahonlaw.com
*Counsel for Defendant Ye Gon*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12TH day of August, 2008, I electronically filed the

foregoing Motion for Release of Funds with the Clerk of Court using the CM/ECF

system, which will send a notification of such filing (NEF) to the following:

Paul W. Laymon, Esq.
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW
Suite 8414
Washington, DC 20005
(202) 514-1286
Email: paul.laymon@usdoj.gov


Wanda J. Dixon, Esq.
U.S. ATTORNEY'S OFFICE
1400 New York Avenue, NW
Room 8414
Washington, DC 20530
(202) 307-0377
Email: wanda.dixon@usdoj.gov

/s/ Martin F. McMahon, Esq.
Martin McMahon, Esq.,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| The United States of America | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | File: 07-181 |
| | ) | Hon. Emmet G. Sullivan |
| v. | ) | |
| | ) | |
| Zhenli Ye Gon | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Release of Funds, it is this

_____ day of _____ 2008 hereby


**ORDERED** that the Defendant's Motion is **GRANTED**.


_____

The Hon. Emmet G. Sullivan,
United States District Court Judge



Servicio de Administración Tributaria
Administración General de Aduanas
Administración Central de Investigación Aduanera
326-SAT-III-
  **63493**



**SAT** 26

"2006, Año del Bicentenario del natalicio del Benemérito de
las Américas, Don Benito Juárez García"

México, D.F. a 30 de noviembre de 2006

Lic. Jorge Joaquín Díaz López
Fiscal Adscrito a la Unidad Especializada en
Investigación de Delitos Contra la Salud
SIEDO
Av. Reforma No. 75, 2º Piso, Col. Guerrero
CP. 06030, Del. Cuauhtémoc, Méx., D.F.

P r e s e n t e

Con fundamento en el artículo 10 fracciones XV y XXI del Reglamento Interior del Servicio de
Administración Tributaria y en atención a su similar 5231/2006 de fecha 8 de noviembre de
2006, con el que solicita copia certificada de documentación inherente de la mercancía afecta a
los pedimentos 051630525002544 y 061634656000041 de fechas 5 de diciembre de 2005 y 3
de enero de 2006, que amparan la importación de un producto denominado N-Methil-
Acetilamino (metilacrilamina) tramitado por Unimed Pharm Chem de México, S.A. de C.V. y que
posterior a los dictámenes de laboratorio se conoció que en realidad se trata de Acetil-
pseudoefedrina, le comunico lo siguiente:

Anexo al presente encontrará dictámenes de laboratorio, pedimentos y sus anexos, así como
acta circunstanciada que emite el consulado de México en Hong Kong, informando que no
encontró registro del proveedor Emerald Import & Export Corp. en bases institucionales del
gobierno de Hong Kong. Además, se incluye perfil de operaciones de comercio exterior del
contribuyente Unimed Pharm Chem de México, S.A. de C.V.

Sin otro asunto, reciba un cordial saludo

A t e n t a m e n t e
El Administrador Central

Joaquín Arenal Romero

SERVICIO DE ADMON. TRIBUTARIA
ADMINISTRACION GRAL. DE ADUANAS

✦ 4 2006 ✦

**DESPACHADO**
RECEPCION Y DESPACHO

C.c.p.    Lic. José Guzmán Montalvo. Administrador General de Aduanas. Av. Hidalgo No. 77, Módulo IV, Tercer Piso. Col.
         Guerrero, Delegación Cuauhtémoc, CP. 06300, México, D.F.- Para su superior conocimiento.

El presente oficio contiene información de carácter reservada en términos de los artículos 13 fracción V y 14 fracciones I y II de la Ley
Federal de Transparencia y Acceso a la Información Pública Gubernamental, publicada en el Diario Oficial de la Federación el 11 de junio
de 2002 y 26 de su Reglamento, en relación con el artículo 69 del Código Fiscal de la Federación.

JAR/GAR/gp

INNOVACIÓN
en la Administración
Pública Federal

**DEFENDANT'S
EXHIBIT
A**

NDDS000690

**SAT**   **Administración General de Aduanas**   
Administración Central de Investigación Aduanera

- ˙ 27

*México, D.F., a 30 de noviembre de 2006*

*El contribuyente Unimed Pharm Chem México S.A. de C.V., realizó operaciones de importación de Acetato de N-Acetilseudoefedrina, clasificable en la fracción 29399999, sujeta a autorización sanitaria previa por COFEPRIS y controlada por la PGR, declarando incorrectamente N-Methylacetilamino y clasificándola en las fracciones arancelarias 29211199 y 29241999.*

**Unimed Pharm Chem México, S.A. de C.V.** (RFC. **UPC970324GP0**) actividad preponderante *productos químicos farmacéuticos, de tocador y productos veterinarios.* Inició operaciones el 24 de marzo de 1997 y se encuentra activo desde el 26 de julio de 2000. Declaró domicilio fiscal –localizado- en calle Morelos No. 24.A, colonia Centro, Área 4, CP. 06040, delegación Cuauhtémoc, Distrito Federal. Teléfono 5518 1881. No reporta sucursales.

El representante legal es Zhenli Ye[1] (RFC. YEZH630131Q96) quien reporta como actividad preponderante *otros servicios financieros no bancarios.*

Se encuentra activo en el Padrón de Importadores y no cuenta con Padrón Sectorial ni Programas de Fomento.

El Reporte de Dictaminación de Riesgo del contribuyente del Sistema de Consulta de Recaudación lo clasifica de riesgo bajo.

De enero de 2002 a octubre de 2006, el contribuyente realizó 291 operaciones de importación por valor de $123 millones 778 mil 777 pesos; por las Aduanas de AICM; Nuevo Laredo, Tamps.; Manzanillo, Colima; Veracruz, Ver.; Toluca; Pantaco y Lázaro Cárdenas, Mich.

Contó con los servicios de los Agentes Aduanales Nelson Prida Barrio (patente 3052), Sonia Prieto Flores (3102), Fanny Gordillo Rustrian (3465), Benito Guerrero Herrera (3530), José Humberto López Rodríguez (3288), Oscar Mercado Ocampo Morales (3763) Enrique Guillemin Martín del Campo (3832) Carlos Javier Márquez Pérez (3716), Adriana Guadalupe Gutiérrez Verduzco (3662), Eduardo Martínez Beltrán (3159), José de Jesús Ortiz Rosas (3224), Gilberto René Conde Fierro (3311) Y Guillermo Gil González (3426).

---

[1] Inició operaciones como contribuyente el 27 de julio de 2005, fecha desde la que se mantiene activo. Registra el mismo domicilio fiscal que Unimed Pharm.

*AGA/ACIA-IR*                                        *Página 1 de 7*

ᒧ



**Administración General de Aduanas**
Administración Central de Investigación Aduanera



ADUANA MEXICO

- ↻ 28

Las mercancías importadas se declararon con diversos orígenes: Canadá, China, Inglaterra, Alemania, Israel, Hong Kong y Estados Unidos.

Las operaciones de importación las realizó en mayor medida con fracciones relacionadas con el capítulo 29 (productos químicos orgánicos) y con el 84 (reactores nucleares, calderas, aparatos mecánicos); sobresaliendo la fracción arancelaria 29372929 (testosterona o sus éteres)

Tipo de mercancía con la que realizó el mayor número de operaciones
Unimed Pharm Chem, México S.A. de C.V. entre los años 2002 y 2006

| capítulos | Fracciones | Trámites | Descripción |
|---|---|---|---|
| 29 | 89 | 511 | Productos químicos orgánicos |
| 84 | 24 | 52 | Reactores nucleares, calderas, maquinas, aparatos y artefactos mecánicos; partes de estas maquinas o aparatos |
| 94 | 3 | 18 | Muebles; mobiliario medicoquirúrgico; artículos de cama y similares; aparatos de alumbrado no expresados ni comprendidos en otra parte; anuncios, letreros y placas indicadoras luminosos y artículos similares; construcciones prefabricadas |
| 73 | 9 | 15 | Manufacturas de fundición, hierro o acero |
| 85 | 8 | 12 | Máquinas, aparatos y material eléctrico y sus partes; aparatos de grabación o de reproducción de sonido, aparatos de grabación o de reproducción de imagen y sonido en televisión y las partes y accesorios de estos aparatos |

Fracciones arancelarias con las que Unimed Pharm Chem, México S.A. de C.V., presentó el mayor número de operaciones entre 2002 y 2006[2]

| Fracción | Descripción | Operaciones |
|---|---|---|
| 29372929 | Testosterona o sus ésteres | 50 |
| 29372911 | Decanoato de nandrolona (nortestosterona ) | 26 |
| 29189004 | Acido D-2 | 21 |
| 29349914 | Furaltadona | 17 |
| 29411003 | Penicilina g procaínica | 17 |
| 29412001 | Dihidroestreptomicina sulfato estéril/estreptomicina sulfato estéril DHS | 17 |
| 29372925 | Oximetolona | 16 |
| 29419015 | Amikacina o sus sales | 14 |
| 29242913 | N-Acetil-p-aminofenol | 13 |
| 29419016 | Sulfato de gentamicina | 13 |

[2] Los productos relacionados con las fracciones 29211199, 29241999 y 29242914 incorrectamente declarados sólo registran una operación por parte del contribuyente en ese mismo periodo de tiempo.

*AGA/ACIA-IR*                                        *Página 2 de 7*

 **SAT**  **Administración General de Aduanas**   ADUANA MEXICO
Administración Central de Investigación Aduanera

~~ 29

OPERACIONES RELEVANTES

- **Diciembre 12, 2005**

- Unimed Pharm Chem presentó pedimento de importación 05 16 3052 5002544 en la Aduana de Manzanillo, con el que amparaba 20 toneladas de **N-Methyl-acetilamino (Metilacrilamida)**, declarados en la fracción arancelaria 2921.11.99 (monoamianas acíclicas). La operación fue tramitada por el Agente Aduanal Nelson Prida Barrio (patente 3052).

  Al corresponderle reconocimiento aduanero se tomó muestra del químico presentado, el resultado del análisis de laboratorio (326-SAT-IX-C-19135) indicó que la mercancía presentada se trataba de **N-Acetil pseudoefedrina**[3], sal derivada de la pseudoefedrina sujeta a autorización sanitaria previa de la COFEPRIS[4] y clasificable en la fracción arancelaria 2939.99.99.

- **Enero 06, 2006**

- El mismo contribuyente presenta pedimento de importación 06 16 3465 6000041 por la Aduana de Manzanillo, con el que amparaba 29.4 toneladas de **N-Methyl-acetilamino (Metilacrilamida)** declarados en la fracción arancelaria 2924.19.99 (Los demás compuestos con función carboxiamida). La Agente Aduanal Fanny Gordillo Rustrian (patente 3465) se encargó de tramitar la operación.

  Al realizarse análisis de muestras (326-SAT-IX-B-19133) se encuentra que la mercancía presentada corresponde a **N-Acetil pseudoefedrina**, sujeto a autorización sanitaria previa de la COFEPRIS y clasificable en la fracción arancelaria 2939.99.99.

- **Julio 6, 2006**

- Una vez más Unimed Pharm Chem México tramita pedimento de importación de un producto químico, en esta ocasión por 20.67 toneladas de **Hidroxi-bencil-N-Metilacetona** (fracción 2924.29.14) por la Aduana de Lázaro Cárdenas. La

---

[3] Cuando el producto se disuelve en agua, se adiciona ácido clorhídrico y se calienta a sequedad se obtiene Clorhidrato de Pseudoefedrina puro, precursor químico utilizado en la fabricación de anfetaminas.
[4] La información de las importaciones fue entregada a la Subprocuraduría de Investigación Especializada en Delincuencia Organizada (SIEDO) a través del oficio 326-SAT-II-27254 con fecha del 09 de mayo de 2006.

*AGA/ACIA-IR*                                                    *Página 3 de 7*



**Administración General de Aduanas**
Administración Central de Investigación Aduanera

ADUANA MEXICO

‐ ‐ ‐ 30

operación fue tramitada por el Agente Aduanal José Humberto López Rodríguez (patente 3288) con el pedimento 6000551.

- El dictamen del Laboratorio Central (oficio 326-SAT-IX-B-1-45231) indicó que se trataba de **N-Acetil Pseudoefedrina**, cuyo nombre químico es N-ACETIL-D-2-METILAMINO-1-FENIL-PROPAN-1-OL, registrada en la fracción arancelaria 2939.99.99.

En los 3 casos el proveedor fue Emerald Import & Export Corp., con domicilio declarado en las facturas 05AK0070 y 05AK0088: 51 Dong Nei Cheng Road, Wanchi, Hong Kong[5].

- **Noviembre 29, 2006**

- El día 17 del presente arribó al Puerto de Lázaro Cárdenas un contenedor proveniente de China con más de 19.7 toneladas de producto químico descrito como **Hidroxi-Bencil-N-Metil-Acetanilina** enmarcado en la fracción arancelaria 29242914. La operación es tramitada a favor de la empresa Unimed Pharmaceutical S.A. de C.V.[6] por parte del agente Aduanal José Humberto López Rodríguez (patente 3288).

- El pedimento 6000930 (en proceso de desaduanamiento) registra como proveedor de la mercancía a Emerald Import & Export Corp.

---

[5] De acuerdo con información proporcionada por el consulado de México en China, no existen antecedentes del proveedor en el registro de Negocios del Departamento de Ingresos del Gobierno de la Región Administrativa Especial de Hong Kong, República Popular de China.
[6] RFC. UPH051014TH6 y **Domicilio fiscal -localizado- en calle** Miguel Alemán No. 175, San Pedro Totoltepec, CP. 50226, Toluca, México.

*AGA/ACIA-IR*                                                                 *Página 4 de 7*

20

NDDS000694

**SAT**     **Administración General de Aduanas**      ADUANA MEXICO
Administración Central de Investigación Aduanera

· · · 31

CLIENTES Y PROVEEDORES

Se tiene conocimiento que entre el año 2001 y el 2004, Unimed Pharm Chem México, proporcionó mercancía con valor de $8 millones 743 mil 189 pesos a 26 clientes nacionales. Sobresale que solamente 2 de ellos declararon actividad preponderante relacionada con la producción o manipulación de químicos.

| Detalle de Clientes informados por el contribuyente 2001-2004 | | | | |
|---|---|---|---|---|
| Cliente | RFC | Año | Importe | Actividad preponderante |
| MULTISISTEMAS B V C SA DE CV | MBV8812145L0 | 2004 | $2,927,072 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| EXPOIMPO RB SA DE CV | ERB9503136F5 | 2004 | $1,415,179 | EQUIPO Y MATS PARA EL COMERCIO Y SERVICIOS |
| BECKMAN COULTER DE MÉXICO SA DE CV | BCM9811192Q8 | 2004 | $1,343,830 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| INDUSTRAS QUETZAL SA DE CV | IQU8402147S9 | 2004 | $1,102,600 | FABRICACIÓN DE PARTES Y PIEZAS PARA MUEBLES |
| DISTRIBUCIÓN INTERCERAMIC SA DE CV | DIN971119GG6 | 2004 | $483,261 | MUEBLES Y ACCESORIOS PARA EL HOGAR Y OFICINA |
| INSTALACIÓN DE VAL AIRE ACONDICIONADO SA DE CV | IVA970630TM3 | 2003-2004 | $257,576 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| OTTOMOTORES SA DE CV | OTT500720LZ7 | 2004 | $244,262 | FABRICACIÓN ENSAMBLE Y REPCN MOTORES ELÉCTRICOS |
| A PONZANELLI SA DE CV | APO5207178H0 | 2004 | $155,354 | EXPLOTACIÓN MÁRMOL Y OTRAS PIEDRAS PARA CONSTN |
| AUTOMOTRIZ HERMER SA DE CV | AHE920420J81 | 2004 | $96,808 | AUTOMÓVILES Y CAMIONES NUEVOS |
| FARIK CORP SA DE CV | FCO9406079L9 | 2001 | $92,401 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| BASHAM RINGE Y CORREA SC | BRC811230EC0 | 2004 | $86,957 | SERVICIOS DE BUFETES JURÍDICOS |
| PLASTIC PLUMBERS DE MÉXICO SA DE CV | PPM990108MJ1 | 2004 | $85,836 | EQUIPO Y MATS PARA EL COMERCIO Y SERVICIOS |
| BÁSICOS FEED GRADE SA DE CV | BFG930901Q61 | 2001 | $84,000 | OTROS SERVICIOS PERSONALES NO CLASIFICADOS |
| PUERTAS FINAS DE MADERA MONTE ALBAN SA DE CV | PFM8306107D2 | 2004 | $79,820 | FABRICACIÓN Y REPARACIÓN DE MUEBLES NO METÁLICOS |
| WAGNER & COMPANY SA DE CV | W&X9002197P6 | 2004 | $70,648 | SERVICIOS DE COMNES Y REPRESCNS MERCANTILES |
| COMUNICACIONES NEXTEL DE MÉXICO SA DE CV | CNM980114PI2 | 2004 | $70,312 | OTROS SERVICIOS DE TELECOMUNICACIONES |
| NUEVA WAL MART DE MÉXICO S DE RL DE CV | NWM9709244W4 | 2004 | $61,754 | COMERCIO AL POR MENOR EN ALMACENES Y TIENDAS DE DEPARTAMENTOS ESPECIALIZADOS |
| LAMBDA CIENTIFICA SA DE CV | LCI860708LV9 | 2004 | $55,062 | 623089 - OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| QUIMICA ALKANO SA DE CV | QAL880928MM7 | 2001 | $29,592 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| PACHECO VILLALDAMA NORMA ISELA | PAVN670417518 | 2001 | $865 | SERVICIOS DE ASESORÍA ADMON ORGANIZ EMPRESAS |
| | | | $8,743,189 | |

*AGA/ACIA-IR*                      *Página 5 de 7*     24



**SAT** Administración General de Aduanas  ADUANA MEXICO
Administración Central de Investigación Aduanera                          32

Con lo que respecta a los proveedores nacionales Unimed Pharm Chem declaró que entre el año 2001 y el 2004 se relacionó con 36 de ellos, a los que les adquirió mercancía con valor de  $109 millones 970 mil 121 pesos. Cabe mencionar que la mayoría de sus proveedores registran actividad preponderante relacionada con productos químicos y farmacéuticos.

| Detalle de proveedores informados por el contribuyente 2001-2004 | | | | |
|---|---|---|---|---|
| Proveedor | RFC | Periodo | Importe | Actividad preponderante |
| LABORATORIOS LIOMONT SA DE CV | LLI811201IX6 | 2002-2003-2004 | $38,165,631 | FABRICACION DE PRODUCTOS FARMACÉUTICOS |
| PRODUCIENDO CALIDAD SA DE CV | PCA011205I23 | 2004 | $23,110,530 | PDTOS FARMACÉUTICOS Y DE PERFUMERÍA |
| LABS TORNEL SA | LTO760303LV3 | 2002-2003-2004 | $12,378,341 | FABRICACION DE PRODUCTOS FARMACÉUTICOS |
| LABORATORIOS AGRO VET SA DE CV | LAV740806QT3 | 2001-2003-2004 | $8,465,670 | FABRICACION DE PRODUCTOS FARMACÉUTICOS |
| COMPAÑÍAS EL FUERTE SA DE CV | CFU960611EA6 | 2003 | $5,316,856 | EQUIPO Y MATS PARA EL COMERCIO Y SERVICIOS |
| PROVEEDORA VETERINARIA DE TEHUACAN SA DE CV | PVT920408HI9 | 2004 | $4,752,923 | PDTOS VETERINARIOS INCLUYE MEDICAMENTOS |
| FORT DODGE ANIMAL HEALTH S DE RL DE CV | FDA9703143M0 | 2001-2002-2004 | $3,569,487 | FABRICACION DE PRODUCTOS FARMACÉUTICOS |
| DEGORT S CHEMICAL SA DE CV | DCE731226JL7 | 2004 | $2,053,674 | FABRICACION DE PRODUCTOS FARMACÉUTICOS |
| FARMACÉUTICOS RAYERE SA | FRA650121NQ3 | 2004 | $1,799,025 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| REVETMEX SA DE CV | REV851106DT1 | 2001-2004 | $1,581,897 | PDTOS VETERINARIOS INCLUYE MEDICAMENTOS |
| QUIMICA FARVET SA DE CV | QFA841204BZ6 | 2003-2004 | $1,145,759 | MEZCLA INSECTICIDAS Y PLAGUICIDAS |
| LEOPHARMA SA DE CV | LEO9707028W5 | 2004 | $986,961 | OTRAS MATERIAS PRIMAS O MATS USO INDL |
| PARFARM SA | PAR651025FEA | 2004 | $764,033 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| QSB SA DE CV | QSB000215692 | 2004 | $744,112 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| DISTRIBUIDORA DE PRODUCTOS QUIMICOS Y DERIVADOS ARTERIVER SA DE CV | DPQ031127342 | 2004 | $466,764 | PDTOS QUIMS FARMA TOCADOR Y PDTOS VETS |
| LOPEZ MISIONER MARIA LUISA | LOML730109S29 | 2001 | $450,162 | OTROS SERVICIOS PERSONALES NO CLASIFICADOS |
| LABORATORIOS ARANDA SA DE CV | LAR6011293T4 | 2004 | $430,418 | FABRICACION DE PRODUCTOS QUIMS BÁSICO-ORGÁNICOS |
| FARK CORP SA DE CV | FCO0408079L9 | 2001 | $421,318 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| ASTROQUIM SA DE CV | AST850530NI3 | 2003-2004 | $403,247 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| FIORISA DE CV | FIO670615MM7 | 2003-2004 | $318,876 | FABRICACIÓN DE PRODUCTOS QUIMS BÁSICO-ORGÁNICOS |
| LABORATORIOS CIFER SA DE CV | LCI750610EU5 | 2004 | $295,499 | FABRICACION DE PRODUCTOS QUIMS BÁSICO-ORGÁNICOS |
| INSTIT AGROBIOQUIMICO SA DE CV | IAG7805235S2 | 2003-2004 | $268,696 | FABRICACION OTROS PRODUCTOS QUÍMICOS BÁSICOS |
| PADOQUIMIA SA DE CV | PAD8103117N3 | 2004 | $255,758 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| BIOMEP SA DE CV | BIO920817NW1 | 2003 | $245,620 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| MILLIKAN SA DE CV | MIL980128SI5 | 2003-2004 | $219,113 | ELABORACIÓN Y CONSERVACIÓN GUISOS O ALIMS PREPARADOS |

NDDS000696

 **SAT**  **Administración General de Aduanas**  **ADUANA MEXICO**
Administración Central de Investigación Aduanera

33

| | | | | |
|---|---|---|---|---|
| FARKEM SA DE CV | FAR930322IM8 | 2001 | $217,077 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| TECNOLOGICA FARMACÉUTICA DE MÉXICO SA DE CV | TFM000329ID5 | 2004 | $214,203 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| AVANFARM SA DE CV | AVA860724PXA | 2004 | $195,979 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| KALLUM FARMACÉUTICA SA DE CV | KFA000128GQ8 | 2004 | $118,835 | PDTOS QUIMS FARMS TOCADOR Y PDTOS VETS |
| LABORATORIOS NORVET SA DE CV | LNO990625JT1 | 2004 | $110,088 | PRODUCTOS QUÍMICOS INDUSTRIALES |
| LABORATORIOS BROVEL SA DE CV | LBR841218BL6 | 2004 | $105,100 | FABRICACIÓN OTROS PRODUCTOS QUÍMICOS BÁSICOS |
| LOEFFLER SA DE CV | LOE000208V42 | 2004 | $97,941 | SERVICIOS DE COMNES Y REPRESCNS MERCANTILES |
| CHEMINOVA DE MÉXICO SA DE CV | CME911030NM1 | 2001 | $89,213 | PDTOS FARMACÉUTICOS Y DE PERFUMERÍA |
| ZIRIN LABORATORIES DE MÉXICO SA DE CV | ZLM651115RB4 | 2004 | $85,474 | FABRICACIÓN DE PRODUCTOS FARMACÉUTICOS |
| SABRA PHARMA SA DE CV | SPH921104BJ1 | 2001-2004 | $74,389 | OTROS ARTS Y PDTOS NO CLASIFICADOS ANT |
| MICROBIOLOGÍA APLICADA SA DE CV | MAP9803208F6 | 2004 | $51,452 | PDTOS NO CLASIFICADOS EN APARTADOS ANT |
| | | | $109,970,121 | |

**OBSERVACIONES**

- A partir del 10 de octubre de 2006, se monitorea desde oficinas centrales cualquier operación presentada a despacho aduanero con fines de solicitud para reconocimiento aduanero a las Aduanas del País.

- Con relación al pedimento 3052 5002544 160 con fecha de pago de impuestos 12 de diciembre de 2005 y validado a las 15:23:57 hrs., cabe señalar que el trámite fue resultado de una rectificación que se hizo al pedimento 3052 5002440 160 que se trató de realizar a las 11:36:07, con la particularidad de que el primer trámite registra a José Luis Pérez Riva como el Agente Aduanal, utilizando la clave 3052, misma que utiliza Nelson Prida Barrio. Se desconoce la razón de la rectificación del pedimento.

- La mercancía embarcada el día 17 de noviembre, se encuentra depositada en el Recinto Fiscalizado LC Terminal Portuaria de Contenedores, S.A. de C.V. Ubicada en Prol. Lázaro Cárdenas No. 1, Centro, Recinto Portuario de la Aduana de Lázaro Cárdenas

NDDS000697

Bates no. NDDS000690

(seal)
Ministry of
the Treasury &
Public Credit

Tax Administration Service
General Customs Administration
Central Administration of Customs Investigation
326-SAT-III-
63493
"2006 - Bicentennial of the birth of Patron of the Americas - Benito Juárez García"

México, Federal District, 30 November, 2006

Lic. Jorge Joaquín Díaz López
Public Prosecutor assigned to the
Special Unit for Investigation of
Health Offenses (SIEDO)
Av. Reforma, No. 75, 2nd Floor, Colonia Guerrero
Postal Code: 06030, Del. Cuauhtémoc
Federal District, Mexico

Present

As established by article 10, sections XV and XII of the Interior Regulations of the Tax
Administration Service, and regarding your communication 5231/2006 dated November 8, 2006,
which requests a certified copy of the documentation pertaining to the merchandise described in
requests 0151630525002544 and 061634656000041, dated December 5, 2005 and January 3,
2006 respectively, both of which support the importation of a product called N-Methyl-
Acetylamino (methylacrilamide) by Unimed Pharm Chem de México, SA de CV, which after
laboratory analysis, was reported to actually be Acetylpseudoephedrine, I communicate to you
the following:

Attached to the present communication, you will find laboratory reports, permit requests and
their appendices, as well as the detailed report emitted by the Mexican Consulate in Hong Kong,
informing that no record was found of the supplier Emerald Import & Export Corp. in the
institutional bases of the government of Hong Kong. In addition, the operations profile of foreign
commerce of the taxpayer Unimed Pharm Chem de México, SA de CV is attached.

Without other matter, receive my cordial greetings,

Sincerely,
The Central Administrator

(signature)

Joaquín Arenal Romero

cc. Lic. José Guzmán Montalvo. General Customs Administrator. Av. Hidalgo No. 77, Module IV, 3rd Floor, Col.
Guerrero, Delegation Cuauhtémoc, postal code: 06300, México, Federal District – For your superior knowledge.

1

Bates no. NDDS00691

**General Customs Administration**
Central Administration for Customs Investigation

*México, Federal District, 30November,2006*

*The contributor, Unimed Pharm Chem México S.A. de C.V. conducted import operations of Acetate of N-Acetylpseudoephedrine, classified in section 29399999, subject to prior health inspection by COFEPRIS and controlled by the Attorney General's Office of the Republic, incorrectly declared N-Methylacetylamino and classifying under tariff Brackets 29211199 and 29241999.*

**Unimed Pharm Chem México, S.A. de C.V.** (RFC. **UPC970324GP0**) – primary activity is *chemical pharmaceutical products, toiletries and veterinary products*. It began operations on the 24th of March, 1997 and has been active since the 26th of July, 2000. It declared its legal address to be at Calle Morelos No. 24 A, colonia Centro, Area 4, postal code 06040, delegation Cuauhtémoc, Federal District. Telephone 5518 1881. It does not report any other branches.

It's legal representative is Zhenli Ye[1] (RFC. YEZH630131Q96) who reports his dominant activity to be *other non-banking financial services.*

It is active in the Census of Importers and has neither a Sector Census nor a Public Works Program.

The taxpayer was classified as low risk in the Expert Risk-Assessment Report from the System for Collection Consultation.

From January 2002 to October 2006, the taxpayer conducted 291 import operations with a value of $123,778,777 pesos, by way of the Customs Agency in the International Airport in Mexico City, and the agencies in Nuevo Laredo, Tamaulipas; Manzanillo, Colima;, Veracruz, State of Veracruz; Toluca; Pantaco and Lázaro Cárdenas, Michoacán.

They had at their disposal the services of Customs Agents Nelson Prida Barrido (patent 3052), Sonia Prieto Flores (3102), Fanny Gordillo Rustrian (3465), Benito Guerrero Herrera (3530), José Humberto López Rodríguez (3288), Oscar Mercado Ocampo Morales (3763), Enrique Guillemin Martin del Campo (3832), Carlos Javier Márquez Pérez (3716), Adriana Guadalupe Gutiérrez Verduzco (3662), Eduardo Martínez Beltrán (3159), José de Jesús Rosas (3224), Gilberto René Conde Fierro (3311), and Guillermo Gil González (3426).

---

[1] He commenced operations as a taxpayer on July 25, 2005, since which date he has maintained activity. He has the same legal (tax) address as Unimed Pharm.

2

Bates no. NDDS000692

**General Customs Administration**
Central Administration for Customs Investigation

The imported merchandise was declared to have originated from diverse countries: Canada, China, England, Germany, Israel, Hong Kong, and the United States.

A majority of the import operations were conducted sections related to chapters 20 (organic chemical products) and 84 (nuclear reactors, boilers, and mechanical apparatus); the tariff section 29372929 (testosterone or its esters) stands out, however.

Type of merchandise involved in the greatest number of operations
of Unimed Pharm Chem, México S.A. de C.V. between 2002 and 2006.

| Chapters | Section/Designation | Processes | Description |
|---|---|---|---|
| 29 | 89 | 511 | Organic chemical products |
| 84 | 24 | 52 | Nuclear reactors, boilers, machines mechanical apparatuses/devices, mechanical parts |
| 94 | 3 | 18 | Furniture, surgical fixtures, bed items, light fixtures excluded from other sections, neon signs/placards and similar articles, prefabricated items |
| 73 | 9 | 18 | Welding, iron, or asphalt products |
| 85 | 8 | 12 | Electrical apparatuses and machinery and component parts, recording or sound-production devices, recording or image/sound reproduction devices for televisions and accompanying products. |

Tariff Sections/Designations under which Unimed Pharm Chem, México S.A. de C.V. conducted the greatest number of operations between 2002 and 2006.[2]

| Section | Description | Operations |
|---|---|---|
| 29372929 | Testosterone or its esters | 50 |
| 29372911 | Decante of nandrolone (nortestosterone) | 26 |
| 29189004 | D-2 Acid | 21 |
| 29349914 | Furaltadone | 17 |
| 29411003 | Procainic penicillin G | 17 |

---

[2] The incorrectly declared products related to sections 29211199, 29241999 and 29242914 only register one operation on behalf of the taxpayer during this same time period.

3

| 29412001 | Sterile dihydrostreptomycin sulfate/ | |
| | Sterile DHS dihydrostreptomycin | 17 |
| 29372925 | Oxymetholone[3] | 16 |
| 29419015 | Amikacin or its salts[4] | 14 |
| 29242913 | N-Acetyl-p-aminophenol | 13 |
| 29419016 | Gentamicin sulfate[5] | 13 |

Bates no. NDDS000692

## General Customs Administration
Central Administration for Customs Investigation

## Relevant Operations

- **December 12, 2005**

- Unimed Pharm Chem presented import request 05 16 3052 5002544 to the Customs Agency at Manzanillo, to accompany 20 tons of **N-Methyl-acetylamino (Methylacrilamide)**, declared under tariff section/designation 2921.11.99 (acyclical monoamines). The request was processed by the Customs Agent Nelson Prida Barrio (patent 3052).

  In granting customs recognition, the presented chemical was sampled and tested. The results of laboratory analysis (326-SAT-IX-C-19135) indicated that the presented merchandise was **N-Acetyl pseudoephedrine[6]**, a salt derived from pseudoephedrine subject to prior health authorization by COFEPRIS[7] and classified under tariff section/designation 2939.99.99.

- **January 6, 2006**

- The same taxpayer presented import request 06 16 3465 6000041 to the Customs Agency at Manzanillo, to accompany 29.4 tons of **N-Methyl-aceylamino (Methylacrilamide)** declared under tariff section/designation 2924.19.99 (the other components with carboxyamido functions.) The Customs Agent Fanny Gordillo Rustrian (patent 3465) was responsible for processing the request.

---

[3] *synthetic anabolic steroid (translator explanation)*
[4] *antibiotic (translator explanation)*
[5] *antibiotic (translator explanation)*
[6] When the product is dissolved in water, hydrochloric acid is added, and it's heated to evaporation, pure hydrochlorate of pseudoephedrine is obtained, a chemical precusor to the manufacture of amphetamines.
[7] The import information was handed in to the Deputy Office of the Attorney General's Special Unit for Investigation of Organized Crime (SIEDO) by means of official communication #326-SAT-II-27254 dated May 9, 2006.

4

Upon analysis of the samples (326-SAT-IX-B-19133) it was found that the presented merchandise corresponds to **N-Acetyl pseudoephedrine**, subject to prior health authorization from COFEPRIS and classified under tariff section/designation 2939.99.99.

- **July 6, 2006**

- Once again, Unimed Pharm Chem Mexico solicited an import permit for a chemical product, this time for 20.67 tons of **Hydroxy-Benzyl-N-Methylacetone** (section 2924.29.14) from the Customs Agency of Lázaro Cárdenas. The

---

**Bates no. NDDS000694**

**General Customs Administration**
Central Administration for Customs Investigation

operation was processed by the Customs Agent José Humberto López Rodríguez (patent no. 3288) through request no. 6000551.

- The report of the Central Laboratory (official communication no. 326-SAT-IX-B-1-45231) indicated that the substance in question was **N-Acetyl Pseudoephedrine**, whose chemical name is N-Acetyl-D-2-Methylamino-1-Phenyl-Propan-1-ol, registered under tariff section/designation 2939.99.9..

In the 3 cases the supplier was Emerald Import & Export Corp., with headquarters, as declared on invoices no. 05AK0070 and 05AK0088: 51 Dong Nei Cheng Road, Wanchi, Hong Kong.[8]

- November 29, 2006

- On the 17th of the present month and year, a container originating in China with more than 19.7 tons of a chemical substance described as **Hydroxy-Benzyl-N-Methyl-Acetanilide**, designated under tariff section 29242914 arrived at the port of Lázaro Cárdenas. The operation was processed on behalf the company Unimed Pharmaceutical S.A. de C.V.,[9] by the customs agent José Humberto López Rodríguez (patent no. 3288).

- The request no. 6000930 (in process of customs clearance) states the merchandise supplier to be Emerald Import & Export Corp.

---

**Bates no. NDDS000695**

---

[8] In accordance with the information by the Mexican Consulate in China, there are no records of this supplier in the Business Registry of the Department of Revenue (Treasury) of the Government of the Special Administrative Region of Hong Kong, People's Republic of China.

[9] RFC. UPH051014TH6 and **Tax/Legal Address – located at –** Calle Miguel Alemán, No. 175, San Pedro Totoltepec, CP. 50226, Toluca, México.

5

**General Customs Administration**
Central Administration for Customs Investigation

**Clients and Suppliers:**

It is known that between the years 2001 and 2004, Unimed Pharm Chem Mexico supplied merchandise valued at $8 million, 743 thousand, 189 pesos to 26 national clients. It is notable that only 2 of them declared activities predominantly related to the production or manipulation of chemicals.

**Detail of clients informed by the contributor 2001-2004**

| Client | RFC | Year | Total | Predominant Activity |
|---|---|---|---|---|
| Multisistemas B V C SA de CV | MBV8812145L0 | 2004 | $2,927,072 | other articles and products not previously classified |
| Expoimpo RB SA de CV | ERB9503136F5 | 2004 | $1,415,179 | equipment & materials for commerce & services |
| Beckman Coulter de Mexico SA de CV | BCM9811192Q8 | 2004 | $1,343,830 | other articles and products not previously classified |
| Quetzal Industries SA de CV | IQU8402147S9 | 2004 | $1,102,600 | manufacture of parts for furniture |
| Distribución Interceramic SA de CV | DIN971119GG6 | 2004 | $483,261 | furniture and accessories for home and office |
| Instalation of Val Air Conditioning SA de CV | IVA970630TM3 | 2003-2004 | $257,576 | other articles and products not previously classified |
| Ottomotores SA de CV | OTT500720LZ7 | 2004 | $244,262 | manufacture, assembly, & repair of electrical motors |
| A Ponzanelli SA de CV | APO5207178H0 | 2004 | $155,354 | quarrying of marble and other stones for construction |
| Automotriz Hermer SA de CV | AHE920420J81 | 2004 | $96,808 | new cars and trucks |
| Fark Corp SA de CV | FCO9406079L9 | 2001 | $92,401 | other articles and products not previously classified |
| Basham Ringe Y Correa SC | BRC811230EC0 | 2004 | $86,957 | judicial services for attorneys' offices |
| Plastic Plumbers de Mexico SA de CV | PPM990108MJ1 | 2004 | $85,836 | equipment & materials for commerce & services |
| Básicos Feed Grade SA de CV | BFG930901Q81 | 2001 | $84,000 | other non-classified personal services |

6

| | | | | |
|---|---|---|---|---|
| Puertas Finas de Madera Monte Alban SA de CV | PFM8306107D2 | 2004 | $79,820 | manufacture & repair of non-metal furniture |
| Wagner & Company SA de CV | W&X9002197P6 | 2004 | $70,648 | mercantile services |
| Comunicaciones Nextel de México SA de CV | CNM980114PI2 | 2004 | $70,312 | other telecommunications services |
| Nueva Wal Mart de México S de RL de CV | NWM9709244W4 | 2004 | $61,754 | retail commerce in specialized warehouses & department strores |
| Lambda Cientifica SA de CV | LCI860708LV9 | 2004 | $55,062 | 623089- other articles & products not previously classified |
| Química Alkano SA de CV | QAL880928MM7 | 2001 | $29,592 | industrial chemical products |
| Pacheco Villaldama Norma Isela | PAVN670417518 | 2001 | $865 | consulting services to (from?) Admon Organiz Corporation |
| | | | **$8,743,189** | |

**Bates no. NDDS000696**

Respecting national providers, Unimed Pharm Chem declared that between 2001 and 2004, they had a relationship with 36, from which they acquired merchandised valued at $109 million 970 thousand 121 pesos. It's worth noting that the majority of their providers register activity primarily related to chemical and pharmaceutical products.

| | | | | |
|---|---|---|---|---|
| Laboratorios Liomont SA de CV | LLI811201IX6 | 2002-2003-2004 | $38,165,631 | manufacture of pharmaceutical products |
| Produciendo Calidad SA de CV | PCA011205123 | 2004 | $23,110,530 | pharmaceutical & perfume products |
| Labs Tornel SA | LTO760303LV3 | 2002-2003-2004 | $12,378,341 | manufacture of pharmaceutical products |
| Laboratorios Agro Vet SA de CV | LAV740806QT3 | 2001-2003-2004 | $8,465,670 | manufacture of pharmaceutical products |
| Compañías el Fuerte SA de CV | CFU960611EA6 | 2003 | $5,316,856 | equipment & materials for commerce & services |
| Proveedora Veterinaria de Tehuacan SA de CV | PVT920408HI9 | 2004 | $4,752,923 | veterinary products, includes medications |
| Fort Dodge Animal | FDA9703143M0 | 2001-2002-2004 | $3,569,487 | manufacture of |

| | | | | |
|---|---|---|---|---|
| Health S de RL de CV | | | | pharmaceutical products |
| Degort S Chemical SA de CV | DCE731226JL7 | 2004 | $2,053,674 | manufacture of pharmaceutical products |
| Farmacéuticos Rayere SA | FRA650121NQ3 | 2004 | $1,799,025 | manufacture of pharmaceutical products |
| Revetmex SA de CV | REV851106DT1 | 2001-2004 | $1,581,897 | veterinary products, includes medications |
| Química Farvet SA de CV | QFA841204BZ6 | 2003-2004 | $1,145,759 | mix insecticides & pesticides |
| Leopharma SA de CV | LEO9707028W5 | 2004 | $986,961 | raw and other materials for industrial use |
| Parfarm SA | PAR651035FEA | 2004 | $764,033 | manufacture of pharmaceutical products |
| QSB SA de CV | QSB000215692 | 2004 | $744,112 | industrial chemical products |
| Distribudora de Productos Químicos Y Derivados Arteriver SA de CV | DPQ031127342 | 2004 | $466,764 | pharmaceutical chemical products & veterinary products |
| Lopez Misioner Maria Luisa | LOML730109S29 | 2001 | $450,162 | other non-classified personal services |
| Laboratorios Aranda SA de CV | LAR6011293T4 | 2004 | $430,418 | manufacture of basic/organic chemical products |
| Fark Corp SA de CV | FCO9406079L9 | 2001 | $421,318 | other articles & products not previously classified |
| Astroquim SA de CV | AST850530NI3 | 2003-2004 | $403,247 | industrial chemical products |
| Fiori SA de CV | FIO670615MM7 | 2003-2004 | $318,876 | manufacture of basic/organic chemical products |
| Laboratorios Cifer SA de CV | LCI750610EU5 | 2004 | $295,499 | manufacture of basic/organic chemical products |
| Instit Agrobioquimico SA de CV | IAG7805235S2 | 2003-2004 | $268,696 | manufacture of basic/organic chemical products |
| Padoquimia SA de CV | PAD8103117N3 | 2004 | $255,758 | industrial chemical products |

8

| | | | | |
|---|---|---|---|---|
| Biomep SA de CV | BIO920817NW1 | 2003 | $245,620 | other articles & products not previously classified |
| Millikan SA de CV | MIL980128SI5 | 2003-2004 | $219,113 | manufacture & preservation of stews or prepared foods |

**Bates no. NDDS000697**

| | | | | |
|---|---|---|---|---|
| Farkem SA de CV | FAR930322IM8 | 2001 | $217,077 | other articles & products not previously classified |
| Pharmaceutical Technology of Mexico SA de CV | TFM0003291D5 | 2004 | $214,203 | manufacture of pharmaceutical products |
| Avanfarm SA de CV | AVA860724PXA | 2004 | $195,979 | industrial chemical products |
| Kallium Pharmaceutical SA de CV | KFA000128GQ8 | 2004 | $118,835 | pharmaceutical chemical products, toiletries, and veterinary products |
| Norvet Laboratories SA de CV | LNO990625JTI | 2004 | $110,088 | industrial chemical products |
| Brovel Laboratories SA de CV | LBR841218BL6 | 2004 | $105,100 | manufacture of other basic chemical products |
| Loeffler SA de CV | LOE000208V42 | 2004 | $97,941 | commercial association services |
| Cheminova de Mexico SA de CV | CME911030NM1 | 2001 | $89,213 | pharmaceutical & perfume products |
| Zirin Laboratories de Mexico SA de CV | CME651115RB4 | 2004 | $85,474 | manufacture of pharmaceutical products |
| Sabra Pharma SA de CV | SPH9211048J1 | 2001-2004 | $74,389 | other articles & products not previously classified |
| Applied Microbiology SA de CV | MAP9803206F6 | 2004 | $51,452 | other products not previously classified |
| | | | **$109,970,121** | |

**Observations:**

- Since October 10, 2006, all requests for customs recognition presented to the dispatch agency are monitored from central offices.

9

- With respect to request no. 3052 5002544 160, with date of tax payment being December 12, 2005, validated at 15:23:57, it's worth indicating that the process was the result of a correction made to request no. 3052 5002440 160 that was attempted to be made at 11:36:07, with the detail that the first process states the customs agent to be José Luis Pérez Riva, using password 3052, the same used by Nelson Prida Barrio. The reason for the correction to the request is unknown.

- The merchandise embarked on November 17, is currently deposited in a customs bonded warehouse belonging to the Lázaro Cárdenas Container Port Terminal, SA de CV, located at Prol. Lázaro Cárdenas No. 1, Centro, Port Premises of the Customs Agency of Lázaro Cárdenas.

**Tabulation of Non-Pharmaceutical Revenues of Unimed Pharm Chem Mexico According to Documents Bates-Stamped NDDS000696-NDDS000697**

| Client | RFC | Year | Total | | Predominant Activity | U.S. $ equivalent | |
|---|---|---|---|---|---|---|---|
| Compañias el Fuerte SA de CV | CFU960611EA6 | 2003 | MXN | 5,316,856.00 | equipment & materials for commerce & services | $ | 522,806.45 |
| Proveedora Veterinaria de Tehuacan SA de CV | PVT920408HI9 | 2004 | MXN | 4,752,923.00 | veterinary products, includes medications | $ | 467,354.92 |
| Revetmex SA de CV | REV851106DT1 | 2001-2004 | MXN | 1,581,897.00 | veterinary products, includes medications | $ | 155,547.93 |
| Quimica Farvet SA de CV | QFA841204BZ6 | 2003-2004 | MXN | 1,145,759.00 | mix insecticides & pesticides | $ | 112,662.48 |
| Leopharma SA de CV | LEO970702W5 | 2004 | MXN | 986,961.00 | raw and other materials | $ | 97,047.88 |
| QSB SA de CV | QSB000215692 | 2004 | MXN | 744,112.00 | industrial chemical products | $ | 73,168.53 |
| Lopez Misioner Maria Luisa | LOML730109S29 | 2001 | MXN | 450,162.00 | other non-classified personal services | $ | 44,264.43 |
| Laboratorios Aranda SA de CV | LAR601129374 | 2004 | MXN | 430,418.00 | manufacture of basic/organic chemical products | $ | 42,323.00 |
| Fark Corp SA de CV | FCO940607L9 | 2001 | MXN | 421,318.00 | other articles & products not previously classified | $ | 41,428.20 |
| Astroquim SA de CV | AST850530NI3 | 2003-2004 | MXN | 403,247.00 | industrial chemical products | $ | 39,651.28 |
| Fiori SA de CV | FIO670615MM7 | 2003-2004 | MXN | 318,876.00 | manufacture of basic/organic chemical products | $ | 31,355.08 |
| Laboratorios Cifer SA de CV | LCI750610EU5 | 2004 | MXN | 295,499.00 | manufacture of basic/organic chemical products | $ | 29,056.42 |
| Instit Agrobioquimico SA de CV | IAG780523S52 | 2003-2004 | MXN | 268,696.00 | manufacture of basic/organic chemical products | $ | 26,420.88 |



DEFENDANT'S EXHIBIT B

**Tabulation of Non-Pharmaceutical Revenues of Unimed Pharm Chem Mexico According to Documents Bates-Stamped NDDS000696-NDDS000697**

| Client | RFC | Year | Total | Predominant Activity | U.S. $ equivalent |
|---|---|---|---|---|---|
| Padoquimia SA de CV | PAD810317N3 | 2004 | MXN 255,758.00 | industrial chemical products | $ 25,148.68 |
| Biomep SA de CV | BIO920817NW1 | 2003 | MXN 245,620.00 | other articles & products not previously classified | $ 24,151.81 |
| Millikan SA de CV | MIL980128SI5 | 2003-2004 | MXN 219,113.00 | manufacture & preservation of stews or prepared foods | $ 21,545.38 |
| Farkem SA de CV | FAR930322IM8 | 2001 | MXN 217,077 | other articles & products not previously classified | $ 21,345.18 |
| Avanfarm SA de CV | AVA860724PXA | 2004 | MXN 195,979 | industrial chemical products | $ 19,270.62 |
| Norvet Laboratories SA de CV | LNO990625JTI | 2004 | MXN 110,088 | industrial chemical products | $ 10,824.95 |
| Brovel Laboratories SA de CV | LBR841218BL6 | 2004 | MXN 105,100 | manufacture of other basic chemical products | $ 10,334.48 |
| Loeffler SA de CV | LOE000208V42 | 2004 | MXN 97,941 | commercial association services | $ 9,630.54 |
| Sabra Pharma SA de CV | SPH921104811 | 2001-2004 | MXN 74,389 | other articles & products not previously classified | $ 7,314.67 |
| Applied Microbiology SA de CV | MAP980320G6F6 | 2004 | MXN 51,452 | other articles & products not previously classified | $ 5,059.28 |
| TOTAL | | | MXN 18,689,241.00 | | $ 1,837,713.07 |

*** As of Aug. 11, 2008, MXN 1 (one Mexican Peso) was equivalent to US$ 0.09833. Yahoo! Finance Currency Converter, http://finance.yahoo.com/currency/convert?amt=1&from=MXN&to=USD&submit=Convert, Aug. 11, 2008.

Compiled by the McMahon Law Firm