1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   .
                            .
    Plaintiff,              .
                            . CR No. 07-181
v.                          .
                            .
ZHENLI YE GON,              . Washington, D.C.
                            . December 20, 2007
    Defendant.              . At about 10:40 a.m
                            .
. . . . . . . . . . . . . . .

\*\*\*SEALED bench conference redacted.

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    PAUL W. LAYMON, ESQ.
                       ROB STAPLETON, ESQ.
                       WANDA DIXON, ESQ.
                       MARY MAGAVARO, ESQ.
                       United States Department of Justice
                       1400 New York Avenue, NW
                       Washington, D.C. 20005
                       202-514-1286

For the Defendant:     MARTIN McMAHON, ESQ.
                       LISA ANGELO, ESQ.
                       NING YE, ESQ.
                       Martin F. McMahon & Associates
                       1150 Connecticut Avenue, NW
                       Suite 900



DEFENDANT'S EXHIBIT 12

                    Washington, DC  20036
                    202-862-4343

Court Reporter:      JACQUELINE M. SULLIVAN, RPR
                            Official Court Reporter
                            U.S. Courthouse, Room 6720
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            202-354-3187


                    Jacqueline Sullivan, RPR
                    Official Court Reporter

1   the defendants have been talking about for months?

2       MS. DIXON: Your Honor, I'm glad you brought that up

3   because let me do the logbook first. They've asked us for a

4   specific logbook, and if you notice, their requests have come in

5   different ways. It appears that in some of their documents they

6   say that we in fact turned over the logbook. They say that,

7   however, we blacked out the entries. In some of the requests

8   they say we haven't turned it over at all. What we say is this:

9   We've turned over everything that we have been able to come

10  across in that vein. Now, if we haven't turned over the item

11  that you have specifically requested, it is because we don't

12  have it.

13      THE COURT: Let me ask you this: Has the government

14  turned over to defense counsel copies of all evidence or any

15  evidence that it's recovered from Mexico?

16      MS. DIXON: Not all of it yet, your Honor.

17      Well, let me say it another way. The first set of

18  evidence that we'd already talked about at the September hearing

19  that we talked about having gotten from Mexico and copied, they

20  have that. We've identified more evidence, more boxes, and

21  we've discussed that with the court. Those things haven't been

22   turned over yet because they haven't been copied and everything

23   yet. We do intend to --

24          THE COURT: What counsel copied and everything?

25          MS. DIXON: In other words, they are in Mexico.


         Jacqueline M. Sullivan, RPR
            Official Court Reporter

45

1      THE COURT: So you don't have them in your possession
2   then?
3      MS. DIXON: No, no, no. But again, I don't --
4      THE COURT: When do you plan to get -- are they
5   available for the government to possess, to take possession of?
6      MS. DIXON: Yes. What has to happen, and again this
7   is a government thing, it's a large job, this amount of copying.
8   As you can imagine it's quite expensive. We had to contract
9   out. We got a contractor, the contractor is getting a
10  subcontractor. Those are things that are far beyond my pay
11  grade.
12     THE COURT: Bid contest or something?
13     MS. DIXON: They're far beyond my pay grade and I
14  don't know how that goes.
15     THE COURT: There are boxes of evidence that the
16  government's identified as evidence in Mexico?
17     MS. DIXON: Yes.
18     THE COURT: That you've identified, and they're just
19  waiting for the government to pick them up?
20     MS. DIXON: I think so, yes, but what I want to say to

21   the Court is that we searched through those boxes and so far

22   have not come across anything like this logbook that they are

23   asking for, so I don't want to stand here and say it doesn't

24   exist, you know.  Like sometimes I've had cases where people

25   have stolen cars and then the car's recovered and then they come

Jacqueline M. Sullivan, RPR
Official Court Reporter