1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   .

    Plaintiff,   .

             . CR No. 07-181

  v.       .

ZHENLI YE GON,     . Washington, D.C.

           . March 18, 2008

   Defendant.   . At about 11:16 a.m

. . . . . . . . . . . . . . .

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    PAUL W. LAYMON, ESQ.
                 WANDA J. DIXON, ESQ.
                 ROBERT STAPLETON, ESQ.
                 MARY MAGAVARO, ESQ.
                 United States Department of Justice
                 1400 New York Avenue, NW
                 Washington, D.C.  20005
                 202-514-1286

For the Defendant:    MARTIN McMAHON, ESQ.
                 CHRISTINE HILGEMAN, ESQ.
                 NING YE, ESQ.
                 Martin F. McMahon & Associates
                 1150 Connecticut Avenue, NW
                 Suite 900
                 Washington, DC  20036


DEFENDANT'S EXHIBIT 13

202-862-4343

Court Reporter:          JACQUELINE M. SULLIVAN, RPR
                         Official Court Reporter
                         U.S. Courthouse, Room 6720
                         333 Constitution Avenue, NW
                         Washington, D.C. 20001
                         202-354-3187

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

            Jacqueline Sullivan, RPR
            Official Court Reporter

11

1    samples of the item that was taken from the shipment of Mr. --

2    from the shipment that was stopped by Mexican customs in 2006.

3    It was a shipment to UniMed from Chifing Arker.  They've asked

4    for an opportunity to examine the actual samples of the

5    substance that the Mexican laboratories analyzed.  Well, that is

6    something that we don't have.  That is something that we have to

7    wait for Mexico's formal response to our MLAT in order to

8    receive.  We cannot comply with that request.  Defense makes

9    other requests along that nature, your Honor, but I think that

10    it illustrates the fact that the Mexican MLAT remains

11    outstanding and that there is nothing that we can do short of

12    the, of course, informal cooperation that we've received, and we

13    have been sharing those documents with the defense as we get

14    them.

15        THE COURT:  Let me ask you this:  Do you periodically

16    inquire about the status of that formal request?

17        MS. DIXON:  I'm sorry.  Say that again.

18        THE COURT:  Do you periodically inquire of the Mexican

19    authorities about that status of that formal request?

20        MS. DIXON:  Yes, your Honor.  Yes, your Honor.  We are

21   in constant communication with officials in the Mexican

22   government.  The issue, however, or part of it, is that Mexico

23   has proceedings itself concerning this issue, not so much

24   against the defendant at this time, but there are others who

25   were arrested in connection with offenses that were violation of


Jacqueline M. Sullivan, RPR
Official Court Reporter