1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   .
                                .
    Plaintiff,       .
                    . CR No. 07-181
  v.                .

ZHENLI YE GON,       . Washington, D.C.
                   . March 18, 2008
    Defendant.      . At about 11:16 a.m
                    .
. . . . . . . . . . . . . . . .

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    PAUL W. LAYMON, ESQ.
                         WANDA J. DIXON, ESQ.
                         ROBERT STAPLETON, ESQ.
                         MARY MAGAVARO, ESQ.
                         United States Department of Justice
                         1400 New York Avenue, NW
                         Washington, D.C.  20005
                         202-514-1286

For the Defendant:     MARTIN McMAHON, ESQ.
                         CHRISTINE HILGEMAN, ESQ.
                         NING YE, ESQ.
                         Martin F. McMahon & Associates
                         1150 Connecticut Avenue, NW
                         Suite 900
                         Washington, DC  20036



DEFENDANT'S EXHIBIT 14

202-862-4343

Court Reporter:     JACQUELINE M. SULLIVAN, RPR
                    Official Court Reporter
                    U.S. Courthouse, Room 6720
                    333 Constitution Avenue, NW
                    Washington, D.C. 20001
                    202-354-3187

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.

Jacqueline Sullivan, RPR
Official Court Reporter

16

1   understanding that the scanned documents or the documents that
2   have been scanned in Mexico are all the documents that are
3   relevant to this case?
4       MS. DIXON: I'm reluctant to say that. I think that
5   our requests have been thorough to the Mexican government. I
6   think that they have been diligent in their desire to assist us,
7   and I am hopeful that this would be the bulk of the documents.
8   However, I have to be a little equivocal because --
9       THE COURT: I mean, if the Mexican authorities said
10  this is everything we have.
11      MS. DIXON: No, because there are certain things that
12  are with the courts in Mexico having to deal with the other
13  prosecutions that are pending with regard to the search warrants
14  that occurred in Mexico in this case and the charges that have
15  been brought against others in Mexico in this case.
16      THE COURT: So what are you saying? Are you saying
17  that there's some other evidence and/or documents that are
18  indeed in the possession of the Court that the government --
19      MS. DIXON: Yes.
20      THE COURT: -- does not have and cannot turn over to

21   you?

22        MS. DIXON: That's right. That's exactly what I'm

23   saying.

24        THE COURT: They can't make copies, they can't get

25   permission to make copies of that evidence and/or documents and

               Jacqueline M. Sullivan, RPR
               Official Court Reporter

17

1  turn it over to you?

2  MS. DIXON: Their system is a little different than

3  ours, your Honor. They do things differently. Once it goes

4  into possession of the court it doesn't come back out of the

5  court's possession very lightly, but those are avenues that we

6  are exploring, and we are hopeful, we are only asking the Court

7  for an additional ninety-day period. We know what we need to

8  have happen within that ninety-day period, and we know the

9  consequences of those things not happening within the ninety-day

10 period, so I can't answer the Court's question by yes, we can

11 just ask the Mexican courts to give us things, but I will say

12 that we are working on avenues to have some kind of a happy

13 medium. Clearly they have their prosecutions and we do too.

14 They have their time limits and we do too.

15 THE COURT: Well, what is the avenue that exists, if

16 there is one, wherein a judicial officer in the United States

17 can request of a judicial officer in Mexico whatever this

18 information is that will assist the government in proceeding

19 with this prosecution? Is there such a procedure as opposed to

20 government to government? I mean, there is a government-to-

Case 1:07-cr-00181-EGS   Document 97-16   Filed 08/12/08   Page 6 of 8

21  government procedure?

22  　　　MS. DIXON: I understand the Court's question, but I

23  don't think anything other than the MLATs, that's the only kind

24  of procedure that's in place to make this kind of government-to-

25  government exchange happen. I guess they were concerned about,

　　　　　　　Jacqueline M. Sullivan, RPR
　　　　　　　Official Court Reporter

18

1    you know, various individual courts around the United States
2    making requests to various individual courts around the United
3    States and Mexico and they wanted to have one, I guess,
4    centralized procedure, so the MLATs are what we use and I am
5    hopeful that they will work.
6         THE COURT: That's the diplomatic procedure, right?
7         MS. DIXON: That's right.
8         And we understand the consequences of what may happen
9    if ninety more days passed and the process has not worked.
10        THE COURT: What's the time limitation pursuant to the
11   speedy trial clock?
12        MS. DIXON: One year. Yes, your Honor, and we are, I
13   think, nine months at this point, so we are very mindful of our
14   situation at this point.
15        THE COURT: All right. Anything further?
16        MS. DIXON: Not with regard to the speedy trial
17   issues, your Honor. I can deal with the bond issue at this time
18   or I can wait. I'm at the Court's pleasure.
19        THE COURT: I'll hear from defense counsel.
20        MS. DIXON: Thank you.

21      MR. McMAHON: Your Honor, thanks. I'll try to address

22 what the arguments were I heard from the government.

23      THE COURT: Do you know what? When I came back on the

24 bench I made some references to Mr. Hemenway and proceeded. I'm

25 not sure that I ever got a response. Did you want to proceed