## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

STATE OF NEVADA        )
                       ) ss:
COUNTY OF CLARK        )


Officer K. Hooten, P# 4675, being first duly sworn, deposes and states that he is the affiant herein, and that he is a Police Officer with the Las Vegas Metropolitan Police Department (LVMPD), having been employed by the Department for 13 years. Affiant is currently assigned to LVMPD narcotics section, having been so assigned for a period of nine years. Affiant is also a federally deputized Task Force Officer with the DEA Group 1 Federal Narcotics Task Force, having been so assigned for a period of four years.

That there is probable cause to believe that certain property hereinafter described will be found at the following described premises, to-wit: (1) **3298 Dove Run Creek Drive, Las Vegas, Nevada 89135**, further described as a single story residence, brown in color stucco, with a grey tile roof and off-white colored trim. The front door of the residence faces west. The residence has a black security door covering the front door. The numbers 3298 are affixed to the bottom of the mailbox, which is located in front of the residence and to the south of the driveway, (2) **400 Proud Eagle Lane, Las Vegas, Nevada 89114**, further described as a two story residence, off-white in color stucco, with a grey tile roof and beige colored trim. The front door of the residence faces west. The numbers 400 are affixed to a lighted box, which is located on the front house to right of the front door. (3) **2290 Casa Bella Court, Las Vegas, Nevada 89117**, further described as a single story residence, off-white in color stucco, with a reddish-brown tile roof and tan colored trim. The front door of the residence faces west and is a double door with glass inserts. The residence has a three-car garage with one double garage door and one

1



DEFENDANT'S EXHIBIT 15

The property hereinbefore described constitutes evidence which tends to demonstrate that the criminal offenses of Trafficking of Controlled Substance have been and continue to be committed in violation of Chapter 453 of the NRS and Money Laundering in violation of Chapter 207 of the NRS.

The statements contained in this affidavit are based upon my personal participation in this investigation and information received from other law enforcement sources, subpoenas, physical surveillance, electronic surveillance, telephone toll records, pen register and trap and trace devices, confidential sources, records checks and my knowledge, training and experience, as well as that of other Special Agents and local law enforcement officers also familiar with narcotics and money laundering investigations

In support of your affiant's assertion to constitute the existence of probable cause, the following facts are offered: That Officer K. Hooten, P# 4675, working with DEA Special Agents Daniel Holcomb and David Behar and agents from DEA Mexico City office learned the following information;

1.     In March 2006, the DEA's Mexico City Country Office (MCCO) initiated a joint investigation with Mexico's Agencia Federal de Investigacion (AFI) that targeted Zhenli YE Gon, aka: Zhenli YEGON; aka: Zhenli YE.  This investigation targeted the illegal importation of pseudoephedrine from China and other countries into Mexico by YE Gon, using his business, UNIMED

4