1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   .

    Plaintiff,   .

        . CR No. 07-181

  v.   .

ZHENLI YE GON,   . Washington, D.C.
        . December 20, 2007
    Defendant.   . At about 10:40 a.m

. . . . . . . . . . . . . . .

***SEALED bench conference redacted.

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    PAUL W. LAYMON, ESQ.
        ROB STAPLETON, ESQ.
        WANDA DIXON, ESQ.
        MARY MAGAVARO, ESQ.
        United States Department of Justice
        1400 New York Avenue, NW
        Washington, D.C.  20005
        202-514-1286

For the Defendant:    MARTIN McMAHON, ESQ.
        LISA ANGELO, ESQ.
        NING YE, ESQ.
        Martin F. McMahon & Associates
        1150 Connecticut Avenue, NW
        Suite 900


DEFENDANT'S
EXHIBIT
23

Washington, DC  20036
202-862-4343

Court Reporter:          JACQUELINE M. SULLIVAN, RPR
Official Court Reporter
U.S. Courthouse, Room 6720
333 Constitution Avenue, NW
Washington, D.C. 20001
202-354-3187

Jacqueline Sullivan, RPR
Official Court Reporter

1    that's troubling.  It's not the scenario for the person I just

2    described who speaks a certain dialect and there are only two or

3    three in the world.

4        MS. DIXON:  What I'm saying, the fact that an

5    interpreter has to be used slows the process.  There are

6    interpreters.  I don't mean to imply that we don't have any.

7        THE COURT:  Spanish-speaking interpreter.

8        MS. DIXON:  And we have that.

9        THE COURT:  There's no shortage of Spanish-speaking

10   interpreters.

11       MS. DIXON:  No, I'm not trying to say that there is.

12   I'm just saying that that slows the process.

13       THE COURT:  If there's no shortage, why does that slow

14   the process?

15       MS. DIXON:  For example, I haven't been to Mexico.  My

16   colleagues were able to travel recently.  For example a document

17   that's five pages long, if I were to read this document that

18   might take me, oh, gosh, I guess about ten minutes, but if

19   someone has to read it, comprehend it who is not necessarily a

20   person who is an attorney or familiar with the case comprehends

21   it, summarizes it and then explains it to me, taking it from one

22   language to another, as you can imagine, that's going to add a

23   considerable length of time to the process of understanding what

24   a five-page document, and what we're saying to you is that we

25   have 57 of these, 53 of these tomas and that just takes more


Jacqueline M. Sullivan, RPR
Official Court Reporter