1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   .

     Plaintiff,    .
               . CR No. 07-181
  v.         .

ZHENLI YE GON,     . Washington, D.C.
            . March 18, 2008
    Defendant.   . At about 11:16 a.m
              .

. . . . . . . . . . . . . . .

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    PAUL W. LAYMON, ESQ.
                    WANDA J. DIXON, ESQ.
                    ROBERT STAPLETON, ESQ.
                    MARY MAGAVARO, ESQ.
                    United States Department of Justice
                    1400 New York Avenue, NW
                    Washington, D.C.  20005
                    202-514-1286

For the Defendant:    MARTIN McMAHON, ESQ.
                    CHRISTINE HILGEMAN, ESQ.
                    NING YE, ESQ.
                    Martin F. McMahon & Associates
                    1150 Connecticut Avenue, NW
                    Suite 900
                    Washington, DC  20036


DEFENDANT'S
EXHIBIT
24

202-862-4343

Court Reporter:         JACQUELINE M. SULLIVAN, RPR
                        Official Court Reporter
                        U.S. Courthouse, Room 6720
                        333 Constitution Avenue, NW
                        Washington, D.C. 20001
                        202-354-3187

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.


        Jacqueline Sullivan, RPR
        Official Court Reporter

11

1    samples of the item that was taken from the shipment of Mr. --

2    from the shipment that was stopped by Mexican customs in 2006.

3    It was a shipment to UniMed from Chifing Arker.  They've asked

4    for an opportunity to examine the actual samples of the

5    substance that the Mexican laboratories analyzed.  Well, that is

6    something that we don't have.  That is something that we have to

7    wait for Mexico's formal response to our MLAT in order to

8    receive.  We cannot comply with that request.  Defense makes

9    other requests along that nature, your Honor, but I think that

10   it illustrates the fact that the Mexican MLAT remains

11   outstanding and that there is nothing that we can do short of

12   the, of course, informal cooperation that we've received, and we

13   have been sharing those documents with the defense as we get

14   them.

15          THE COURT:  Let me ask you this:  Do you periodically

16   inquire about the status of that formal request?

17          MS. DIXON:  I'm sorry.  Say that again.

18          THE COURT:  Do you periodically inquire of the Mexican

19   authorities about that status of that formal request?

20          MS. DIXON:  Yes, your Honor.  Yes, your Honor.  We are

21    in constant communication with officials in the Mexican

22    government.  The issue, however, or part of it, is that Mexico

23    has proceedings itself concerning this issue, not so much

24    against the defendant at this time, but there are others who

25    were arrested in connection with offenses that were violation of


                    Jacqueline M. Sullivan, RPR
                    Official Court Reporter