1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  .

    Plaintiff,
              . CR No. 07-181
v.

ZHENLI YE GON,      . Washington, D.C.
              . March 18, 2008
    Defendant.    . At about 11:16 a.m

. . . . . . . . . . . . . . . .

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    PAUL W. LAYMON, ESQ.
                      WANDA J. DIXON, ESQ.
                      ROBERT STAPLETON, ESQ.
                      MARY MAGAVARO, ESQ.
                      United States Department of Justice
                      1400 New York Avenue, NW
                      Washington, D.C.  20005
                      202-514-1286

For the Defendant:     MARTIN McMAHON, ESQ.
                      CHRISTINE HILGEMAN, ESQ.
                      NING YE, ESQ.
                      Martin F. McMahon & Associates
                      1150 Connecticut Avenue, NW
                      Suite 900
                      Washington, DC  20036



DEFENDANT'S EXHIBIT 25

202-862-4343

Court Reporter:		JACQUELINE M. SULLIVAN, RPR
			Official Court Reporter
			U.S. Courthouse, Room 6720
			333 Constitution Avenue, NW
			Washington, D.C. 20001
			202-354-3187

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.


		Jacqueline Sullivan, RPR
		Official Court Reporter

27

1    THE COURT: Thank you. You can have a seat.

2    MR. McMAHON: So we oppose the extension, your Honor,
3    obviously.

4    THE COURT: Let me hear from the government with
5    respect to the other inquiries. There were some representations
6    made early on about the government's inquiries of other
7    countries.

8    MS. DIXON: Yes, your Honor, and the government has in
9    fact made inquiries of other countries. With regard to China,
10   your Honor, we do not wish to at this time go into every detail
11   about our negotiations and our discussions with China. We will
12   inform the Court as we have informed the Court and counsel that
13   we are in communication with China. We are attempting to obtain
14   relevant evidence from the Chinese. We have made the necessary
15   and requisite efforts to do so and we await the necessary
16   information. We are well aware, however, that the time is
17   trickling by. We're well aware that there will be some point
18   after which we are precluded from making this request to the
19   Court and asking for additional time to have certain things
20   happen, but we have made requests and we are hopeful that our
21   requests will be fruitful.

22          THE COURT: When does the twelve months expire, what's
23   the date?
24          MS. DIXON: Today is March the 18th. It's a date in
25   June, but I'm not sure what the date is.


        Jacqueline M. Sullivan, RPR
        Official Court Reporter