UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :Cr. No. 07-181 (EGS) |
|  | : |
| V. | : |
|  | : |
| ZHENLI YE GON | : |

MOTION FOR LEAVE TO ENLARGE TIME TO FILE
GOVERNMENT'S RESPONSE TO DEFENSE MOTION TO INSPECT AND EXAMINE

The United States, by and through the undersigned attorneys, respectfully moves pursuant to F.R. Crim. P. 45 (b)(1)(A) for an enlargement of time, up to and including August 18, 2008 to file the response to the defense Motion to Inspect and Examine. As grounds for this request, the United States now says:

1.      Due to a heavy caseload and other assignments, the attorneys assigned to this case were unable to file a timely response to defendant's motion. This motion was filed on Monday, August 4, 2008. During that week, all of the undersigned attorneys were out of the office on travel.

2.      The defendant will not be prejudiced by the granting of the motion to enlarge time, because the government's response will be filed only two business days after the original date that the response was due.

WHEREFORE, for the reasons stated above, the United States respectfully request that the Court grant the motion for an enlargement of time to file its Response to the Defendant's motion up to and including August 18, 2008.

Respectfully submitted

/s/
Wanda J. Dixon
Paul Laymon
Robert Stapleton
Trial Attorneys
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Suite 8000
Washington, D.C.  20005
(202) 307-0377

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :Cr. No. 07-181 (EGS) |
| | : |
| V. | : |
| | : |
| ZHENLI YE GON | : |

**ORDER**

Based on the Government's Motion for Enlargement of Time to file and the reasons states therein, the Government's motion is hereby GRANTED

IT IS SO ORDERED.

Date:_____         _____
                                    The Honorable Emmet G. Sullivan
                                    United States District Judge