UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :Cr. No. 07-181 (EGS) |
| | : |
| V. | : |
| | : |
| ZHENLI YE GON | : |

GOVERNMENT'S MOTION FOR
ONE WEEK CONTINUANCE OF STATUS HEARING

Comes now the United States of America, by and through the undersigned attorneys, and requests that the status hearing in this case currently scheduled for Wednesday, August 20, 2008, be continued for one week to August 27, 2008, or any day thereafter, at any time in the afternoon that is convenient to the Court and the parties, and as reasons, states the following:

1. Wanda J. Dixon, one of the government's trial attorneys assigned to this case, will be out of town on training on the day that the hearing is currently scheduled. The remaining members of the trial team, Paul Laymon and Robert Stapleton, will be available for court on the scheduled date.

2. The Court has excluded time up until September 7, 2008, from the Speedy Trial calculations in this case. The requested one-week continuance would still allow the hearing to take place before that date.

3. The government has contacted David Zapp and Martin McMahon, both counsel of record in this case. David Zapp has informed the government that he does not oppose the requested continuance, and has no schedule conflicts on the date proposed by the government. However, since he often travels to the District of Columbia from New York City, he has previously indicated that he would prefer that the hearings in this case be scheduled in the afternoon if possible to accommodate the travel. Martin McMahon has informed the government

that his office has no objection to the government's request for continuance, and that they have no schedule conflicts on the proposed date of August 27, 2008.

For these reasons and any other reasons as may appear to the Court, the government requests that the Court continue the August 20, 2008 status hearing for one week, to August 27, or any day thereafter that is convenient to the Court and the parties.

Respectfully submitted

_____/s/_____
Wanda J. Dixon
Paul Laymon
Robert Stapleton
Trial Attorneys
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Suite 8000
Washington, D.C.  20005
(202) 307-0377

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :Cr. No. 07-181 (EGS) |
| | : |
| V. | : |
| | : |
| ZHENLI YE GON | : |

PROPOSED ORDER

Upon consideration of the government's motion to continue the August 20, 2008 status date, the fact that defense counsel have no objection, and the entire record herein, it is hereby ORDERED that the government's motion is GRANTED. The case will be continued to August 27, 2008, or any date thereafter that is convenient to the Court and the parties.

DATE: _____                    _____
                                                                                    EMMET G. SULLIVAN, JUDGE
                                                                                    UNITED STATES DISTRICT COURT