UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA

v.

ZHENLI YE GON                                                              CR NO. 07-181 (EGS)

_____

## REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO INSPECT AND EXAMINE

Mr. Zhenli Ye Gon, through undersigned counsel, hereby replies to the Government's response to Defendant's Motion(s) to Compel Discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

### Procedural History

Defendant filed two motions to compel discovery, specifically to test the subject narcotics of this case. Those two motions were filed on August 4, 2008, and August 18, 2008. The Government filed a response on August 18, 2008.

### Argument

In the Government's response, the there are repeated references to "intermediate chemicals" seized by the Mexican authorities of which the Government says they do not have custody or control over. The "intermediate chemicals" are the very chemicals that DEA Agent Chavez used to support probable cause in his affidavit he submitted to the Court in the United States, and they are the same chemicals used to secure a warrant in Mexico.

Defendant would object to the use of this evidence if defendant is not given full access to examine the evidence as required by <u>Brady</u>[1] and by Rule 16(a)(1)(E). It would be a clear violation of the Due Process clause of the Fourteenth Amendment of the United States Constitution if this evidence were used against Mr. Gon and he were not entitled to inspection of the evidence.

Conclusion

WHEREFORE, defendant asks that the Court preclude the use of the referenced "intermediate chemicals" seized by the Mexican authorities if defendant is unable to inspect them.

Respectfully Submitted,

/s/ David S. Zapp, Esq.
Attorney for Zhenli Ye Gon
7 East 94th Street, Ste.1
New York, NY 10128
(212) 410-3351

---

[1] Brady v. Maryland, 373 U.S. 83 (1963)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2008, I caused to be served a copy of this motion by the ECF System on:

| | |
|---|---|
| Clerk: United States District Court | AUSA Paul Laymon |
| District of Columbia | US Department of Justice |
| 333 Constitution Avenue, NW | 1400 New York Ave. NW |
| Washington DC, 20001 | Washington DC, 20535 |

_____
 /s/  Johanna S. Zapp