**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :Cr. No. 07-181 (EGS) |
| **V.** | : |
| **ZHENLI YE GON** | : |

**UNOPPOSED MOTION FOR ADDITIONAL TIME**
**TO PROVIDE DISCOVERY**

Comes now the United States of America, by and through the undersigned attorneys, and makes the following unopposed request for additional time within which to provide discovery:

1. At the status hearing held in this case on August 27, 2008, the Court ordered the government to turn over certain evidentiary documents in this case (hereinafter second batch of Mexican documents). The Court ordered that the documents be turned over by September 3, 2008.

2. Due to the amount and the nature of the documents, and the fact that they are largely in Spanish, the government has been unable to complete its preparation of the documents in time to meet the September 3, 2008 deadline. The defense does not oppose an extension of the discovery deadline to September 5, 2008. Since the production will occur only 2 days after the original scheduled date, the defense will not suffer undue prejudice as a result of the extension.

For these reasons and any other reasons as may appear to the Court, the government requests that the Court extend the deadline for the provision of the afore-mentioned discovery documents to September 5, 2008, there being no objection from the defense.

Respectfully submitted

_____/s/_____
Wanda J. Dixon
Paul Laymon
 Robert Stapleton
Trial Attorneys
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Suite 8000
Washington, D.C.  20005
(202) 307-0377

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 07-181(EGS) |
| | : | |
| **ZHENLI YE GON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the government's unopposed Motion to Extend Time, it is this

_____ day of _____ 2008 hereby

ORDERED that the date for the discovery production be extended from September 3, 2008 to September 5, 2008.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE