UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-181 (EGS) |
| ) | |
| ZHENLI YE GON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On June 30, 2009, the Court held a status hearing to discuss the government's Motion to Dismiss. At that hearing, the Court directed counsel for both sides to address certain matters, including the government's representations regarding its discovery obligations in this case and any legal support for the parties' respective positions as to whether this case should be dismissed with or without prejudice.

In view of the issues raised by the parties and by the Court related to the government's motion, the Court, *sua sponte*, invites the Federal Public Defender for the District of Columbia and/or the Public Defender Service for the District of Columbia to file an *amicus curiae* brief by no later than July 27, 2009.

**So ordered.**


**Signed:   Emmet G. Sullivan**
**United States District Judge**
**July 14, 2009**