UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Cr. No.  07-181 (EGS)

ZHENLI YE GON

**MOTION OF THE PUBLIC DEFENDER SERVICE AS AMICUS CURIAE FOR ACCESS TO RELEVANT PARTS OF THE SEALED RECORD**

By order dated July 14, 2009, this Court invited the Public Defender Service for the District of Columbia and/or the Federal Public Defender for the District of Columbia to file an amicus brief to address issues raised by the parties and the Court related to the government's motion to dismiss this case. In order to better serve this Court, counsel requests access to those portions of the record that appear to pertain directly to the government's motion to dismiss and that are not available on the public docket. Specifically, counsel requests access to 1) the sealed Declaration of Assistant United States Attorney Paul Laymon filed as an attachment to the Supplement to Government's Motion to Dismiss (document 178) on June 24, 2009; 2) an unredacted version of the Second Supplement to the Government's Motion to Dismiss (document 186) filed on July 14, 2009; and 3) a transcription of the discussion that was held on the record but placed under seal at the hearing on the government's motion to dismiss on June 22, 2009. *See* transcript of hearing of June 22, 2009 at 1:15 pm at pages 8-9.

Undersigned counsel will keep the material under seal and restrict access to all but her immediate colleagues at the Public Defender Service and at the Federal Defender who may collaborate or assist in the preparation of the amicus brief. Any references to

the sealed material will be filed under seal.

                                       Respectfully submitted,

                                       _____/s/_____
                                       Sandra K. Levick #358470
                                       Public Defender Service
                                       633 Indiana Avenue, N.W.
                                       Washington, D.C.  20004
                                       (202) 628-1200

                                       *Counsel for Amicus Curiae*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                    v.        Cr. No.   07-181 (EGS)

ZHENLI YE GON

## ORDER

The Public Defender Service and the Federal Defender are permitted to copy and review the sealed record and transcript relating to the government's motion to dismiss. The material shall remain under seal.

                                                     Emmet G. Sullivan
                                                     United States District Judge