```
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
---------------------------X
UNITED STATES OF AMERICA,       Docket No. 07-181
              Plaintiff,
     v.                         Washington, D.C.
                                August 24, 2009
                                2:00 p.m.
ZHENLI YE GON,
              Defendant.
---------------------------X
             IN CHAMBERS TELEPHONE STATUS HEARING
           BEFORE THE HONORABLE EMMET G. SULLIVAN
                 UNITED STATES DISTRICT JUDGE
APPEARANCES:
For the Plaintiff:     U.S. DEPARTMENT OF JUSTICE
                       By:  Mr. Paul O'Brien
                            Mr. Paul W. Laymon
                            Ms. Wanda J. Dixon
                       1400 New York Avenue, N.W.
                       Washington, D.C.  20005
                       202.514.1286
                       paul.obrien@usdoj.gov
                       paul.laymon@usdoj.gov
                       wanda.dixon@usdoj.gov

                       PUBLIC DEFENDER SERVICE FOR
                        THE DISTRICT OF COLUMBIA
                       By:  Ms. Sandra K. Levick
                       633 Indiana Avenue, N.W.
                       Washington, D.C.  20004
                       202.824.2383
                       slevick@pdsdc.org

For the Defendant:     LAW OFFICES OF EDUARDO BALAREZO
                       By:  Mr. Eduardo Balarezo
                       400 Fifth Street, N.W.
                       Suite 300
                       Washington, D.C.  20001
                       202.639.0999
                       filings@balarezo.net

Court Reporter:        Catalina Kerr, RPR, CRR
                       U.S. District Courthouse
                       Room 6716
                       Washington, D.C.  20001
                       202.354.3258
                       catykerr@msn.com
Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

```
 1                      P-R-O-C-E-E-D-I-N-G-S
 2              (2:00 P.M.; IN CHAMBERS; ALL COUNSEL APPEARING BY
 3   TELEPHONIC CONFERENCE CALL.)
 4              THE COURT:  Hi, good afternoon, Counsel.  Who's on
 5   the phone?
 6              MR. BALAREZO:  Good afternoon, Your Honor.  Eduardo
 7   Balarezo.  I'll be here for Mr. Ye Gon.
 8              THE COURT:  All right.  Mr. Balarezo.
 9              MR. O'BRIEN:  Your Honor, this is Paul O'Brien with
10   the Department, and with me is Paul Laymon, Wanda Dixon and
11   Julius Rothstein.
12              THE COURT:  All right.  Good afternoon all.  I'm
13   sorry to have to assemble you on such short notice, but it was
14   just recently -- it just recently came to my attention that
15   the ABA had issued an opinion addressing issues that we've
16   been discussing.
17              Hold just one second.  I need to put you on hold
18   just for one second.  Hold on.
19              (PAUSE.)
20              THE COURT:  All right.  Counsel.
21              MR. BALAREZO:  Yes.
22              THE COURT:  Hold on one second.  Ms. Levick from
23   P.D.S. just called chambers, and we're just trying to
24   conference her in.  Hold on one second.
25              (PAUSE.)
```

1       THE COURT:  All right.  I think we have everyone,
2  including Ms. Levick now; is that correct?
3       MS. LEVICK:  I'm --
4       MR. BALAREZO:  I'm here.
5       MR. O'BRIEN:  Government's still here.
6       THE COURT:  All right.  And Ms. Levick?
7       MS. LEVICK:  Yes, I'm here.
8       THE COURT:  All right.  Good afternoon.  How are
9  you?
10      MS. LEVICK:  Good, thank you.
11      THE COURT:  Good, good.  I was just apologizing to
12 counsel for giving such short notice.  All the prosecutors are
13 on the line, Ms. Levick is on the line, Mr. Balarezo for Mr.
14 Gon is on the line.
15      I'm sensitive to the timing in this case.  I'm
16 sensitive to the fact that there is another proceeding before
17 Magistrate Judge Kay, the extradition proceeding, and I want
18 to be very sensitive to that.  And I recognize that's been
19 rescheduled over Government objection, and I'm sensitive to
20 that as well.
21      By the same token, I'm also sensitive to the fact
22 that it was just recently brought to my attention that of
23 this -- this advisory opinion issued on the ABA rule, and I
24 wanted additional briefing, which is going to necessitate,
25 indeed, a -- another extension of time and another hearing

1   date.

2   　　　　I'm also aware that Mr. Gon is not on -- Mr. Ye Gon
3   is not on the phone.  Here is what I'd like to do, and I'll
4   entertain any objections that counsel may have.  I'd like to
5   postpone the hearing to September the 8th.  I don't have any
6   matters scheduled that date.  I'm mindful that, you know,
7   everyone else has other cases and there may be some conflicts,
8   but that's a date that looks good for my calendar.

9   　　　　Any time on the 8th looks good.  The earlier the
10  better, but at this point I can't --

11  　　　　MR. O'BRIEN:  Your Honor, can I chime in?

12  　　　　THE COURT:  Sure.

13  　　　　MR. O'BRIEN:  This is Paul O'Brien for the
14  Government.  Thank you.

15  　　　　Your Honor, I'm going to be on vacation the week
16  preceding that.

17  　　　　THE COURT:  Right.

18  　　　　MR. O'BRIEN:  Is it possible to do it on September
19  14th?  That will give me some time to get back to make sure we
20  get our briefing done in order to prepare for the hearing.

21  　　　　MR. BALAREZO:  Your Honor, this is Eduardo Balarezo.
22  The 8th, although we hate to obviously have Mr. Gon keep going
23  with this, the 8th is fine with the Defense.

24  　　　　So the Court is aware, both Mr. Retureta and I will
25  be away on vacation the week before, as Mr. O'Brien, but we

1   will be prepared to go forward on the 8th.  The Government has
2   a lot of hands that have been working with this.  I don't
3   think we need to push this further another week.
4               THE COURT:  You know, here's my -- I want
5   Mr. O'Brien present, and I'm also aware -- I mean, look,
6   people take vacations this time of year and that's right after
7   Labor Day as well, and it was with a lot of uneasiness that I
8   wanted to suggest the day after Labor Day, but it looked good
9   on my calendar.
10              The 14th looks just as good, Counsel.  I've got 10
11  matters on the 14th.  They're all important cases, but I
12  can -- you know, I have the flexibility of moving those cases.
13  Actually, I may not have to move them.  We could do it at
14  9:00 o'clock on the -- at 9:30 on the 14th.
15              MR. O'BRIEN:  Whenever is convenient for the Court
16  on the 14th, Your Honor.  We'll be prepared to go on that day.
17              THE COURT:  9:30 is fine.
18              MR. BALAREZO:  Your Honor, could we suggest sometime
19  the week of the 8th, though?  The problem is that the
20  extradition hearing is now set for the 17th.
21              THE COURT:  I understand that, and if necessary, if
22  need be, I'll speak with Judge Facciola.  I understand that,
23  and that's another reason why I didn't want to suggest --
24  originally I talked it over with my staff and we'd come up
25  with the date of the 15th or so, but I recognize that that

1  extradition hearing is the 17th.

2          That's a major hearing. There are two major events
3  in his life that week. Let me just see if there's something
4  else.

5          MR. O'BRIEN: That's why I proposed the 14th, Your
6  Honor, because it's prior to his next --

7          MR. BALAREZO: Well, it is, but it's -- we're not
8  just going to show up for that hearing. We have to prepare
9  for that hearing. We have to prepare an additional filing in
10 that hearing and that's why we had anticipated we were going
11 to have the time necessary after the vacation, but you know...

12         THE COURT: You know, it's different --

13         MR. BALAREZO: Rather go on -- that's the week of
14 the 8th.

15         THE COURT: Different Government counsel in that
16 extradition matter, though, right? Is that correct?

17         MR. O'BRIEN: Yes, Your Honor.

18         THE COURT: And the Government, as I understand it,
19 the Government opposed the request to -- for an extension.

20         MR. O'BRIEN: I believe that's correct, Your Honor.

21         THE COURT: How much of a hardship is that,
22 Mr. Balarezo? I mean, there are two hearings. This one's
23 been fully briefed. There's only one additional issue that
24 has to be briefed. Is that -- you know, and --

25         MR. BALAREZO: Your Honor, that's my point. From

```
 1  Mr. Ye Gon's perspective, we're prepared to file something by
 2  Thursday or Friday of this week, so then we can have the
 3  entire next week to digest it.  We can have the hearing the
 4  week of the 8th.
 5          THE COURT:  Yeah, but Mr. O'Brien -- that's not a
 6  good week for the Government.  I'm sensitive to that as well.
 7  All right.  I'm going to make the 14th -- we're going to make
 8  it the 14th.
 9          MR. BALAREZO:  I understand Mr. O'Brien was gone the
10  week before, which is the same week we're going to be gone.
11          MR. O'BRIEN:  Your Honor, I would also point out our
12  obligations are somewhat different than Defense in this case.
13  We're going to be filing -- if the Court wants us to brief
14  this particular issue, obviously, this is important for the
15  Government not only in this case but it's important to make
16  sure that we have an opportunity to vet this through the
17  Department.
18          THE COURT:  I totally -- I couldn't agree with you
19  more.  I'm sure you want that opportunity.  Look --
20          MR. O'BRIEN:  That's why I think if I tried to hurry
21  it and file something quickly would be problematic for us.  If
22  we set it on 14th, we can do it first thing in the morning
23  on the 14th and then he's got a couple of days prior to the
24  extradition hearing.
25          THE COURT:  Let me do this.  It's the 14th, and if
```

```
 1   you want me to call Judge Facciola and tell him I've done this
 2   and I'm sorry for it and, you know, I'll be happy to do that
 3   and that I -- you know -- well, I don't want to say too much
 4   more about it.
 5            It's his calendar, it's his issue, but I want -- I'm
 6   the heavy here, and no one's asked for this, and I'll be happy
 7   to send him an e-mail and say, "John, I did this, and don't
 8   blame anyone, and you may get a request to extend the time."
 9            But let's do the 14$^{th}$.  It's a big issue.  I mean,
10   I was -- I was -- I was surprised when I read it.  It hadn't
11   surfaced before in pleadings.  But, you know, it surfaced now
12   and so it's going to surface in these pleadings and it's
13   big -- it's a big issue.  So I'm going to schedule it for
14   9:30 on the 14$^{th}$, and to the extent I have to move other
15   matters, I'll do that.
16            Mr. Balarezo, in fairness to you, you want me to say
17   anything to Judge Facciola, let him know that I did this on my
18   own?
19            MR. BALAREZO:  I'm not going to request it, but it
20   might be helpful.
21            THE COURT:  All right.  What else do you want me to
22   ask him?  Tell me now.  There's nothing wrong with that.
23   Look, I don't want to put you behind the eight-ball on this.
24   I really don't.  I'm not trying to do that.
25            MR. BALAREZO:  Well, we -- Look, the main reason is
```

1   we're preparing, we're going through a lot of the

2   documentation that we were able to obtain finally from prior

3   counsel.  I don't know if you recall, Mr. McMahon recently

4   withdrew from all his cases.

5              THE COURT:  I read that in the newspaper somewhere,

6   I think, yeah.

7              MR. BALAREZO:  And we just obtained his files and

8   we're going through that in order to prepare an additional

9   filing which will be related to the extradition matter.

10             THE COURT:  Well, that sounds like -- I don't want

11  to prejudge what Judge Facciola may do.  That sounds like that

12  may be a basis to ask for more time.

13             Let me just do this:  I'm just going to send him an

14  e-mail and just say, "Judge Facciola, I did this on my own.  I

15  will not be surprised if someone asked for more time in your

16  case," and just leave it at that, all right?

17             MR. BALAREZO:  That's fine, Your Honor.

18             MR. O'BRIEN:  Your Honor, just --

19             MR. BALAREZO:  Your Honor, the other thing is --

20             THE COURT:  Wait.  Let me work backwards here.  All

21  right.  The hearing will be 9:30 on the 14th.

22             Now, the Government's the moving party.  It seems to

23  me that the Government should have the first opportunity to

24  file something addressing 3.8.  There's not a lot of time

25  between now and then.  A week from today, Counsel?

| | |
|---|---|
| 1 | MR. O'BRIEN: That would be Monday -- that would |
| 2 | be -- I'm sorry, Judge, I'm looking at my calendar. |
| 3 | THE COURT: That would be the 31st, I believe. |
| 4 | MR. O'BRIEN: 31st. We could have something filed |
| 5 | by the -- close of business on the 31st? |
| 6 | THE COURT: Right. Close of business being what |
| 7 | time? |
| 8 | MR. O'BRIEN: 5:00 o'clock, Judge. We'll consider |
| 9 | 5:00 o'clock. How's that? |
| 10 | THE COURT: All right. That sounds good. All |
| 11 | right. Now, the following is Labor Day, and I'm sensitive to |
| 12 | that. I don't want you in your office on Labor Day, Counsel. |
| 13 | So you want to file a day or two after -- a day after Labor |
| 14 | Day? I think that's the -- I think that's the 8th or you |
| 15 | tell me what's fair now. Tell me -- you want Wednesday? |
| 16 | MR. BALAREZO: Well, there is where the selfish |
| 17 | interests come in, Your Honor. Mr. Retureta and I are going |
| 18 | to be gone on vacation beginning the 30th and we'll be back |
| 19 | on the 6th. |
| 20 | MR. O'BRIEN: Judge, can both parties file pleadings |
| 21 | by 8/31, we'll do simultaneous filings? |
| 22 | THE COURT: That sounds good. Makes sense to me. |
| 23 | Counsel? |
| 24 | MR. BALAREZO: That's fine. |
| 25 | THE COURT: All right. |

```
 1            MR. O'BRIEN:  Just on the extradition hearing
 2   because there are different Government attorneys representing
 3   United States, and if Defense wants to move for continuance,
 4   if they could just file and serve it on the other attorneys,
 5   they'll let them address that --
 6            THE COURT:  That's fine.
 7            MR. O'BRIEN:  -- whether they're opposed to it or
 8   not.
 9            THE COURT:  That's fine.  All right.  Simultaneous
10   filings on the 31$^{st}$, that's fine.  If someone has a burning
11   desire to file something in response, I can get that -- I can
12   get that after you come back.  The hearing is the 14$^{th}$.  I
13   want to get it that week, though, so let's just -- let's see,
14   the 14$^{th}$ is -- actually the 14$^{th}$ is a Monday.
15            By no later than Thursday.  That's the -- that's the
16   10$^{th}$, yeah.
17            MR. BALAREZO:  That's fine.
18            THE COURT:  All right.  Counsel, thank you very
19   much.
20            MR. BALAREZO:  Your Honor, if I could just --
21            THE COURT:  Let me say one thing before I forget it
22   now.
23            MR. BALAREZO:  I haven't had a chance to speak.
24            THE COURT:  Wait, wait.  Let me just say one thing.
25   Now, Mr. Ye Gon is not present here.  Now, how do you want to
```

1   handle is that?  Do you want me to bring him in court
2   tomorrow?  I'll be happy to do that.  This impacts him as
3   well.
4           MR. BALAREZO:  Your Honor, you know, that may not be
5   a bad idea, to be honest.  We've had several conversations
6   with him and he is at his wit's end with the way this is
7   proceeding.
8           THE COURT:  All right.  I'll do that.
9           MR. BALAREZO:  It might be better to hear directly
10  from the Court what's going on.
11          THE COURT:  All right.  I don't think I'm going to
12  change my mind because this is an important issue, but let me
13  just see what my calendar is like tomorrow.
14          Unfortunately, I'm looking at my calendar for
15  tomorrow.  It's -- we could do it early tomorrow.  Actually
16  that Polar Bear case is --
17          MS. SCHMITT:  It's gone.
18          THE COURT:  10:00 o'clock.  Let's do it 10:00
19  o'clock tomorrow.  Is that a fair time?  Wait, wait.  Let me
20  just put you on hold.  I am juggling a few things here.  Hold
21  on.
22          (PAUSE.)
23          THE COURT:  11:00 o'clock tomorrow, Counsel?
24          MR. BALAREZO:  You think you can get him in in time?
25          THE COURT:  Where is he?

```
 1              MR. O'BRIEN:  Mr. Laymon is telling me he's housed a
 2   considerable distance from the courthouse.  He's not sure the
 3   marshals can get him in.
 4              THE COURT:  I'll call the marshals now.  We'll get
 5   him here.
 6              MR. O'BRIEN:  Okay.  We'll be there tomorrow at
 7   10:00, Your Honor.
 8              THE COURT:  Let's make it 11:00 o'clock, Counsel.
 9              MR. O'BRIEN:  11:00 o'clock tomorrow?
10              THE COURT:  Yes.  Now, I have you-all on the phone
11   now.  I'm going to call -- we're going to get him here.
12              Where is he now, Counsel?
13              MR. BALAREZO:  He's in the Central Virginia Regional
14   Jail.
15              THE COURT:  Okay.  I'm going to call -- All right.
16   I'll call someone.  We'll get him here.  Unfortunately all of
17   my people are no longer here in this court.  I hate to lose
18   you.  I have everyone on the phone right now.  We'll get him
19   here.  We'll get him here at 11:00 o'clock.  For some reason I
20   can't, I'll get you back on the phone this afternoon.
21              MR. O'BRIEN:  Thank you, Your Honor.
22              THE COURT:  All right.
23              MR. BALAREZO:  I did have that one issue that I
24   wanted to bring up for the purposes of the briefs.
25              THE COURT:  Sure.
```

1    MR. BALAREZO:  In the last page of the opinion, it
2 mentions the obligations of supervisors and other prosecutors
3 who are not personally responsible for the prosecution.
4    THE COURT:  Right.
5    MR. BALAREZO:  And I think that raises an issue of
6 who is speaking for the Government now, because Mr. O'Brien
7 and Mr. Rothstein clearly were the supervisors of Mr. Laymon
8 and Ms. Dixon in this case, and they may have -- I don't know
9 if it would be better for other parties to be involved in
10 speaking for the Government given that, you know --
11    THE COURT:  I'm not going to intrude in that arena.
12 The Government can decide who the Government wants to speak
13 for the Government.  I will leave it at that, Counsel.
14    MR. BALAREZO:  Very well.
15    MR. O'BRIEN:  Thank you, Your Honor.
16    THE COURT:  All right.  See everyone tomorrow
17 morning at 11:00 o'clock.
18    MR. BALAREZO:  Thank you.
19    MS. LEVICK:  Thank you, Your Honor.
20    THE COURT:  All right.  Bye-bye.
21    (PROCEEDINGS END AT 2:15 A.M.)
22                    *-*-*-*

**CERTIFICATE OF REPORTER**

23    I, Catalina Kerr, certify that the foregoing is a
correct transcript from the record of proceedings in the
24 above-entitled matter.

25 _____   _____
   Catalina Kerr                    Date