# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      )

                           )    Crim No. 07-181 (EGS)

                           )

v.                          )

                           )    **FILED**

ZHENLI YE GON           )

                                AUG 2 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

The Indictment is hereby dismissed with prejudice pursuant to Fed. R. Crim. P. 48(a).

It is so ORDERED.

Emmet G. Sullivan
United States District Judge    8/28/09